## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,**<br><br>                            *Plaintiff,*<br><br>        v.<br><br>**YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG in her individual and official capacity, K. GEERT ROUWENHORST in his individual and official capacity, JACOB THOMAS in his individual and official capacity, SHERILYN SCULLY in her individual and official capacity, JAMES CHOI in his individual and official capacity, and ANJANI JAIN in his individual and official capacity,**<br><br>                            *Defendants.* | Civil Action No. _____<br><br>***EX PARTE* PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM** |

## PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff John Doe ("Plaintiff"), by his attorneys Nesenoff & Miltenberg, LLP, moves this Court for an order authorizing Plaintiff to file a Complaint in the above-captioned matter as a pseudonymous Plaintiff.

As stated in detail in Plaintiff's Memorandum of Law in support of this Motion, in light of the serious nature of the allegations contained in the Complaint, Plaintiff is justifiably concerned about the potential irreparable harm that could further prevent Plaintiff from proceeding with his future endeavors. Plaintiff's identity as described in the Complaint should not be disclosed to the public due to the nature of the allegations in said Complaint. *See* Plaintiff's Memorandum of Law in Support of Motion to Proceed Under Pseudonym and Declaration of Christine D. Brown, Esq., with Exhibits.

Plaintiff is prepared to provide a statement of his true identity under seal, upon the Court's Request.

1

Dated: February 3, 2025
      New York, New York

Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**

*/s/ Christine D. Brown*
**Christine D. Brown, Esq.**
**Andrew T. Miltenberg, Esq.**
(*pro hac vice* **admission pending)**
**Stuart Bernstein, Esq.**
(*pro hac vice* **admission pending)**
**Kimberly S. Courtney, Esq.**
(*pro hac vice* **admission pending)**
**363 Seventh Avenue, 5th Floor**
**New York, New York 10001**
**212-736-4500 (telephone)**
**cbrown@nmllplaw.com**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**
**kcourtney@nmllplaw.com**


***Attorneys for Plaintiffs***