IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG in her individual and official capacity, K. GEERT ROUWENHORST in his individual and official capacity, JACOB THOMAS in his individual and official capacity, SHERILYN SCULLY in her individual and official capacity, JAMES CHOI in his individual and official capacity, and ANJANI JAIN in his individual and official capacity,<br><br>　　　　　　　　　　　　*Defendants.* | Civil Action No. _____ |

**DECLARATION OF CHRISTINE D. BROWN, ESQ.
IN SUPPORT OF PLAINTIFF'S *EX PARTE*
<u>MOTION TO PROCEED UNDER PSEUDONYM</u>**

CHRISTINE D. BROWN, ESQ. hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. §1746:

　　　1.　　I am admitted to practice in the courts of the State of Connecticut and am a member of the Bar of the Connecticut Courts. I am a Partner at Nesenoff & Miltenberg, LLP, attorneys for the plaintiff, John Doe ("Plaintiff").

　　　2.　　I submit this declaration in support of Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym.

　　　3.　　As stated in Plaintiff's Complaint, he brings this action to obtain relief based on causes of action for breach of contract, breach of an implied covenant of good faith and fair dealing, discrimination based on national origin in violation of Title VI of the Civil Rights Act of 1964, retaliation for complaint of discrimination based on national origin in violation of Title VI

1

of the Civil Rights Act of 1964, intentional infliction of emotional distress, and negligent infliction of emotional distress. (Compl. ¶ 14, 139-214).

4. Upon information and belief, the coursework that Plaintiff has completed in his EMBA program to date has been with the class of 2025, and he has built strong personal and professional relationships with this group of students, and with his instructors. (Compl. ¶ 31).

5. Upon information and belief, Plaintiff's reputation with his fellow class of 2025 students is extremely important to him. The wrongful finding against him of a violation of the Honor Code, and the penalty of a one-year suspension and grade of "F", significantly harms those personal and professional relationships that he has cultivated. (Compl. ¶ 13, 31, 134).

6. Upon information and belief, Plaintiff excelled academically in Yale's EMBA program, and was on track to be the Student Marshall/Valedictorian for his 2025 graduating class. This will be jeopardized if his academic record includes a wrongfully issued grade of "F", and he is not permitted to graduate with his class. (Compl. ¶ 136, 138).

7. Upon information and belief, it will be extremely harmful to Plaintiff's reputation with his fellow classmates and instructors, his potential future academic endeavors, his future career, and his emotional well-being, if his true name were disclosed in the instant court action. (Compl. ¶ 13, 30, 134, 203, 206, 213).

8. In the attached letter dated December 12, 2024, entitled in part "Academic Leave Letter", Plaintiff was informed of his one-year suspension from Yale's Executive MBA program by Wendy Tsung, Assistant Dean, MBA for Executives Program, Exhibit ("Ex.") A.[1] That letter states, in part, "*please notify your learning teams regarding your status*"(emphasis added).

---

[1] Exhibits A through C were redacted to remove John Doe's true name and address. Names of other students were also redacted, because their identities are not relevant to the instant motion.

9. Upon information and belief, Plaintiff has not complied with this request from Yale, because of the irreparable harm that it will cause his reputation with fellow students and instructors, and his future career. (Compl. ¶ 134).

10. Upon information and belief, Plaintiff has run for office in the past, and intends to do so again in the future. Plaintiff disclosed this to Yale on his application for the EMBA program, it's posted on his Linkedin profile, and he informed the Honor Code Committee during his hearing. Disclosure of his identity in this court action could irreparably harm Plaintiff's political future, even if he wins the case.

11. The facts contained herein, and in Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym, Memorandum of Law, and other accompanying documents, provide the Court with sufficient basis to permit Plaintiff to protect his identity from the potentially damaging nature of the facts in the Complaint, this Declaration, and other filings.

I declare under the penalty of perjury that the foregoing is true and correct, pursuant to Title 28, United States Code, Section 1746.

Dated: February 3, 2025
New York, New York

Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**

*/s/ Christine D. Brown*
**Christine D. Brown, Esq.
363 Seventh Avenue, 5th Floor
New York, New York 10001
212-736-4500 (telephone)
cbrown@nmllplaw.com**

*Attorneys for Plaintiffs*

3