IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>                              *Plaintiff*,<br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG in her individual and official capacity, K. GEERT ROUWENHORST in his individual and official capacity, JACOB THOMAS in his individual and official capacity, SHERILYN SCULLY in her individual and official capacity, JAMES CHOI in his individual and official capacity, and ANJANI JAIN in his individual and official capacity,<br>                              *Defendants.* | Civil Action No. _____ |

      Upon Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym, seeking an order permitting Plaintiff to proceed to file the following under pseudonym: complaint, summons, civil cover sheet, and Motion to Proceed Under Pseudonym, with accompanying documents - and upon review of the Declaration of Christine D. Brown, Esq. and Memorandum of Law in support thereof, it is hereby:

      **ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym be **GRANTED**, and it is

      **FURTHER ORDERED**, that the complaint, summons, civil cover sheet, and Motion to Proceed Under Pseudonym, with accompanying documents, and all other filings in this action shall

be placed under seal until such time as proof of service of the Summons and Complaint is returned and filed by Plaintiff with the Clerk of the Court.

**Dated: February ___, 2025**

                                                  **UNITED STATES DISTRICT JUDGE**