UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JOHN DOE, | : | CASE NO. 3:25-cv-00159-SFR |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE UNIVERSITY | : | |
| BOARD OF TRUSTEES, WENDY TSUNG, | : | |
| K. GEERT ROUWENHORST, JACOB | : | |
| THOMAS, SHERILYN SCULLY, JAMES | : | |
| CHOI, AND ANJANI JAIN, | : | |
|    Defendants. | : | FEBRUARY 21, 2025 |
| | : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yale University states that it is a nonprofit, non-stock, specially chartered corporation, which has no parent corporation. Defendant Yale University Board of Trustees is not a legal entity.

                DEFENDANT,
                YALE UNIVERSITY

                By: */s/ James M. Sconzo*
                    James M. Sconzo (ct04571)
                    Brendan N. Gooley (ct30584)
                    Amanda M. Brahm (ct30581)
                    CARLTON FIELDS, P.C.
                    One State Street, Suite 1800
                    Hartford, CT 06103-3102
                    Telephone:(860) 392-5000
                    Facsimile: (860) 392-5058
                    E-mail:   jsconzo@carltonfields.com
                                    bgooley@carltonfields.com
                                    abrahm@carltonfields.com

                Its Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 21st day of February, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              */s/ James M. Sconzo*
                                              James M. Sconzo