# EXHIBIT A

**Tsung, Wendy**

---

| | |
|---|---|
| **From:** | Doe.v.Yale-AI.Cheating.3.25-cv-00159 <Doe.v.Yale-AI.Cheating.3.25-cv-00159 @protonmail.com> |
| **Sent:** | Friday, February 7, 2025 12:55 PM |
| **To:** | Plaintiff's Real Name / Business Email Address ; mike@techdirt.com; masnick@gmail.com; mike@floor64.com; Rouwenhorst, Geert; Tsung, Wendy; Thomas, Jake (SOM Faculty) |
| **Subject:** | Pseudonym, Really? Re: AI Cheating Case, Doe v. Yale University, 3:25-cv-00159 (D. Conn.) |

**Re: *Doe v. Yale University*, 3:25-cv-00159 (D. Conn.)**

**TO MR DOE (I.E., Plaintiff's Real Name:**
Your decision to file a motion to proceed under a pseudonym is an odd one considering your (public) litigation history (see the collection of dockets below). Any person who knows how to "Google" can (and in my case, did) easily identify you Plaintiff's Name as the plaintiff in the above listed action. You are wasting what little money you have left through this litigation.... No joke.



- List Of Lawsuits Involving Plaintiff, Several Of Which Include His Real Name, And Docket Numbers And Court Information For Lawsuits

For what it's worth -- based solely on a reading of your complaint -- *I am of the opinion* that you probably did use artificial intelligence on the exam/s.

In pursuing an EMBA degree from Yale, you sought to enhance your reputation. *The irony is palpable*. You tried to get a crappy degree from a university which, on the whole, is prestigious. Credentialing is a real problem in this country, and it's one you attempted to exploit. You've done one over on yourself with this one, my friend.

PS I'm sorry your Type Of "business" didn't work out. Perhaps there were other students cheating -- but Yale admin. needed a reason to get rid of you. I wouldn't blame them. (I'm using a VPN. Feel free to subpoena Proton Mail)

**TO YALE:**
If anything, the fact that Yale would accept this person into any of its "programs" is an indictment of its quality as an educational institution. The business world has increasingly recognized the worthlessness of (a *regular*) MBA degree. Clearly, Yale should stop diluting its brand... From what I can see, this guy had a litigation history prior to his admission.