# EXHIBIT E

# TO BE FILED UNDER SEAL