UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JOHN DOE, | : | CASE NO. 3:25-cv-00159-SFR |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE UNIVERSITY | : | |
| BOARD OF TRUSTEES, WENDY TSUNG, | : | |
| K. GEERT ROUWENHORST, JACOB | : | |
| THOMAS, SHERILYN SCULLY, JAMES | : | |
| CHOI, AND ANJANI JAIN, | : | |
|     Defendants. | : | FEBRUARY 21, 2025 |
| | : | |
| | : | |

## MOTION TO SEAL

Pursuant to Local Rule 5(e), Defendants respectfully move to seal Exhibits B, E, and F to their Objection ("Objection") to Plaintiff's Motion To Proceed Under A Pseudonym (ECF 2).

Defendants' Objection argues that anonymity is improper because, *inter alia*, (1) Plaintiff is easily identifiable based on the allegations in his Complaint (ECF 1) and (2) it is important for the public to know Plaintiff's identity for it to make an independent evaluation of this case.

Exhibits B, E, and F provide evidence in support of Defendants' arguments and contain information identifying Plaintiff. Thus, although Defendants do not believe that Plaintiff is entitled to anonymity, they ask the Court to seal Exhibits B, E, and F to avoid further identifying Plaintiff while the Court decides whether anonymity is warranted. The Court should grant this Motion.

2

THE DEFENDANTS,
YALE UNIVERSITY, YALE
UNIVERSITY BOARD OF TRUSTEES,
WENDY TSUNG, K. GEERT
ROUWENHORST, JACOB
THOMAS, SHERILYN SCULLY,
JAMES CHOI, AND ANJANI JAIN

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    Amanda M. Brahm (ct30581)
    CARLTON FIELDS, P.C.
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone:(860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:    jsconzo@carltonfields.com
                 bgooley@carltonfields.com
                 abrahm@carltonfields.com

    Its Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 21st day of February, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      */s/ James M. Sconzo*
                                                      James M. Sconzo