IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG in her individual and official capacity, K. GEERT ROUWENHORST in his individual and official capacity, JACOB THOMAS in his individual and official capacity, SHERILYN SCULLY in her individual and official capacity, JAMES CHOI in his individual and official capacity, and ANJANI JAIN in his individual and official capacity,<br><br>*Defendants.* | Civil Action No. 3:25-cv-00159<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Plaintiff, through his attorneys, Nesenoff & Miltenberg, LLP, hereby moves this Court for an *ex parte emergency* temporary restraining order, and separately for a preliminary injunction, pursuant to Fed. R. Civ. P. 65 and Local Civil Rule 65(a), 65(b)(1):

(i) prohibiting Defendants from suspending Plaintiff and marking his transcript and academic record with any suspension;

(ii) prohibiting Defendants from issuing Plaintiff a grade of F and marking his transcript and academic record with such grade;

(iii) requiring Defendants to provide/restore Plaintiff's access to all courses and academic activities for his EMBA program, for which Plaintiff has already paid, registered, and is underway;

(iv) requiring Defendants to allow Plaintiff to choose how he would like to complete his degree requirements, including the options to 1) make up the exact courses; 2) take four new

1

electives to meet his credit requirements; or 3) complete the required courses after graduation (as Yale has allowed for other students); and

(v) directing Defendants, upon Plaintiff's successful completion of the relevant requirements, to timely confer Plaintiff's degree, pending the resolution of this litigation.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff shall rely upon the Complaint and accompanying Memorandum of Law, declaration, and exhibit attached thereto, in support of the instant Motions.

Dated: February 25, 2025  
       New York, New York

Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**

*/s/ Christine D. Brown*
**Christine D. Brown, Esq.**
Stuart Bernstein, Esq.
Andrew T. Miltenberg, Esq.
(*pro hac vice* admission forthcoming)
Kimberly S. Courtney, Esq.
(*pro hac vice* admission forthcoming)
363 Seventh Avenue, 5th Floor
New York, New York 10001
212-736-4500 (telephone)
cbrown@nmllplaw.com
sbernstein@nmllplaw.com
amiltenberg@nmllplaw.com
kcourtney@nmllplaw.com
***Attorneys for Plaintiff***