# Exhibit A

# Yale University
**Unofficial Academic Transcript**

ⓘ This is not an official transcript. Courses which are in progress may also be included on this transcript.

**Transcript Data**

### STUDENT INFORMATION

Name


**Current Program**
*Master of Business Admin*

College  
School of Management

Major  
Business & Management

### DEGREE AWARDED

Sought  
Master of Business Admin

### INSTITUTION CREDIT

**Term : Fall 2023**

| Subject | Course | Level | Title | Grade | Credit Hours | Grade Mode | R |
|---|---|---|---|---|---|---|---|
| MGT | 401 | GS | Managing Groups & Teams | PR | 2.000 | Management - Honors | |
| MGT | 402 | GS | Basics of Accounting | HH | 2.000 | Management - Honors | |
| MGT | 403 | GS | ProbabilityModeling&Statistics | HH | 3.000 | Management - Honors | |
| MGT | 404 | GS | Basics of Economics | HH | 3.000 | Management - Honors | |
| MGT | 405 | GS | Modeling Managerial Decisions | HH | 2.000 | Management - Honors | |
| MGT | 410 | GS | Competitor | HH | 2.000 | Management - Honors | |
| MGT | 411 | GS | Customer | HH | 2.000 | Management - Honors | |
| MGT | 412 | GS | Investor | HH | 2.000 | Management - Honors | |
| MGT | 418 | GS | Global Virtual Teams | H | 2.000 | Management - Honors | |
| MGT | 420 | GS | The Workforce | HH | 2.000 | Management - Honors | |
| MGT | 422 | GS | Operations Engine | HH | 2.000 | Management - Honors | |
| MGT | 699 | GS | ColloquiumAssetManagement | PR | 1.000 | Management - Honors | |

| Term Totals | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| Current Term | 25.000 | 25.000 | 25.000 |
| Cumulative | 25.000 | 25.000 | 25.000 |

**Term : Spring 2024**

| Subject | Course | Level | Title | Grade | Credit Hours | Grade Mode | R |
|---|---|---|---|---|---|---|---|
| MGT | 408 | GS | Intro to Negotiation | PR | 1.000 | Management - Honors | |
| MGT | 413 | GS | State & Society | H | 2.000 | Management - Honors | |
| MGT | 417 | GS | Power & Politics | HH | 2.000 | Management - Honors | |
| MGT | 421 | GS | Innovator | H | 2.000 | Management - Honors | |
| MGT | 423 | GS | Sourcing & Managing Funds | INC | 2.000 | Management - Honors | |
| MGT | 425 | GS | The Global Macroeconomy | HH | 2.000 | Management - Honors | |
| MGT | 600 | GS | GNW: Said Business School | HH | 2.000 | Management - Honors | |
| MGT | 699 | GS | ColloquiumAssetManagement | PR | 1.000 | Management - Honors | |

| Term Totals | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| Current Term | 14.000 | 12.000 | 12.000 |
| Cumulative | 39.000 | 37.000 | 37.000 |

**Term : Fall 2024**

| Subject | Course | Level | Title | Grade | Credit Hours | Grade Mode | R |
|---------|--------|-------|-------|-------|--------------|------------|---|
| MGT | 532 | GS | Business Ethics | HH | 2.000 | Management - Honors | |
| MGT | 544 | GS | Investment Management | HH | 2.000 | Management - Honors | |
| MGT | 897 | GS | Entrepreneurial Finance | HH | 2.000 | Management - Honors | |

| Term Totals | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| Current Term | 6.000 | 6.000 | 6.000 |
| Cumulative | 45.000 | 43.000 | 43.000 |

**TRANSCRIPT TOTALS**

| Transcript Totals - (Graduate: Management) | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| Total Institution | 45.000 | 43.000 | 43.000 |
| Total Transfer | 0.000 | 0.000 | 0.000 |
| Overall | 45.000 | 43.000 | 43.000 |

**COURSE(S) IN PROGRESS**

**Term : Fall 2024**

| Subject | Course | Level | Title | Credit Hours |
|---------|--------|-------|-------|--------------|
| MGT | 415 | GS | LeadershipDevelpmentPracticum | 2.000 |
| MGT | 525 | GS | Competitive Strategy | 2.000 |
| MGT | 582 | GS | The Future of Global Finance | 2.000 |
| MGT | 674 | GS | Leading Small& Med Enterprises | 2.000 |
| MGT | 699 | GS | Management Colloquium | 1.000 |
| MGT | 814 | GS | InformdBusDec:Tax&FinPerspctv | 2.000 |
| MGT | 815 | GS | Managerial Controls | 2.000 |
| MGT | 929 | GS | ESG Investing | 2.000 |
| MGT | 932 | GS | FinMarkets&MacroeconPolicy | 2.000 |

**Term : Spring 2025**

| Subject | Course | Level | Title | Credit Hours |
|---------|--------|-------|-------|--------------|
| MGT | 430 | GS | The Executive | 2.000 |
| MGT | 541 | GS | Corporate Finance | 2.000 |
| MGT | 592 | GS | Legal Context of Management | 2.000 |
| MGT | 699 | GS | Management Colloquium | 1.000 |
| MGT | 807 | GS | Investing in AlternativeAssets | 2.000 |
| MGT | 882 | GS | Advanced Negotiations | 1.000 |