IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>                              *Plaintiff*,<br><br>                v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG in her individual and official capacity, K. GEERT ROUWENHORST in his individual and official capacity, JACOB THOMAS in his individual and official capacity, SHERILYN SCULLY in her individual and official capacity, JAMES CHOI in his individual and official capacity, and ANJANI JAIN in his individual and official capacity,<br><br>                              *Defendants.* | Civil Action No. 3:25-cv-00159 |

**ORDER TO SHOW CAUSE**

Upon consideration of the Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Complaint, and accompanying memoranda of law, declarations, affidavits, and exhibits/attachments thereto, and for good cause shown;

**IT IS HEREBY ORDERED THAT** Defendants appear before the United States District Court for the District of Connecticut, located at _____, Courtroom \_\_\_\_, on the \_\_\_\_day of _____2025, and **SHOW CAUSE** why:

    (i)    Defendants should not be enjoined from suspending Plaintiff and marking his transcript and academic record with any suspension;

    (ii)    Defendants should not be prohibited from issuing Plaintiff a grade of F and marking his transcript and academic record with such grade;

1

(iii) Defendants should not be required to provide/restore Plaintiff's access to all courses and academic activities for his EMBA program, for which Plaintiff has already paid, registered, and is underway;

(iv) Defendants should not be required to allow Plaintiff to choose how he would like to complete his degree requirements, including the options to 1) make up the exact courses; 2) take four new electives to meet his credit requirements; or 3) complete the required courses after graduation (as Yale has allowed for other students); and

(v) Defendants should not be immediately ordered to permit Plaintiff, upon Plaintiff's successful completion of the relevant requirements, to timely confer Plaintiff's degree, pending the resolution of this litigation.

The Court hereby finds that Plaintiff John Doe has met the required showing necessitating the granting of temporary restraints pursuant to Rule 65 of the Federal Rules of Civil Procedure, in that (i) the probability of irreparable harm to the Plaintiff is present should the relief not be granted, (ii) there is a likelihood of success that the Plaintiff will succeed on the merits or in the alternative, there are demonstrated sufficiently serious questions going to the merits to make them a fair ground of litigation, (iii) the balance of hardships tips decidedly in the John Doe's favor regardless of the likelihood of success on the merits, (iv) the relief issued is in the public interest, and (v) Plaintiff will suffer immediate irreparable harm if immediate restraints are not imposed. Therefore:

**IT IS HEREBY FURTHER ORDERED THAT** pending a determination of Plaintiff's Motion for Preliminary Injunction, Defendants are hereby restrained and enjoined from suspending Plaintiff and marking his transcript and academic record with any suspension; Defendants are hereby restrained and enjoined from issuing Plaintiff a grade of F and marking his

transcript and academic record with such grade; Defendants are hereby ordered to provide/restore Plaintiff's access to all courses and academic activities for his EMBA program, for which Plaintiff has already paid, registered, and is underway; Defendants are hereby ordered to allow Plaintiff to choose how he would like to complete his degree requirements, including the options to 1) make up the exact courses; 2) take four new electives to meet his credit requirements; or 3) complete the required courses after graduation (as Yale has allowed for other students); and Defendants are ordered to permit Plaintiff, upon Plaintiff's successful completion of the relevant requirements, to timely confer Plaintiff's degree, pending the resolution of this litigation.

**IT IS HEREBY FURTHER ORDERED THAT** service of all the papers supporting Plaintiff's Motion for Preliminary Injunction by e-mail upon _____, counsel for Defendants, on or before _____ on February __, 2025, shall constitute good and sufficient service.

**THIS ORDER REMAINS IN EFFECT UNTIL _____, 2025.**

_____

**United States District Judge**