IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>                     *Plaintiff*,<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG in her individual and official capacity, K. GEERT ROUWENHORST in his individual and official capacity, JACOB THOMAS in his individual and official capacity, SHERILYN SCULLY in her individual and official capacity, JAMES CHOI in his individual and official capacity, and ANJANI JAIN in his individual and official capacity,<br><br>                     *Defendants.* | Civil Action No. 3:25-cv-00159<br><br>SUPPLEMENTAL DECLARATION OF <u>JOHN DOE</u> |

     I, John Doe[1], who wishes to proceed under pseudonym (for which a separate application seeking the Court's approval has been filed), in further supplemental support of Plaintiff's Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction ("Motion"), hereby declares, subject to the penalties of perjury, pursuant to 28 U.S.C. § 1746:

     1.    I have personal knowledge of the facts and circumstances set forth in this action.

     2.    There are no course pre-requisites for any of the courses I need to take to finish my degree at the Yale School of Management. I do not need to attend in person since students can attend classes by Zoom. All classes are recorded.

     3.    I have determined this by reviewing the syllabus for every course, which are attached as Exhibit D (**Exhibit ("Ex.") D**)[2].

---

[1] I ask the Court to also consider this Supplemental Declaration in support of the pending Motion to Proceed Pseudonymously, if the Court deems necessary.
[2] The one exception, MG541 Corporate Finance, mentions a \*knowledge\* prerequisite but not a course prerequisite. The Corporate Finance syllabus states that students "will need to be familiar" with various finance concepts and states

1

4.      According to the School of Management ("SOM") policies and procedures, students in the Executive MBA ("EMBA") program have to take core courses and electives. Once core courses in the first year are complete, students are free to take electives of their choosing in their second year.

5.      The EMBA degree is structured as follows:

> 1) Core Courses – Completed in Year 1 (which I have already finished as noted in the transcript annexed to my initial Declaration in support);
> 2) Electives – Year 2 is focused entirely on electives to meet the required credit hours for graduation. (**Ex. A** (Excerpts from Yale SOM Bulletin 2023-2024),[3] p. 32;[4] **Ex. B** (EMBA core and elective courses, screenshots from Yale EMBA website)).

6.      The EMBA program meets every other weekend (**Ex. C**, EMBA 2025 Calendar).[5] Students can attend either by Zoom or in person. All classes are recorded.

7.      Yale School of Management's policies and procedures allow students to make up missed classes and missed electives, ensuring students can stay on track to complete their degree.

8.      During the time of my suspension, to date I have missed the following electives: a) MGT674: Leading Small and Medium Businesses; b) MGT815: Managerial Controls; c) MGT929: ESG Investing; and d) MGT525 : Competitive Strategy.

9.      The Yale EMBA program allows for students with "excused absences" to watch class recordings in lieu of attending class in person. (**Ex. A**, p. 37). The program also allows for exams to be rescheduled under special circumstances. (*Id*.). The program also makes explicit that it includes an "Extended Classroom"" concept, allowing students to attend some of the classes and

---

that the "prerequisite knowledge is covered" in another course, but that course is just one, non-exclusive way to acquire the prerequisite knowledge.
[3] Exhibits are highlighted for the convenience of the Court.
[4] Page numbers refer to the numbers printed on the pages, not to the page number of the pdf. For clarity, page numbers have been added to the bottom right of each page excerpted from the Bulletin, Exhibit A, reflecting the true page number excerpted.
[5] *See also*, Yale website, EMBA 2025 Calendar, https://som.yale.edu/sites/default/files/2023-08/MBA%20for%20Executives%20Class%20of%202025%20Academic%20Calendar.pdf (last visited February 28, 2025).

participate in class activities remotely. (*Id*.). When a student cannot participate remotely in real time, the program allows for class recordings to be watched by the student to catch up with the material. (*Id*. at p. 40). All classes are recorded, and those recordings are posted to the [school's] Canvas site. (*Id*. at p. 43).

10. I am ready and prepared to resume all classes immediately or as soon as Your Honor permits, and catch up on any past lectures by reviewing recordings.

11. If necessary, I can also complete elective requirement to finish the degree by taking courses in the regular full-time MBA program.

12. According to the policies and procedures, "the EMBA program follows essentially the same curriculum as the M.B.A. program." The EMBA program "adheres to all requirements" of the MBA program. (**Ex. A**, p. 34.)

13. The Yale School of Management full time MBA program divides each semester into two parts. The Spring semester is divided in Spring 1 and Spring 2. Students enroll for different classes between Spring and Spring 2. The Yale SOM Academic Calendar shows that the Spring 2 semester starts on March 24th, 2025 (**Ex. C**, EMBA Academic Calendar; *See also*, https://som.yale.edu/programs/mba/curriculum/academic-calendar).

14. The regular MBA program offers some of the same courses that are in the EMBA curriculum. If necessary, I am ready and willing to complete the required number of electives in the Spring 2 semester to finish my degree and graduate in 2025.

I declare under penalty of perjury that the foregoing statements are true to the best of my knowledge.

Dated: February 28, 2025

New York, NY

*John Doe*

John Doe