# EXHIBIT B

Our Programs / MBA for Executives / Curriculum

# Our Core Curriculum

Our Core Curriculum is unique in how it ties together the pieces of a business school education into a meaningful whole. Built around a series of stakeholder perspectives, courses cut across traditional business functions to explore the distinct points of view of multiple stakeholders across private and public realms.



The core curriculum is carefully planned to cover all the business fundamentals, while expanding your understanding of the whole organization, eventually building to complex decisions at an organizational level.

The Organizational Perspective courses that form the heart of the integrated core curriculum.


EMBA



### Year 1: Core

The series of first-year courses are carefully planned to build your understanding of the whole organization, eventually building to big questions of business's impact on society. Orientation to Management gives you the tools and the frameworks that you'll need for the remainder of your MBA career. In the Organizational Perspective courses, you'll learn to rigorously apply those tools and draw on a variety of disciplines to illuminate the perspectives of various stakeholders.

### Year 2: Advanced Management and Electives

In your second year, you'll build on the integrated core with a set of advanced management courses, specialized courses across our areas of focus, and other electives. In addition, you have the option to complete an independent study supervised by a Yale professor, making the program uniquely valuable to you and your organization.