# EXHIBIT C

# Class of 2025 Program Calendar*

# MBA for Executives

## 2023

**PRE-PROGRAM MATH COURSE**
June 9–11

**ORIENTATION**
July 7–9

**RESIDENCE WEEKS**
July 10–22

### JUNE
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | **9** | **10** |
| **11** | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

### JULY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | **7** | **8** |
| **9** | **10** | **11** | **12** | **13** | **14** | **15** |
| **16** | **17** | **18** | **19** | **20** | **21** | **22** |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

### AUGUST
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | **11** | **12** |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | **25** | **26** |
| 27 | 28 | 29 | 30 | 31 |   |   |

### SEPTEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | **8** | **9** |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | **22** | **23** |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### OCTOBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | **6** | **7** |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | **20** | **21** |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

### NOVEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | **3** | **4** |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | **17** | **18** |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

### DECEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | **1** | **2** |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | **15** | **16** |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## 2024

**EMBA GLOBAL NETWORK WEEK**
June 10–14

**RESIDENCE WEEK**
July 20–27

### JANUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | **12** | **13** |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | **26** | **27** |
| 28 | 29 | 30 | 31 |   |   |   |

### FEBRUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | **9** | **10** |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | **23** | **24** |
| 25 | 26 | 27 | 28 | 29 |   |   |

### MARCH
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | **8** | **9** |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | **22** | **23** |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

### APRIL
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | **5** | **6** |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | **19** | **20** |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

### MAY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | **3** | **4** |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | **17** | **18** |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

### JUNE
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | **10** | **11** | **12** | **13** | **14** | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

### JULY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | **20** |
| **21** | **22** | **23** | **24** | **25** | **26** | **27** |
| 28 | 29 | 30 | 31 |   |   |   |

### AUGUST
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | **16** | **17** |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | **30** | **31** |

### SEPTEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | **13** | **14** |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | **27** | **28** |
| 29 | 30 |   |   |   |   |   |

### OCTOBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | **11** | **12** |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | **24** | **25** | **26** |
| 27 | 28 | 29 | 30 | 31 |   |   |

### NOVEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | **8** | **9** |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | **22** | **23** |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### DECEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | **6** | **7** |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | **20** | **21** |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

## 2025

### JANUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | **10** | **11** |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | **24** | **25** |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

### FEBRUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | **7** | **8** |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | **21** | **22** |
| 23 | 24 | 25 | 26 | 27 | 28 |   |

### MARCH
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | **7** | **8** |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | **21** | **22** |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

### APRIL
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | **4** | **5** |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | **18** | **19** |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

### MAY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | **2** | **3** |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | **19** | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### KEY

 Pre-Program Math Course
 Global Network Week
Orientation
 Commencement
 Residence Weeks
 Class Weekends

*subject to change

Yale SCHOOL OF MANAGEMENT

© FALL 2022

 THE SCHOOL OF MANAGEMENT

**MBA**

Curriculum ∨   Student Experience ∨   Admissions ∨   Affording Your MBA ∨   MBA Career Paths ∨   Blog & News   Apply Now ↗

Our Programs / MBA / Our Curriculum

# The Academic Calendar

**EMBA**

- Class of 2025
- Class of 2026

**TBM**

The Broad Master's ■ 2024 – 2025
The Broad Master's ■ 2025-2026

**MBA, MAM, MMS**

### Spring Term 2025

- **January 2 (Thur.)** Fall grades due, 5:00 p.m. (with some exceptions)
- **January 13 (Mon.)** Yale College and Graduate School classes begin
- **January 20 (Mon.)** Martin Luther King Jr. Day; classes do not meet; administrative offices closed
- **January 21 (Tue.)** Spring-term YSOM classes begin (core and electives)
- **January 24 (Fri.)** Make-up Day (Monday classes meet, Friday classes do not meet).
- **January 28 (Tue.)** Add/Drop period ends (session-1 and full semester YSOM electives and non-SOM electives). 5:00 p.m.
- **March 4 (Tue.)** YSOM classes end (elective & core)
- **March 5 (Wed.)** YSOM classes that meet on Wednesdays only end
- **March 6 (Thur.)** YSOM classes that meet on Thursdays only end
- **March 7 (Fri.)** YSOM classes that meet on Fridays only end
- **March 5-7 (Wed.-Fri.)** YSOM session-1 final exam period (elective & core)
- **March 10-21 (Mon.-Fri.)** International Experience; Global Network Week; classes do not meet
- **March 21 (Fri.)** Session-1 grades due, 5:00 p.m. (with some exceptions)
- **March 24 (Mon.)** Classes resume; session-2 classes begin
- **March 31 (Mon.)** Add/Drop period ends (session-2), 5:00 p.m.
- **April 18 (Fri.)** Good Friday; administrative offices closed, classes meet
- **May 6 (Tue.)** Classes end
- **May 7 (Wed.)** Session-2 classes that meet on Wednesdays only end
- **May 8 (Thur.)** Session-2 classes that meet on Thursdays only end
- **May 9 (Fri.)** Session-2 classes that meet on Fridays only end

