# EXHIBIT D

# Yale SCHOOL OF MANAGEMENT

## COURSE INFORMATION



| | |
|---|---|
| Course Number | MGT 674 E |
| Course Title | Leading Small and Medium Enterprises |
| Term and Year | Fall 2024 |
| Class Meeting Time, Day | 6 Sessions (3 hours)<br>Room 4420 Evans Hall |
| Course Support | Beard, Adasia: adasia.beard@yale.edu; Harris, Malik: malik.harris@yale.edu |

## CONTACT INFORMATION

| Professor | TA(s) |
|---|---|
| **Name:** A.J. Wasserstein, *Eugene F. Williams, Jr., Senior Lecturer in the Practice of Management* | **Name:** |
| **Office Location:** Evans Hall #3562 | Alora Cash |
| **Email Address:** adam.wasserstein@yale.edu | alora.cash@yale.edu |
| **Office Hours:** Please schedule at **Calendly** | |
| | Madeleine Yi |
| | madeleine.yi@yale.edu |

**Review Sessions:** As needed

## COURSE MATERIALS



| Required | Selected cases and notes |
|---|---|
| Recommended | *Small Giants,* by Bo Burlingham<br>*Fire Someone Today: And Other Surprising Tactics for Making Your Business a Success*, by Bob Pritchett<br>*Financial Intelligence*, by Karen Berman and Joe Knight<br>*The Hard Thing About Hard Things*, by Ben Horowitz<br>*Entrepreneurial Leadership,* by Joel Peterson |



# Course Description and Objectives

## COURSE DESCRIPTION AND STRUCTURE

*This course will require active participation in class.  Please be prepared and committed to engage in class.  If you do not enjoy contributing in class, this might not be the right course for you.*

This course will provide students with an opportunity to explore being a CEO, owner, and/or entrepreneur of an emerging small or medium enterprise.  The course will examine operational, organizational and financial issues that are prevalent in developing small and medium businesses.  Cases will examine startups, acquired companies, family businesses and sponsored businesses (private equity owned).  Not-for-profits will also be considered.  The course will focus on the developing and adolescent stages of the business – beyond start up and prior to maturity or exit.  The size of the businesses will roughly be $2m to $100m in annual revenue.  Students will discover that organizations of this size can be resource constrained, lack infrastructure and will require innovative and creative solutions and strategies to grow and create value.

The general nature of the course will give students a complete view of the enterprise and an understanding of what choices can be made to grow the enterprise, improve the enterprise, finance the business and create value.  Students will be required to assess the current situation of the enterprise and its leader, diagnose the challenges and opportunities and make specific recommendations and action plans with quantitative and qualitative support.  Students will learn new skills and concepts while analyzing the cases and will also draw upon the Core foundation.  The course will provide students with an opportunity to understand what it is like to lead, run, grow and manage a smaller organization and how this might fit as a career choice.

The course will generally consist of three modules.  The first will focus on leaders fixing and repairing troubled enterprises.  The second will center on growing and developing the business.  The final module will explore the leader and CEO's role in the business and the leader's development and style.

Yale SCHOOL OF MANAGEMENT

# Course Goals

## AT THE COURSE CONCLUSION STUDENTS WILL:

 Have new quantitative and qualitative analytical tools and skills which will help them lead and grow a successful small and medium business

 Have sharpened skills and tools that were introduced in the SOM Core and other elective courses

 Have discovered frameworks, models and lenses which will assist in analyzing complex organizational opportunities, challenges and problems

 Have developed pattern recognition that helps drive success in a small and medium enterprise

 Be able to accurately diagnose an organizational situation and develop risk-adjusted, actionable and tenable solutions for the challenge at hand

 Feel confident to be able to get in the arena and lead

 Be better prepared to be a successful and effective leader in business and society

Yale SCHOOL OF MANAGEMENT

# Course Material Demographics

## COURSE DEMOGRAPHICS

This course attempts to introduce students to a wide variety of course material and case protagonists that is diverse and representative of Yale SOM student demographics and interests.  Cases and protagonists are selected to help students identify with the protagonist and be able to envision themselves as a leader and CEO.  While the cases selected are not accurately indicative of the student population at Yale SOM, the mix is evolving towards a better balance.

The charts below depict the case content mix on five dimensions.



# Grading Policy

## DELIVERABLES



- Class attendance and participation
- Midterm case analysis
- Final Project
- Assignments

- While all class participation is positive and encouraged, the best comments will orient around insightful qualitative and mathematical analysis and commentary that probes into the case material and complexities – as compared to recalling case facts.
- Class assignments are due prior to class and should reflect mathematical and/or qualitative analysis.  Assignments will help you prepare for class participation.
- In addition to class assignments, there is a short survey due before every class. This helps gauge the class reaction to the case material and helps the instructor better facilitate this discussion. Your responses to the surveys may be used in 'warm' calls during the class. Please complete the survey prior to class, ideally before 8:00 AM ET on the day of class.

- Midterm Case Analysis
  - Please prepare a written case study analysis: on BrightStar Care: The Evolution of a Leadership Team (HBS 9-417-020).
  - The written analysis should use the tools and techniques discussed in class and the assigned readings.
  - This assignment will be graded anonymously. Please do *not* include your name on the submission or in the file name. Please save your file as "LSME Midterm_SID#" and include your nine-digit SID number within the document. Note that your SID number is distinct from your NetID. Please reach out to the TAs with any questions.
  - Your case analysis must be submitted before the class session when the case will be discussed (please submit using Canvas by Friday, Dec 6  at 8:00AM ET). For a sample of a successfully written case analysis, please click here <u>case analysis sample</u>.

- Final Project
  - For the final deliverable, students will submit an additional case analysis (Sugar Bowl HBS 9-913-537).  All final deliverables should use the tools and techniques discussed in class and in the assigned readings. (Please submit using Canvas by Friday, Jan 17 at 8:00 AM ET).  There are no prompts for the final deliverable.  Please use the tools and concepts explored in class, in other classes and your personal experiences to analyze the case.
  - This assignment will be graded anonymously. Please do ***not*** include your name on the submission or in the file name. Please save your file as "LSME Final_SID#" and include your nine-digit SID number within the document or slide deck. Note that your SID number is distinct from your NetID. Please reach out to the TAs with any questions.
  - For more details on how written projects will be graded, please see the rubric at the <u>end of the syllabus.</u>
  - Late assignments will not be given credit unless circumstances are approved by AASL
  - Please see the Yale SOM Grading Policy at http://portal.som.yale.edu/page/grading-policy

Please see the <u>Yale SOM Grading Policy</u>

# Grading and Policies

## Classroom Participation

The basis for high-quality classroom participation is diligent preparation. Students should expect to spend several hours reading, assessing, and analyzing each week's materials on their own, and are encouraged to conduct further analysis in study groups prior to each class. Each session focused on a case study will begin with a student opening the class, typically with his or her own assessment of the case. Throughout the rest of the class, students will be asked to support or challenge the initial opening, as the Instructor facilitates a case discussion. Class participation is an important part of this class. The more you contribute, the more you and your classmates will get out of the class and the more stimulating the class will be for us all. So, active participation is strongly encouraged with a significant portion of your grade earned through class participation.  Please be prepared for the Instructor to 'cold call' on you in class.  If you are not prepared to be called on, please turn your name card upside down and the Instructor will not cold call (please limit your upside-down option to one session in the course).  Please see the participation rubric at the end of the syllabus.

There is a survey associated with each class.  Please complete the survey prior to each class.

If possible, we will avoid using the back row(s) of the classroom. Following the third class, we will have assigned seating for the remainder of the course.

## Individual or Group Class Preparation (Non-Graded)

Each session poses a series of questions regarding the readings for the class. To aid in class discussion, each student should prepare notes that includes appropriate analysis prior to class.

## Yale SOM Policies

Please see the M.B.A for Executives Program in the SOM Bulletin.

## Course Recording

All EMBA course lectures are recorded with permission of the Faculty and posted to the specific course site.

## Laptop/Device Policy

Usage not allowed without the express permission of the instructor.


Yale SCHOOL OF MANAGEMENT

# Academic Integrity, Plagiarism and Chatbots

## Academic Integrity (From the Yale University Poorvu Center https://poorvucenter.yale.edu/academicintegritystatements)

Academic integrity is a core university value that ensures respect for the academic reputation of the University, its students, faculty and staff, and the degrees it confers. The University expects that students will conduct themselves in an honest and ethical manner and respect the intellectual work of others. Please ask about my expectations regarding permissible or encouraged forms of student collaboration if they are unclear.

Any work that you submit at any stage of the writing process— thesis, outline, draft, bibliography, final submission, presentations, blog posts, and more—must be your own; in addition, any words, ideas, or data that you borrow from other people and include in your work must be properly documented. Failure to do either of these things is plagiarism. I seek to protect the rights and intellectual property of all students, writers, and scholars by insisting that individual students act with integrity.

Academic integrity requires that students at Yale acknowledge all of the sources that inform their coursework. Most commonly, this means (a) citing the sources of any text or data that you include in papers and projects, and (b) only collaborating with other students in ways that are explicitly endorsed by the assignment. Yale's dedication to academic integrity flows from our two primary commitments: supporting research and educating students to contribute to ongoing scholarship. A safe and ethical climate for research demands that previous authors and artists receive credit for their work. And learning requires that you do your own work. Conventions for acknowledging sources vary across disciplines, and instructors should instruct you in the forms they expect; they should also delineate which forms of collaboration among students are permitted. But ultimately it is the student's responsibility to act with integrity, and the burden is on you to ask questions if anything about course policies is unclear.

## A Word About Plagiarism (From the Yale University Poorvu Center https://poorvucenter.yale.edu/writing/wr-instructor-resources/addressing-academic-integrity-and-plagiarism/sample-plagiarism-warnings-syllabi)

You must document all of your source material. If you take any text from somebody else, you must make it clear the text is being quoted and where the text comes from. You must also cite any sources from which you obtain numbers, ideas, or other material. If you have any questions about what does or does not constitute plagiarism, ask! Plagiarism is a serious offense and will not be treated lightly. Fortunately, it is also easy to avoid and if you are the least bit careful about giving credit where credit is due you should not run into any problems.

## Artificial Intelligence (AI) Policy

Collaboration with ChatGPT or other AI composition software is not permitted in this course.

# Detailed Outline of Class Sessions (1 of 7)

## Fix It Module

### SESSION 1: MANUFACTURING CHALLENGES AND CHANGE



Thu
Oct 24
9:00

**Reading:**
- <u>Union Corrugating Company</u> (HBS 9-803-065)
- <u>A New CEOs Checklist for Quickly Understanding and Leading a Business</u>
- <u>Leading Change: Why Transformation Efforts Fail</u> (HBR R0701)
- <u>The 3 Challenges Every New CEO Faces</u> (H04RAE)
- <u>A Primer on How to Get the Most Out of My Courses</u>

**Assignment:**
Please submit math calculating the sales breakeven dollar volume for UCC and the impact of the steel price reduction on profit.

**Questions:**
- Did Lauri Union make a wise decision to take over Union Corrugating Company (UCC)? Why or why not?
- Assess some of the challenges facing UCC. Which concern you the most and why?
- Does Lauri's MBA project define the necessary action plan for a successful turnaround? What, if anything, is missing?
- How do you think Lauri did in her first six months of her new job? What did she do well, and poorly? What did she miss?
- What should Lauri do with Coates?
- What is the sales breakeven volume (in dollars) for UCC before the steel price reduction? **Do the math.**
- What is the P&L impact of the steel price reduction Lauri negotiated? **Do the math.**

**Survey:**
- <u>Session 1</u>

### SESSION 2: COST CONTROLS IN A PREMIUM SERVICE ENVIRONMENT



Thu
Oct 24
9:00

**Reading:**
- <u>Raiser Senior Services</u> (HBS 9-603-013)
- <u>When a New Manager Takes Charge</u> (HBR R0701K)
- <u>When You've Got to Cut Costs Now</u> (HBR R1005E)
- <u>Here's What Happens When 3G Capital Buys Your Company</u>
- <u>How to Cut Costs Strategically</u> (HBR H03I42)
- <u>Student Worksheet</u>

**Questions:**
- How can Jennifer impact revenue? Where can she raise prices? Where can she implement new charges and fess? Please calculate the impact of these opportunities.
- How can Jennifer Raiser control costs without diluting the service experience residents at the Stratford have come to expect?
- What areas of the cost structure should Jennifer focus on?
- How can Jennifer manage healthcare costs as the average resident age increases and residents expect premium staffing levels?
- What should Jennifer do with dining operations?
- Was the 20% price increase fair and ethical?
- How important is cost management and controls when operating a small business? What are some techniques and strategies to do this well?
- What is the Raiser business model – how do they actually make money? How would you change the Raiser P&L to more accurately reflect the financial performance?

**Survey:**
- <u>Session 2</u>

# Detailed Outline of Class Sessions (2 of 7)

## SESSION 3:  A SMALL BUSINESS TURNAROUND



Fri Nov 8 2:30

**Reading:**
- Lyric Dinner Theater (HBS 9-813-043)
- A Primer on Breakeven Analysis
- Cash Management Practices in a Small Companies (HBR 9-699-047)
- New Managers Need a Philosophy About How They'll Lead (H02CAY)
- The Five Rules Every New CEO Should Follow (H00GED)

**Assignments:**
- Please submit math for the last 5 bullet points in the questions below.
- Please draft bullet points on what Rivka should say to her board as the path to move forward.  Be prepared to role play in class.

