# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN DOE, | : | CASE NO. 3:25-cv-00159-SFR |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE UNIVERSITY | : | |
| BOARD OF TRUSTEES, WENDY TSUNG, | : | |
| K. GEERT ROUWENHORST, JACOB | : | |
| THOMAS, SHERILYN SCULLY, JAMES | : | |
| CHOI, AND ANJANI JAIN, | : | |
| Defendants. | : | MARCH 3, 2025 |
| | : | |

## DECLARATION OF BRENDAN N. GOOLEY

Pursuant to 28 U.S.C. § 1746, I, Brendan N. Gooley, declare as follows:

1. I am an attorney at Carlton Fields P.A.P.C., which represents Defendants in this matter.

2. On March 3, 2025, I spoke via telephone with Attorney Stuart Bernstein, who along with other attorneys from Nesenoff & Miltenberg LLP represents Plaintiff in this matter.

3. Attorney Bernstein and I discussed Defendants' request for the production of the electronic device(s) (including laptops) Plaintiff used, in a good faith effort to eliminate or reduce the area of controversy and to arrive at a mutually satisfactory resolution on this issue.

4. I summarized Defendants' position that Plaintiff's electronic devices are discoverable because, among other reasons, (1) Plaintiff seeks extraordinary equitable relief and the devices will have evidence related to whether Plaintiff engaged in misconduct, an issue that is highly relevant to the equities and (2) the devices are relevant to Plaintiff's claims, as evidenced by the Court's Order compelling the production of mirror images of the plaintiff's devices in *Doe v. Wesleyan Univ.*, No. 3:19-CV-01519 (JBA), 2022 WL 2656787, at *1 (D. Conn. July 8, 2022). Attorney Bernstein indicated that Plaintiff disagreed with Defendants' position and the Parties were unable to reach an agreement.

5. I declare under penalty of perjury that the foregoing is true and accurate.

Executed on March 3, 2025

_____
Brendan N. Gooley