Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK R. K. Wood    RPTR/ECRO/TAPE Court Smart
TOTAL TIME: ___ hours 20 minutes
DATE: 3/7/25    START TIME: 1:02 p.m.    END TIME: 1:22 p.m.
LUNCH RECESS    FROM: ___ TO: ___
RECESS (if more than ½ hr)    FROM: ___ TO: ___

CIVIL NO. 3:25CV159(SFR)

Doe                                                    C. Brown
                                                       Plaintiff's Counsel
            vs
Yale University, et al.                                B. Gooley
                                                       Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☐ …..# ___ Motion ___    ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___    ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___    ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___    ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___    ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___    ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion ___    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___    ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ ………… ___    ☐ filed ☐ docketed
☐ ………… ___    ☐ filed ☐ docketed
☐ ………… ___    ☐ filed ☐ docketed
☐ ………… ___    ☐ filed ☐ docketed
☐ ………… ___    ☐ filed ☐ docketed
☐ ………… ___    ☐ filed ☐ docketed
☐ ………… ___ Hearing continued until ___ at ___

Notes: Telephonic status conference was held.
Atty. Bernstein & Atty. Courtney were also present on the conference call.