

| | Ira S. Nesenoff | Barbara H. Trapasso | Susan E. Stark |
| --- | --- | --- | --- |
| | Andrew T. Miltenberg | Robert Kaftari | Nicole Hoehle |
| | Stuart Bernstein | Adrienne D. Levy | Regina M. Federico |
| | _____ | Kristen Mohr | *Senior Litigation Counsel* |
| | Tara J. Davis | Helen Setton | |
| | Gabrielle M. Vinci | Rodman Streicher | Marybeth Sydor |
| ATTORNEYS AT LAW | Christine Brown | Kimberly Courtney | *Title IX Consultant* |
| **nmllplaw.com** | Kara L. Gorycki | | |

March 7, 2025

<u>**VIA PACER**</u>
Honorable Sarah F. Russell, U.S.D.J.
U.S. District Court, District of Connecticut
Richard C. Lee U. S. Courthouse
141 Church Street
New Haven, CT 06510

      Re:    *Doe v. Yale University, et al.*
              <u>Case No. 3:25-cv-00159</u>

Dear Judge Russell:

      The undersigned represents Plaintiff John Doe in the above-referenced matter.

      In accordance with the Court's February 27, 2025 Order (Dkt. 23), Plaintiff's counsel and Defendants' counsel met and conferred to discuss their availability for oral argument and position as to the need for an evidentiary hearing. The undersigned writes jointly with Defendants' counsel to advise Your Honor the parties do not believe that an evidentiary hearing is necessary. Additionally, counsel jointly requests that oral argument regarding Plaintiff's motion for a Preliminary Injunction be scheduled for April 7, 2025.

      Respectfully submitted,

      **NESENOFF & MILTENBERG, LLP**

      By: <u>*/s/ Christine Brown*</u>
           Christine Brown, Esq.

cc: Counsel of Record (Via ECF)