UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>    Defendants. | CASE NO. 3:25-cv-00159-SFR<br><br><br><br><br><br><br>MARCH 7, 2025 |

## MOTION FOR SUPPLEMENT

Defendants respectfully request permission to file a short Supplement to their Objection (ECF 13) to Plaintiff's Motion to Proceed in a Fictitious Name (ECF 2 ("Motion")). Good cause for a Supplement exists to apprise the Court of relevant developments that occurred after Defendants filed their Objection. A Proposed Supplement is attached as **Exhibit A**.

THE DEFENDANTS,
YALE UNIVERSITY, YALE
UNIVERSITY BOARD OF TRUSTEES,
WENDY TSUNG, K. GEERT
ROUWENHORST, JACOB
THOMAS, SHERILYN SCULLY,
JAMES CHOI, AND ANJANI JAIN

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    Amanda M. Brahm (ct30581)
    CARLTON FIELDS, P.C.
    One State Street, Suite 1800
    Hartford, CT 06103-3102
    Telephone:(860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:   jsconzo@carltonfields.com
               bgooley@carltonfields.com
               abrahm@carltonfields.com

Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of March, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Brendan N. Gooley*
Brendan N. Gooley