# EXHIBIT A

# School of Management

# 2023–2024



BULLETIN OF YALE UNIVERSITY

*Series 119   Number 6   July 20, 2023*

BULLETIN OF YALE UNIVERSITY *Series 119  Number 6  July 20, 2023*  (USPS 078-500) is published eighteen times a year (one time in May and October; three times in June and September; four times in July; six times in August) by Yale University, 2 Whitney Avenue, New Haven CT 06510. Periodicals postage paid at New Haven, Connecticut.

**Postmaster:** Send address changes to Bulletin of Yale University, PO Box 208227, New Haven CT 06520-8227

Managing Editor: Kimberly M. Goff-Crews
Editor: Steve Aitken
PO Box 208230, New Haven CT 06520-8230

The closing date for material in this bulletin was July 5, 2023.
The University reserves the right to amend or supplement the information published in this bulletin at any time, including but not limited to withdrawing or modifying the courses of instruction or changing the instructors.

©2023 by Yale University. All rights reserved. The material in this bulletin may not be reproduced, in whole or in part, in any form, whether in print or electronic media, without written permission from Yale University.

*Website*
https://som.yale.edu

♺ The School of Management Bulletin is primarily a digital publication, available in HTML and pdf at https://bulletin.yale.edu. A limited number of copies were printed on 50% postconsumer recycled paper for the School of Management and the permanent archive of the Bulletin of Yale University. Individual copies may also be purchased on a print-on-demand basis; please contact Yale Printing and Publishing Services, 203.432.6560.

# School of Management 2023–2024

BULLETIN OF YALE UNIVERSITY

*Series 119    Number 6    July 20, 2023*

# Contents

Calendars    5

President and Fellows of Yale University    9

Officers of Yale University    10

Yale SOM Administration and Faculty    11

A Message from the Dean    16

History and Mission    17

Full-Time M.B.A. Degree Program    22

    The M.B.A. Curriculum    22

    M.B.A. Degree Requirements    25

    Management Science Concentration    28

    Joint-Degree Programs    29

    Silver Scholars Program    30

    Admissions    30

M.B.A. for Executives Program    32

    The EMBA Curriculum    32

    EMBA Program Degree Requirements    34

    Academic Policies    36

    Use of Career Development Office (CDO) Resources    41

    Housing Requirements    41

    Rights and Responsibilities of EMBA Students    42

Master of Advanced Management (M.A.M.) Program    44

Master of Management Studies (M.M.S.) Program    47

    M.M.S. in Systemic Risk    47

    M.M.S. in Global Business and Society    49

    M.M.S. in Asset Management    52

    M.M.S. in Public Education Management    54

Doctoral Degree Program    62

Rights and Responsibilities of Students    64

    Academic Freedom    64

    The Yale SOM Honor Code    65

    Academic Grounds for Dismissal    70

    Emergency Suspension    71

    Academic Policies for Residential Master's Degree Programs    71

    Course Policies for Residential Master's Degree Programs    74

    Community Policies    76

    Policies and Guidelines of the Career Development Office (CDO)    81

Courses for 2023–2024    85

    Fall-Term M.B.A. Core Courses    85

    Spring-Term M.B.A. Core Courses    85

    Fall-Term M.A.M. Required Courses    85

    Fall-Term M.M.S. in Systemic Risk Required Courses    86

    Spring-Term M.M.S. in Systemic Risk Required Courses    86

4     *School of Management 2023–2024*

Fall-Term M.M.S. in Global Business and Society Required Course     86
Fall-Term M.M.S. in Asset Management Required Courses     86
Spring-Term M.M.S. in Asset Management Required Course     87
M.M.S. in Public Education Management Courses     87
Fall-Term Elective Courses     87
Spring-Term Elective Courses     90
Ph.D. Courses for 2023–2024     93
General Information     94
Leaves of Absence     94
Withdrawal and Readmission     96
U.S. Military Leave Readmissions Policy     97
Tuition and Fees     99
Global Studies Financial Support     99
Tuition Rebate and Refund Policy     100
Donor-Funded and Named Scholarships     102
Student Accounts and Billing     105
Interruption or Temporary Suspension of University Services or Programs     108
Yale University Resources and Services     109
A Global University     109
Housing     110
Identification Cards     110
Health Services     111
Student Accessibility Services     116
Resources to Address Discrimination and Harassment Concerns,
    Including Sexual Misconduct     116
Office of International Students and Scholars     119
Cultural, Religious, and Athletic Resources     120
Yale University Library     122
The Work of Yale University     123
Map     126
Travel Directions     128

# Calendars

The following dates are subject to change as the University makes decisions regarding the 2023–2024 academic year. Changes will be posted online on the SOM internal website.

### FULL-TIME M.B.A., M.A.M., AND M.M.S.

*Fall 2023*

| | | |
|---|---|---|
| Aug. 8–10 | T–TH | Math Camp (by invitation only) |
| Aug. 14–18 | M–F | Incoming-Student Orientation (M.B.A., M.M.S., and M.A.M.) |
| Aug. 21–25 | M–F | MGT 401, Managing Groups and Teams, meets (required core course, M.B.A. first years) |
| | | M.M.S. in Asset Management boot camp |
| Aug. 28 | M | Session-1 core courses begin (M.B.A. first years) |
| Aug. 30 | W | SOM classes begin |
| | | Yale College and Graduate School classes begin |
| Sept. 1 | F | Make-up day: Monday classes meet (core, SOM electives, and non-SOM electives) |
| Sept. 4 | M | Labor Day; classes do not meet; administrative offices closed |
| Sept. 6 | W | Auction closes for session-1 and full term SOM electives; last day to drop, 8:30 a.m. |
| Sept. 8 | F | Add/drop period ends for non-SOM electives, 5 p.m. |
| Sept. 21 | TH | Core exam (MGT 403, Probability Modeling and Statistics), 6:30–9 p.m. |
| Sept. 29 | F | MGT 403, Probability Modeling and Statistics, meets (required core course, M.B.A. first years) |
| Oct. 13 | F | Classes end |
| | | Session-1 elective final exam period |
| Oct. 16–19 | M–TH | Core final exam period (M.B.A. first years) |
| Oct. 16–20 | M–F | Global Network Week for M.B.A. and M.A.M.; classes do not meet |
| Oct. 23 | M | Classes resume; session-2 classes begin (core and elective) |
| Oct. 30 | M | Drop period ends (session-2 electives), 8:30 a.m. |
| Nov. 3 | F | Session-1 grades due, 5 p.m. (with some exceptions) |
| Nov. 20–24 | M–F | November recess |
| Nov. 27 | M | Classes resume |
| Dec. 12 | T | Classes end |
| Dec. 13 | W | Session-2 classes that meet on Wednesdays only end |
| Dec. 13–19 | W–T | Core and elective final exam period |
| Dec. 14 | TH | Session-2 classes that meet on Thursdays only end |
| Dec. 20 | W | Winter recess begins |

6     *School of Management 2023–2024*

## Spring 2024

| Jan. 2 | T | Deadline to declare Management Science concentration (M.A.M. class of 2024 and M.M.S.-GBS class of 2024) |
| | | Fall-term grades due, 5 p.m. (with some exceptions) |
| Jan. 15 | M | Martin Luther King, Jr. Day; administrative offices closed |
| Jan. 16 | T | Yale College and Graduate School classes begin |
| Jan. 19 | F | Yale College and Graduate School make-up day (Monday classes meet; Friday classes do not meet) |
| Jan. 22 | M | Spring-term SOM elective classes begin; session-1 core classes begin |
| Jan. 29 | M | Auction closes for session-1 and full semester SOM electives; last day to drop, 8:30 a.m. |
| Feb. 2 | F | Add/drop period ends for non-SOM electives, 5 p.m. |
| Mar. 5 | T | Session-1 classes end (core and elective) |
| Mar. 6 | W | Classes that meet on Wednesdays only end |
| Mar. 6–8 | W–F | Session-1 final exam period (core and elective) |
| Mar. 7 | TH | Classes that meet on Thursdays only end |
| Mar. 11–22 | M–F | Global Studies requirement; Global Network Week; classes do not meet |
| Mar. 22 | F | Session-1 grades due, 5 p.m. (with some exceptions) |
| Mar. 25 | M | Classes resume; session-2 classes begin |
| Mar. 29 | F | Good Friday; administrative offices closed; University classes meet |
| Apr. 1 | M | Drop period ends (session-2 electives), 8:30 a.m. |
| May 7 | T | Classes end (core and elective) |
| May 8 | W | Session-2 classes that meet on Wednesdays only end |
| May 8–14 | W–T | Final exam period (core and elective) |
| May 9 | TH | Session-2 classes that meet on Thursdays only end |
| May 15 | W | SOM graduating student spring-term grades due, 5 p.m. |
| May 20 | M | University Commencement |
| May 29 | W | SOM continuing student spring-term grades due, 5 p.m. (with some exceptions) |

## M.B.A. FOR EXECUTIVES

*2023–2024*

| | | |
|---|---|---|
| June 9–11 | F–SU | Class of 2025 Pre-Program Math Course (by invitation only) |
| July 7–9 | F–SU | Class of 2025 Orientation |
| July 15–22 | SA–SA | Residence weeks (Class of 2024 only) |
| July 10–22 | SA–SA | Residence week (Class of 2025) |
| Aug. 11–12 | F–SA | Class weekend |
| Aug. 25–26 | F–SA | Class weekend |
| Sept. 8–9 | F–SA | Class weekend |
| Sept. 22–23 | F–SA | Class weekend |
| Oct. 6–7 | F–SA | Class weekend |
| Oct. 19–21 | TH–SA | Class weekend: three days for Class of 2024 only; two days (F–SA) for Class of 2025 |
| Nov. 3–4 | F–SA | Class weekend |
| Nov. 17–18 | F–SA | Class weekend |
| Dec. 1–2 | F–SA | Class weekend |
| Dec. 15–16 | F–SA | Class weekend |
| Jan. 12–13 | F–SA | Class weekend |
| Jan. 26–27 | F–SA | Class weekend |
| Feb. 9–10 | F–SA | Class weekend |
| Feb. 23–24 | F–SA | Class weekend |
| Mar. 8–9 | F–SA | Class weekend |
| Mar. 22–23 | F–SA | Class weekend |
| Apr. 5–6 | F–SA | Class weekend |
| Apr. 19–20 | F–SA | Class weekend |
| May 3–4 | F–SA | Class weekend |
| May 17–18 | F–SA | Class weekend (Class of 2025 only) |
| May 20 | M | University Commencement |
| June 10–14 | M–F | EMBA Global Network Week (Class of 2025 only) |

# Full-Time M.B.A. Degree Program

## THE M.B.A. CURRICULUM

The Yale School of Management (SOM) offers a two-year, full-time program leading to the degree of Master of Business Administration. A Bachelor of Arts, Bachelor of Science, or equivalent undergraduate degree is requisite for admission to the M.B.A. program. The program requires two years of full-time study in residence and comprises both course work and non-course activities.

