

| | | |
|---|---|---|
| Ira S. Nesenoff<br>Andrew T. Miltenberg<br>Stuart Bernstein<br>_____<br>Tara J. Davis<br>Gabrielle M. Vinci<br>Christine Brown<br>Kara L. Gorycki | Barbara H. Trapasso<br>Robert Kaftari<br>Adrienne D. Levy<br>Kristen Mohr<br>Helen Setton<br>Rodman Streicher<br>Kimberly Courtney | Susan E. Stark<br>Nicole Hoehle<br>Regina M. Federico<br>*Senior Litigation Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* |

ATTORNEYS AT LAW
**nmllplaw.com**

March 10, 2025

<u>**VIA PACER**</u>
Honorable Sarah F. Russell, U.S.D.J.
U.S. District Court, District of Connecticut
Richard C. Lee U. S. Courthouse
141 Church Street
New Haven, CT 06510

    Re:   *<u>Doe v. Yale University, et al.</u>*
           <u>Case No. 3:25-cv-00159</u>

Dear Honorable Judge Russell:

    The undersigned represents Plaintiff John Doe in the above-referenced matter. I am writing in furtherance of the Defendants' Motion For Supplement (ECF 33) filed at 5:16pm on Friday March 7. 2025. Should Your Honor grant Defendants' motion, Plaintiff respectfully requests that Your Honor also permit the Plaintiff to file a Reply to this submission.

    Defendant filed their Motion For Supplement (ECF 33) only one hour and 19 minutes after the Plaintiff filed his Reply Memorandum of Law in Support of his Motion to Proceed Under Pseudonym (ECF 31). Of note, all of the issues raised in Defendants' filing occurred over a week before their filing. The grounds they allege as support for their Motion occurred on February 24th, 25th and 28th respectively. However, they did not file their request for another week and only after Plaintiff filed his Reply. Had Defendants timely filed their request the Plaintiff could have addressed those issues in his Reply.

    Accordingly, should Your Honor grant Defendants' request to file a Supplement, it is respectfully requested that the Plaintiff be provided time to file a Reply.

                                  Respectfully submitted,

                                  **NESENOFF & MILTENBERG, LLP**

                                  By: <u>*/s/ Christine Brown*</u>



                                          Christine Brown, Esq.

cc: Counsel of Record (Via ECF)