## LIST OF EXHIBITS

| | |
|---|---|
| **Exhibit A** | Dean Tsung's Affidavit |
| **Exhibit B** | EMBA Program Website Excerpts |
| **Exhibit C** | Bulletin Excerpts |
| **Exhibit D** | Chair Choi's Affidavit |
| **Exhibit E** | Professor Rouwenhorst's Affidavit |
| **Exhibit F** | Plaintiff's LinkedIn (**SEALED**) |
| **Exhibit G** | Video Of Plaintiff Giving A TEDx Talk (**SEALED**) |
| **Exhibit H** | Additional Information About Plaintiff (**SEALED**) |
| **Exhibit I** | Sourcing And Managing Funds Final Examination |
| **Exhibit J** | Teaching Assistant's Email |
| **Exhibit K** | Professor Rouwenhorst's Charging Email |
| **Exhibit L** | Plaintiff's Response To Sourcing And Managing Funds Examination Question |
| **Exhibit M** | ChatGPT Response To Sourcing And Managing Funds Examination Question |
| **Exhibit N** | ChatGPTZERO Scans For Sourcing And Managing Funds |
| **Exhibit O** | Poorvu Center Policy |
| **Exhibit P** | Dean Tsung's Emails Requesting The Electronic File |
| **Exhibit Q** | Chair Choi's Emails Requesting The Electronic File |
| **Exhibit R** | Chair Choi's August 16, 2024 Email |
| **Exhibit S** | Chair Choi's August 19, 2024 Email |
| **Exhibit T** | Investor Final Examination |
| **Exhibit U** | ChatGPTZERO Scans For Investor |
| **Exhibit V** | ChatGPT Response To Investor Final Examination Question |

| | |
|---|---|
| **Exhibit W** | Dean Tsung's September 8, 2024 Email |
| **Exhibit X** | October 14, 2024 Email Conveying Documents |
| **Exhibit Y** | Plaintiff's November 3, 2024 Recusal Email |
| **Exhibit Z** | Chair Choi's November 5, 2024 Email |
| **Exhibit AA** | *Yale Daily News* Article |
| **Exhibit BB** | November 8, 2024 Letter |
| **Exhibit CC** | Dean Tsung's November 14, 2024 Email |
| **Exhibit DD** | Plaintiff's November 15, 2024 Appeal |
| **Exhibit EE** | November 19, 2024 Letter |
| **Exhibit FF** | Plaintiff's December 2, 2024 Appeal |
| **Exhibit GG** | December 11, 2024 Letter |
| **Exhibit HH** | Dean Tsung's December 12, 2024 Letter |