- **May 7-13 (Wed.-Tue.)** Final exam period (core and electives)
- **May 14 (Wed.)** YSOM Graduating student grades due, 5:00 p.m.
- **May 19 (Mon.)** Commencement
- **May 28 (Wed.)** YSOM continuing student grades due, 5:00 p.m. (with some exceptions)
- **June 2 (Mon.)** Deadline for MBA application for Management Science Major (Class of 2026)

## Fall Term 2025

- **August 5-7 (Tue.-Thur.)** Math Camp (by invitation only)
- **August 11-15 (Mon.-Fri.)** Incoming Student Orientation (Required for all MBA students)
- **August 11-22 (Mon.-Fri.)** Incoming Student Orientation (Required for all MAM and MMS students)
- **August 18-22 (Mon.-Fri.)** MGT 401 *Managing Groups & Teams* meets (required core course MBA 1st years)
- **August 18 (Mon.)** SOM Open Add/Drop period begins, 8:30 a.m.
- **August 25 (Mon.)** Session-1 MBA core classes begin (MBA 1st years)
- **August 27 (Wed.)** Fall-term YSOM classes begin; Yale College and Graduate School classes begin
- **August 29 (Fri.)** Make-up day: Monday classes meet (core, YSOM electives and non-SOM electives)
- **September 1 (Mon.)** Labor Day; classes do not meet, administrative offices closed
- **September 3 (Wed.)** SOM Open Add/Drop period ends (session-1 and full semester electives and non- SOM electives). 5:00 p.m.
- **September 18 (Thur.)** Core Exam: MGT 403 *Probability Modeling & Statistics*, 6:30-9:00 p.m.
- **September 26 (Fri.)** MGT 403 *Probability Modeling & Statistics* (required core course MBA 1st years)
- **October 9 (Thur.)** Classes end
- **October 10 (Fri.)** Friday classes end
- **October 10 (Fri.)** Elective final exam period
- **October 13-16 (Mon.-Thur.)** Core final exam period (MBA 1st years)
- **October 13-17 (Mon.-Fri.)** Global Network Week; YSOM classes do not meet
- **October 20 (Mon.)** Classes resume; Session-2 classes begin (core and elective)
- **October 27 (Mon.)** SOM Open Add/Drop period ends (session-2 electives), 5:00 p.m.
- **October 31 (Fri.)** Session-1 grades due, 5:00 p.m. (with some exceptions)
- **November 24-28 (Mon.-Fri.)** November recess
- **December 1 (Mon.)** Classes resume
- **December 9 (Tue.)** Classes end
- **December 10 (Wed.)** Session-2 classes that meet on Wednesdays only end
- **December 11 (Thur.)** Session-2 classes that meet on Thursdays only end
- **December 12 (Fri.)** Session- 2 classes that meet on Fridays only end

- December 12 (Fri.) Session- 2 classes that meet on Fridays only end
- December 10-16 (Wed.-Tue.) Core and Elective final exam period
- December 17 (Wed.) Winter recess begins

**Spring Term 2026**

- January 2 (Fri.) Fall grades due, 5:00 p.m. (with some exceptions)
- January 6 (Tues.) SOM Open Add/Drop period begins, 8:30 a.m.
- January 12 (Mon.) Yale College and Graduate School classes begin
- January 19 (Mon.) Martin Luther King Jr. Day; classes do not meet; administrative offices closed
- January 20 (Tue.) YSOM Courses begin (core and elective)
- January 23 (Fri.) Make-up Day (Monday classes meet, Friday classes do not meet)
- January 27 (Tue.) SOM Open Add/Drop period ends (session-1 and full semester electives and non-SOM electives). 5:00 p.m.
- March 3 (Tue.) Classes end
- March 4 (Wed.) Session-1 classes that meet on Wednesday only end
- March 5 (Thur.) Session-1 classes that meet on Thursday only end
- March 6 (Fri.) Session-1 classes that meet on Friday only end
- March 4-6 (Wed.-Fri.) YSOM session-1 final exam period (elective & core)
- March 9-20 (Mon.-Fri.) International Experience; Global Network Week; classes do not meet
- March 20 (Fri.) Session-1 grades due, 5 p.m. (with some exceptions)
- March 23 (Mon.) Classes resume; session-2 classes begin
- March 30 (Mon.) SOM Open Add/Drop period ends (session-2 electives)
- April 3 (Fri.) Good Friday; administrative offices closed, courses meet
- May 5 (Tue.) Classes end
- May 6 (Wed.) Session-2 classes that meet on Wednesdays only end
- May 7 (Thur.) Session-2 classes that meet on Thursdays only end
- May 8 (Fri.) Session-2 classes that meet on Fridays only end
- May 6-12 (Wed.-Tue.) Final exam period (core and electives)
- May 13 (Wed.) YSOM Graduating student grades due, 5:00 p.m.
- May 18 (Mon.) Commencement
- May 28 (Wed.) YSOM continuing student grades due, 5 p.m. (with some exceptions)

    

Yale School of Management
Edward P. Evans Hall
165 Whitney Avenue
New Haven, CT 06511-3729

Business & Society
Programs
Case Studies
Giving

SOM Directory ↗
Alumni Directory ↗
Campus Groups ↗
Recruiters ↗