**Questions:**
- Describe some of the challenges Rivka Belzer faced as she entered her new role?
- What should Rivka focus on as her top priorities as a new CEO?
- What should Rivka do about sales and revenue management?
- How do you assess Rivka's proposed thoughts on changes in the production area (page 9)?
- How would you address the accounting and information control systems?
- What do you think about hiring Mike Johnson?
- What are show expenses for YTD 2010 per show?
- What are show and general expenses for YTD 2010 per show?
- What is the contribution margin per attendee for YTD 2010?
- How many attendees are needed to breakeven on show expenses?
- How many attendees are needed to breakeven on show and general expenses?
- What should Rivka tell her Board the right way to move forward is? (Be prepared to role play this in class)

**Survey:**
- Session 3

## SESSION 4:  FINANCING GROWTH IN A SMALL BUSINESS



Fri Nov 8 2:30

**Reading:**
- Gilbert Lumber (HBS 9-315-137)
- Cash Management Principles in a Small Business
- Solving the Puzzle of the Cash Flow Statement (BH013)
- Ratios: Learning What the Numbers are Really Telling You (page 157-222 *Financial Intelligence*)
- Part Four Cash is King (page 125 to 154 *Financial Intelligence*)
- Taking-control-cash-flow-ebook
- Early payment discount   Big returns for your business
- How Fast Can Your Company Afford to Grow? (R0105K)
- Student Worksheet

**Assignment:**
Please submit math for the last bullet point prompt and the 4 subset prompts (below).

**Questions:**
- Why does Gilbert, a profitable company, need bank debt to finance its business?
- How would you assess Palmer Gilbert's decision to not take trade discounts?
- How should Palmer Gilbert think about his capital availability?
- Should Palmer grow as fast as he is able to or not?
- What size loan do you think Gilbert needs and why?
- How should a small business CEO think about growth?  Is all growth good?
- To successfully analyze this case:
  - Perform financial and ratio analysis on 2011 to 2013 statements – Observe trends
  - Create a pro forma Sources and Uses: look at changes in position from 2011 to 2013 – Where is cash coming from, and where is cash being consumed? What does this tell you?
  - Create a pro forma P&L and BS for 2014 make assumptions based on your financial and ratio analysis of 2011 to 2013
  - Back into the bank debt required for Gilbert (assume Gilbert will take trade discounts)

**Survey:**
- Session 4


Yale SCHOOL OF MANAGEMENT

# Detailed Outline of Class Sessions (3 of 7)

### Grow It Module

## SESSION 5:  A CAPEX DECISION



Fri
Nov 22
9:00

**Reading:**
- Red Hen Baking Company (HBS 9-916-526)
- How to Calculate and Really Understand Return on Investment (page 197 to 222 in Financial Intelligence)
- How Fast Should Your Company Grow? (HBR 84108)
- On the Nature of CEO Time Allocation in an SME

**Questions:**
- Should George relocate Red Hen from Duxbury to Middlesex?  Why or why not?  What are the qualitative and quantitative reasons?
- What financial analysis should George do to evaluate the decision?
- How do you feel about George going into the café business as part of the potential move?  What are the pros and cons of this opportunity and for whom?
- Please prepare three financial analyses to better understand the move decision.  (Forecast out to 2012 – look at unlevered cash flows)  1) No move, low growth.  2) Move, low growth.  3) Move, high growth.  You will have to make certain estimates and assumptions (just like George)
- When you are the sole owner of a business what impacts your decision making and why?

**Survey:**
- Session 5

## SESSION 6:  IS EMPLOYEE OWNERSHIP THE ANSWER



Fri
Nov 22
9:00

**Reading:**
- King Arthur Flour (HBS 9-407-012)
- Note on ESOPs (HBS 9-201-034)
- How Well Is Employee Ownership Working? (HBR 87511)
- Exploring Open-Book Management in a Search Fund–Acquired Small Business
- On the Nature of CEO Communication Patterns in a Small Business (optional)
- The Great Game of Business
- Jack Stack on the Great Game of Business (watch as much as you choose)
- The Case for Employee Ownership Project-Equity (background and optional)

**Questions:**
- Describe how culture fits into the King Arthur strategy.
- Would you want to work at King Arthur?  Why?
- How did Voigt create an environment where employees were engaged?
- What do you think about open book management?
- Can employee engagement work without an ESOP?  Does an ESOP ensure employee engagement?
- Describe the pros and cons of an ESOP structure?
- Does ESOP ownership scale?
- How should Voigt move King Arthur forward?  What should his strategy be, and what are some of the risks in his choices?

**Survey:**
- Session 6

*If you would like to know where you are on your participation grade at the midpoint, please see one of the TAs*

# Detailed Outline of Class Sessions (4 of 7)

## SESSION 8:  DEVELOPING THE RIGHT TEAM FOR THE RIGHT STAGE



Fri Dec 6 9:00

**Reading:**
- Zeswitz Music (HBS 9-215-034)
- Managing Major Accounts (HBS 9-590-046)
- Will This Customer Sink Your Stock
- Seven Surprises for New CEOs (R0410C)

**Questions:**
- How is Randy using his time?
- Does Randy have his priorities queued up appropriately? What would you focus on if you were Randy?
- Who are Randy's customers?
- Please calculate payback period and IRR for renting a violin and an oboe.  Do the math.
- Who are Randy's best customers?  Why?

**Survey:**
- Session 7

## SESSION 7:  ARE ALL CUSTOMERS EQUAL?



Fri Dec 6 9:00

**Reading:**
- BrightStar Care: The Evolution of a Leadership Team (HBS 9-417-020)
- Strategic Choices Need to Be Made Simultaneously, Not Sequentially (HBS H03K4Y)
- Note on Leadership (TCG329)
- Evolution and Revolution as Organizations Grow (HBR 98308)
- Some Thoughts and Helpful Hints for Preparing Midterm and Final Submissions in My Courses

**Questions:**
- What has made BrightStar successful?
- What has made Shelly Sun successful?
- Describe what Shelly Sun has done well and not well in her journey.  Has gender played a role in any way?
- Describe the evolution of BrightStar through stages.  How did Sun evolve and change for each stage?
- What are the industry dynamics and characteristics that have impacted BrightStar to date, and how might these impact BrighStar moving forward?
- What should Shelly Sun's game plan be moving forward?
- How much do you think BrightStar is worth? Enterprise value and equity value. If you spend more than 5 minutes on this you are overthinking it.

**Survey:**
- Session 8

# Detailed Outline of Class Sessions (5 of 7)

## SESSION 9: YOUR SPOUSE IS YOUR PARTNER



Fri
Dec 20
9:00

**Reading:**
- Elasto Therm:  The Next Step (HBS 9-813-030)
- Elasto Therm: Worksheet
- Should Couples Go into Business Together (HBR HOOWXP)
- It's My Turn (HBR 131OK)

**Questions:**
- How did the Bursteins' backgrounds prepare them for ETI?
- How did their experiences at previous companies shape their strategy and philosophies?
- What do you think about the ownership structure at ETI, and how did that fit with the Bursteins' strategy?
- How do you view the change in roles in Nate and Julia's lives?  What personal and professional risks exist in this swap?
- Can job sharing at the CEO level work?
- How did the Bursteins react to the recession?  What impacts do you think their reactions would have on the business (financially, operationally, culturally)?
- Should Nate and Julia focus on organic growth and if so, how should it be structured?  Or, should acquisitions be the emphasis and if so, which candidates?

**Survey:**
- Session 9

## SESSION 10: A MEDICAL FACTORY



Fri
Dec 20
9:00

**Reading:**
- Shouldice Hospital Limited (Abridged) (HBS 9-805-002)
- The Execution Trap (HBR R1007D)
- Joel Peterson video (optional)
- Working at a Small Business as a Post-MBA Career Choice (optional)

**Assignment:**
- Please submit math estimating revenue and profit for Shouldice

**Questions:**
- What makes Shouldice unique?  Is it successful, if so, what accounts for its success? What could go wrong?
- Should Dr. Shouldice pursue an expansion strategy? What are the risks of doing so?
- If you decided to pursue growth, how would you go about doing it?  Detail specifically, how capacity, in numbers would increase, and what incremental revenue would be.
- Assess whether Shouldice is about strategy, execution or a balance.
- Assess how Shouldice's series of systems and process come together to drive operational success, customer outcomes and financial performance.
- Estimate revenue and profit for Shouldice using some facts, hints and data in the case.
- How should Dr. Shouldice and Mrs. Urquhart communicate to the medical staff that they are considering doing operations on Saturdays? **(Be prepared to role play in class).**

**Survey:**
- Session 10

# Detailed Outline of Class Sessions (6 of 7)

## The Entrepreneur in the Arena Module

### SESSION 11: IT'S THE CULTURE THAT COUNTS


Fri
Jan 10
9:00

**Reading:**
- Integrated Packaging: Struggling to Do the Right Thing (A) (HBS 9-307-064)
- Integrated Packaging: Struggling to Do the Right Thing (B) (HBS 9-307-065)
- Integrated Packaging: Struggling to Do the Right Thing (C) (HBS 9-307-066)
- Note on Organizational Culture (HBS OB-69)
- What is an Organization's Culture (HBS 9-399-104)
- Culture Strategy Execution Trio: A How-To Guide (UV7629)

**Questions:**
- What risks did Fuller face when purchasing the NJ plant from Jefferson Smurfit?
- Assess Fuller's approach to turnaround the NJ plant. What were the key underpinnings? Do you agree with the approach, what would you do differently?
- How would you describe and assess the culture at IPC? Do you like the culture? Why or why not?
- Should Wilson and Fuller purchase the Detroit business? Why or why not?
- If you chose to purchase the Detroit business, how would you value it?
- In the B case, what went wrong in Detroit?
- How can Fuller scale IPC?

**Survey:**
- Session 11

### SESSION 12: LEADING AND DRIVING CHANGE IN A SOCIAL SERVICE CONTEXT


Fri
Jan 10
9:00

**Reading:**
- Jody Leleck at Broad Acres (HBS 9-810-042)
- Exploring the CEO's Leadership Role in a Search Fund–Acquired Small Business
- Six Basics for General Managers (HBR 89411)
- Level 5 Leadership (R0507M)
- Profiles in Entrepreneurial Excellence – A Holistic Approach
- Servant Leadership

**Assignment:**
- Please submit bullet points for what Jody should say to Weast to get the permanent principal role.

**Questions:**
- If you were Jody Leleck, would you want to lead Broad Acres?
- What should Jody communicate to Jerry Weast to sell herself in order to win the job? Be prepared to role play this in class.
- If you were Jerry Weast, would you select Jody to do the restructuring?
- How do you assess Jody's performance to date as principal (use the Six Basics reading as a framework)?
- Does her performance to date indicate that she is the right person for the job?
- What similarities and differences exist in leading and driving change in a not-for-profit and a more traditional for-profit organization?
- If Jody is offered the opportunity to do the restructuring, what should her game plan be and what should her top priorities be? What risks exist in your proposed course of action?

**Survey:**
- Session 12

# Detailed Outline of Class Sessions (7 of 7)

FINAL SUBMISSION



Fri
Jan 17

Reading:
- Sugar Bowl (HBS 9-913-537)
- Some Thoughts and Helpful Hints for Preparing Midterm and Final Submissions in My Courses
- A Value-Creation Journey

- Intentionally no prompts (when you are a CEO, there are no prompts)

# Faculty Biography



A. J. Wasserstein is the Eugene F. Williams, Jr., Senior Lecturer in the Practice of Management at the Yale School of Management. His research, writing, and teaching concentrates on search funds, entrepreneurship, programmatic acquisitions, and small businesses.

Additionally, he is a private investor with a long-term orientation, interested in lower middle market businesses and philanthropic organizations where he can be positively impactful by using his experiences, time, and capital. Mr. Wasserstein was the president of Onesource Water, the third-largest bottleless water service business in the US. Onesource Water was sold to Water Logic, a UK-based strategic acquirer, in 2016. Previously, A. J. was the founder and CEO of ArchivesOne, the third largest records management company in the US. ArchivesOne was sold to Iron Mountain (NYSE: IRM) after 17 years of operation.

A. J. was the recipient of the Faculty Teaching Excellence Award for outstanding teaching in elective courses at the Yale School of Management in 2022 and 2024. The US Small Business Administration has recognized A. J. as the Small Business Person of the Year in Connecticut. A. J. wrote a book on young adulthood that was a gift to his three children. The book's title is *What Matters Most: A Young Adult's Roadmap to Life*.