In the first year, students devote the majority of their time to the core courses and are also required to participate in the orientation curriculum, required pre-term work, and other degree requirements. In the summer following the first year, students continue their management training through internships or other appropriate activity, in fulfillment of the M.B.A. Internship Requirement. In the second year, elective courses complete requirements for the degree. See M.B.A. Degree Requirements in this chapter.

Yale SOM also offers a twenty-two-month M.B.A. program for working professionals; see the chapter M.B.A. for Executives Program for requirements and procedures specific to that program.

## The Core Curriculum

Traditional functional management disciplines are integrated in an innovative core curriculum designed to reflect the contexts encountered by today's leaders and to better prepare students to navigate the increasingly complex global economy. Courses in the first-year curriculum are taught in two segments: Orientation to Management and Organizational Perspectives.

### ORIENTATION TO MANAGEMENT

The Orientation to Management segment introduces students to essential concepts and skills. Courses include Managing Groups and Teams, Basics of Accounting, Probability Modeling and Statistics, Basics of Economics, Modeling Managerial Decisions, and Introduction to Negotiation. A student may be granted exemption from Probability Modeling and Statistics, Basics of Economics, and/or Basics of Accounting by taking an exam designed and evaluated by the instructor of the course. Each exam will be offered only once, before the start of the fall term. Students must score the equivalent of Honors (H) or High Honors (HH) on the exam to qualify for exemption from the respective course.

### ORGANIZATIONAL PERSPECTIVES

The heart of the first-year curriculum is a series of multidisciplinary, team-taught courses called Organizational Perspectives that teach students to draw on a broad range of information, tools, and skills to develop creative solutions and make strategic decisions. These courses include Competitor, Customer, Investor, State and Society, The Workforce, Operations Engine, Sourcing and Managing Funds, Innovator, and The Global Macroeconomy.

Fundamental frameworks and concepts are often taught through multimedia "raw" cases and group assignments on topics drawn directly from real-world challenges facing business, government, and nonprofit organizations.

The final Organizational Perspectives course, The Executive, presents students with a series of complex, interdisciplinary case studies, many of them involving cross-national or global business challenges. These cases require students to draw on the subject matter learned in the other Organizational Perspectives courses.

## Leadership Distribution Requirement

M.B.A. students are required to complete the Leadership Distribution Requirement before they graduate. The requirement is met by completing, at any time before graduation, at least one course from an approved list of leadership electives. These courses supplement the individual and team focus on leadership in our core courses with a focus on leadership at the organizational and global level. The options are listed on the SOM internal website. Students who wish to request that an additional course be considered for fulfillment of the requirement should contact the dean of students to initiate a review by the director of core curriculum.

## Global Studies Requirement

M.B.A. students are required to complete the Global Studies Requirement (GSR) before they graduate. The requirement is met by completing, at any time before graduation, at least one of the following:

· An International Experience course
· A Global Network Week
· A Global Network Course
· A Global Social Entrepreneurship course
· A term-long International Exchange with a partner school

### INTERNATIONAL EXPERIENCE

The International Experience (IE) is a faculty-led course that bears 4 units of academic credit and includes, in addition to in-class lectures and seminars, travel to a country or region of the world to meet with business, government, and nonprofit leaders. Enrollment in the IE is facilitated via the regular course auction used for electives.

Students who withdraw from enrollment in an IE course will be responsible for assuming any associated nonrecoverable costs incurred by SOM and will lose the associated GSA funding. All requests for modification to these cancellation charges must be approved by the assistant dean on a case-by-case basis. SOM will not reimburse students for any expenses incurred related to travel arrangements.

### GLOBAL NETWORK WEEK

Global Network Weeks (GNW) are not-for-credit weeklong courses at schools around the world—gaining from the regional and subject matter expertise of Global Network faculty. Learning happens both in the classroom and in the relationships that students build with peers from other countries, regions, and industries.

Enrollment in GNWs is facilitated via the regular course auction used for electives. Students who withdraw from enrollment in a GNW course will be responsible for assuming any associated nonrecoverable costs and will lose the associated GSA funding. All requests for modification to these cancellation charges must be approved by the dean of students on a case-by-case basis.

### GLOBAL NETWORK COURSES

Global Network Courses are Small Network Online Courses (SNOCs) taught by a Global Network faculty member with expertise in a particular subject. The courses bear 2 or 4 units of credit and are open to students from across the Global Network. Students log in through an online platform and participate in video conferencing for synchronous lectures and discussions. Students collaborate on team projects, developing virtual teamwork skills, and benefit from cross-cultural perspectives in lectures and discussions.

Enrollment in SNOCs is facilitated via the regular course auction used for electives, but there is a selection process by the faculty member leading the course.

### GLOBAL SOCIAL ENTREPRENEURSHIP

The Global Social Entrepreneurship (GSE) courses introduce students to issues faced by mission-driven entrepreneurs, linking teams of Yale students with social enterprises (SEs) in emerging economies. Student/SE teams work together to address specific management challenges faced by the SEs, culminating with the development of an analysis and set of recommendations (operational, financial, or otherwise) to meet the identified challenges.

GSE India runs Fall2–Spring1 and is comprised mainly of second-year students; Spring GSE (alternating between Kenya, Brazil, and Indonesia) runs Spring1–Spring2 and is comprised mainly of first-year M.B.A. students. Both courses include fieldwork midway through the course (for GSE India: two weeks in January; for Spring GSE: one week in March).

Students who withdraw from enrollment in a GSE course will be responsible for assuming any associated nonrecoverable costs incurred by SOM and will lose the associated GSA funding. All requests for modification to these cancellation charges must be approved by the dean of students on a case-by-case basis. SOM will not reimburse students for any expenses incurred related to travel arrangements.

### INTERNATIONAL EXCHANGE

The International Exchange allows students to spend one term studying abroad as partial fulfillment of the requirements for the M.B.A. degree. Specifically, Yale SOM students are permitted to spend the fall or spring term of the second year studying at an approved academic institution. A list of exchange partners and details about the application process are available from Academic Affairs and Student Life or on the SOM internal website. Students can petition on an ad hoc basis for an exchange with any Global Network partner.

While abroad, students will be evaluated on the exchange partner's grading scale. Courses completed successfully will appear on the SOM transcript with an indication that the credits were completed abroad. Students will not be assigned grades based on

the SOM grading scale. Students are required to speak with the SOM registrar regarding their specific course schedule and course load while abroad to ensure they meet all SOM requirements.

Students selected to participate in the exchange program are expected to attend the exchange program in its entirety and participate fully. Students who withdraw from the International Exchange program after they have accepted a place in it will lose the GSA funding associated with the exchange.

Exchange participants are expected to be ambassadors for SOM and to represent the School well. While abroad, students are expected to uphold the highest standards of professional behavior. Student conduct while abroad remains subject to the SOM Honor Code.

For additional information, see Global Studies Financial Support in the chapter Tuition and Fees.

## M.B.A. Internship Requirement

Between the first and second years of the program, all M.B.A. students are required to further their management education through an internship in an organizational setting. The internship, which must be related to the student's major area of study, is an integral part of the M.B.A. academic program. This required internship must be completed prior to re-enrollment in second-year course work. Silver Scholars fulfill this requirement during their mandatory internship year.

## Elective Courses

Elective courses, chosen from the offerings listed in the chapter Courses for 2023–2024 or from the approved offerings in other Yale schools and departments, complete the course requirement for the M.B.A. degree unless an extended internship is approved by the dean of students as a leave of absence.

## M.B.A. DEGREE REQUIREMENTS

Degree requirements are designed and administered to ensure the integrity of the M.B.A. degree program. Any exception to the requirements must be approved by the faculty. The requirements fall into the following areas: Enrollment Requirement, Number of Course Units, Timing Requirement, Distribution of Courses, and the Quality Standard. See Academic Policies for Residential Master's Degree Programs in the chapter Rights and Responsibilities of Students for information on the Yale School of Management grading system and definitions of the grades referenced below.

To qualify for the M.B.A. degree, a student must at all times meet the conditions to continue as a degree candidate and must meet all requirements as follows:

## Enrollment Requirement

The M.B.A. must be completed in four consecutive terms of full-time study, unless a student receives advance permission from the dean of students to take a leave of absence. A student enrolled in a joint-degree program is required to maintain continuous, full-time

enrollment throughout the program and to complete degree requirements within the normal period specified for the program in the appropriate joint-degree agreement, unless granted a leave of absence. Students enrolled in the Silver Scholars program are expected to complete the M.B.A. program in three consecutive years, with a one-year full-time internship after the first year of the core M.B.A. program, unless an extended internship is approved by the dean of students as a leave of absence.

The M.B.A. students' fulfillment of the enrollment requirement is not precluded by any of the following:

· The compression of the academic calendar caused by public health directives, as long as the student completes the normal academic credit units;
· Visa delays or travel restrictions that result in enrollment from a non-U.S. location and/or the lack of F-1 visa status for a part of the academic year;
· Virtual participation in courses due to emergencies as defined by SOM academic policy, public health directives, travel restrictions, or visa delays;
· Enrollment beginning in the spring term, should the School make an allowance for this in response to national emergencies, public health directives, or travel restrictions.

## Number of Course Units

A student must:

1. Achieve credit, i.e., a grade of Pass or higher, in 72 units of course work (52 units for joint-degree students), of which 30.5 are normally earned in first-year core courses.
2. Enroll in and receive a grade in a minimum of 16 units of course work in each of the first three terms. Taking a course overload in any term does not excuse a student from the 16-unit minimum in another term. Students in their fourth term may request permission from the dean of students to enroll in fewer units if they will otherwise satisfy M.B.A. degree requirements.

## Timing Requirement

To be permitted to enroll for the second year of the M.B.A. program, a student must have received grades in all first-year core courses.

## Distribution of Courses

To graduate, a student must:

1. Achieve credit in each of the following core courses:
   Managing Groups and Teams (1 unit)
   Basics of Accounting (2 units)
   Basics of Economics (2.5 units)
   Probability Modeling and Statistics (2 units)
   Modeling Managerial Decisions (2 units)
   Competitor (2 units)
   Customer (2 units)
   Investor (2 units)
   State and Society (2 units)

Introduction to Negotiation (1 unit)
The Workforce (2 units)
Operations Engine (2 units)
Sourcing and Managing Funds (2 units)
Innovator (2 units)
The Global Macroeconomy (2 units)
The Executive (2 units)

2. Complete the Leadership Distribution Requirement (courses that fulfill the requirement are listed on the SOM internal website).

3. Complete the Global Studies Requirement (as described above in M.B.A. Curriculum).

4. Achieve credit in at least 41.5 units of elective courses as necessary to meet the 72-unit course requirement, or for joint-degree students, credit unit totals as specified in requirements for the specific program.

## Grades

There are five grades at Yale SOM: High Honors, Honors, Proficient, Pass, and Fail. The grade distribution that instructors use, and the policy with respect to the reporting of grades on official transcripts, are described below.