*The instructor reserves the right to modify and/or change the syllabus as needed during the course.*

# Grading Policy for Written Midterm and Final Submission

## COURSE NUMBER: MGT 674

## COURSE TITLE : LEADING SMALL AND MEDIUM SIZED ENTERPRISES

### Assignment Description:

Students will submit written analyses of case studies.  The written analysis should use the tools and techniques discussed in class and in the assigned readings. The case analysis must be submitted prior to the class session when the case will be discussed. These four to five-page papers should begin with a clear and concise recommendation and follow with succinct supporting analysis. There is no need to summarize the case and the tone should be more professional and businesslike than academic.

| Rubric | |
|---|---|
| ✓+  (14-16 points) | Clear and concise recommendation followed with succinct supporting analysis. Provides both quantitative AND qualitative analysis that goes above and beyond the case facts. Case facts are only repeated as necessary to make the recommendation clear or prove a particular point. Multiple angles are considered with the risks and potential rewards associated with option each clearly articulated. |
| ✓  (10-13 points) | A recommendation is provided followed with some supporting analysis. Provides either quantitative or qualitative analysis that goes above and beyond the case facts. Includes some unnecessary repetition of case facts. Limited options are presented and risks/rewards are not always clearly articulated. |
| ✓-  (5-9 points) | Assignment turned in late or simply restates case facts without a clear recommendation. Quantitative and/or qualitative analysis of the case is limited and/or does not follow a clear logical structure. |
| Fail  (0 Points) | Assignment not turned in or submitted in violation of the honor code. |

# Grading Policy for Attendance and Class Participation

## COURSE NUMBER: MGT 674

## COURSE TITLE : LEADING SMALL AND MEDIUM SIZED ENTERPRISES

### Class Participation:

The basis for high-quality classroom participation is diligent preparation. Students should expect to spend several hours reading, assessing, and analyzing each week's materials on their own, and are encouraged to conduct further analysis in study groups prior to each class. Each session focused on a case study will begin with a student opening the class, typically with his or her own assessment of the case. Throughout the rest of the class, students will be asked to support or challenge the initial opening, as the Instructor facilitates a case discussion. Class participation is an important part of this class. The more you contribute, the more you and your classmates will get out of the class and the more stimulating the class will be for us all. So, active participation is strongly encouraged with a significant portion of your grade earned through class participation.  Please be prepared for the Instructor to 'cold call' on you in class.  If you are not prepared to be called on, please turn your name card upside down and the Instructor will not cold call (please limit your upside-down option to one session in the course).

| Rubric | |
|---|---|
| ✓+ (3 points) | Student is thoroughly prepared for class and meaningfully involved throughout the class session in a reflective and deep way. Preparation is outstanding and complete.  Student has attempted and worked through the mathematical components of the case.  Student offers innovative perspectives and ideas using case data.  Student relates analysis to other components of the course and synthesizes course material into comments.  Student is respectful of other comments in class when disagreeing or confronting another student's ideas. |
| ✓ (2 points) | Student is consistently involved in the class conversation and volunteers and responds to being called on.  Preparation is good and there is some clear analysis and interpretation of case facts.  Student uses tools and techniques explored in class.  Student agrees with or refutes other students' comments in a respectful and analytical way. Support is fact and data based |
| ✓- (1 points) | Student responds with case and reading facts when called on or voluntarily offers case or reading facts on an infrequent basis |
| 0 (0 Points) | Student is not in class |

 **Yale** SCHOOL OF MANAGEMENT

## EMBA Syllabus

## Course Information
Course Number: MGT 525
Course Title: Competitive Strategy
Term and Year: Fall 2024
Classroom Location: 4400
Class Meeting Time, Day:
- Saturday, December 7th, 8:00 - 11:00am
- Saturday, December 21st, 12:00 - 3:00pm
- Saturday, January 11th, 8:00 - 11:00am
- Saturday, January 25th, 8:00 - 11:00am
- Saturday, January 25th, 12:00 - 3:00pm
- Saturday, February 8th, 8:00 - 11:00am

## Contact Information
Professor:  Sonia Marciano ([sonia.marciano@yale.edu](mailto:sonia.marciano@yale.edu))
Office Hours:  On zoom by appointment or in person before or after class.

TA:  Colin Foreman ([colinjforeman@gmail.com](mailto:colinjforeman@gmail.com))

Questions on Canvas Site: Monday-Friday 8:30am-5pm, please
contact  [malik.harris@yale.edu](mailto:malik.harris@yale.edu)

## Course Material
**Required textbooks to read by the end of course:** 1) Lords of Strategy (good overview of strategy as a business), 2) The Snowball (good for thinking conceptually about companies) and 3) Valuation by McKinsey as a reference

**Readings**: For what to read for each class session:  See "Outline of Class Sessions" below
- Materials from HBS, Digital Txt (Strategy Essentials = Professor Marciano's Course Notes)
- Various items posted to course site under "NonHBS Readings".

## Course Description
Graduate MBAs benefit from an emphasis on analytical and structured thinking.  I aim to keep class discussions at an advanced level - as students can cover definitions and frameworks through class preparation.  In this course, we will develop a broad approach for evaluating the prospects for firm profits.  We will look at many firms across a broad range of markets. We will spend some time on managerial and behavioral issues and/or institutional details - but keep in mind that the more granular we get, the more the information applies only in restrictive scenarios.

## Course Objectives

We will apply concepts from core strategy, corporate finance and microeconomics to explain why some companies do not imminently face profit killing price and feature competition.  Our goal is a structured and verifiable explanation for a company that appears well positioned for the foreseeable future.

## Course Requirements

o   **Preparation and Participation:  25%**
o   **Exercise done in pairs on January 25th:  25%**
o   **Team memo (2-3 members):  Due February 16th at 11:55pm OR**
    ▪   **Timed Take home (~90 minutes) available from February 9 (9am)-16th (11:55pm)**
    ▪   **The team memo or quiz is worth 50% -- doing both is not an option**

For details about grading, go to "Grades" under Academic Policies, SOM Bulletin.

## Course Overview

1.  **STRATEGY:** Guiding organizational actions in response to market conditions to develop a sustainable "win-win" bargaining zone with customers and/or suppliers that yields the company economic profits.  Company leaders should use their market power judiciously so as to maintain the quality of important relationships among key constituents in the company's ecosystem.  Leaders should invest in the company's "license to operate".

2.  **THINK ALLOCENTRICALLY NOT EGOCENTRICALLY:** If you are asked to consider why a firm takes an action (say it lowers the price of its product) you should consider the "direct effect" – what is the effect on the firm under consideration? Additionally, the action will generate reactions and repercussions which could have a significant impact on the company—there will be indirect effects. Think about the situation from the points of view of all key constituents who affect the firm's value:

    •   **Customers**: What needs are customers seeking to satisfy? What dimensions of customer needs does the firm's product satisfy? What has changed since the firm took the action?

    •   **Competitors**: How will they react to the firm's actions? Under which conditions could they reduce the firm's competitive advantage or the uniqueness of the firm's product or service offering?

    •   **Entrants, substitutes, and complementors**: Does the firm's action generate any reaction or impact on these parties?

    •   **Suppliers**: What benefit do suppliers receive from dealing with the firm? Has that benefit changed over time? **Give serious consideration to human capital as a key supplier – companies don't innovate, humans innovate (and let's hope AI evolves into a complementor to vs. a substitute for humans).**

    •   **Prospective acquirers or targets**: In what ways are the firm's assets and capabilities more productive or valuable to other firms than they are to the firm under consideration? What impact does the firm's actions have on parties the firm might want to acquire?

3.  **THINK VALUE CREATION <u>AND</u> VALUE CAPTURE:** The most value creating businesses are not the ones winning zero sum battles – i.e., patent trolling.  Economists refer to situations in

2

which a party is able to receive rewards in excess of the amount of value they create as "surplus extraction". Examples of surplus extraction abound (for example) in scenarios where transactions are generally one off – for example, how truthful are sellers of goods in a touristy shopping area? Surplus extraction refers to situations in which companies leverage their vantage point to exploit customers, suppliers (including labor) and/or the environment. We hope to make the case in this course that businesses who sustain sound economic performance over time are those who discover win-win exchange opportunities—transactions that simultaneously create "utility" for buyers, convert competitors to complementors, create opportunities for suppliers and, of course, profits for shareholders. The cornerstone of good strategy formulation is the **value-creation** proposition. A viable value-creation proposition is a business concept that identifies attributes that consumers value and embeds those attributes in a product or service that costs less to produce than consumers are willing to pay. A superior value-creation proposition is one that is overall more value creating than the propositions of direct rivals or producers of substitute goods. A firm with a superior value-creation proposition will capture more value than a firm with a weaker value-creation proposition even in the face of intense price competition that drives the economic profits of the marginal firms to zero.

4. **STRATEGIC CHOICES ENTAIL TRADEOFFS:** It is rarely possible to simultaneously beat your competitors on every dimension. Good strategy entails making tradeoffs in dimensions such as the business's scope (its horizontal and vertical boundaries); about how to compete (its position in the market (i.e., "budget vs. premium"); and about where to compete (i.e., it target markets such as rural vs. urban). Firms that outperform their competitors end up being *where the need is*. That is, good strategists anticipate the future landscape and develop fact-based conjectures on where the market is going and invest in the assets and capabilities suited to operating in that market.

5. **THE IRON LAW OF STRATEGY**: Your expectation should be that similarity breeds zero profits. As firms become more alike in their strategies, product offerings, positions, capabilities, and access to resources, competition intensifies and economic profits may be driven down zero – this could take many, many years or a few months – but it's a reasonable expectation.

6. **GOOD STRATEGY IS OFTEN NOT FORMULATED WITH A HIGH DEGREE OF CERTAINTY**: Good business strategy is typically formulated under conditions of considerable uncertainty and ambiguity. It requires that managers take a deep look into the future, but with an appreciation that history can repeat itself. Managers need to be aware that opportunities for resolving ambiguities and adjusting resource commitments accordingly are, to a degree, within their control and should be alert to opportunities to take advantage of this flexibility. The difficult thing about strategy is that each industry and each firm has idiosyncrasies that make it nearly impossible to generalize. The more exposure you get the better your intuition will get and you will learn where to put your "weights"—that is, which actions will have the biggest impact on the firm's profits.

7. **FACT-BASED DIAGNOSIS, FOOTPRINTS, AND THE IMPORTANCE OF ASKING WHY?** The most persuasive analyses and diagnoses are those that are fact-based. Look for "footprints" or "fact patterns" even with fragmentary, imperfect data. The most powerful "engine" to get a deeper level of understanding of a complex, ambiguous situation is to identify fact patterns and then ask, "Why do I see these patterns?" This helps you begin the process of forming hypotheses about the causes of the fact patterns that you see and may even suggest additional analysis which may help confirm or disconfirm these hypotheses.

## Brief Course Outline

1. Market Attractiveness—Market level opportunities and constraints:
   a. Analysis of the forces (**Porter's Five Forces**) affecting competition in a market
   b. What is the **structure of the market**?
   c. Can the analyst broadly determine how a firm should position itself in this space to exploit available opportunities and avoid constraints identified in industry analysis?
2. Firm assessment—Firm level opportunities and constraints. Each of the following questions should be supported by **financial metrics** whenever possible.
   a. What competencies does the firm possess? That is, what key activities does the firm generally perform better than the typical player in this space?
   b. How **unique and valuable are the firm's resources**? How can additional resources be developed and acquired cost effectively by the firm?
   c. What sustainable, tangible, or intangible strategic assets does the firm possess? We use the terms strategic assets interchangeably with competitive advantage.
   d. What, precisely, is the source of the firm's **leverage in the vertical chain** to which it belongs? Where along this value chain is "the scarcity"?
3. How does increasing or decreasing the boundaries of the firm affect prospects for value creation?

   a. Can the firm **deepen or leverage its advantage** by entering new businesses, vertically integrating, or expanding geographically?

   b. If a firm should expand its boundaries to include more than one business unit what is the **best mode of entry into a new line of business** (e.g., through acquisitions, alliances, franchises, or joint ventures)?

   c. How can management coordinate the different businesses to **create economic value** for the firm?
4. Sustaining performance over time:
   a. What prevents other firms from **imitating or recreating the firm's strategic assets**? What factors, forces or other preempts or restricts direct competition?
   b. Generally, what **risks of obsolescence** does the firm's product or process for making the product face?
   c. How should the firm weigh the risks and benefits from **investments in new resources and capabilities,** particularly when market conditions are highly uncertain?
   d. How should the firm address organizational issues such as slack and perverse incentives?
   e. How might parties affected by the firm's **negative externalities** use government and public opinion to diminish the firm's advantage? How does the firm manage in the context of producing externalities?

## Attendance Policy (Standard Policy)

EMBA students are expected to attend all classes and colloquium sessions, be on time, and be prepared to contribute. Students who receive one or more unexcused absences may, at the discretion of the faculty, receive a final course grade of Pass or Fail. We recognize that there are times when circumstances may cause a student to occasionally miss class or a colloquium. Excused absences include: religious observance, unplanned hospitalization, or an illness that directly affects the student or an immediate family member. Travel arrangements, mild illness, work and social engagements, recruiting activity, case competitions, conferences, or any other avoidable conflicts are not acceptable reasons to be absent. Students with excused absences should tend to the reason for the absence, watch class recordings available immediately after class, and be in communication with faculty. In the case of an extended medical absence due to illness, the student must provide the program director with written confirmation of the disabling

condition from a healthcare professional providing treatment. Whenever students are unable to attend class or a colloquium, they are required to notify a program administrator and the course instructors. If the circumstances make advance notice impossible, an email as soon as possible after the missed class is the next best alternative. At the discretion of the faculty, absence can negatively impact academic performance if a student misses more than one class session of a course, regardless of whether the absence is excused or unexcused. Several absences, regardless of whether the absence is excused or unexcused, can lead to a failing grade.

## Yale School of Management Policies

Please see the M.B.A for Executives Program in the SOM Bulletin.

## Course Recording

All EMBA course lectures are recorded with permission of the Faculty and posted to the specific course site.

## Laptop and Device Policy

Usage is not allowed without the expressed permission of the instructor.

## Artificial Intelligence (AI) Policy

Usage is not allowed without the expressed permission of the instructor.