**HH: High Honors**  Up to top 10 percent of class. Reported on transcript.

**H: Honors**  Next 25 percent. Reported on transcript.

**PR: Proficient**  Next 55 percent. Not reported on transcript.

**P: Pass**  Lowest 10 percent in core courses; guideline of 5 percent in electives. Not reported on transcript.

**F: Fail**  An absolute standard; no minimum requirement. To the extent it is used, the F grade counts toward the 10 or 5 percent Pass category. Not reported on transcript.*

Once grades are officially recorded, they may not be changed except in cases in which a mathematical error has been made in computing the grade or a clerical error has been made in recording it. Students seeking correction to a grading error must contact the instructor within two weeks (ten working days) from the receipt of the grade.

If a student takes a course in another school at Yale, the SOM registrar will ask the instructor to submit the grade according to the SOM grade scale.

*F grades in core courses require remediation. The failed core course is not reflected on the official transcript until remediated. Elective courses with F grades are not reflected on the official transcript. Students must replace failed electives with other electives to meet total credit requirements for graduation.

## Quality Standard

Failure to meet the Quality Standard for the M.B.A. program results in dismissal from the program. A student falls short of the Quality Standard if the student:

1. Accumulates Pass or Fail grades in more than 15* units of core courses; or
2. Accumulates a grade of Fail in more than 4 units of core courses; or
3. Accumulates Pass or Fail grades in more than 23.5 units of core and/or elective courses (more than 16.5 units for joint-degree students).

Further information on academic grounds for dismissal, the Academic Standards Committee, and appeals of academic dismissal can be found in the chapter Rights and Responsibilities of Students.

*The acceptable unit totals of grades in core courses as stated in point 1 of the Quality Standard will be adjusted down by one credit unit for each core course exemption granted to the student. In particular, a student exempting from one core course falls short of the Quality Standard by accumulating more than fourteen units of Pass or Fail grades in core courses; a student exempting from two core courses falls short of the Quality Standard by accumulating more than thirteen units of Pass or Fail grades in core courses; a student exempting from three core courses falls short of the Quality Standard by accumulating more than twelve units of Pass or Fail grades in core courses.

## Remediation of Failing Grades in Core Courses

A student who fails a core course must remediate the failing grade either by retaking the course or through alternate activity as specified by the instructor and the dean of students. In no case will a grade higher than Pass be recorded when a failed core course is remediated.

A student is required to remediate failing grades in all core courses to graduate from the program.

### MANAGEMENT SCIENCE CONCENTRATION

The Management Science concentration is a general program focusing on the application of statistical modeling, data warehousing/mining, programming, forecasting, and operations research techniques to the analysis of problems of business organization and performance.

M.B.A., M.A.M., and M.M.S. in Global Business and Society students at the Yale School of Management may pursue an optional concentration in Management Science drawing on Yale SOM faculty's broad expertise in applying quantitative methods to challenges in business and management. Students will earn the concentration by completing a minimum of 16 units of eligible courses. For M.B.A. students, 6 units of the requirement will come from the M.B.A. core. An M.B.A. student exempting out of one or more core courses must make up the exempted credits from electives courses. Students may apply one non-SOM course (4 units) toward the Management Science concentration from the list of eligible courses.

International students who pursue the Management Science concentration will have the opportunity to qualify for an additional two-year STEM extension of the Post-Completion OPT work permission. Students wishing to declare the Management Science concentration must meet the deadlines referenced in the SOM academic calendar (see the chapter Calendars). Further information about eligibility and requirements for the STEM OPT extension is available through Yale's Office of International Students and Scholars (https://oiss.yale.edu).

# M.B.A. for Executives Program

The Yale School of Management offers an M.B.A. for Executives (EMBA) program leading to the degree of Master of Business Administration. The EMBA program is designed for working professionals and combines the rigor of the Yale SOM integrated core curriculum and leadership development program with advanced study in a chosen area of focus: asset management, healthcare, or sustainability. Students spend three weeks in residence (two weeks in year one and one week in year two) and every other Friday and Saturday on the Yale SOM campus over the course of the twenty-two-month program.

To learn more about the M.B.A. for Executives program, visit https://som.yale.edu/emba.

## THE EMBA CURRICULUM

The EMBA program follows essentially the same curriculum as the M.B.A. program (see M.B.A. Curriculum in the chapter Full-Time M.B.A. Degree Program). In the first year, students devote the majority of their time to the core courses. In the second year, in addition to advanced management courses, students take courses in their respective focus areas—asset management, healthcare, or sustainability—and wrap up their core classes.

In addition, the curriculum includes a colloquium speaker series and the EMBA Global Network Week. Students may choose to take optional electives such as SNOCs and independent study projects outside of the EMBA curriculum.

### The Colloquium

The Area of Focus colloquium is a credited course, and students' grades are based upon attendance, participation, and deliverables assigned by the faculty director. A student who receives a grade of Fail must take another credited Yale SOM elective or complete other work—approved in advance by the faculty director from the respective focus area—to make up for the lost credit in order to graduate on schedule.

### EMBA Global Network Week

All EMBA students are required to participate in the EMBA Global Network Week at the end of their first year. Each June, students attend a week of programming at another Global Network for Advanced Management school that is participating in Global Network Week. Students are responsible for airfare, visa costs, required vaccinations (if applicable), and ground transportation. The cost of hotels and some meals is included in the EMBA program tuition and fees. Please note that EMBA students cannot satisfy this requirement with an M.B.A. Global Network Week or International Experience.

### Optional Electives

Students may also enroll in Yale SOM and Yale University electives and in SNOCs offered through the Global Network for Advanced Management, and in independent projects. Students wishing to enroll in more than 24 units of courses per term must obtain approval from the assistant dean of the EMBA program.

Credit will not be given by Yale SOM for any course taken outside Yale University during the period of the student's enrollment in the program.

**Yale SOM and Yale University electives**  EMBA students may enroll in elective courses at SOM, Yale College, the Graduate School of Arts and Sciences, and any professional school of Yale University.

Students interested in enrolling in a course offered by another school at Yale University must comply with the enrollment procedures of the school offering the course. In addition, the student must file the appropriate forms with the School of Management, as described below. Students will not be granted permission to take a course that conflicts with the EMBA class schedule, and it is up to the student to ensure that there is no conflict. It is the students' responsibility to ensure that they do not sign up for electives that conflict with each other. Students wishing to enroll in a course in Yale College, the Graduate School, or one of the other professional schools at Yale must receive permission from the course instructor. Enrollment in a Yale Law School course also requires subsequent authorization from the registrar of the Law School.

In some schools, students may be offered the individual option of taking a course on a Pass/Fail or Credit/D/Fail basis. Yale SOM students are not permitted to elect such an option.

The credit to be awarded for courses offered by Yale College, the Graduate School, or one of the other professional schools at Yale will be determined by the registrar. Credits earned for Yale courses outside of the EMBA curriculum will not count toward fulfilling EMBA program requirements.

**Add/Drop Policy for Yale SOM and Yale University electives**  Students are responsible for adhering to all add and drop deadlines set by the registrar. If a student would like to add or drop any course after the deadline has closed or after the Yale University course add/drop deadline they must file a late add/drop form with the Yale SOM Registrar's Office. In addition, a late fee of $25 per transaction will be charged to the student. If the registrar approves the request, the student will be added or dropped from the course, and the fee will be applied to the student's account. These fees apply to audit requests as well. No course may be dropped after half the class sessions for a course have been held.

**Small network online courses (SNOCs)**  SNOCs, or Small Network Online Courses, are electives delivered virtually by a Global Network for Advanced Management member school. Students must apply to and be accepted by the instructor of the SNOC. Details for the application process will be posted to the EMBA Canvas Class site. SNOCs are open to students from across the Global Network. Students log in through an online platform and participate in video conferencing for synchronous lectures and discussions. Students collaborate on team projects, developing virtual teamwork skills, and benefit from cross-cultural perspectives in lectures and discussions.

Students may drop an elective or SNOC by completing a Late Add/Drop Form. Dropping a course after the drop deadline also requires permission of the instructor. In addition, a late fee of $25 per transaction will be charged to the student. No course may be dropped after half the class sessions for a course have been held.

If a student is enrolled in a course and does not complete the work of the course and does not receive the appropriate permission either to drop the course or to receive an

Incomplete (see Incomplete Course Work), a grade of Fail will be recorded. No student may receive credit for a course that the student has previously audited.

**Independent Study Course** Students can undertake a research project under the supervision of a Yale or SOM professor starting in the spring term of year one. The self-driven project is meant to allow students the opportunity to expand and develop their understanding of a particular challenge or question in their area of focus or to pursue an academic question in another discipline or disciplines with any Yale University professor.

Students must submit a Petition for Independent Study form that includes the project proposal, number of credits, and written approval from the proposed faculty sponsor. The proposal must indicate the means by which the student's performance is to be evaluated (e.g., a final paper) as well as the scope of the project and a timeline. Projects can carry up to four units of credit, commensurate with the breadth and depth of the research undertaken. The assistant dean of EMBA must approve independent studies proposed by students in the EMBA program. Forms are due within the first weeks of the term in which the project will take place. Late add or drop fees will apply for changes made after this date.

## EMBA PROGRAM DEGREE REQUIREMENTS

The program adheres to all requirements for the M.B.A. as designed and administered by Yale SOM (see M.B.A. Degree Requirements in the chapter Full-Time M.B.A. Degree Program). Any exception to the requirements must be approved by the faculty. The following requirements are specific to the EMBA program.

### Enrollment Requirement

A student must complete all program requirements in twenty-two consecutive months unless the student receives advance permission for a leave of absence (see Leaves of Absence in the chapter General Information).

### Distribution of Courses

To graduate, a student must:

1. Achieve credit in each of the following year-one courses:
    Area of Focus Colloquium (2 units)
    Basics of Accounting (2 units)
    Basics of Economics and Game Theory (3 units)
    Competitor (2 units)
    Customer (2 units)
    The Global Macroeconomy (2 units)
    Innovator (2 units)
    Introduction to Negotiation (1 unit)
    Investor (2 units)
    Modeling Managerial Decisions (2 units)
    Operations Engine (2 units)
    Power and Politics (2 units)

    Probability Modeling and Statistics (3 units)

    Sourcing and Managing Funds (2 units)

    State and Society (2 units)

    Teams 1: Managing Groups and Teams (2 units)

    Teams 2: Global Virtual Teams (2 units)

    The Workforce (2 units)

2. Complete the EMBA Global Network Week requirement (2 units).
3. Achieve credit in each of the following year-two courses:

    Area of Focus Colloquium (2 units)

    Advanced Negotiations (1 unit)

    Business Ethics (2 units)

    Corporate Finance (2 units)

    Competitive Strategy (2 units)

    The Executive (2 units)

    Leadership Development Practicum (2 units)

    Management Controls (2 units)

    Designing and Leading Organizations or Game Theory and Market Design (2 units)

    Leading Small and Medium Businesses or Informed Business Decisions (2 units)

    Legal Context of Management or Big Data & Customer Analytics (2 units)

**Asset Management Track courses:**

    ESG Investing (2 units)

    Financial Market Regulation (2 units)

    Financial Markets & Macroeconomic Policies (2 units)

    Investment Management (2 units)

    The Future of Global Finance (2 units)

    Financial Markets & Macroeconomic Policies (2 units)

    Portfolio Management: Alternative Asset Classes (2 units)

**Healthcare Track courses:**

    Global Health (2 units)

    Healthcare Economics (2 units)

    Healthcare Operations (2 units)

    Healthcare Policy, Finance, and Economics (2 units)

    Investing in Healthcare: Capstone (2 units)

    Population Health and Health Equity (2 units)

**Sustainability Track courses:**

    Climate Change: Law, Policy, and Opportunity (2 units)

    ESG Investing (2 units)

    Managing Sustainable Operations (2 units)

    Sustainable Systems (2 units)

    Metrics in Sustainable Management and Investing (2 units)

    Social Intra and Entrepreneurship (2 units)

## Quality Standard

Failure to meet the Quality Standard for the EMBA program results in dismissal from the program. A student falls short of the Quality Standard if the student:

1. Accumulates Pass or Fail grades in more than 15 units of year-one courses; or
2. Accumulates a grade of Fail in more than 4 units of core courses; or
3. Accumulates Pass or Fail grades in 24 or more units of core and/or elective courses.