## Detailed Outline of Class Sessions
**The instructor reserves the right to modify or change the course syllabus as needed during the term.**
==CASE PREPARATION QUESTIONS ARE LISTED BELOW THE OUTLINE – THESE QUESTIONS ARE NOT DUE FOR TURN IN – THEY ARE PROVIDED TO GUIDE YOUR EXPECTATIONS FOR CLASS DISCUSSION==

| # | Date | Topic/Assignment | Readings from HBS – Read carefully | Readings mainly on Canvas (two from HBS) – Read for main ideas | View or Listen based on your own level of interest |
|---|---|---|---|---|---|
| | Read by End of Course | 1) Lords of Strategy 2) The Snowball 3) Valuation by McKinsey as a reference | | | |
| 1 | 12/7/24 | Course Introduction | *What is Strategy* (HBS) | • Strategy Essentials Chapters 1-2 (this is my course notes – intended to be reader friendly vs an overload of articles) • Strategic Yardstick You Cannot Ignore • ROIC Underlying Drivers | |

| 2 | 12/21/24 | Situation Analysis | HBS Case: Steinway & Sons: Buying a Legend (A) | • Strat Essentials Chap 3 and 4<br>• Skim Steinway S1 | |
| 3 | 1/11/25 | How to evaluate the "hand you are dealt" or the competitive landscape | • Domino's Pizza HBS 512004<br>• Unbundling the Corporation (HBS) | | OPTIONAL LISTENING:<br>A Podcast show by Wondery entitled "Business Wars".<br>Season 41: Pizza Hut vs Dominos |
| 4 | 1/25/25 | What are "innovative capacity" and "path dependency" and how do they relate to each other? | • HBS Intel Corp.--1968-2003, 9- 703-427-PDF-ENG | Strategies for Two Sided Markets, Eisenmann, Parker, Van Alystyne (HBS) | |
| 5 | 1/25/25 | What *is* culture when move beyond the term as a catch all phrase for talent engagement and retention?<br><br>**Will give an exercise done in pairs (one team of 3 if we have an odd number). This exercise will be based on the Crocs case.** | • Walt Disney Co.: The Entertainment King (HBS)<br>• HBS Case: Crocs: Using Community-Centric Marketing to Make Ugly Iconic | • Cornerstone of Competitive Advantage<br>• When and When Not to Vertically Integrate (HBS) | |
| 6 | 2/8/25 | Strategy is implemented through marketing, operations and finance<br><br>**Take home quiz available from Feb 9-Feb 16 (takes 90 minutes)** | • Disney Acquisition of Pixar (HBS)<br>• DeBeers Case (HBS by Marciano and Ghemawat) | | OPTIONAL LISTENING:<br>A Podcast show by Wondery entitled "Business Wars".<br>Season 79: Disney-Pixar vs Dreamworks |

## Case Questions – GUIDANCE FOR CLASS DISCUSSION (DO NOT TURN IN THESE QUESTIONS):

**Steinway, Buying a Legend (HBS case)**
1. Although Steinway dominates the high-end segment of the piano market, the company is not consistently in the "comfortable zone" of economic profits. Why?
2. Why is the high end of the market so committed to this piano?

**Domino's Pizza HBS 512004-PDF**
1. Use capital IQ (or any source for company financials including the 10K) to determine how profitable is Dominos. Who would you compare Dominos to?
2. What is the Dominos value chain…who are their suppliers and who are their customers?
3. Explain how Dominos adds value for its customers?
4. Are Dominos investments "preemptive"?

**Intel Corp. 1968-2003, 9- 703-427-PDF-ENG**
1. Explain Intel's rise but unsustainable advantage in DRAMs?
2. Why did Intel get out of DRAMs in 1985?

3.   What was different about Intel and the features of the CPU market that contributed to a very different outcome for Intel?

**Disney Case:**
1.   What financial indicators would you use to determine whether Disney is economically profitable?
2.   How was Michael Eisner able to increase net income in his first four years as CEO? What did he do to rejuvenate Disney?

**Pixar Case:**
1.   What did Disney actually get with the acquisition of Pixar?  There were not enforced non-compete agreements in CA.  Disney owned the characters in the Pixar movies as part of their original deal. Disney also owned the rights to sequels.  What NEW assets and capabilities did Disney actually get with the purchase??
2.   Research the following two situation and see if you approximately agree with the following BOE (back of envelop) calculations:
     A rough estimate of Jobs' compounded annual return on his ~$50 million dollar investment in Pixar:
     (3.8 billion/50 million)^(1/15)>32%
     In contrast, a rough estimate of Paul Allen's compounded annual return on his ~$1.2 billion dollar investment in Dreamworks:
     (1.2 billion/750 million)^(1/13)<4%
3.   Why did Jobs and Allen earn such different rates of return?

**DeBeer in the Millennium**
1.   The De Beers organization was successful at monopolizing the trade of gem quality rough stones for over a century.  Please explain the mechanisms by which the firm managed to sustain its central position in the diamond trade for as long as it did.
2.   Why has De Beers given up monopolizing rough stones?  That is, De Beers had a strategy that served it well for decades.  What caused this strategy to lose consonance ("fit" with the conditions in its environment)?
3.   Evaluate De Beers' branding strategy (not just for itself but for the majority of rough it distributes)

 **Yale** SCHOOL OF MANAGEMENT

## Course Information
**Course Number:** MGT 815, Section E1
**Course Title:** Managerial Controls
**Term and Year:** Fall 2024
**Class meeting Time, Day:**

- Thursday, October 24 – 2:30 pm – 5:30 pm (Room 4420)
- Friday, November 8 – 9:00 am – 12:00 pm (Room 4400)
- Friday, November 22 – 2:30 pm – 5:30 pm (Room 4400)
- Friday, December 6 – 2:30 pm – 5:30 pm (Room 4400)
- Friday, December 20 – 2:30 pm – 5:30 pm (Room 4400)
- Friday, January 10 – 2:30 pm – 5:30 pm (Room 4420)

Academic questions or concerns: Please contact the TA or Faculty

Canvas site questions or concerns: Monday-Friday 8:30am-5pm, please contact
malik.harris@yale.edu

## Contact Information

### Professor
**Name:** Thomas Steffen
**Office Location:** Room 3506
**Telephone Number:** 203-436-9708
**Email Address:** thomas.steffen@yale.edu
**Office hours:** By appointment
**Review Sessions:** TBD as needed

### TA
**Name:** Adrian Fernandez Berlemann
**Email Address:** adrian.fernandezberlemann@yale.edu

## Course Material
**Required Textbook:** *Fundamentals of Cost Accounting* by Lanen, Anderson, and Maher (LAM), 7th
edition (ISBN: 9781264100842) for background reading and optional practice problems.
**Required Readings:** Cases and background textbook readings outlined below.
**Software:** None required, but Excel will be useful.

## Course Description and Objectives

Building on the concepts and material from several core courses, Managerial Controls focuses on the use of internal accounting information for planning, controlling, and evaluating firms' operational decisions and personnel. The course integrates accounting with ideas from microeconomics, data analysis, decision analysis, finance, operations management, and organizational behavior. The vocabulary and skills developed in the course are essential for managers (or their consultants) seeking to better understand organizations' internal operations. During the course, students will learn to identify and synthesize relevant information from internal accounting systems to make decisions and evaluate performance. These skills are valuable and applicable in many settings, including consulting, finance, marketing, operations, and strategy.

## Course Requirements

Grades will be determined by assigning the following weights to case assignments, a reflection essay, and the final exam:

**Attendance and poll participation:** 15%

**Case Assignments:** 25%

**Reflection Essay:** 20%

**Final Exam:** 40%

*Attendance and poll participation (15%).* One of the most beneficial aspects of this course is class discussion relating to the assigned cases. The cases are focused on important decisions that face companies and managers, and the situations described are often full of uncertainty. There can be very different opinions about the best decision depending on assumptions and approaches to the analysis, and our class discussions will illustrate the importance of considering various points of view when making difficult, strategic decisions. *I encourage you to participate often!* We will also be using classroom polling to assess opinions about the cases we discuss. Two attendance points will be assigned for each of the six sessions (12 points total) based on whether you participate in the classroom polls. Before computing the final grade, I will drop your lowest attendance score (meaning you can miss one attendance poll without any consequence to your grade). If you miss class and the associated attendance polls, you may only make up the absence if your absence is deemed excused by the EMBA Program Team. If your absence is excused, you can make up the missed attendance by watching the course video for each case you missed (i.e., for each half session) and sending me and the TA (via email) a short reflection of 300-400 words explaining which aspects of the discussion you found most useful and why.

*Case assignments (25%).* Case comprehension assignments help ensure that everyone is prepared to discuss each case during class. For each case, there will be a short comprehension quiz posted on the Canvas website. These quizzes are "open book" (i.e., you can use the case when taking the quiz), but you will only be allowed to submit the quiz once, *and you must take the quiz individually during the time allotted (15 minutes) without the help of any other person or platform (internet, AI, etc.).* In general, these quizzes are just meant to encourage you to read the case in sufficient detail so that you are ready to participate in the class discussion. You should

plan to read the case in its entirety and then begin the comprehension quiz. Quizzes must be submitted by the due date on Canvas (by 7:30 am Eastern the day of each class session), *and late submissions are not accepted*. If you will be absent, you should still submit the case assignment by the due date/time to receive credit. We will be discussing 12 cases over the course of the term, and each case will have an associated assignment. Before computing the final grades, I will drop your lowest assignment quiz score (meaning your lowest quiz score will have no impact on your grade).

I will also post a document on Canvas with more open-ended questions related to each case, which are just intended to guide your thoughts as you read the case. You might consider discussing these questions with other students in the class as you prepare for our class discussions. As you consider the answers to these questions, think about how you would defend your answer if you were required to take a position on an issue or decision. *To reiterate, you do not need to submit answers for these additional, open-ended questions, but they will help you prepare for a fruitful class discussion.*

**Reflection essay (20%).** You are required to submit one essay of *no more than 1,000 words* that explains how you might apply the concepts and skills learned in the course to an important aspect of your work or organization. You may base your essay on any concept(s) from the course. In your essay, you should clearly explain the key points of the issue/aspect/problem you have chosen (i.e., why is this an important issue?) and then explain clearly how concepts from the course might be applied, along with your goals and expectations of how things might change or what you might hope to achieve as a result of applying your new knowledge and skills.

The objective of this exercise is to encourage you to return to your organizations with actions in mind that could have a positive impact. While not required, you may choose to attach exhibits or supporting analyses in an appendix; these should be clearly labeled if used. The appendix is not to be used for additional written comments; in other words, do not use the appendix to go beyond the 1,000-word maximum of written text. Your essay will be graded on a scale of 0 to 100, depending on the quality and depth of your arguments, analysis, and insights. It is expected that your essay reflects your own work (it is not a collaborative/group assignment), and you should appropriately quote and cite any sources.

*Please note that the use of ChatGPT or other AI tools is not permitted. Also, the Canvas system is automatically set up to use the Turnitin service for plagiarism review. If you would like to check your essay with Turnitin yourself before uploading to Canvas, please see the resources here. Essay submissions may also be checked with AI detection tools.*

The essay will be due the morning of our final class session by 7:30 am, but you may submit the essay at any time during the course term. This due date is also marked on the schedule below. You should upload your essay to Canvas as a single PDF file.

**Final exam (40%).** The final will be a take-home exam administered via Canvas in the form of a case analysis. More details about the exam and related policies will be provided as we approach the end of the term.

**Textbook readings and practice problems (not graded).** The assigned chapters from the LAM textbook (see the schedule) are provided as background reading for the topics we will discuss in the cases. We typically will not spend time discussing the textbook in class, but you should use it as a resource for understanding the concepts related to the cases. Optional practice problems are provided on Canvas in case you would like more exposure to particular topics from the textbook. These problems will not be submitted or graded; solutions will also be posted on the course website.

**Grades:** For details about grading, go to "Grades" under Academic Policies, SOM Bulletin.

## Attendance Policy
See "Attendance and poll participation" above. For additional details, go to the "Attendance" Section under Academic Policies, SOM Bulletin.

## Yale School of Management Policies
Please see the M.B.A for Executives Program in the SOM Bulletin.

## Course Recording
All EMBA course lectures are recorded with permission of the Faculty and posted to the specific course site.

## Laptop and Device Policy
Usage is not allowed without the express permission of the instructor.

## Artificial Intelligence (AI) Policy
*Please note that the use of ChatGPT or other AI tools is not permitted. Also, the Canvas system is automatically set up to use the Turnitin service for plagiarism review. If you would like to check your essay with Turnitin yourself before uploading to Canvas, please see the resources here. Essay submissions may also be checked with AI detection tools.*

## Academic Integrity
Academic integrity is a core university value that ensures respect for the academic reputation of the University, its students, faculty and staff, and the degrees it confers. The University expects that students will conduct themselves in an honest and ethical manner and respect the intellectual work of others. Regarding our case quiz assignments, they are open-book (you can reference the case itself while taking the quizzes), but you are expected to read the case and answer the questions yourself without assistance of any other person or platform (internet, AI, etc.) Relatedly, the reflection essay should be your own work. It is expected that you

appropriately quote and cite any sources. *Please note that the use of ChatGPT or other AI tools is not permitted. Also, the Canvas system is automatically set up to use the Turnitin service for plagiarism review. If you would like to check your essay with Turnitin yourself before uploading to Canvas, please see the resources here. Essay submissions may also be checked with AI detection tools.*

## Detailed Outline of Class Sessions

| Class | Date | Topics | LAM Chapters for Background Reading | Cases | Reflection Essay |
|-------|------|--------|-----------------------------------|-------|------------------|
| 1 | Oct. 24 (Thurs.) | 1A:What is and why use managerial accounting? 1B: Relevant costs | 1, 2 | 1A: Forrest Gump 1B: Precision Worldwide | |
| 2 | Nov. 8 (Fri.) | 2A: Costing products 2B: Allocating costs using multiple cost drivers | 4, 5, 6 | 2A: Bridgeton Industries 2B: Seligram | |
| 3 | Nov. 22 (Fri.) | 3A: Activity-based costing 3B: Managing and pricing activities | 9, 10 | 3A: Wilkerson 3B: Owens & Minor (A) | |
| 4 | Dec. 6 (Fri.) | 4A: Cost accounting and society 4B: Planning and control | 12, 13, 18 | 4A: ESSA and School District Cost Allocations 4B: Nordstrom (A) | |
| 5 | Dec. 20 (Fri.) | 5A: Controlling individual performance 5B: Evaluating segment performance | 14, 16, 17 | 5A: Store24 5B: Barrows Consumer Products | |
| 6 | Jan. 10 (Fri.) | 6A: Interpreting budget variances 6B: Pricing internal transfers | 15 | 6A: Berkshire Toy 6B: Chemical Bank | Reflection essay due the morning of class (Jan. 10 at 7:30 am). |

*The instructor reserves the right to modify the course syllabus as needed before or during the course.*



# Yale SCHOOL OF MANAGEMENT

## EMBA Syllabus

## Course Information
Course Number: **MGT 929E**
Course Title: **ESG Investing**
Term and Year: **Fall 2024**
Classroom: **4430**
Class Meeting Time, Day:

- Saturday, November 23, 12:00 pm, 3:00 pm
- Saturday, December 7, 12:00 pm, 3:00 pm
- Saturday, December 21, 8:00 am, 11:00 am
- Saturday, January 11, 12:00 pm, 3:00 pm
- Friday, January 24, 2:30 pm, 5:30 pm
- Saturday, February 8, 12:00 pm, 3:00 pm

Academic questions or concerns: Please contact the TA or Faculty.