Further information on academic grounds for dismissal, the Academic Standards Committee, and appeals of academic dismissal can be found in the chapter Rights and Responsibilities of Students.

## Remediation of Failing Grades in Courses

A student who fails a core course must remediate the failing grade either by retaking the course and achieving a passing grade; by passing a proficiency examination, if offered; or through alternate activity as specified by the instructor. In no case will a grade higher than Pass be recorded when a failed core course is remediated. A student who has not remediated a failing grade in a core course is unable to graduate. A student who fails an advanced management or focus area course must remediate the failing grade through a process proposed by the instructor.

## ACADEMIC POLICIES

### Request for Change of Focus Area

The EMBA program combines the rigor of our integrated core curriculum with advanced study in a chosen area at the nexus of business and society: asset management, healthcare, or sustainability. Students are admitted to a focus area during the admissions process. Generally, a switch will not be considered. However, if a student requests a change in area of focus, the student must meet the admissions criteria specific to that area of focus. Students informed during the admissions process that they were not eligible for an area of focus will almost certainly not be admissible for that change during the program.

All students who submit a request must have a track record of relevant work experience in the area of focus sector that they are requesting to switch into, must have demonstrated potential for leadership in that sector, and must be employed in that sector.

Students with questions about whether or not they meet the criteria for the area of focus should speak to a member of the EMBA program office or the faculty director to discuss their professional background. Verbal encouragement from any party does not equate to approval of the request; students must submit an official request by the deadline in order to be considered for a change.

The official request should include an updated résumé along with an essay of not more than 500 words outlining the reasons for the request and how the proposed area of focus aligns with the student's background and future career plans. This request should be submitted via email to emba@yale.edu by Friday, March 15, 2024. The program office, in consultation with the faculty director and assistant dean, will review requests and will provide a written response via email by Monday, April 15, 2024.

The program office reserves the right to contact the student for additional information. All decisions are final and cannot be appealed.

## Attendance

EMBA students are expected to attend all classes and colloquium sessions, be on time, and be prepared to contribute. Students who receive one or more unexcused absences may, at the discretion of the faculty, receive a final course grade of Pass or Fail. We recognize that there are times when circumstances may cause a student to occasionally miss class or a colloquium. Excused absences include: religious observance, unplanned hospitalization, or an illness that directly affects the student or an immediate family member. Students with excused absences should tend to the reason for the absence, watch class recordings available immediately after class, and be in communication with faculty. In the case of an extended medical absence due to illness, the student must provide the program director with written confirmation of the disabling condition from a healthcare professional providing treatment. Whenever students are unable to attend class or a colloquium, they are required to notify a program administrator and the course instructors. If the circumstances make advance notice impossible, an email as soon as possible after the missed class is the next best alternative. At the discretion of the faculty, absence can negatively impact academic performance if a student misses more than one class session of a course, regardless of whether the absence is excused or unexcused. Several absences, regardless of whether the absence is excused or unexcused, can lead to a failing grade.

## Examinations

Students are expected to take all examinations at the scheduled time and submit all take-home exams on the assigned due date. Exams may be rescheduled only in exceptional circumstances such as a religious observance, incapacitating illness, or serious family emergency. Travel arrangements, mild illness, recruiting activity, case competitions, conferences, and any other avoidable conflicts are not acceptable reasons to change an exam time or miss a deadline.

If there is a need to change the date or time of an exam, written approval must be obtained from the instructor prior to the date and time of the exam, unless the nature of the emergency is such that advance notice is impossible. In the case of delay due to illness, the student must provide a program director with written confirmation of the disabling condition from a healthcare professional providing treatment.

## Deadlines for Deliverables

Students are expected to adhere to all deadlines set by faculty. A student who is not able to meet a deadline for an assignment or exam must request an extension from the instructor. If an extension is granted, the student will submit the assignment by the extension date or risk receiving a grade of Fail for the assignment/exam. The instructor will determine if a late assignment/exam will affect a student's grade. If a student fails to meet a deadline without notifying the instructor, the student will be in jeopardy of receiving a failing grade for that particular assignment/exam.

## Incomplete Course Work

Students are expected to complete all assignments by the deadlines established by the instructor. Marks of Incomplete are rarely approved, and only in cases where incapacitating illness or serious family emergency prevents the student from completing class work on time. A student who anticipates a problem should contact the instructor and the program director before the last day of class. If the Incomplete is approved, the mark must be converted to a grade no later than sixty days after the date on which grades for the class are due. If no grade has been received by that date, a grade of Fail will be recorded automatically. Grades of Incomplete in the second year of the program may delay the awarding of a student's degree.

## Grades

There are five grades at Yale SOM: High Honors, Honors, Proficient, Pass, and Fail. The grade distribution that instructors use, and the policy with respect to the reporting of grades on official transcripts, are described below.

**HH: High Honors**  Up to top 10 percent of class. Reported on transcript.

**H: Honors**  Next 25 percent. Reported on transcript.

**PR: Proficient**  Next 55 percent. Not reported on transcript.

**P: Pass**  Lowest 10 percent in core courses; guideline of 5 percent in electives. Not reported on transcript.

**F: Fail**  An absolute standard; no minimum requirement. To the extent it is used, the F grade counts toward the 10 or 5 percent Pass category. Not reported on transcript.*

Once grades are officially recorded, they may not be changed except in cases in which a mathematical error has been made in computing the grade or a clerical error has been made in recording it. Students seeking correction to a grading error must contact the instructor within two weeks (ten working days) from the receipt of the grade.

If a student takes a course in another school at Yale, the SOM registrar will ask the instructor to submit the grade according to the SOM grade scale.

*F grades in core courses require remediation. The failed core course is not reflected on the official transcript until remediated. Elective courses with F grades are not reflected on the official transcript. Students must replace failed electives with other electives to meet total credit requirements for graduation.

## Academic Grounds for Dismissal

Failure to meet the Quality Standard for each degree program results in dismissal from the respective program. The Quality of Standard for each program is described in the Quality Standard" section of the M.B.A. for Executives chapter. The decision of dismissal is subject to appeal before the Faculty Review Board. A student who has been dismissed and has exhausted the appeal process cannot be readmitted except through the normal admission process.

A full description of the appeal process can be found in the chapter Rights and Responsibilities of Students.

### Auditing

After the first term, students may, with the permission of the instructor, audit Yale SOM elective courses or courses at another Yale professional school. The normal expectation for auditors is attending all class meetings in person; instructors may set additional conditions. Audited classes will appear on the transcript only if the instructor certifies that the conditions for auditing have been met. Auditing of SOM core courses is not permitted. No student may take for credit a course that the student has previously audited.

Any person who is not a degree candidate at Yale University and who wishes to audit an EMBA course must obtain written permission from the SOM faculty member teaching the course and the assistant dean. SOM does not issue transcripts for courses audited under this arrangement. The charge for non-Yale students to audit a course is one-ninth of the SOM tuition for the year.

### Course Evaluations

At the end of each course, students are asked to evaluate the course and instructor. Course evaluation dates are chosen by the instructor and must close prior to the release of the course's exam. The course evaluation results are given to the instructor, relevant department chairs, assistant dean for EMBA, deputy dean, and dean of the School, and the aggregate results are available for review on the SOM internal website after the grades have been submitted.

### Extended Classroom

The Extended Classroom allows students to attend some class weekends remotely to participate in classes and team breakout sessions. While the Extended Classroom provides some degree of flexibility, students should not expect the learning experience to be the same as being in-person. At the request of faculty, some class weekends are not available for the Extended Classroom. These dates will be shared as soon as they are identified.

Students should familiarize themselves with the Extended Classroom guidelines and requirements (including supported operating systems, browsers, and bandwidth) before signing up for the Extended Classroom. Detailed information is available on Campus Groups. Questions may also be directed to the EMBA program office, emba@yale.edu.

#### REGISTRATION AND DEADLINES

- The Extended Classroom will not be available during residence weeks and at least four class weekends each year.
- Students can utilize the Extended Classroom up to four times a semester provided space is available.
- A set number of spaces per class weekend will be available on a first-come, first-served basis and can be reserved once the dates are posted to Campus Groups. A waitlist will be used once capacity for any given weekend is reached.
- Students must register on Campus Groups by 11:59 p.m. on the Monday before a class weekend. On Tuesday, the program office will begin making arrangements to notify faculty and deliver the Extended Classroom.

- After the Extended Classroom registration deadline, students who cannot attend in person will be expected to watch class recordings (available immediately following class). Refer to the absence policy for details regarding absence(s).
- Students who wish to cancel their reservation must do so as soon as possible but no later than the 11:59 p.m. Monday deadline to allow other classmates on the waitlist an opportunity to participate via the Extended Classroom.
- Students are responsible for canceling their hotel accommodations if they are utilizing Extended Classroom. Omni Hotel reservations made by the program for students in the Class of 2024 and all Pozen-Commonwealth Fellows will automatically be cancelled by the EMBA Program after Extended Classroom registration closes; students who participated in Extended Classroom are not reimbursed for unused hotel nights.
- If there are no requests to use the Extended Classroom by the registration deadline, the Extended Classroom will not be set up during the coming weekend.
- Once registered for the Extended Classroom, students will receive an email confirming their reservation.
- Students who have not registered will not be given access to the session(s).
- The EMBA program office reserves the right to deny a student's participation based on academic performance.
- Students participating in the optional March or October Global Network Week will not be able to connect if the courses conflict with GNW academic and social obligations. Priority is given to participation in the GNW. Students will receive an unexcused absence for their missed EMBA class(es). Students may, however, participate in the Extended Classroom after their GNW obligations are fulfilled.