Canvas site questions or concerns: Monday-Friday 8:30am-5pm, please contact
malik.harris@yale.edu.

## Contact Information

### Professor(s)
Name: Stefano Giglio
Office Location: Evans Hall, Room 4514
Email Address: stefano.giglio@yale.edu

Name: Edward Watts
Office Location: Evans Hall, Room 3471
Email Address: edward.watts@yale.edu


Office hours:
Teaching Assistant (by appointment/before assignments)
Instructor (by appointment)
Review Sessions: None.

### TA(s)
Name: Ivan Volodchenkov
Email Address: ivan.volodchenkov@yale.edu

## Course Material

Required Textbooks: no textbook required.

Optional/Recommended Textbooks: *Pomorski, Lukasz. The Puzzle of Sustainable Investment: What Smart Investors Should Know*. First Edition, 2024. ISBN# 1394226780

Readings: see Detailed Outline of Class Sessions.
Software: Excel (or equivalent such as R, Python, etc.).

## Course Description and Objectives

This course discusses how Environmental, Social, and Governance (ESG) information can be incorporated into investment portfolios. ESG objectives are important for investors representing trillions of dollars and may affect their portfolios' risk and return. We will consider ways investors can articulate their financial and non-financial portfolio goals, as well as the potential for ESG-minded asset owners to impact the companies they invest in. The course will blend academic research with case studies from investment practice.

## Course Requirements

| Item | Percent of grade | Due Date/Time |
|---|---|---|
| Attendance and Participation | 25% | Each class session |
| Homework #1 | 25% | Dec. 20, 2024, at 8:00 AM EST |
| Homework #2 | 25% | Jan. 24, 2025, at 8:00 AM EST |
| Homework #3 | 25% | Feb. 17, 2025, at 8:00 AM EST |
| Total | 100% | |

For details about grading, go to "Grades" under Academic Policies, SOM Bulletin.

## Descriptions of Assignments/Projects/Problem sets

*Homework Assignment #1*
Report on specific ESG-oriented portfolio manager.

*Homework Assignment #2*
Measuring returns to ESG.

*Homework Assignment #3*
Carbon emissions and investment.

Unless stated otherwise, homework must be uploaded to Canvas by 8:00 AM on the date that it is due. Late homework will not be accepted. All assignments may be completed in groups of 3 to 5.

## Attendance Policy

Go to the "Attendance" Section under Academic Policies, SOM Bulletin.

The basis for high-quality classroom participation is diligent preparation. Students should expect to spend several hours reading, assessing, and analyzing each week's materials on their own, and are encouraged to conduct further analysis in study groups prior to each class. The more you contribute, the more you and your classmates will get out of the class, and the more stimulating the class will be for us all. So, active participation is strongly encouraged, with a significant portion of your grade earned through class attendance and participation.

## Yale School of Management Policies

Please see the M.B.A for Executives Program in the SOM Bulletin.

## Course Recording

All EMBA course lectures are recorded with permission of the Faculty and posted to the specific course site.

## Laptop and Device Policy

You may use laptops or other devices to participate in class activities. Please refrain from using electronic devices for unrelated purposes.

## Artificial Intelligence (AI) Policy

Students in this course are allowed to use advanced automated tools (artificial intelligence or machine learning tools, such as ChatGPT) on assignments. No special documentation or citation is required. Please note that you will be responsible for any inaccurate, biased, or unethical content you submit, regardless of its source.

Detailed Outline of Class Sessions

| # | Date | Instructor / Topic | Readings-Textbook | Readings-Canvas | Assignment/ Case Due |
|---|------|-------------------|-------------------|-----------------|---------------------|
| 1 | Nov. 23, 2024 (Sat) | **Instructor – <u>Edward Watts</u>**<br><br>**Course Introduction & Overview**<br>• Housekeeping: syllabus, participation, assignments, forming teams<br><br>**ESG Overview**<br>• What is "ESG"?<br>• Tradeoffs between financial and non-financial ESG objectives, ESG efficient frontier<br>• Framework to analyze how ESG may affect investment outcomes<br><br>**ESG as a driver of risk and returns**<br>• Review risk and returns<br>• How does ESG inform these dimensions?<br>• Is ESG a driver of risk or returns? | Optional:<br><br>Pomorski, Ch. 1<br>Pomorski, Ch. 2 | Required:<br><br>Dunn, Hernandez, Palazzolo. "Clearing the Air: Responsible Investment" | |
| 2 | Dec. 7, 2024 (Sat) | **Instructor – <u>Edward Watts</u>**<br><br>**ESG in portfolio construction**<br>• What tool do you use for what purpose?<br>• Impact of ESG on fund performance<br><br>**Measuring ESG**<br>• Available datasets<br>• ESG ratings and issues | Optional:<br><br>Pomorski, Ch. 3<br>Pomorski, Ch. 4 | Required:<br><br>Larcker, Pomorski, Tayan, Watts. "ESG Ratings: A Compass without Direction" | |

| # | Date | Instructor / Topic | Readings-Textbook | Readings-Canvas | Assignment/ Case Due |
|---|------|--------------------|--------------------|-----------------|----------------------|
| 3 | Dec. 21, 2024 (Sat) | **Instructor – <u>Edward Watts</u>**<br><br>**Responsible ownership**<br>• Corporate governance refresher<br>• Divestment and shorting in the context of responsible ownership<br>• Voting and engagement; role of proxy services advisors<br>• Activist investors | Optional:<br><br>Pomorski, Ch. 5 | Required:<br><br><u>*New York Times*, 1970. "A Friedman doctrine-- The Social Responsibility of Business Is to Increase Its Profits"</u><br><br><u>*New York Times*, 2020. "Greed Is Good. Except When It's Bad"</u> | Homework 1<br><br>*Due December 20, 2024* |
| 4 | Jan. 11, 2025 (Sat) | **Instructor – <u>Stefano Giglio</u>**<br><br>**Climate-aware portfolios**<br>• How can climate change affect investment portfolios?<br>• Measuring exposure to climate change<br>• Climate engagement and impact investing | | | |
| 5 | Jan. 24, 2025 (Fri) | **Instructor – <u>Stefano Giglio</u>**<br><br>**Biodiversity risk**<br><br>**Energy and transition risk** | | | Homework 2<br><br>*Due January 24, 2025* |
| 6 | Feb. 8, 2024 (Sat) | **Instructor – <u>Stefano Giglio</u>**<br><br>**Going beyond public equities: ESG across asset classes**<br>• Framework to analyze ESG in non- equity asset classes<br>• ESG applications in fixed income, GAA, commodities | Optional:<br><br>Pomorski, Ch. 6 | | Homework 3<br><br>*Due February 17, 2025* |

*The instructor reserves the right to modify and/or change the course syllabus as needed during the course.*



# Yale SCHOOL OF MANAGEMENT

## *Chief Executive Leadership Institute*

MGT 430 E1 – EMBA

# The Executive

## Professor Jeffrey A. Sonnenfeld

Senior Associate Dean, Leadership Studies, Yale School of Management
President & CEO, The Yale Chief Executive Leadership Institute
jeffrey.sonnenfeld@yale.edu

# Course Details

**Term:** Spring 2025
**Location:** Room 4400, Edward P. Evans Hall
**Class Times:**

- Saturday, February 22, 2025 from 8:00 AM – 11:00 AM
- Saturday, March 8, 2025, from 8:00 AM – 11:00 AM
- Saturday, March 22, 2025, from 8:00 AM - 11:00 AM
- Saturday, April 5, 2025, from 8:00 AM - 11:00 AM
- Saturday, April 19, 2025, from 8:00 AM - 11:00 AM
- Saturday, May 3, 2025, from 12:00 PM – 3:00 PM

### CONTACT
**Course Support and Office Hours:** Isabella Giansanti (Isabella.Giansanti@yale.edu)
   \*please cc Isabella Giansanti on all meeting requests/class questions

**Canvas Site Questions or Concerns:** Monday-Friday 8:30am-5pm, please contact
malik.harris@yale.edu.

**Teaching Assistants**: Madden Titus (madden.titus@yale.edu)

### GRADING

**<u>Attendance is mandatory for the first class and all subsequent classes</u>**. Unexcused absences
will negatively impact your marks and may result in a failing grade. If there are unmovable
conflicts which arise which unalterably precludes your attendance, email the EMBA team in

advance to verify excused/unexcused absences per the Attendance Policy in the SOM Bulletin, and copy Isabella Giansanti.

Final grades are determined by attendance and participation throughout the course.

## YALE SCHOOL OF MANAGEMENT POLICIES

Please see the M.B.A for Executives Program in the SOM Bulletin.

## COURSE RECORDING

This is an off-the-record course, as we will be welcoming VIP special guests in an environment of mutual trust and candor, and engaging in sensitive class discussions as a group. Therefore, **recording devices, photos, videos are prohibited without exception.** While EMBA course lectures are usually recorded and posted to the specific course site, in some cases specific guest speakers will NOT be recorded, **therefore attendance is essential**. In addition, please remember that all recorded content is strictly off-the-record and must not be distributed externally. Any violations of this policy may result in a failing grade.

## LAPTOP AND DEVICE POLICY

Usage is not allowed without the expressed permission of the instructor.

## ARTIFICIAL INTELLIGENCE (AI) POLICY

Usage is not allowed without the expressed permission of the instructor.

## REQUIRED READINGS

The syllabus will be posted on Canvas with links to all required readings and will be updated weekly.

**Please Note:** Readings and guests listed are subject to change. Please check the syllabus on Canvas weekly for updates.

Read the following books throughout the course:

1. *Firing Back: How Great Leaders Rebound After Career Disasters*, Sonnenfeld and Ward Students to receive book at first class.
2. *The Hero's Farewell: What Happens When CEOs Retire*, Sonnenfeld

# Class Schedule

| # | DATE | TOPIC |
|---|------|-------|
| **1** | February 22 | Global Conflict and Strategic Positioning |
| **2** | March 8 | Finding Value and Values in Finance |
| **3** | March 22 | Courage and CEO Voice |
| **4** | April 5 | Don't Sell Retail Short |
| **5** | April 19 | The Leadership Prescription for Pharma/Healthcare |
| **6** | May 3 | Firing Back – Leading Through Adversity |

*** The detailed course outline below is preliminary and subject to change; and the VIP guests listed are tentative for each session and subject to change. Please check Canvas for weekly updates prior to each class session.

# Class 1, February 22
## Global Conflict and Strategic Positioning

**CONFIRMED GUESTS:**
- **Glenn Fogel,** CEO of Booking Holdings (BKNG)
- **Bob Hormats,** Former US Under Secretary of State for Economic Affairs
- **Roya Hakakian**, Public Scholar, The Moynihan Center, CUNY
- **Paul Whelan**, Former US Marine and Hostage Detained by Russia for 6 Years
- **Tamim Saad**, Policy Advisor, OECD; Board of Directors, Israel Securities Authority
- **Imam Feisal Abdul Rauf,** Founder, Cordoba House

**REQUIRED READINGS:**

- *FORTUNE*, Five Standout CEOs of the Year
https://fortune.com/2024/12/31/underrecognized-standout-ceos-of-the-year/?abc123
- *CNBC,* CEOs to watch in 2025 according to Jeff Sonnenfeld
https://www.cnbc.com/video/2024/12/27/yales-jeff-sonnenfeld-on-the-ceos-to-watch-in-2025.html
- Glenn Fogel: The Greatest Acquirer in History"
https://www.safegraph.com/podcasts/glenn-fogel
- *New York Times,* "Glenn Fogel Powers Through COVID"
https://yale.instructure.com/courses/104668/files/folder/Session%201%3A%20February%2022%2C%202025/Required%20Readings?preview=10666126
- *CNBC,* "We continue to see strong travel globally, says Booking Holdings CEO Glenn Fogel"
https://www.cnbc.com/video/2023/11/03/we-continue-to-see-strong-travel-globally-says-booking-holdings-ceo-glenn-fogel.html
- *The Verge,* "Glenn Fogel discusses the role of AI"
https://www.theverge.com/24212137/booking-ceo-glenn-fogel-priceline-kayak-travel-ai-chatbots-decoder-podcast-interview
- *CNBC,* "How Glenn Fogel will change the future of trip planning"
https://www.cnbc.com/2024/09/13/booking-holdings-ceo-glenn-fogel-on-how-ai-will-change-trip-planning-.html
- *CNBC,* "Fogel says resilient demand for global travel"
https://www.cnbc.com/video/2024/10/31/booking-holdings-beats-earnings-estimates-amid-resilient-demand-for-international-travel.html
- *CNBC,* "We continue to see strong travel globally, says Booking Holdings CEO Glenn Fogel"
https://www.cnbc.com/video/2023/11/03/we-continue-to-see-strong-travel-globally-says-booking-holdings-ceo-glenn-fogel.html
- *The New York Times,* "Here are the companies that continue to do business in Russia"
https://yale.instructure.com/courses/104668/files/folder/Session%201%3A%20February%2022%2C%202025/Required%20Readings?preview=10666138
- *Yale SOM,* "List of Companies Doing Business in Russia"

https://som.yale.edu/story/2022/over-1000-companies-have-curtailed-operations-russia-some-remain