### EXTENDED CLASSROOM PROTOCOL

- Students are responsible for notifying their learning team that they will be participating remotely and for arranging to connect with their learning team remotely for in-class group work.
- In order to access the Extended Classroom, students must be connected using their Yale Zoom account.
- Students must connect twenty minutes prior to each session in order to test their connection with the SOM Media Control Center. If the student does not participate in the test and experiences issues with connection, sound or video, the Media Control Center may not be able to offer assistance until the break.
- It is imperative that the Internet connection is stable and the remote location is quiet, ideally a home or office. Students may not connect in transit or while in public areas, such as airports or restaurants.
- Students must be on camera at all times. Students may not receive participation credit if they remain off video. A student whose camera is turned off will be disconnected from the session.
- Students should unmute their microphone while speaking and mute once they have posed their question.
- For questions or issues with the technology, students should use Slack to alert the SOM Media Control Center.

#### EXTENDED CLASSROOM ETIQUETTE

- Please be on time and test your connection before the start of class. Logging in late distracts the faculty and your peers.
- Keep in mind that your image will be displayed on the screens installed in the classroom and you will therefore be visible to the faculty as well as your peers at all times.
- The room from which you are connecting should be clutter-free and should not cause any distractions for faculty or your peers. Similarly, you should be in a quiet area without background noise.
- The room from which you are connecting should also be well-lit; please avoid sitting in front of windows.
- Please do not sit too close or too far from the camera.
- Please refrain from eating on camera.

## USE OF CAREER DEVELOPMENT OFFICE (CDO) RESOURCES

The Career Development Office (CDO) at Yale SOM provides career management assistance and coaching to EMBA students, once they have created a Career Management System (CMS) profile. The CDO has a number of resources available to EMBA students in their career management, including coaching, workshops, and an online recruitment system. Visit the CDO website, https://som.yale.edu/careers, or email som.cdo@yale.edu for more information.

## HOUSING REQUIREMENTS

Yale EMBA tuition covers housing during orientation and residence weeks at the Omni New Haven Hotel. During residence weeks (two weeks in year one; one week in year two), all students are required to stay at the Omni New Haven Hotel. The EMBA program has negotiated rates and secured class weekend dates with the Omni New Haven Hotel and The Marcel Hotel. Students in the Class of 2025 will be responsible for confirming or canceling their reservations at the hotel of their choice and paying the hotel directly. Class of 2024 students who do not wish to stay at the Omni are eligible to opt out of the housing requirement and have their room fee adjusted. This adjustment will appear on their student account. This change must be requested by the stated accommodations survey deadline. Students who have opted out of housing and who then change their mind must contact the Omni directly to arrange for their accommodation and will be billed directly by the Omni.

Students may choose to include a Thursday evening (Wednesday evening on three-day weekends) accommodation at the Omni on all class weekends at the Yale Omni rate. This additional cost will appear on their student account for the Class of 2024; students in the Class of 2025 will be billed directly by the hotel. This change must be requested by the stated accommodations survey deadline. All reservations booked through the EMBA Program with Omni New Haven are charged to student accounts and are nonrefundable.

Per the housing agreement with the Omni New Haven and the Marcel, rooms are reserved for single occupancy. Students may not share rooms (double occupancy) during

class weekends under the housing contract. Room reservations cannot be transferred to another guest. Students should alert the Omni and the Marcel if they have guests joining them for the class weekend, per fire code.

More information about the hotels can be found at www.omnihotels.com/hotels/new-haven-yale and https://www.hotelmarcel.com.

## RIGHTS AND RESPONSIBILITIES OF EMBA STUDENTS

In general, the policies in the chapter Rights and Responsibilities of Students apply to all students, including EMBA students. The following policies are specific to the EMBA program.

### Required Leave of Absence

A student who demonstrates insufficient commitment to the program—as evidenced, for example, by an accumulation of absences, frequent tardiness on deliverables, and/or disengagement from required group work—may be required to take a leave of absence at the discretion of the assistant dean. A leave of absence is granted for one year, and the return to the program will depend on the approval of the assistant dean. Once the return has been approved, the program office will support a student's return.

For more information on policies related to leaves of absence, see Leaves of Absence in the chapter General Information.

### Electronic Devices

All EMBA students receive a Surface Pro tablet upon arrival at orientation. This device is the personal property of the student, and lost or stolen tablets will not be replaced. The SOM-IT webpage offers videos and instructions to help students self-configure their tablets, and our SOM-IT staff are able to offer hands-on help.

Laptops and tablets are not to be used in the classroom or during the colloquium unless explicitly permitted by the instructor or faculty director. Using cell phones, browsing the Internet, or reading email during class distracts the instructor and classmates and interrupts the learning experience. Cell phones and other electronic devices are to be turned off during class and the colloquium.

See Policies on the Use of Information Technology Facilities in the chapter Rights and Responsibilities of Students for more information.

**EMBA Device Replacement Policy**  As noted, lost or stolen tablets will not be replaced. In the event of manufacturing defects (covered by the Microsoft one-year warranty), the EMBA program will replace one Surface Pro per student. Surface Pros that experience accidental damage will be replaced at the student's expense; the cost can be paid by check (upfront, before receiving the new device), or it can be added to the student's account. IT will assist with reinstalling all software that students require for their devices. The EMBA program will be notified by IT if/when students request replacements.

## Class Recordings

EMBA classes are recorded with the permission of the faculty member. Recordings are posted to the class course site in Canvas. There are times when faculty will request that a session not be recorded. In such instances, the program office will notify students of this request.

Course videos are Yale University property and cannot be downloaded from Canvas or Panopto. Use of tools or video recording platforms as a way of circumventing security measures and taking the video without permission is prohibited and is an Honor Code violation.

## Academic Support and Resources

The School provides a variety of resources to help students who are experiencing academic difficulty achieve the highest possible standard of academic excellence. To that end, tutoring is available for the quantitative components of the first-year core curriculum. In addition, the School's Professional Communications Center is available to assist with written and/or oral communication skills. Information about the center and its services can be found on the SOM internal website.

Access to tutoring assistance is limited to students with demonstrated need. To that end, students must utilize TA review sessions, TA office hours, and faculty office hours prior to requesting a tutor. Once these resources have been utilized, the course instructor may determine that the student requires additional support for the course. The instructor will then refer the student to the EMBA program office for assignment of a tutor. Please note that tutor assignments are based on availability.

Students should report any issues or concerns with the tutoring program to the assistant dean.

## Honor Code Committee

In instances when an EMBA student is referred to the Honor Committee, there will be at least one student representative from the EMBA program serving on the committee.

# Rights and Responsibilities of Students

The status of students at the Yale School of Management is governed by all applicable Yale policies. This chapter includes some of the most important among those policies.

## ACADEMIC FREEDOM

The Yale School of Management is committed to the protection of free inquiry and expression in the classroom and throughout the school community. In this, the School reflects the University's commitment to freedom of expression as eloquently stated in the Woodward Report (Report of the Committee on Freedom of Expression at Yale, 1975), which states, in part:

> The primary function of a university is to discover and disseminate knowledge by means of research and teaching. To fulfill this function a free interchange of ideas is necessary not only within its walls but with the world beyond as well. It follows that the university must do everything possible to ensure within it the fullest degree of intellectual freedom. The history of intellectual growth and discovery clearly demonstrates the need for unfettered freedom, the right to think the unthinkable, discuss the unmentionable, and challenge the unchallengeable. To curtail free expression strikes twice at intellectual freedom, for whoever deprives another of the right to state unpopular views necessarily also deprives others of the right to listen to those views.…
>
> For if a university is a place for knowledge, it is also a special kind of small society. Yet it is not primarily a fellowship, a club, a circle of friends, a replica of the civil society outside it. Without sacrificing its central purpose, it cannot make its primary and dominant value the fostering of friendship, solidarity, harmony, civility, or mutual respect. To be sure, these are important values; other institutions may properly assign them the highest, and not merely a subordinate priority; and a good university will seek and may in some significant measure attain these ends. But it will never let these values, important as they are, override its central purpose. We value freedom of expression precisely because it provides a forum for the new, the provocative, the disturbing, and the unorthodox. Free speech is a barrier to the tyranny of authoritarian or even majority opinion as to the rightness or wrongness of particular doctrines or thoughts.…
>
> In addition to the university's primary obligation to protect free expression there are also ethical responsibilities assumed by each member of the university community, along with the right to enjoy free expression. Though these are much more difficult to state clearly, they are of great importance. If freedom of expression is to serve its purpose, and thus the purpose of the university, it should seek to enhance understanding. Shock, hurt, and anger are not consequences to be weighed lightly. No member of the community with a decent respect for others should use, or encourage others to use, slurs and epithets intended to discredit another's race, ethnic group, religion, or sex. It may sometimes be necessary in a university for civility and mutual respect to be superseded by the need to guarantee free expression. The values superseded

are nevertheless important, and every member of the university community should consider them in exercising the fundamental right to free expression.

For the full report, see https://studentlife.yale.edu/guidance-regarding-free-expression-and-peaceable-assembly-students-yale.

## THE YALE SOM HONOR CODE

### Guiding Principles

Honesty is fundamental to the profession and practice of management. It is therefore the bedrock premise of management education at Yale. To the community of students, faculty, and staff of the Yale School of Management, honesty and integrity build the trust essential to a free and lively exchange of ideas.

The Yale SOM Honor Code is intended to foster the School's exceptional learning environment and to support conduct that will distinguish the faculty, staff, and students in their lives as managers, at school, at school-related functions, and in the larger management community. The Honor Code will be referred to as the "Code" hereafter.

The Honor Committee has jurisdiction over all Code violations including matters of academic dishonesty and egregious violations of the social and professional norms of behavior.

### Academic Integrity

The Yale SOM community, including faculty, staff, and students, supports the highest standards of academic integrity. All academic work affords an unparalleled opportunity to put forward new and innovative ideas; at SOM, we aspire to always acknowledge the ideas upon which new solutions are based.

When working on any assignment with a team, students must clarify the expectations for each member of the team. Faculty will provide clear guidelines for students on the parameters of any group work. A student will contact the professor for clarification if there is a question about the way in which the group work is to be completed.

Students will familiarize themselves with the standards of proper citation via print and online resources, available on the SOM internal website.

### Community Standards

Every member of the Yale SOM community—students, faculty, staff, and alumni (hereafter collectively referred to as "Community Members")—plays an integral role in carrying out the School's mission to educate leaders for business and society. Our standards of professional behavior, on and off campus, advance Yale SOM's progress in this regard and seek to strengthen our entire community.

A hallmark of the SOM community is its inclusivity, which respects, values, and celebrates the diverse backgrounds and views of Community Members. Community Members aspire to standards of conduct while at Yale, and as they function in the larger management community, that will further distinguish SOM as a center of integrity and fair dealing.

Students must uphold the highest standards of professional behavior, among Community Members as well as with prospective employers and all other constituents of Yale. This standard includes promoting and holding others accountable to maintain a culture of active inclusion, respect, and integrity.

The SOM community's commitment to professional and ethical excellence extends into interpersonal interactions among Community Members. As a community, we are committed to equitable opportunity in all aspects of student and academic life.

All forms of discrimination fall outside the bounds of expected behavior.

Each member of the community is expected to uphold these values for all other Community Members.

Students must remember that they represent the School in all of their actions as they take part in activities in the University, New Haven, and the larger management community.