- *TIME,* "How Putin cannibalizes the Russian economy"

https://time.com/6291642/putin-cannibalizes-russian-economy/

- *FORTUNE,* "The WSJ had Evan Gershkovich's back – but that's not always the case"

https://yale.instructure.com/courses/104668/files/folder/Session%201%3A%20February%2022%2C%202025/Required%20Readings?preview=10666154

- *FORTUNE,* "Putin can't handle the truth – why Evan Gershkovich must be freed"

https://yale.instructure.com/courses/104668/files/folder/Session%201%3A%20February%2022%2C%202025/Required%20Readings?preview=10666174

- *The New York Times,* "Paul Whelan's Life in a Russian Prison"

https://www.nytimes.com/2024/10/21/world/europe/paul-whelan-russia-prisoner-swap.html

- *CBS,* "Paul Whelan Opens Up About Being Held Hostage For Six Years By Putin"

https://www.cbsnews.com/news/paul-whelan-russia-prisoner-swap-face-the-nation-interview/

- *NBC,* "Paul Whelan Discusses How It Was Devastating To Be Left Behind in Russia"

https://www.nbcnews.com/politics/politics-news/paul-whelan-was-devasted-left-russian-labor-camp-americans-released-rcna176082

- *The Wall Street Journal,* "Inside the Secret Negotiations to Free Evan Gershkovich"

https://www.wsj.com/world/europe/evan-gershkovich-prisoner-exchange-ccb39ad3

- *Columbia Journalism Review,* "How The Wall Street Journal Secured The Release of Evan Gershkovich"

https://www.cjr.org/world/wall-street-journal-wsj-campaign-free-evan-gershkovich-russia-putin-swap.php

- *TIME,* "Donald Trump's return could bring a more peaceful Middle East"

https://time.com/7174666/donald-trump-return-could-bring-a-more-peaceful-middle-east/

- *TIME,* "Hamas leader Yahya Sinwar's death could bring the Middle East closer to peace and prosperity"

https://time.com/7094279/hamas-yahya-sinwar-death/

- *TIME,* "It's time to tighten enforcement of Iranian oil sanctions"

https://time.com/7027530/israel-missile-attack-iran-oil-sanctions/

- *Humanity in Action,* "How To Fix Democracy with Roya Hakakian"

https://humanityinaction.org/knowledge_detail/how-to-fix-democracy-with-roya-hakakian-s3e11/

- *The Atlantic,* "What Hamas promises, Iranians know all too well"

https://www.theatlantic.com/international/archive/2023/11/iran-islamic-revolution-israel-hamas/676073/

# Class 2, March 8
## Finding Value and Values in Finance

**CONFIRMED GUESTS:**
- **Eileen Murray**, Former CEO of Bridgewater and Former CEO of FINRA
- **Jeffrey Solomon**, President of TD Cowen
- **Bob Diamond**, Founding Partner and CEO, Atlas Merchant Capital


**REQUIRED READINGS:**
- *CNBC*, "Jeffrey Solomon Discusses Markets and Inflation"
https://www.cnbc.com/video/2024/03/05/inflation-will-be-around-for-a-while-says-td-cowens-jeffrey-solomon.html
- *Bloomberg*, "TD to Buy Cowen for 1.3 Billion To Bulk Up Capital Markets Unit"
https://yale.instructure.com/courses/104668/files/folder/Session%202%3A%20March%208%2C%202025/Required%20Readings?preview=10666246
- *Bloomberg*, "TD CEO Says Cowen Team Will Have Meaningful and Large Role"
https://yale.instructure.com/courses/104668/files/folder/Session%202%3A%20March%208%2C%202025/Required%20Readings?preview=10666245
- *CNBC*, "Bridgewater's co-CEO Eileen Murray is leaving the world's largest hedge fund"
https://www.cnbc.com/2019/12/03/bridgewaters-co-ceo-eileen-murray-leaving-worlds-largest-hedge-fund.html
- *Chief Executive, "*In defense of dual class shares"
https://boardmember.com/in-defense-of-dual-class-shares/
- *Harvard Law School Forum on Corporate Governance, "*Re-thinking the hostility towards dual class shares"
https://corpgov.law.harvard.edu/2024/10/16/re-thinking-the-hostility-towards-dual-class-share-structures-when-dual-class-shares-work-better/
- *Chief Executive, "*Words of wisdom from the late Bill Donaldson"
https://boardmember.com/words-of-wisdom-from-the-late-bill-donaldson/

# Class 3, March 22
## Courage and CEO Voice

**CONFIRMED GUESTS:**
- **Steve Lipin**, Founder & CEO, Gladstone Place Partners
- **James Smith**, Chairman, First Health Group

**REQUIRED READINGS:**
- *TIME*, "Sonnenfeld on the 5 Myths Critics Get Wrong About Bob Iger's Performance at Disney"
https://time.com/6960321/bob-iger-disney-track-record-essay/
- *Harvard Law School Forum on Corporate Governance*, "Sonnenfeld Says He Disagrees With ISS Concerning Activist Investor Nelson Peltz"
https://corpgov.law.harvard.edu/2024/03/27/op-ed-disagreement-with-iss-concerning-activist-investor-nelson-peltz/
- *CNBC*, "'Nelson Peltz is a Net Destroyer of Value, Says Jeff Sonnenfeld"
https://www.cnbc.com/video/2024/03/18/nelson-peltz-is-a-net-destroyer-of-value-says-yales-jeff-sonnenfeld.html
- *TIME,* "Bob Iger outsmarting Ron DeSantis is a master class for CEOs"
https://time.com/6269199/bob-iger-disney-florida/
- *FORTUNE,* "Here are the facts that critics get wrong about Pfizer CEO Albert Bourla's performance"
https://fortune.com/2024/10/10/activist-critics-pfizer-ceo-albert-bourla-yale-analysis-leadership-investing/?abc123
- *FORTUNE,* "Potent prescription for Pfizer's future success under Dr. Bourla"
https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666287
- *Chief Executive,* "Prepping for pillagers"
https://chiefexecutive.net/prepping-for-pillagers/
- *FORTUNE, "*Activists Should Sail Away From Their Doomed Attack on Benioff's Salesforce"
https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666291
- *FORTUNE, "*Last Flicker of the Candle as Peltz Melts"
https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666278
- *Wall Street Journal, "*Activist Shareholders, Sluggish Performance"
https://www.wsj.com/articles/jeffrey-sonnenfeld-activist-shareholders-sluggish-performance-1427929984
- *CNBC, "*Peltz vs. Sonnenfeld"
https://www.cnbc.com/2015/04/02/peltz-vs-sonnenfeld-over-activist-fund-performance.html
- *Wall Street Journal, "*Introducing the watchdogs for corporate governance"
https://www.wsj.com/articles/SB1047325290417604560
- *Harvard Business Review, "*What Makes Great Boards Great"
https://hbr.org/2002/09/what-makes-great-boards-great

- *Fortune*, "Another suicidal board? How DuPont's directors failed Ellen Kullman"
  https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666305
- *Harvard Business Review*, Sonnenfeld, "Why Do Companies Succumb to Price Fixing?"
  https://hbr.org/1978/07/why-do-companies-succumb-to-price-fixing
- *BusinessWeek,* Sonnenfeld, "The Lion, The Witch, and The Sale-Leaseback"
  https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666269
- *Chief Executive,* "When Founders Flounder"
  https://chiefexecutive.net/ceo1000-founders-flounder/
- *Fortune,* "Ken Frazier: The Strongest Man in the World"
  https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666310
- *Fortune,* "Post-Parkland Courage: Why CEOs Aren't Mything The Moment"
  https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666313
- *NYTimes,* "CEOs Revolted Against Trump, Now Comes the Hard Part"
  https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666321
- *Leadership and Governance from the Inside Out*, Gandossy and Sonnenfeld, Chapter 1, "I See Nothing, I Hear Nothing: Culture, Corruption and Apathy"
  https://yale.instructure.com/courses/104668/files/folder/Session%203%3A%20March%2022%2C%202025/Required%20Readings?preview=10666327
- *WSJ*, "CEOs Lead America's New Great Awakening"
  https://www.wsj.com/articles/ceos-lead-americas-new-great-awakening-11618505076
- *Chief Executive,* "Mining Failures for Fodder"
  https://chiefexecutive.net/mining-failures-for-fodder/
- *Chief Executive,* "Fire All The Lawyers"
  https://chiefexecutive.net/fire-all-the-lawyers/
- *Chief Executive,* "The Problem with Prophets"
  https://chiefexecutive.net/the-problem-with-prophets/
- *Corporate Board Member,* "Boards Must Balance Overreach with Opting Out"
  https://boardmember.com/boards-must-balance-overreach-with-opting-out/

# Class 4, April 5
## Don't Sell Retail Short

**CONFIRMED GUESTS:**
- **Stuart Weitzman,** Founder, Stuart Weitzman
- **Frank Blake**, Retired Chairman & CEO, The Home Depot


**REQUIRED READINGS:**
- The ARTery, "Iconic Shoe Designer Stuart Weitzman recalls his Start in Haverhill"
https://www.wbur.org/artery/2019/04/03/stuart-weitzman-massart-haverhill
- *Footwear News*, "Stuart Weitzman's Historical Shoe Collection Includes Heels From the 1800s"
http://footwearnews.com/2018/influencers/power-players/stuart-weitzman-collection-historic-shoes-exhibit-1202548291/
- *FORTUNE,* "How Thinking Out of the Shoebox Made Stuart Weitzman A Success"
https://knowledge.wharton.upenn.edu/article/how-thinking-out-of-the-shoebox-made-stuart-weitzman-a-success/
- *Footwear News,* "The History of Stuart Weitzman"
https://footwearnews.com/business/marketing/history-stuart-weitzman-1203618575/
- *Yale Insights,* "The Man is the Brand: How Stuart Weitzman Did It"
https://insights.som.yale.edu/insights/the-man-is-the-brand

# Class 5, April 19
## The Leadership Prescription for Pharmaceuticals and Healthcare

**CONFIRMED GUESTS:**
- **Thibaut Mongon**, CEO, Kenvue
- **David Scheer,** President, Scheer & Company
- **Tony Coles,** Chairman, Cerevel Therapeutics Holdings
- **Kent Thiry**, Former Chairman and CEO, DaVita Healthcare Partners
- **Fred Hassan**, Managing Director, Warburg Pincus


**REQUIRED READINGS:**
- *CNBC,* "Kenvue CEO looks to innovate after J&J spinoff"
https://www.cnbc.com/2023/05/05/jj-spinoff-kenvue-ceo-looks-to-innovation-after-ipo.html
- *NJ Biz,* "J&J Spinoff Kenvue works on independent future"
https://njbiz.com/jj-spinoff-kenvue-works-on-new-hq-and-its-independent-future/
- *CNBC,* "Activist Starboard has taken large stake in Kenvue"
https://www.cnbc.com/2024/10/21/kenvue-activist-starboard-stake-johnson-and-johnson.html
- *Business Insider,* "Activist Starboard to nominate 5 directors to Kenvue board"
https://markets.businessinsider.com/news/stocks/starboard-nominates-five-to-kenvue-board-bloomberg-reports-1034131738
- *Fortune,* "On COVID-19 vaccines, Big Pharma knows to just say 'no'"
https://yale.instructure.com/courses/104668/files/folder/Session%205%3A%20April%2019%2C%202025/Required%20Readings?preview=10666357
- *Biospace*, "Industry Veteran Tony Coles Tapped to Helm Pfizer Spinout Cerevel Therapeutics"
https://www.biospace.com/article/industry-veteran-tony-coles-tapped-to-helm-pfizer-spinout-cerevel-therapeutics/
- *Council on Foreign Relations,* "Lessons Learned with Tony Coles"
https://www.cfr.org/event/lessons-learned-tony-coles
- *Hartford Business Journal,* "Serial Entrepreneur Scheer has Lamont's ear"
https://www.hartfordbusiness.com/article/serial-entrepreneur-scheer-has-lamonts-ear

# Class 6, May 3
## Firing Back – Leading Through Adversity

**CONFIRMED GUESTS:**
- **Anthony Fauci,** Former Director, National Institutes of Health
- **Brian Niccol**, CEO, Starbucks; Former CEO, Chipotle
- **Michael Cohen**, Executive Vice President, The Trump Organization

**REQUIRED READINGS:**
- *Firing Back: How Great Leaders Rebound After Career Disasters*, Sonnenfeld and Ward
  **ISBN:** 1-59139-301-9

- *FORTUNE,* "Brian Niccol could be the messiah Starbucks needs"
https://fortune.com/2024/08/14/brian-niccol-starbucks-howard-schultz-leadership-retail/?abc123
- *CNBC,* "Brian Niccol can't overpromise as new Starbucks CEO, says Sonnenfeld"
https://www.cnbc.com/video/2024/08/13/brian-niccol-cant-overpromise-as-new-starbucks-ceo-says-yales-jeff-sonnenfeld.html
- *Yale SOM,* "Anthony Fauci to receive Yale Legend in Leadership award"
https://som.yale.edu/news/2021/03/yale-chief-executive-leadership-institute-presents-dr-anthony-fauci-with-the-legend-in-leadership-award
- *Yale SOM,* "Anthony Fauci receives Yale Legend in Leadership award"
https://www.youtube.com/watch?v=wBnBkIPkKvE

MGT 541 E1 › Media Library

Spring 2025

- Home
- Zoom
- Announcements
- Syllabus
- Files
- Assignments
- Media Library
- Grades
- People
- SOM Policies

🔍 Search in folder "Spring 2025 - MGT 541 E1 (SP25): Corporate Finance"...