## Procedures of the Honor Committee

### COMPOSITION AND CHARGE

The Honor Committee considers instances of academic infractions and other serious violations by Yale SOM students against the SOM and University communities and their guests. The committee is responsible for collecting facts pertaining to such infractions and violations, making judgments about them, and determining punishment where appropriate. In addition, the committee reviews and proposes revisions in SOM discipline policy and procedures where needed and communicates its policies and actions to the community at large.

Suspected cases of cheating or other violations of honor code standards should be reported to the chair of the SOM Honor Committee or the administrative director of the relevant degree program, i.e., for cases involving students in the M.B.A., M.A.M., and M.M.S. programs, the dean of students; or for cases involving students in the M.B.A. for Executives program, the assistant dean for the M.B.A. for Executives program. A list of the members of the Honor Committee is available on the SOM internal website.

The committee is appointed by the deputy dean. It consists of four faculty members (one of whom shall be designated chair), six SOM students (three from each class in residence, unless modified as under the Process section below), and the dean of students (who shall act as secretary to the committee and shall be nonvoting). The student members will typically serve for two academic years.

### PROCESS

The committee will collect the facts relevant to each complaint under consideration and make judgments on whether an infraction or violation has been committed and on its seriousness to the community. Based on these judgments, the committee will choose a punishment that it deems appropriate to the offense. It shall also inform the community of its actions via the School's electronic newsletter or other channels it deems appropriate in such a manner as to protect the identity of individuals who are the recipient of punishments.

Although deviations may be taken by the chair when appropriate to a given case, the following steps are customary:

1. The work of the committee normally begins when a member of the University community (faculty, student, or staff) brings a probable violation or infraction to the attention of the committee chair. The chair or the chair's designee then requests a written statement and copies of any other relevant materials pertinent to the complaint.

2. Based on these materials, the chair will decide whether the offense, if the charge is true, would be of sufficient seriousness to warrant the attention of the committee. If the complaint is deemed sufficiently serious, the chair or the chair's designee shall inform the student who is the subject of the complaint. At the same time, the student will be directed to review the Committee Policies and Procedures to apprise the student of the rights: (a) to appear before the committee, (b) to be accompanied by any member of the University community to act as the student's adviser,* (c) to examine any and all written materials being provided to the committee as soon as possible, and ordinarily at least forty-eight hours in advance of the meeting, so that the student may have ample opportunity to question or refute them. At the beginning of a meeting with a student who is the subject of a complaint, the chair will review the Procedures of the Committee and the process to be followed in meetings with the committee.

The committee chair can do any of the following when a case is brought forward:

a. Dismiss the case for lack of evidence or insufficient seriousness
b. Send the case to a subcommittee
c. Send the case to the full committee

The subcommittee consists of the committee chair (or another faculty member on the Honor Committee designated by the chair) plus one first-year Yale SOM student and one second-year Yale SOM student, chosen from the full committee. If the accused student is in the M.A.M., M.M.S., or M.B.A. for Executives program, then, whenever it is possible without delaying the scheduling of the hearing, one of the student members of the subcommittee must be from the respective program. The subcommittee is empowered to take the following actions:

a. Exoneration
b. Warning (verbal or written)
c. Probation
d. Mandatory F in course (for academic infractions)
e. Send the case to the full committee

The accused student may appeal any decision from the subcommittee to the full committee. The student must make the appeal to the committee chair within five working days of the subcommittee's decision.

The full committee consists of three first-year Yale SOM students, three second-year Yale SOM students, and at least four faculty members. If the accused student is in the M.A.M., M.M.S., or M.B.A. for Executives program, then, whenever it is possible without delaying the scheduling of the hearing, at least one of the student members must be from the respective program. The full committee is empowered to take the following actions and may impose other sanctions of intermediate severity:

a. Exoneration
b. Warning (verbal or written)

    c. Probation

    d. Mandatory F in course (for academic infractions)

    e. Suspension of one or more terms + mandatory F in course

    f. Expulsion, a permanent separation from Yale SOM

    The appeal of the subcommittee decision to the full committee can result in a sanction more severe than the one originally imposed.

*Role of the adviser: In the SOM disciplinary process, the student's adviser is not an advocate, but rather a source of support to the student. The adviser may help the student in preparing for the meeting with the Honor Committee and may accompany the student to the meeting. During the meeting, the adviser may quietly suggest questions or issues for the student to raise with the committee; the adviser does not participate directly in the meeting.*

3. The committee will endeavor to conduct its business in such a way as to protect the privacy of all individuals who are involved with the case. In addition, it will seek to make its judgments as promptly as is consistent with the need to establish the facts of the case and to come to judgments based on these facts.

4. The subcommittee and the full committee will seek to make decisions by consensus. When consensus is impossible, a majority vote will be taken. No decision shall be made without a quorum of committee members (defined as at least two faculty members and three students for the full committee and all members of the subcommittee).

5. A penalty of expulsion will appear on a student's transcript. Correspondence related to any disciplinary penalty will remain in a student's internal Yale SOM file and in the files of the Honor Committee. A penalty of a full- or partial-term suspension will be reported to an outside agency or individual when a student makes a written request for release of file information to that agency or individual. A penalty of probation will be reported under the same circumstances for a period of time the student is enrolled and will not be released after the student has graduated. Information about warnings will not be released. To provide for some consistency in reactions to offenses year by year, the committee chair shall study the files and inform the committee (ordinarily before the first case of the year is heard) of punishments meted out in certain classes of cases in prior years. Penalties should be set based upon the severity of the infraction, rather than the impact of such penalty on the student's personal situation.

6. The committee chair will inform those against whom complaints have been made of the decisions within twenty-four hours of the committee's decision.

REVIEW

1. At the beginning of the investigation, the chair will inform the subcommittee or full committee members of the individual(s) involved in a case. Committee members will be invited to excuse themselves from the case if there is a conflict of interest. If a committee member is excused and a quorum cannot be met, the chair will recommend to the deputy dean a successor for temporary appointment to the committee for participation in the matter. At the beginning of the investigation, the chair will inform the student whose conduct is in question of the procedures that will be followed and will notify the student of the membership of the committee. Within one day after receiving that notification, the student may object that a member is prejudiced by stating in writing the basis for this objection. On receipt of this objection, the chair

will rule on whether the member should be recused from taking part in the proceedings and, if this is done and a quorum cannot be met, will recommend to the deputy dean a successor for temporary appointment to the committee for participation in the matter. A decision of the chair not to recuse the challenged member will be communicated to the student, who may within one day after receiving the notice appeal the decision to the cognizant academic dean of the relevant academic program. The cognizant academic dean's decision to deny or grant the appeal of a conflict of interest will be final.

2. At the time the committee informs the student of its decision, it shall also inform the cognizant academic dean.

3. The cognizant academic dean will offer any student against whom an infraction or violation is found the opportunity to meet with the cognizant academic dean, as promptly as the dean's schedule may permit, to raise any objections to the proceedings on the grounds of procedural irregularity or prejudice. If objection is raised, the cognizant academic dean will investigate the objection and may remand the matter to the committee to correct the procedural irregularity or to re-deliberate after disqualifying the member or members found to be prejudiced. A decision of the cognizant academic dean that the proceedings were not irregular or that there is insufficient evidence of prejudice will be final.

4. The accused student can appeal the severity of the penalty, but not the findings, from the full committee to the Faculty Review Board, which consists of the cognizant academic dean of the relevant academic program and two faculty members who were not part of the full committee. The student must make the appeal in writing to the cognizant academic dean within five working days of the full committee's decision.

   General dissatisfaction with the committee's decision does not constitute a basis of appeal. The committee chair may submit a written or oral explanation of the committee's decision to the Faculty Review Board. The student's written request and supporting materials will be made available to the Review Board, but the student will not be permitted to attend the Review Board meeting. The Review Board's role in the appeal will be to judge the appropriateness of the punishment assessed by the committee, assuming the correctness of the committee's finding of a violation. The appeal of the full committee decision to the Faculty Review Board can result in a sanction more severe than the one originally imposed. The decision of the Faculty Review Board is final and not subject to further appeal within the University.

5. The *ex officio* member of the committee (the dean of students) helps steer the case through the process and attends all meetings of the subcommittees and the full committee and the Faculty Review Board.

## RECORDS AND FILES

Records of committee meetings about particular cases will be kept by the dean of students, who will act as secretary to the committee. These records will be kept in a confidential file. Only the deputy dean, the cognizant academic dean, the dean of students, and the current chair of the Honor Committee shall have access to them. The cognizant academic dean and the chair will be responsible for passing committee files to the dean of students to ensure the completeness of the committee files kept in the office of the dean of students.

For each term, the secretary to the committee shall prepare a document entitled "Actions of the Honor Committee Academic Year: 20___ to 20___," summarizing each case in which the committee saw fit to assess any form of punishment. Each summary shall include a description of the offense and the punishment assessed. These summaries shall not identify the students involved and so far as possible avoid contextual information that would reveal or encourage speculation about the identity of individual students. Honor Committee reports will be posted at the end of the academic year and at the beginning of the fall and spring terms.

## ACADEMIC GROUNDS FOR DISMISSAL

Failure to meet the Quality Standard for each degree program results in dismissal from the respective program. The Quality of Standard for each program is described in the chapter for the specific program. The decision of dismissal is subject to appeal before the Faculty Review Board. The appeal process is described below.

### Review Process

The registrar conducts a review of the academic progress of all M.B.A., M.A.M., and M.M.S. students at the end of each academic term. Students whose academic record is of concern are required to attend a mandatory meeting with the Academic Standards Committee. Administrative directors will notify all students who are referred to the Academic Standards Committee, making every reasonable effort to provide at least twenty-four hours' notice before the student is to meet with the committee. The student may present to the committee, either orally or in writing, any information that the student believes is relevant.

### The Academic Standards Committee

The Academic Standards Committee is composed of faculty members who are appointed by the deputy dean. The membership of the committee is public and is disclosed upon request. For cases involving students in the M.B.A., M.A.M., or M.M.S. programs, that program's assistant dean for admissions and dean of students serve as members *ex officio*. For cases involving M.B.A. for Executives students, the committee consists of the cognizant academic dean, the assistant dean for the M.B.A. for Executives program, and one ad hoc faculty member.

The committee's primary purpose is to review cases and to provide counsel to students in academic difficulty. In addition, the committee serves as a faculty committee of review for exceptions to academic rules and for proposed changes to academic rules and/or policies.

### Appeal of Academic Dismissal

A student who is dismissed for failure to meet the Quality Standard may appeal by written petition to the cognizant academic dean of the relevant academic program. An appeal must be filed within two weeks (ten working days) from the date of the letter notifying the student of the dismissal. The cognizant academic dean will refer the appeal to the Faculty Review Board. The Faculty Review Board, chaired by the cognizant academic

dean, consists of the cognizant academic dean and two senior faculty members. The assistant dean of the program serves as a member *ex officio* of the Review Board.