**+ Create**

Powered by Panopto

📁 Spring 2025 - MGT 541 E1 (SP25): Corporate Finance

**+ Subscribe**

📅 All Dates

Sort by **Date**



**MGT 541 E1 (SP25): Corporate Finance**
• 6 days ago
Zoom Meeting ID: 94808502437  • Host: Kelly Shue  • Meeting Start: 02/21/2025 @ 12:45 PM  • Recording Start: 02/21/2025 @ 12:45 PM  • Duration: 2 mins  • ...



**MGT 541 E1 (SP25): Corporate Finance_02212025_0900**
• 6 days ago



**MGT 541 E1 (SP25): Corporate Finance**
• 6 days ago



## Syllabus

## Corporate Finance (MGT 541E)
## Yale School of Management
## Spring 2025

**Meeting Location**
Evans Hall 4400, Alternate Fridays 9am-12pm

**Instructor Information**
Professor Kelly Shue (she/her/hers)
kelly.shue@yale.edu
Office hours: by appointment

**Teaching Assistants**
Yi Wang, yi.wang.yw734@yale.edu (conceptual/lecture note questions) (she/her/hers)
Jamil Rahman, jamil.rahman@yale.edu (specializing in Problem Set 1) (he/him/his)
Hongyu Wu, hongyu.wu@yale.edu (specializing in Problem Set 2) (he/him/his)
Barry Ke, barry.ke@yale.edu (specializing in Problem Set 3) (he/him/his)

**Administrative Support**
Kendall Milles, kendall.milles@yale.edu (she/her/hers),
Malik Harris, malik.harris@yale.edu (canvas support) (he/him/his),

**I. Course Description**
This course is suitable for second year students who have completed the core curriculum as well as first year and other students who have completed the prerequisites and wish to take a dedicated corporate finance class in preparation for internships.

We will cover financial management from the perspective inside the corporation or operating entity, building on basic principles from first year courses.

**II. Pre-requisites**
You will need to be familiar with net present value, basic accounting, expected value, variance, regression analysis, and statistical hypothesis testing. The non-statistical prerequisite knowledge is covered in Sourcing and Managing Funds (SMF) as part of the core curriculum.

**III. Required Texts**
Stephen Ross, Randolph Westerfield, Jeffrey Jaffe, and Bradford Jordan, Corporate Finance, 2022, 13th edition. ISBN 9781260772388. (eBook version)

Optional recommended reading:
Money Stuff daily newsletter by Matt Levine at Bloomberg News
Free subscription at: https://www.bloomberg.com/account/newsletters/money-stuff

**IV. Course Format and Assignments**
Class meetings are 3 hours long, divided into 2 sections A and B, with a 15-20 minute break in between. Classes consist of lectures and discussions.

The class will not feature cases in the usual sense. There will be no assigned case readings. However, we will discuss recent news articles in relation to lecture topics. In addition, we will work on spreadsheet models together in class, and problem sets will require direct acquisition and analysis of raw data for valuation, in the style of raw cases.

There are three written problem sets. In lieu of a final exam, the last problem set will feature a raw case and will be due two weeks after the last class session.

You may work on problem sets with other students in your assigned learning team or in other groups of your own choosing with up to seven people (you can also work individually or in smaller groups). However, **every student must write up and submit his or her own assignment individually**. Write-ups can be very similar, but submitted problem sets should not be identical among people working in the same group. On the write-up, list all the students with whom you worked. Each problem set group must be completely independent of other groups. For example, the following arrangement is not acceptable: Adam works with Barbara, then Barbara works with Cindy, then Cindy works with David.

**V. Classroom Norms**
I expect all students to adhere to the Yale SOM Classroom Standard. Laptops are allowed in class, but usage is restricted to class-related content.

You are expected to actively participate in class by responding to and asking questions. If you are confused, you are probably not the only one. Other students will also benefit if you ask clarifying questions.

Absences and virtual participation are allowed if approved by the EMBA office.

**VI. Grading**
Your course grade is determined according to the following weights:

| | |
|---|---|
| Class participation | 15% |
| Problem set 1 | 25% |
| Problem set 2 | 25% |
| Problem set 3 | 35% |

Class participation is evaluated based on how much you contribute to the class's learning during class meetings and participation in virtual ungraded exercises. It is *not* based on

whether what you say during class is correct or incorrect, or the sheer quantity of your comments. You are contributing less to the class's learning if you are late or disruptive.


## VII. Late Assignments
Late assignments will not be accepted. There will be no extensions of deadlines.


## VIII. Office Hours and Correspondence
Teaching assistants' main responsibilities are to answer questions during TA office hours and to grade assignments. They will hold review sessions and office hours prior to assignment due dates (times and rooms to be announced). They can also be reached via e-mail, although the turnaround may exceed 24 hours. No questions asked on the same day as problem set due dates will be answered.

Office hours with me are available by appointment. Email me to set up a time.


## IX. Academic Integrity and Honor Code
Without exception, I expect your conduct to be consistent with the Yale SOM Honor Code. You are not allowed to consult AI or other internet tools, past student submissions, past solution keys, or professors' handouts from other institutions while preparing your assignments. If you have questions about whether a certain action is consistent with the Honor Code, please don't hesitate to ask me.


## X. Course Schedule (subject to change)
Material may be added, subtracted, or moved depending on how quickly we are progressing. Readings should be completed before the start of class except for the first class.

| Session | Date | Topic | Readings | Due |
|---------|------|-------|----------|-----|
| 1A | 1/24 | Capital structure in a frictionless world | RWJJ 16.1, 16.2, 16.3 Financial statements review: RWJJ 2 Net present value review: RWJJ 4, 5 Bond review: RWJJ 8 | |
| 1B | 1/24 | Cost of capital in a frictionless world | RWJJ 16.4, 17.1 | |
| 2A | 2/7 | Tradeoff theory of capital structure | RWJJ 16.5, 17.2, 17.8 | |
| 2B | 2/7 | Debt capacity | RWJJ 17.3, 17.4 | |

3

| 3A | 2/21 | Debt overhang | RWJJ 17.2 | **Problem set 1 due 8:30am EST** |
|---|---|---|---|---|
| 3B | 2/21 | Other conflicts between investors | RWJJ 17.2 | |
| 4A | 3/7 | Asymmetric information and capital structure | RWJJ 17.5 – 17.7, 17.9 | |
| 4B | 3/7 | Working capital and payout policy | RWJJ 26, 19 | |
| 5A | 3/21 | Free cash flows and the cost of capital | RWJJ 13 | **Problem set 2 due 8:30am EST** |
| 5B | 3/21 | Capital Asset Pricing Model | RWJJ 11 | |
| 6A | 4/4 | WACC and APV | RWJJ 18 | |
| 6B | 4/4 | Mergers and acquisitions | RWJJ 29 | |
| | 4/18 | **Problem set 3 due 8:30am EST** | | |



# Yale SCHOOL OF MANAGEMENT

## EMBA Syllabus

## Course Information
Course Number: MGT 592E
Course Title: Legal Context of Management
Term and Year: Spring 2025
Classroom Location: 4400
Class meeting Time, Day: Fridays, 2:30 PM - 5:30 PM, on 2/21, 3/7, 3/21, 4/4, 4/18, 5/2

Academic questions or concerns: Please contact the TA or Faculty.

Canvas site questions or concerns: Monday-Friday 8:30am-5pm, please contact malik.harris@yale.edu.

## Contact Information

### Professor
Name: Douglas A. Kysar
Office Location: Sterling Law Building, 127 Wall Street, Room L45
Telephone Number: 203-436-8970
Email Address: douglas.kysar@yale.edu
Office hours: By appointment
Review Sessions: As needed

### Teaching Assistant
Name: Monique Rainford
Email Address: monique.rainford@yale.edu
Office hours: By appointment

## Course Material
Textbooks: No textbook required. Please read the assigned materials that are listed in the "Detailed Course Schedule" and which will be made available via the course Canvas site.
Required Readings: See detailed outline of class sessions.
Recommended Readings:  Further reading recommendations are available from the instructor for those who are interested in details of a topic.
Software: None.

## Course Description and Objectives
Course Description: This course will enhance the legal competency of EMBA students through a survey of critical legal and regulatory issues affecting organizations. The

course aims to sharpen legal instincts and to provide students with knowledge and skills that will enable them to ascertain and avoid legal risks, identify competitive opportunities, and contribute to long-term organizational performance. Over the course of the semester, we will study the basic legal framework applicable to several significant subject matters and apply what we learn to real world cases. No prior legal training will be assumed and an effort will be made to include legal subject matters beyond those covered in other parts of the management curriculum.

Course Objectives: At the end of the course, students will be able to:

- Understand the legal framework applicable to organizations in several key subject matter areas;
- Identify legal risks and opportunities, and analyze appropriate responses to those risks and opportunities;
- Contribute to discussions and decisions within organizations regarding matters of legal significance; and
- Appreciate the range of stakeholder viewpoints held on controversial and salient legal issues affecting organizations.

## Course Requirements

Short Written Assignments: Due 3/5, 4/2, 4/16; 45%
Final Group Presentation: Slides due 5/1; Presentation in class 5/2; 40%
Attendance and Participation: 15%

For details about grading, go to "Grades" under Academic Policies, SOM Bulletin.

## Descriptions of Assignments/Projects

In addition to regular attendance and class participation, you will be required to complete three short written assignments and a final presentation for the course. For the three assignments you will work individually; for the final paper and presentation you will work in teams. Whether working individually or as a group, it is critical that you (or your group) submit original work product and not rely on content generated by external sources, human or artificial.

Short Written Assignments: Instructions for each of the three short written assignments can be found below in the detailed course outline. Please note that (a) all three short written assignments must be submitted and (b) the deadline for submission is by the end of the day (midnight) on the Wednesday preceding the relevant class session.

Final Group Presentation: For the required final project, you will work in teams to prepare and deliver an in-class presentation. Details on the potential topics and format of the presentation will be provided in class.

## Attendance Policy

Please consult the "Attendance" Section under Academic Policies, SOM Bulletin.

## Yale School of Management Policies
Please see the M.B.A for Executives Program in the SOM Bulletin.

## Course Recording
Except when requested otherwise by guest speakers, all course lectures will be recorded with permission of the Faculty and posted to the specific course site.

## Laptop and Device Policy
Usage is allowed. Please remain engaged and be considerate of others.

## Artificial Intelligence (AI) Policy
Usage is not allowed without the expressed permission of the instructor.

## Detailed Outline of Class Sessions

| # | Date | Topic | Required Readings-Canvas | Assignment/Case Due |
|---|------|-------|--------------------------|---------------------|
| 1 | 2/21 | Corporate Personhood | See Detailed Course Outline | |
| 2 | 3/7 | Law and Organizational Culture | See Detailed Course Outline | Assignment due Wednesday, 3/5 |
| 3 | 3/21 | Regulation by Litigation | See Detailed Course Outline | |
| 4 | 4/4 | Leadership in Times of Crisis | See Detailed Course Outline | Assignment due Wednesday, 4/2 |
| 5 | 4/18 | The Role of In-House Counsel | See Detailed Course Outline | Assignment due Wednesday, 4/16 |
| 6 | 5/2 | Final Project Presentations | See Detailed Course Outline | Group presentations delivered in class 5/2 |

***Note: All reading assignments available via the course Canvas site or through hyperlinks below***

**Class 1 – Feb 21 – Corporate Personhood**
Why are organizations in the United States given legal status as "persons" for some purposes, such as freedom of speech, political campaign contributions, and religious liberty? From a social perspective, what are the pros and cons of recognizing corporate personhood? Are there ethical or practical limits on the degree to which organizational leaders should take advantage of corporate personhood? How does the U.S. concept of corporate personhood differ from the treatment of organizations in other countries?

**Readings:**
- Nina Totenberg, *When Did Companies Become People? Excavating the Legal Evolution*, NPR, July 28, 2014 [listen or read online]
- Kent Greenfield, *If Corporations are People, They Should Act Like It*, The Atlantic, February 1, 2015
- Milton Friedman, *The Social Responsibility of Business is to Increase its Profits*, The New York Times Magazine, September 13, 1970
- Larry Fink, *A Sense of Purpose*, BlackRock Annual Letter to CEOs, 2018
- Evan Halper, *Is BlackRock's Larry Fink Blowing it for the Climate?,* Washington Post, May 6, 2023
- Cluck Fil-A in-class exercise instructions

**Class 2 – March 7 – Law and Organizational Culture**
Despite decades of enforcement, education, and training, workplace harassment and discrimination remain persistent and pervasive problems. In addition to defining and training to prevent such behaviors, organizational leaders need to prioritize changing the climate of the organization and consistently broadcasting and signaling the message that harassment and discrimination are unacceptable. Likewise, broad organizational support is needed for individuals who come forward to report victimization or the witnessing of inappropriate behavior. How has the law helped or hindered efforts to improve workplace culture, safety, and fairness? How do the achievements and limitations in these areas intersect with growing political controversy regarding diversity, equity, and inclusion efforts and the broader backlash against "woke capitalism"?
**Readings:**
- *Episode 1: Designing the Harassment-Free Workplace*, WNYC New York Public Radio (Jan. 22, 2018) [podcast – audio file available on Canvas]
- Karen Higginbottom*, #MeToo Has Put Organizations on Alert*, Forbes, December 20, 2018
- Dahlia Lithwick & Susan Matthews, *Investigation at Yale Law School*, Slate, October 5, 2018 [read online]
- Bryce Covert, *The Toxic Culture at Tesla*, The Nation, April 9, 2024 [read online; PDF also available on Canvas] [Please note: this article describes instances of alleged racial and sexual harassment in detail that may be disturbing]
- Kenji Yoshino, David Glasgow and Christina Joseph, *What Trump's Second Term Could Mean for DEI*, Harvard Business Review, November 14, 2024 [read online; PDF also available on Canvas]
- India Heart Watch in-class exercise instructions [to be posted on Canvas]

**Assignment (due Wednesday March 5):**
Please prepare a short memorandum (2-3 pages) identifying three innovative ways in which organizations can do a better job of preventing and responding to harassment and discrimination in the workplace. Your memo should be uploaded to Canvas by the end of the day on March 5.