In support of the appeal, the student should present any relevant information, including documentation of extenuating personal circumstances and other compelling facts relevant to the appeal. The Faculty Review Board is the highest level of appeal for all academic and disciplinary actions handled within Yale School of Management; its decision on a student's appeal is final. Therefore, the appellant student must present all relevant information prior to the scheduled date of the Review Board's deliberation of the appeal.

The Review Board will reach a final decision as soon as practically possible. A student who has been dismissed and has exhausted the appeal process cannot be readmitted except through the normal admission process.

## EMERGENCY SUSPENSION

The dean of the School of Management, or a delegate of the dean, may place a student on an emergency suspension from residence or academic status when (1) the student has been arrested for or charged with serious criminal behavior by law enforcement authorities; or (2) the student allegedly violated a disciplinary rule of the School of Management and the student's presence on campus poses a significant risk to the safety or security of members of the community.

Following an individualized risk and safety analysis, the student will be notified in writing of the emergency suspension. A student who is notified of an emergency suspension will have 24 hours to respond to the notice. The emergency suspension will not be imposed prior to an opportunity for the student to respond unless circumstances warrant immediate action for the safety and security of members of the community. In such cases, the student will have an opportunity to respond after the emergency suspension has been imposed.

When a student in the School of Management is placed on an emergency suspension, the matter will be referred for disciplinary action in accordance with school policy. Such a suspension may remain in effect until disciplinary action has been taken with regard to the student; however, it may be lifted earlier by action of the dean or dean's delegate, or by the disciplinary committee after a preliminary review.

## ACADEMIC POLICIES FOR RESIDENTIAL MASTER'S DEGREE PROGRAMS

The Yale School of Management has rigorous academic standards, designed to help students develop the depth of knowledge and understanding that they will need to be successful leaders. Classroom work is challenging and requires a substantial commitment in time and energy.

The School provides extensive resources to assist students in making the transition to management course work and improving their work in areas of difficulty. Students who fail to maintain the Quality Standard for their degree programs may be dismissed, subject to appeal, from the program.

## Attendance

Students are expected to attend classes regularly, be on time, and be prepared to contribute to class discussion. If religious observance, illness, or a personal emergency will prevent a student from attending a class, the Academic Affairs and Student Life office should be notified in advance whenever possible. If the circumstances make advance notice impossible, the student should notify the Academic Affairs and Student Life office as soon as possible after the missed class. Such notification must be given within a week of the absence. The student must make arrangements with a classmate to get notes and copies of class handouts.

Students are responsible for all missed course content, assignments, lecture notes, handouts, and other course materials. The due dates of assignments will not routinely be extended even in situations where an absence may be excused. In cases of absence due to a prolonged medical or personal emergency that makes the completion of course work impracticable, or in acute medical or personal emergencies that preclude turning in a completed assignment, students should contact the instructor and dean of students to discuss a reasonable extension of the assignment due date. Assignment extension requests will not be granted in cases where an absence was not excused.

If a student will be out of class for an extended period due to a personal or family emergency or because of illness or a medical issue, the student must first contact the dean of students.

If any circumstance will cause a student to miss more than two weeks of classes within a single term, the student will be directed to take a leave of absence for the term. Students facing a situation that may result in missing more than two weeks of classes should contact the dean of students. See the chapter General Information for more information on Leaves of Absence.

## Electronic Devices Policy

Using cell phones, browsing the Internet, or reading email during class distracts the instructor and classmates and interrupts the learning experience. Cell phones and other electronic devices are to be turned off during class. Laptops and tablets are not to be used in the classroom unless explicitly permitted by the instructor.

## Examinations

Students are expected to take all exams at the scheduled time. Exams may be rescheduled with advance permission of the dean of students only in exceptional circumstances such as a religious observance, incapacitating illness, or serious family emergency. Travel arrangements, mild illness, recruiting activity, case competitions, conferences, and any other avoidable conflicts are not acceptable reasons to change an exam time.

If there is a need to change the date or time of an exam, the student is to contact the dean of students before the scheduled exam begins. In case of illness, the student will be required to provide written confirmation from a health care professional on the staff of Yale Health. An alternate exam date will be determined by the dean of students in consultation with the instructor.

## Incomplete Course Work

Students are expected to complete all assignments by the deadlines established by the instructor. Marks of Incomplete are rarely approved, and only in cases where incapacitating illness or serious family emergency prevents the student from completing class work on time. A student who anticipates a problem should contact the dean of students before the last day of class. If the dean of students approves an Incomplete, the mark must be converted to a grade no later than sixty days after the date on which grades for the term are due. If no grade has been received by that date, a grade of Fail will be recorded unless an extension is granted by the dean of students.

## Student Records

A permanent file is created for each student upon admission to Yale SOM. This file contains the student's application materials, acceptance letter, and registration forms, as well as copies of any additional correspondence with the student. Access to this file is governed by the Family Educational Rights and Privacy Act of 1974 (FERPA). When a student graduates, the student's file is transferred to the Yale University Archives for permanent storage. A $15 fee will be charged if an alumnus/a requests student record retrieval from permanent storage.

### ACCESS TO RECORDS

Official student records for currently enrolled students are housed in the Registrar's Office. Under FERPA, student records are accessible to faculty members, deans, and staff members who have a legitimate educational interest in reviewing the records. Students have automatic access to all parts of their own records except confidential recommendations submitted as part of the application for admission.

The following personal information may be released to the public unless a student requests otherwise: name, address, telephone number, dates of attendance, and degrees received. Any student may request that this information be treated confidentially.

### TRANSCRIPTS

Student transcripts are maintained permanently in the Registrar's Office. From time to time, students may need to supply the official transcript to a potential employer or another third party. An official copy of a Yale SOM transcript will be released only on written request (with a signature) from the student or alumnus/a. To have a transcript issued, a student must complete a Transcript Request form, available from Academic Affairs and Student Life or on the Yale SOM website. Enrolled students may obtain transcripts free of charge. The fee for an alumnus/a is $7 for the initial transcript and $3 for each additional transcript requested at the same time.

As a matter of policy, only the grades of High Honors and Honors appear on a student's official transcript.

## COURSE POLICIES FOR RESIDENTIAL MASTER'S DEGREE PROGRAMS

### Elective Courses

Students register for fall-term Yale SOM elective courses during the summer, and for spring-term SOM elective courses late in the fall term. Students are permitted to rearrange their elective course selections during an Add/Drop period at the beginning of each term. Students will have one week at the start of the term to add and drop courses. After the Add/Drop period, students may not change their course schedule except by completing a Late Add/Drop Form, which requires the approval of the registrar; dropping a course after the Add/Drop period also requires permission of the instructor. In addition, a late fee of $25 per transaction will be charged to the student making approved schedule changes after the deadline. No course may be dropped after half the class sessions for a course have been held.

Students may not be enrolled in courses that overlap in time with one another. At the end of the Add/Drop period, all students with course conflicts will be removed from one of the overlapping courses by the SOM registrar.

Students who obtain late enrollment in a course (either via the course auction or through Add/Drop) must attend all course sessions at the start of the term before their enrollment is finalized. Failure to do so may disqualify them from enrolling.

If a student is enrolled in a course at the end of the Add/Drop period, but does not complete the work of the course and does not receive the appropriate permission either to drop the course or to receive an Incomplete (see Incomplete Course Work, above), a grade of Fail will be recorded. No student may receive credit for a course that the student has previously audited.

Students wishing to enroll in more than 24 units of courses per term must obtain approval from the dean of students.

### Independent Reading and Research

This course provides an opportunity for students and faculty to work together on projects of mutual interest outside the structure of normal courses. Each independent project must have a sponsor who is a member of the Yale full-time faculty. Students must submit a Petition for Independent Study that includes the project proposal and the faculty sponsor's signature. The proposal must indicate the means by which the student's performance is to be evaluated (e.g., weekly assignments, final paper, etc.), as well as the scope of the project. A project will be assigned a course number of MGT 690 and can be worth up to 4 units. No more than 4 units of Independent Reading and Research may be undertaken in a term without the permission of the dean of students. The dean of students must also approve the project before the course is entered on the student's record. Forms are due within the first two weeks of the term in which the project will take place. Late add or drop fees will apply for changes made after this date. Petition forms are available on the SOM internal website and from the registrar.

### Non-SOM Courses

Yale SOM students who take courses offered by another school at Yale University must comply with any enrollment procedures, restrictions, deadlines, and/or fees imposed by the school offering the course. In addition, the student must file the appropriate forms in the School of Management, as described below.

Students wishing to enroll in a course in Yale College, the Graduate School of Arts and Sciences, or one of the other professional schools at Yale must receive permission from the course instructor. Enrollment in a Law School course also requires authorization from the registrar of the Law School. Once the appropriate permissions have been obtained, the student should add the course online using the SOM Late Add/Drop Form.

Students may receive credit toward Yale SOM degrees for Yale College courses only if such credit has been authorized in advance by the dean of students. Petition forms for requesting credit for undergraduate courses are available on the SOM internal website or from Academic Affairs and Student Life. The course will not be posted on the student's record until credit has been authorized.

In some schools, students may be offered the individual option of taking a course on a Pass/Fail or Credit/D/Fail basis. SOM students are not permitted to elect such an option.

Students are not permitted to enroll in courses outside Yale University. Furthermore, with the exception of approved courses taken as part of the International Exchange, no credit will be given by the School for any course taken outside Yale University.

The credit to be awarded for courses offered by Yale College, the Graduate School of Arts and Sciences, or one of the other professional schools at Yale will be determined by the registrar, in consultation with the dean of students. Courses offered by Yale College and the Graduate School typically carry 4 units of credit at SOM. Enrollment in an undergraduate course for SOM degree credit typically requires additional work for the course.

### Auditing

Students may, with the permission of the instructor, audit Yale SOM elective courses or courses in another school in Yale University. The normal expectation for auditors is attending all class meetings; instructors may set additional conditions. Audited classes will appear on the transcript only if the instructor certifies that the conditions for auditing have been met. Auditing of SOM core courses is not permitted. No student may take for credit a course that the student has previously audited.

Any person who is not a degree candidate at Yale University and who wishes to audit a Yale SOM course must obtain written permission from the SOM faculty member teaching the course and the dean of students. SOM does not issue transcripts for courses audited under this arrangement. The charge for non-Yale students to audit a course is one-ninth of the SOM tuition for the year.

### Course Evaluations

At the end of each course, students are asked to evaluate the course and instructor. The course evaluation results are given to the instructor, relevant department chairs, dean of students, deputy dean, and dean of the School, and the aggregate results are available for review on the SOM internal website after the grades have been submitted.

# Courses for 2023–2024

Course descriptions can be found on the student internal website.