## Class 3 – March 21 – Regulation by Litigation
Many firms engage in activities or market products that pose environmental, health, and safety risks to workers, consumers, and others. In some cases, those activities or products lead to harm on a massive scale – e.g., asbestos, lead paint, subprime mortgages, opioid pharmaceuticals, and fossil fuels. Mass tort lawsuits on behalf of private plaintiffs typically follow in the wake of such mass harms. In addition, an increasingly common legal response in such cases is for U.S. states, cities, and counties to seek monetary compensation and industry reform through judicial action.

What potential liabilities do firms face in such cases? Does the internal organization of firms affect whether they are sued and how likely they are to lose a lawsuit? What explains the willingness of firms to risk massive financial liability or of officers to risk fines and even imprisonment? What implications does the larger phenomenon of "regulation by litigation" have for organizational governance and responsibility?
**Readings:**
- Robert Reich, *Regulation is Out, Litigation is In*, USA Today, December 19, 2001
- *Is the Public Nuisance Universe Expanding?,* Bloomberg BNA (Jan. 31, 2017)
- Lesley Clark, *"Watershed Moment": California Enters Climate Litigation Fray*, E&E News, September 18, 2023
- Alex Ebert, *Landmark Juul, Altria Trial Builds on Gambit That Felled Opioids*, Bloomberg Law, March 24, 2023
- Regulation by Litigation in-class exercise instructions [to be posted on Canvas]

## Class 4 – April 4 – Leadership in Times of Crisis
Crisis management often concerns an organization's response to crises that originate from within, such as the problem of workplace discrimination and harassment that we examined in our second session. But organizations also can be challenged by external crises, such as the COVID-19 pandemic. In this class session we will focus on a small number of industry case studies to examine how organizational decision-making during the COVID-19 crisis was affected by the laws and regulations applicable to those industries.
**Readings:**
- Rachel M. Werner, Allison K. Hoffman, and Norma B. Coe, *Long-Term Care Policy after Covid-19 - Solving the Nursing Home Crisis*, New England Journal of Medicine, September 3, 2020

- Xenia Shih Bion, Why Nursing Homes Become COVID-19 Hot Spots, California Health Care Foundation, July 13, 2020 [read online]
- Austin Carr and Chris Palmeri, Socially Distance This – Carnival Executives Knew They Had a Virus Problem, But Kept the Party Going, Bloomberg, April 16, 2020
- Matthew Campbell, The Carnival Cruise Ship that Spread Coronavirus Around the World, September 15, 2020
- Christopher Yasiejko, For Carnival, "Death on the High Seas" Protects Bottom Line, Bloomberg, September 23, 2020
- K. Oanh Ha, Legal Jargon on Cruise Tickets May Foil Class-Action Suits, Bloomberg, April 29, 2020
- Editorial, Under Trump, OSHA's Covid-19 Response Is Failing Workers, N.Y. Times, September 14, 2020
- Michael Grabell and Bernice Yeung, Emails Show the Meatpacking Industry Drafted an Executive Order to Keep Plants Open, September 14, 2020

**Assignment (due Wednesday April 2):**
> "Great occasions do not make heroes or cowards;
> they simply unveil them to our eyes.
> Silently and imperceptibly, as we wake or sleep,
> we grow strong or weak;
> and at last some crisis shows what we have become."
> -- Brooke Foss Westcott

Please write a short response paper (2-3 pages) reflecting on organizational leadership during times of crisis. You may choose any organization to focus on and you may select examples that reveal either inspiring or troubling lessons. Your memo should be uploaded to Canvas by the end of the day on April 2.


**Class 5 – April 18 – The Role of In-House Counsel (guest speaker: Thomas Sabatino)**
One of the central figures working within an organization to ensure legal compliance and protect firm value is the general counsel. What are the responsibilities of the general counsel and other in-house lawyers? How do they fulfill their role of protecting the best interests of the organization when conflicts arise? How has the role of the general counsel changed over time?
**Readings:**
- Ben W. Heineman, Jr., *The General Counsel as Lawyer-Statesman*, Harvard Law School Program on the Legal Profession

**Assignment (due Wednesday April 16):**
Our guest speaker for this class session is Thomas Sabatino, a lawyer and senior management executive with an extraordinary record of helping to lead global publicly

traded companies. In addition to his most recent role as chief legal officer of Rite Aid, he has also held executive level and general counsel positions at Aetna, Hertz, Walgreens, United Airlines, Schering Plough, and Baxter. Mr. Sabatino earned his law degree from the University of Pennsylvania and undergraduate degree from Wesleyan University in Connecticut. Please prepare a set of four questions or comments that you would like to pose to Mr. Sabatino during his class visit. Your questions should be uploaded to Canvas by the end of the day on April 16.

### Week 6 – May 2 – Final Project Presentations
Please come to class prepared to present your group's final project.

*\*\*\*The instructor reserves the right to modify and/or change the course syllabus as needed during the course\*\*\**

 **Yale** SCHOOL OF MANAGEMENT

# EMBA Syllabus

*The instructor reserves the right to modify and/or change the course syllabus as needed during the course.*

## Course Information

Course Number: MGT 807E
Course Title: Investing in Alternative Assets
Term and Year: Spring 2025
Classroom Location: 4430
Class Meeting Time and Day:

- Friday, 2/7/2025, 2:30 PM - 5:30 PM
- Saturday, 2/22/2025, 12 PM - 3 PM
- Saturday, 3/8/2025, 12 PM - 3 PM
- Saturday, 3/22/2025, 12 PM - 3 PM
- Saturday, 4/5/2025, 12 PM - 3 PM
- Saturday, 4/19/2025, 12 PM - 3 PM

Course support: Sara Mahmoud, email: sara.mahmoud@yale.edu

Canvas site questions or concerns: Monday-Friday 8:30am-5pm, please contact malik.harris@yale.edu.

## Contact Information

### Professor

Name: William Goetzmann
Office Location: 4536
Telephone Number: 203-432-5950
Email Address: william.goetzmann@yale.edu
Office hours: By appointment only, email: sara.mahmoud@yale.edu
Review Sessions: As needed.

### TAs

Name: Charina Amunategui
Email Address: charina.amunategui@yale.edu

Name: Alex Hatzis
Email Address: ahatzis9988@gmail.com

Name: Tatev Stepanyan
Email Address: tatev.stepanyan@yale.edu

## Course Material

1. Textbooks: **Andrew Ang:** Asset Management: A Systematic Approach to Factor Investing (2014). ISBN: 978-0-19-995932-7
2. **David Swensen:** Pioneering Portfolio Management: An Unconventional Approach to Institutional Investment, Fully Revised and Updated (2009). ISBN: 978-1416544692


Both books are well-written, insightful and personal perspectives on institutional investment management. One is by the most successful endowment manager of our time, David Swensen, and the other is by one of the leading academics in the field of investment management. Both are filled with examples as well as analysis. I suggest you read both and browse relevant sections that relate to each class meeting. I've noted specific required chapters relevant to each assignment. Think about how their perspectives differ and how they agree. Consider what the successful practitioner perspective offers and what the academic perspective offers.


Required Readings: See detailed outline of class sessions.
Software: None

## Course Description and Objectives

Course Description: An in-depth course on the use of alternative investments in the institutional portfolio. A succession of asset classes will be studied using current academic and practitioner research. Students will study portfolios in the spirit of the Alternatives model and address the range of institutional issues raised by the use of illiquid, new or sophisticated investments.  Each week we will discuss current research on the asset class, possibilities and challenges that it represents. Each class will have a case for discussion.  The course will delve into these topics through in- class discussion. Please keep these multiple perspectives in mind for discussion in the course

## Course Requirements

| Class group presentation | 25% |
|---|---|
| Class participation | 25% |
| Individual note write up | 25% |
| Final Assignment, Project or Case | 25% |

For details about grading, go to "Grades" under Academic Policies, SOM Bulletin.

## Descriptions of Assignments

(1) **Group Class Presentation:** Each meeting your group will make a 15 minute presentation on the benefits and drawbacks of including the investment approach or asset class of the week in an institutional portfolio.  Prepare no more than 3 PowerPoint slides.  In response to the case questions in the syllabus.

(2) **Individual Note Write-up:** Students choose one in-class speaker or an Asset Management Colloquium speaker and write up a 500 word note on their views of her/his firm or approach to alternatives is persuasive. Would you invest with this person or their firm? Explain why or why not. How would this depend on the kind of organization you represent?

(3) **Final Assignment, Project or Case**: You will have a choice to do (a)  the  Yale Investment Office Assignment in a group and present results in the final class, (b) prepare & present a pitch for an alternative investment, alternative fund, or portfolio constructed with alternatives and present results in the final class, or (c) develop a potential teaching case that could be used in the class in the future.  The group, and the topic of the alternative investment proposal and/or the potential teaching case need to be cleared with the instructor in advance.  The write-up and PowerPoint presentations for the presentation are due by the morning of the last class.

## Attendance Policy

Go to the "Attendance" Section under Academic Policies, SOM Bulletin.

## Yale School of Management Policies

Please see the Yale School of Management Bulletin for Rights and Responsibilities of Students.

## Course Recording

EMBA classes are recorded with faculty permission and posted in the Canvas media library. Occasionally, faculty will request that a session not be recorded. Course videos are Yale University property and cannot be downloaded or distributed in any form. Use of tools, video recording platforms, or any other method of circumventing these security measures is an Honor Code violation.

## Device Policy and Class Participation

Laptops and other devices may be useful in class when exploring a particular topic, or as a resource for enriching the class discussion.  The negative to their use is that they may distract

you and those around you from class discussion. Use professional standards that would guide you in a professional meeting. Please note that class participation and discussion is a significant part of the grade. Please feel free to ask even basic questions in class.

## Artificial Intelligence (AI) Policy

AI is allowed for class assignments BUT YOU MUST cite the AI source and most importantly, retain a record of your prompts and sources. Use an AI that footnotes sources – and you need to check those sources and assess if they are reliable – one of these is Perplexity. Your ability to ask good question of AIs and get meaningful responses is a rapidly developing professional skill. I encourage the use of AI for the final project as a learning and expository tool. However it is not a substitute for your creative thinking and professional reasoning and conviction about topics such as future strategies for the Yale Investments Office, the potential market for a new alternative investment product or for identifying a case or application in the alternatives space that can elucidate the benefits, drawbacks and analytical approaches that make a challenging and riche learning experience.

## Conflicts

Professor Goetzmann's outside activities and relationships are disclosed here.

## Detailed Outline of Class Sessions

| # | Date | Topic | Required Readings-Textbook | Speaker | Group Assignment |
|---|------|-------|----------------------------|---------|------------------|
| 1 | 2/7/2025 \| 2:30 - 5:30 pm | Introduction to Alternative Investments | OPTIONAL for this first class: Ang 13, Swensen 8, Ang 15 | Instructor Overview | |
| 2 | 2/22/2025 \| 12:00 - 3:00 pm | Hedge Funds | Ang 17 | Jane Buchan | Case: Theory 56 Suppose this is a pitch for a hedge fund. What are the three most important questions to ask before investing? What could make this a good investment for an large endowment like Yale? |
| 3 | 3/8/2025 \| 12:00 - 3:00 pm | Real Estate & Infrastructure | Ang 11 | Tatev Stepanyan | Case: Hudson Yards What are the basic elements of the financial structure? Why did the various parties invest? Which of the towers has the most innovative financing? Why is each structure different? Which would you |

| | | | | | invest in, given the opportunity? |
|---|---|---|---|---|---|
| **4** | 3/22/2025 \| 12:00 - 3:00 pm | Venture Finance | Ang 18<br><br>Kupor; Portfolio Construction & How to Model Your Fund; Venture Debt 101<br><br>Add'l Reading: Creating a VC Pitch Deck; VC Fund Valuation Policy; Guide to VC Fund Terms | Alexander Hatzis | Case: Softbank Vision Fund Is scale important for Venture Investing?  What are the advantages and drawbacks?  What role does a Softbank position play in an institutional portfolio? Would you invest in the Softbank Vision Fund? |
| **5** | 4/5/2025 \| 12:00 - 3:00 pm | Private Equity & Secondaries | Ang 18<br><br>Oregon Investment Council Presentation<br><br>Read more about the Centerbridge philosophy. What are the messages in this communication? | Holcombe Green III Hi | Case: Centerbridge – (Please sign in using your NetID)<br><br>Suppose you are on the board of the Oregon Investment Council. What questions would you have for the Centerbridge team?  How would you evaluate their prior performance and their current plans for the current fund? The focus of the case is on culture and strategy, including a London expansion. Why is culture important in this case? Do you believe it is a source of value creation? |
| **6** | 4/19/2025 \| 12:00 - 3:00 pm | Collectibles<br><br>Presentations | Deloitte Report & Liu &Tsyvinski<br><br><br>Yale Investment Office Final Project 2024 Yale Investment Office Case  2020  HBS Case | | Case: Shinnecock Partners Is Art lending different from other credit?  Would you invest with Shinnecock Partners?<br><br>Guidelines for Yale Investment Office Final Case |