## FALL-TERM M.B.A. CORE COURSES

**MGT 401, Managing Groups & Teams**  1 unit. Julia DiBenigno, Jen Dannals, Adriana Germano, David Mungia Gomez

**MGT 402, Basics of Accounting**  2 units. Zeqiong Huang

**MGT 402, Basics of Accounting**  2 units. Anya Nakhmurina

**MGT 403, Probability Modeling & Statistics**  2 units. Katja Seim, Edward Kaplan, Tauhid Zaman

**MGT 404, Basics of Economics**  2.5 units. Kai Hao Yang, Barbara Biasi, Jidong Zhou

**MGT 405, Modeling Managerial Decisions**  2 units. Anjani Jain, Nathan Novemsky

**MGT 410, Competitor**  2 units. Judith Chevalier, Michael Sinkinson

**MGT 411, Customer**  2 units. Jiwoong Shin, Gal Zauberman

**MGT 412, Investor**  2 units. Paul Fontanier, Alexander Zentefis

**MGT 413, State & Society**  2 units. Mushfiq Mobarak, Ian Shapiro

## SPRING-TERM M.B.A. CORE COURSES

**MGT 408, Introduction to Negotiation**  1 unit. Barry Nalebuff, Daylian Cain

**MGT 420, The Workforce**  2 units. James Baron, Laura Adler

**MGT 421, Innovator**  2 units. Tristan Botelho

**MGT 422, Operations Engine**  2 units. Sang Kim, Lesley Meng

**MGT 423, Sourcing & Managing Funds**  2 units. Geert Rouwenhorst, Jacob Thomas, Raphael Duguay

**MGT 425, The Global Macroeconomy**  2 units. Peter Schott

**MGT 430, The Executive**  2 units. Ravi Dhar, Sang Kim, Nathan Novemsky, Menaka Hampole, Jon Iwata

## FALL-TERM M.A.M. REQUIRED COURSES

**MGT 633, Global Leadership: Topics in Business & Society**  2 units. Robert Jensen

**MGT 636, Global Leadership: Personal & Interpersonal Effectiveness**  2 units. David Tate

# General Information

## LEAVES OF ABSENCE

Students are expected to complete the M.B.A. program in two consecutive academic years, the M.B.A. for Executives program in twenty-two consecutive months, the Master of Advanced Management program in one academic year, and the Master of Management Studies program in one academic year. Students who wish or need to interrupt their study temporarily may request a leave of absence. There are three types of leave—personal, medical, and parental—all of which are described below. Request for a leave of absence for the purpose of employment (e.g., to continue a summer internship full-time during the following year) is discouraged. The general policies that apply to all types of leave are:

1. All leaves of absence must be approved by the administrative director of the student's program, i.e., the dean of students for the M.B.A., M.A.M., and M.M.S. programs; or for students in the M.B.A. for Executives program, the assistant dean for the M.B.A. for Executives program, or the appropriate administrative director's delegate. Students who wish to take a leave of absence must petition the administrative director in writing no later than the last day of classes in the term in question. Medical leaves also require the recommendation of a physician, as detailed below; see Medical Leave of Absence.

2. The normal duration of a leave of absence is one term or one year; with the approval of the program dean, extension of a leave may be approved for one additional term or year, not to exceed a total of ten terms or five years. A student who has been on leave for a total of ten terms or five years must return to resume their degree program in the subsequent term or be dismissed from that program. Students who are dismissed from a degree program for failure to return after exhausting the maximum leave time must reapply to that program should they wish to return to restart their degree at a later date.

3. International students who apply for a leave of absence must consult with OISS concerning their visa status.

4. Students on leave of absence are not eligible for financial aid, including loans. Students who have received loans or other financial aid must notify the financial aid office about the leave of absence, as loans are only available to enrolled students. They should also consult the University Student Loan Office (246 Church Street) so that they have a full understanding of the grace period and repayment provisions for federal loans. In most cases, students must begin repaying loans during a leave of absence. Upon re-enrolling, students will be eligible to defer loan repayment until they graduate or leave school.

5. Students on leave of absence are not eligible for the use of any University facilities normally available to enrolled students.

6. Students on leave of absence may continue to be enrolled in Yale Health by purchasing coverage through the Student Affiliate Coverage plan. In order to secure continuous coverage from Yale Health, enrollment in this plan must be requested prior to the beginning of the term in which the student will be on leave or, if the leave commences

during the term, within thirty days of the date the registrar was informed of the leave. Coverage is not automatic; enrollment forms are available from the Member Services department of Yale Health, 203.432.0246.

7. Students on leave of absence do not have to file a formal application for readmission, except under the conditions stated in point 2 above. However, they must notify the registrar in writing of their intention to return. Such notification should be given at least six weeks prior to the end of the approved leave.

8. Students who fail to register for the term following the end of the approved leave will be considered to have withdrawn from the program.

## Personal Leave of Absence

A student who wishes or needs to interrupt study temporarily because of personal exigencies may request a personal leave of absence. The general policies governing leaves of absence are described above. A student who is current with degree requirements is eligible for a personal leave after satisfactory completion of at least one term of study. Personal leaves cannot be granted retroactively and normally will not be approved after the tenth day of a term.

To request a personal leave of absence, the student must request a leave in writing, by letter or email to the administrative director before the beginning of the term for which the leave is requested, explaining the reasons for the proposed leave and stating both the proposed start and end dates of the leave and the address at which the student can be reached during the period of the leave. If the administrative director finds the student to be eligible, the leave will be granted. In any case, the student will be informed in writing of the action taken. Students who do not apply for a leave of absence, or who apply for a leave but are not granted one, and who do not register for any term, will be considered to have withdrawn from the program.

## Medical Leave of Absence

A student who must interrupt study temporarily because of illness or injury may be granted a medical leave of absence with the approval of the administrative director and on the written recommendation of a physician on the staff of Yale Health. The general policies governing all leaves of absence are described above. A student who is making satisfactory progress toward degree requirements is eligible for a medical leave any time after matriculation. Forms for requesting a medical leave of absence are available in the Office of Academic Affairs and Student Life. Final decisions concerning requests for medical leaves will be communicated to students by the administrative director in writing.

The School of Management reserves the right to place a student on a mandatory medical leave of absence when, on recommendation of the director of Yale Health or the chief of the Mental Health and Counseling department, the dean of the School determines that, because of a medical condition, the student is a danger to self or others, the student has seriously disrupted others in the student's residential or academic communities, or the student has refused to cooperate with efforts deemed necessary by Yale Health and the dean to make such determinations. Each case will be assessed

individually based on all relevant factors, including, but not limited to, the level of risk presented and the availability of reasonable modifications. Reasonable modifications do not include fundamental alterations to the student's academic, residential, or other relevant communities or programs; in addition, reasonable modifications do not include those that unduly burden university resources.

An appeal of such a leave must be made in writing to the dean of the School of Management no later than seven days from the effective date of the leave.

An incident that gives rise to voluntary or mandatory leave of absence may also result in subsequent disciplinary action.

Students who are placed on a medical leave during any term will have their tuition adjusted according to the same schedule used for withdrawals (please see Tuition Rebate and Refund Policy in the chapter Tuition and Fees). Before re-registering, a student on medical leave must secure written permission to return from a Yale Health physician.

### Leave of Absence for Parental Responsibilities

A student who wishes or needs to interrupt study temporarily for reasons of pregnancy or child care may be granted a leave of absence for parental responsibilities. Any student planning to have, adopt, or care for a child is encouraged to meet with the administrative director to discuss a leave of absence and other possibilities such as short-term arrangements not requiring a leave. For many students, short-term arrangements rather than a leave of absence are possible. The general policies governing all leaves of absence are described above. A student who is making satisfactory progress toward degree requirements is eligible for a parental leave of absence any time after matriculation.

Students living in University housing units are encouraged to review their housing contract and the related policies of Yale Housing before applying to the School for a parental leave of absence. Students granted parental leave may continue to reside in University housing to the end of the academic term for which the leave was first granted, but no longer.

Students who wish to suspend their academic responsibilities because of the birth or adoption of a child should meet with the administrative director, who will help accommodate the students' program responsibilities when the birth or adoption occurs.

### WITHDRAWAL AND READMISSION

Students who wish to withdraw from their program should confer with the dean of students regarding withdrawal. The dean of students will determine the effective date of the withdrawal. The University identification card must be submitted with the approved withdrawal form in order for withdrawal in good standing to be recorded.

Students who do not register for any fall or spring term, and for whom a leave of absence has not been approved by the dean of students, are considered to have withdrawn from the School of Management.

Students who discontinue their program of study during the academic year without submitting an approved withdrawal form and the University identification card will be liable for the tuition charge as outlined under Tuition Rebate and Refund Policy in the chapter Tuition and Fees. Health service policies related to withdrawal and readmission are described under Health Services: Eligibility Changes.

A student who has voluntarily withdrawn from the School of Management in good standing and who wishes to restart study at a later date must apply for readmission. Neither readmission nor financial aid is guaranteed to students who withdraw.

## U.S. MILITARY LEAVE READMISSIONS POLICY

Students who wish or need to interrupt their studies to perform U.S. military service are subject to a separate U.S. military leave readmissions policy. In the event a student withdraws or takes a leave of absence from Yale School of Management to serve in the U.S. military, the student will be entitled to guaranteed readmission under the following conditions:

1.  The student must have served in the U.S. Armed Forces for a period of more than thirty consecutive days;
2.  The student must give advance written or oral notice of such service to the administrative director. In providing the advance notice the student does not need to indicate an intent to return. This advance notice need not come directly from the student, but rather, can be made by an appropriate officer of the U.S. Armed Forces or official of the U.S. Department of Defense. Notice is not required if precluded by military necessity. In all cases, this notice requirement can be fulfilled at the time the student seeks readmission, by submitting an attestation that the student performed the service.
3.  The student must not be away from the School of Management to perform U.S. military service for a period exceeding five years (this includes all previous absences to perform U.S. military service but does not include any initial period of obligated service). If a student's time away from the School of Management to perform U.S. military service exceeds five years because the student is unable to obtain release orders through no fault of the student or the student was ordered to or retained on active duty, the student should contact the administrative director to determine if the student remains eligible for guaranteed readmission.
4.  The student must notify the School of Management within three years of the end of the U.S. military service of the intention to return. However, a student who is hospitalized or recovering from an illness or injury incurred in or aggravated during the U.S. military service has up until two years after recovering from the illness or injury to notify the School of Management of the intent to return; and
5.  The student cannot have received a dishonorable or bad conduct discharge or have been sentenced in a court-martial.

A student who meets all of these conditions will be readmitted for the next term, unless the student requests a later date of readmission. Any student who fails to meet one of these requirements may still be readmitted under the general readmission policy but is not guaranteed readmission.

Upon returning to the School of Management, the student will resume education without repeating completed course work for courses interrupted by U.S. military service. The student will have the same enrolled status last held and with the same academic standing. For the first academic year in which the student returns, the student will be charged the tuition and fees that would have been assessed for the academic year in which

the student left the institution. The School of Management may charge up to the amount of tuition and fees other students are assessed, however, if veteran's education benefits will cover the difference between the amounts currently charged other students and the amount charged for the academic year in which the student left.

In the case of a student who is not prepared to resume studies with the same academic status at the same point at which the student left or who will not be able to complete the program of study, the School of Management will undertake reasonable efforts to help the student become prepared. If after reasonable efforts, the School determines that the student remains unprepared or will be unable to complete the program or after the School determines that there are no reasonable efforts it can take, the School may deny the student readmission.