# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE,<br>    Plaintiff, | : | CASE NO. 3:25-cv-00159-SFR |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE UNIVERSITY | : | |
| BOARD OF TRUSTEES, WENDY TSUNG, | : | |
| K. GEERT ROUWENHORST, JACOB | : | |
| THOMAS, SHERILYN SCULLY, JAMES | : | |
| CHOI, AND ANJANI JAIN, | : | |
|     Defendants. | : | MARCH 12, 2025 |
| | : | |

### AFFIDAVIT OF DEAN WENDY TSUNG

I, Wendy Tsung, being duly sworn, depose and say:

1. I am over the age of twenty-one and believe in and understand the obligations of an oath. I am the Assistant Dean for Yale School of Management's MBA for Executives ("EMBA") Program ("Program"). My duties include leading the direction, execution, and implementation of the student experience for the Program.

### Background On The Program

2. The Program is rigorous. It is designed for high-achieving, accomplished professionals who are executives or who hold other high-level positions in their fields.

3. Twenty-eight percent of students in the Program's Class of 2025 and thirty-two percent of students in the Program's Class of 2026 were born outside of the United States. English is not the first language for many Program students and there are a number of students in every class for whom English is not their first language.

4. Students in the Program continue their full-time professional employment and attend class every other weekend in addition to a few Residence Weeks and certain other in-person commitments. Core classes generally meet six times over approximately twelve weeks (every other weekend).

5. Students in the Program must take certain required courses, including several in their second year. Courses are offered only once per year in the Program. If a student misses a required course, there is no opportunity to take it again in the Program until the following year. There are no summer classes in the Program. Classes end in May on campus and resume in July.

6. Students in the Program complete classes in the Program and not in the regular MBA program. The classes that are taught in the Program are also taught in the regular MBA program, but the regular MBA program does not offer all, or even most, classes in a particular session or term. (The regular MBA program has two sessions per term - *e.g.*, Spring Session 1 and Spring Session 2.) There is no summer session for MBA classes. It is therefore not possible to make up an entire slate of courses that a student misses until the following year because not all of the missed courses will be offered again until the following year.

7. Attendance and class participation are fundamental components of the Program. Per the Bulletin: "[A]bsence[s] can negatively impact academic performance if a student misses more than one class session of a course, regardless of whether the absence is excused or unexcused" and "[s]everal absences, regardless of whether the absence is excused or unexcused, can lead to a failing grade." (**Exhibit 1** at 38.) Syllabi generally have attendance policies and class participation is a common component of students' grades. Although most classes are recorded, not all of them are. (**Exhibit 1** at 42.) Viewing the video of a class that is recorded is not a substitute for attendance in the Program. Students are generally required to attend classes in person, but students in good academic standing are usually allowed to attend a few class weekends per semester virtually. Students who choose to do so must remotely join the classes while they take place—they are not allowed replace attending the class with watching recordings after the fact. (**Exhibit 2.**) Some classes are not recorded at all because of faculty or guest speaker stipulation. (**Exhibit 1** at 42.) Students are allowed to watch recordings in lieu of attending class if they have an excused absence. Excused absences are limited to things like unplanned hospitalization, serious illness affecting the student or an immediate family member, or religious observances. Minor illness, travel arrangements, and avoidable conflicts are not excused. Students are not allowed to complete an entire class or even a majority of a class by watching recordings—recordings are for discrete absences.

8. The Learning Teams model is also a fundamental component of the Program. The Program seeks to teach students practical interpersonal skills that are essential to business leadership by requiring students to work in small groups. Group work is a key component of classes and most classes have grades that depend on such work. It is unfair for students to join classes that are substantially underway because adding students to an already on-going course imposes an undue burden on the professor and the Learning Team, which must bring the new student into the Team and catch the student up to speed on the class.

9. In sum, live instruction, active participation, and group work are fundamental aspects of the Program. Students are not allowed to advance by watching recorded classes, without live interaction with others. Allowing students to progress through the Program by watching recorded classes would fundamentally alter the Program.

### <u>Facts Related To Plaintiff's Discipline</u>

10. I was involved in various aspects of Plaintiff's disciplinary process.

11. I never told Plaintiff that the students on the Honor Committee have already taken the same

2

classes that he took (*i.e.*, that only 2nd year students would be on the Committee) or that the students would have taken the classes at issue in his case. Dean Scully, who was with me when we met with Plaintiff, also did not say any such thing. Student members of the Honor Committee regularly sit on cases regardless of whether they took the class at issue because the Committee is made up of 1st and 2nd year students.

12. Neither I nor Dean Scully ever attempted to coerce a confession from Plaintiff. Dean Scully did discuss with Plaintiff the Honor Committee's policy of leniency when students accept responsibility for their actions and whether there might be immigration consequences associated with any discipline imposed by the Committee because we wanted to ensure that Plaintiff was fully informed.

13. Prior to Plaintiff's meeting with the Honor Committee, I repeatedly requested that Plaintiff provide the original version of the document he used to create the PDF that he submitted as his completed Sourcing and Managing Funds examination. I sent Plaintiff emails requesting that document on July 30, 2024 and August 7, 2024. Plaintiff did not respond to those requests and did not provide the document until after his Honor Committee meeting.

14. More specifically, I contacted Plaintiff after his Honor Committee meeting and again requested that he provide the document he used to create his Sourcing and Managing Funds examination. I specifically asked for the Pages document that Plaintiff had said at the Honor Committee meeting that he used to create the PDF. Plaintiff then produced the document, but it did not contain the expected data regarding how it was created. The Honor Committee determined that data was instead stored on Plaintiff's computer and I therefore contacted Plaintiff to request that he return to meet with the Committee with his computer. Plaintiff did not return and claimed he was unable to do so. I did not tell Plaintiff that his case would be postponed and take longer to resolve if he did not return.

15. On or around November 11, 2024, I spoke with Plaintiff about his refusal to return to his Honor Committee meeting when the Committee asked him to do so. During that conversation, Plaintiff admitted to me that he was able to return but chose not to because he was afraid the Honor Committee would seize his laptop.

16. No one initiated or took any action against Plaintiff because of his ethnicity or because of his English language skills. Based on my interactions with Plaintiff, he speaks and writes fluent English.

### Facts Related To Plaintiff's Request For Reinstatement

17. I am familiar with Plaintiff's academic standing. Plaintiff needs to complete ten classes in order to graduate. He has not started any of those classes except for three and was withdrawn from two of the three classes he started and has to restart those. He also needs to remediate Sourcing and Managing Funds, which generally requires retaking the course.

18. Classes in the Program end May 3, 2025, and Commencement is May 19, 2025.

19. The Class Schedule for the Program's Class of 2025's current academic year is attached as

**Exhibit 3**.

20. Since his suspension in November 2024, Plaintiff has missed four courses that ended long ago:

    a. (1) *Management Controls*;

    b. (2) *Leading Small and Medium Businesses*;

    c. (3) *ESG Investing*; and

    d. (4) *Competitive Strategy*.

21. Plaintiff did not start any of these classes except for *Management Controls* and *Leading Small and Medium Businesses*, which he attended two sessions of prior to his suspension. Plaintiff was withdrawn from *Management Controls* and *Leading Small and Medium Businesses* and will have to restart those classes.

22. Three of the four classes that Plaintiff missed are required for Plaintiff to graduate. *Management Controls* and *Competitive Strategy* are required courses for all Program students. *ESG Investing* is required for Plaintiff because Plaintiff is on the Asset Management Track and *ESG Investing* is required for students on that Track. (**Exhibit 1** at 35–36.)

23. None of the four classes Plaintiff missed will be offered in the Program again until in or around November 2025. As previously mentioned, classes in the Program are held once a year. None of the four classes Plaintiff missed are being offered in the regular MBA program's Spring Session 2 (the regular MBA program's Spring Session 1 ends March 7, 2025). Plaintiff cannot watch recordings of these classes – he must participate in all of them.

24. Plaintiff has also missed substantial portions of four classes that are currently underway:

    a. (1) *Corporate Finance*: This class began on January 24, 2025, and will end on April 4, 2025. Five out of the six class sessions will have occurred by March 26, 2025;

    b. (2) *Legal Context Management*: This class began on February 21, 2025, and will end on May 2, 2025. Three out of the six class sessions will have occurred by March 26, 2025;

    c. (3) *The Executive*: This class began on February 22, 2025, and will end on May 3, 2025. Three out of the six class sessions will have occurred by March 26, 2025; and

    d. (4) *Investing in Alternate Assets*: This class began on February 7, 2025, and will end on April 19, 2025. Four out of the six class sessions will have occurred by March 26, 2025.

4

25. *Corporate Finance* and *The Executive* are required courses for all students. (**Exhibit 1** at 35–36.) *Investing in Alternate Assets* is required for students on the Asset Management Track (*Investing in Alternate Assets* was previously called *Portfolio Management: Alternate Asset Classes*. The Bulletin still uses the old name of the course. The Bulletin indicates that the class is required for the Asset Management Track). (**Exhibit 1** at 35–36.)

26. None of the four ongoing classes Plaintiff has largely missed will be offered in the Program again until Spring 2026 because Program classes are held once a year. Only one of the four ongoing classes that Plaintiff has largely missed — *The Executive* — is being offered in the regular MBA program's Spring Session 2.

27. Plaintiff must also complete the Colloquium course requirement, which he has started and is Incomplete, in order to graduate. The Colloquium course requirement is fulfilled by attending a series of talks given by speakers (the "Speaker Series") and completing assignments related to those talks. Speaker Series sessions are not recorded. The only way for Plaintiff to complete this requirement is to attend additional talks next year. Plaintiff cannot complete this requirement this year because there are not enough talks remaining. And Plaintiff cannot watch recordings of the talks he missed because they do not exist.

28. To summarize, only one of the nine classes Plaintiff has entirely or largely missed (seven of which are required for him to graduate) is being offered in the regular MBA program's Spring Session 2. The earliest Plaintiff could potentially take the remaining classes, including the six other required classes, is Fall 2025, after he is reinstated. And he may not even be able to take all of those classes then because they may not all be offered at that time. Some of the classes may not be offered until late Fall 2025 or Spring 2026.

29. In addition to the nine classes that Plaintiff has entirely or largely missed, Plaintiff must also complete *Advanced Negotiation* in order to graduate. *Advanced Negotiation* begins April 18, 2025 and ends May 3, 2025. Thus, although Plaintiff could complete *Advanced Negotiation* this term if he was reinstated, he would still need to complete the nine other classes previously discussed to graduate, which is impossible.

30. Plaintiff also cannot remediate Sourcing and Managing Funds, which is required for him to graduate, until next year. Sourcing and Managing Funds is not being offered in the regular MBA program's Spring Session 2. The Program has a section of Sourcing and Managing Funds that is currently underway. It began on March 7, 2025 and ends May 16, 2025 (Sourcing and Managing Funds ends later than the other classes I have discussed because it is a 1st year class and the other classes are 2nd year classes). Students are not allowed to remediate a course by joining it in the middle of the course. As discussed below, any request that Plaintiff join any ongoing course is unreasonable, particularly when that course is more than half over. Plaintiff therefore cannot remediate Sourcing and Managing Funds until the next academic year.

31. It is also impossible for Plaintiff to graduate either on time or this summer without fundamentally altering the Program. As previously discussed, attendance, participation, and group work through Learning Teams and otherwise are core components of the Program. Class participation and group work are commonly components of students'

grades. The plan Plaintiff proposes regarding listening to recordings of classes and trying to catch up on work independently fundamentally alters the Program by allowing Plaintiff to "complete" courses without engaging in core components of the courses.

32. Adding Plaintiff to classes already well underway or assigning professors, etc. to work with him on courses that are not currently being offered would also impose extraordinary burdens on administrators, professors, TA's, and students and fundamentally alter the Program. Adding Plaintiff to classes well underway and nearing completion, or that are not even being offered, will dilute the rigor of the classes and require the diversion of substantial time and energy by professors and, with respect to ongoing classes, other students away from their current endeavors. Students in the Learning Teams Plaintiff is added into will have to catch him up, for example. Professors and TA's in ongoing classes will have to do the same. Plaintiff cannot complete the on-going classes at the standards expected of all students in the Program

33. It is therefore impossible for Plaintiff to complete all of the coursework he needs to complete by the time classes end on May 3, 2025, by the time of Commencement on May 19, 2025, by the summer, or even well into the Fall. This is true even considering Plaintiff's proposal to take regular MBA classes instead of Program classes. All but one of the classes Plaintiff needs will not be offered in either program until at least the next academic year (beginning in August 2025), by which time Plaintiff will be reinstated. It would be a fundamental alteration of the Program and an undue burden for Plaintiff to be allowed to graduate by watching recordings and completing independent work.

34. When the allegations against Plaintiff first arose in June 2024, Plaintiff's grade in Sourcing and Managing Funds was designated as "Incomplete" pending resolution of the allegations against him. Sourcing and Managing Funds is a required course. Plaintiff's request to graduate therefore asks that the Court not only undo Plaintiff's suspension and "F" grade, but that it also undo the "Incomplete" designation from June 2024.

35. A student other than Plaintiff, who has never been accused of misconduct, will be Class Marshal. Plaintiff would not be Class Marshal even if he is reinstated because he has an "F" in Sourcing and Managing Funds. In order to even compete for Class Marshal, Plaintiff would need to be reinstated, his "F" would need to be taken away, the "Incomplete" that preceded that "F" would need to be replaced with a grade in Sourcing and Managing Funds, and Plaintiff would need to complete all of the other requirements for graduation, which is impossible for all the reasons noted above. It is unclear if Plaintiff would be Class Marshal even if all of those things happened because whether Plaintiff would be Class Marshal would depend on his grade in Sourcing and Managing Funds.

36. Plaintiff is eligible for reinstatement to the Program following the Program's Residence Week ending July 25, 2025. New classes start after that date. Plaintiff will not be joining classes already in progress if he rejoins the Program in August.

37. Although the Program has a requirement that students must graduate in twenty-two months, that policy is not enforced against students suspended for significant periods of time or for students who need to take a personal or medical leave of absence. (*See* **Exhibit 1** at 35.)

6

Plaintiff will be able to graduate notwithstanding the twenty-two month rule.

38. Plaintiff has an outstanding fee bill of approximately $32,000. Plaintiff is required to pay that fee bill before returning to his studies regardless of the discipline imposed on him.

Dated at New Haven, Connecticut this ⎯7⎯ th day of March, 2025.

**Wendy Tsung**

State of Connecticut          )
                              ) ss. New Haven
County of New Haven           )

Subscribed and sworn to before me this ⎯7th⎯ th day of March, 2025

Notary Public/Commissioner of the Superior Court

Ellen C Spychalla
NOTARY PUBLIC
State of Connecticut
My Commission Expires 11/30/2025

7

# Exhibit 1

# School of Management
# 2024–2025



## BULLETIN OF YALE UNIVERSITY

*Series 120    Number 7    July 20, 2024*

# M.B.A. for Executives (EMBA) Program

The Yale School of Management offers an M.B.A. for Executives (EMBA) program leading to the degree of Master of Business Administration. The EMBA program is designed for working professionals and combines the rigor of the Yale SOM integrated core curriculum and leadership development program with advanced study options in asset management, healthcare, or sustainability. Students spend three weeks in residence (two weeks in year one and one week in year two) and every other Friday and Saturday on the Yale SOM campus over the course of the twenty-two-month program.

To learn more about the M.B.A. for Executives program, visit https://som.yale.edu/emba.

### THE EMBA CURRICULUM

The EMBA program follows essentially the same curriculum as the M.B.A. program (see M.B.A. Curriculum in the chapter Full-Time M.B.A. Degree Program). In the first year, students devote the majority of their time to the core courses. In the second year, in addition to advanced management courses, students take electives, courses in the focus areas (asset management, healthcare, or sustainability), and wrap up their core classes.

In addition, the curriculum includes a colloquium speaker series and the EMBA Global Network Week. Starting in the spring term of year one, students may choose to take optional electives such as SNOCs and independent study projects outside of the EMBA curriculum.

## The Colloquium

The Colloquium is a credited course, and students' grades are based upon attendance, participation, and deliverables assigned by the faculty director. A student who receives a grade of Fail must take another credited Yale SOM elective or complete other work—approved in advance by the faculty director from the respective focus area—to make up for the lost credit to graduate on schedule.

## EMBA Global Network Week

All EMBA students are required to participate in the EMBA Global Network Week at the end of their first year. Each June, students attend a week of programming at another Global Network for Advanced Management school that is participating in Global Network Week. Students are responsible for airfare, visa costs, required vaccinations (if applicable), and ground transportation. The cost of hotels and some meals is included in the EMBA program tuition and fees. Please note that EMBA students cannot satisfy this requirement with an M.B.A. Global Network Week or International Experience.

## Optional Electives

Starting in the spring term of year one, students may enroll in Yale SOM and Yale University electives and in SNOCs offered through the Global Network for Advanced Management, and in independent projects. Students enrolling in Yale SOM and Yale

addition, a late fee of $25 per transaction will be charged to the student. No course may be dropped after half the class sessions for a course have been held.

If a student is enrolled in a course and does not complete the work of the course and does not receive the appropriate permission either to drop the course or to receive an Incomplete (see Incomplete Course Work), a grade of Fail will be recorded. No student may receive credit for a course that the student has previously audited.

**Independent Study Course** Students can undertake a research project under the supervision of a Yale or SOM professor starting in the spring term of year one. The self-driven project is meant to allow students the opportunity to expand and develop their understanding of a particular challenge or question in their area of focus or to pursue an academic question in another discipline or disciplines.

Students must submit a Petition for Independent Study form that includes the project proposal, number of credits, and written approval from the proposed faculty sponsor. The proposal must indicate the means by which the student's performance is to be evaluated (e.g., a final paper) as well as the scope of the project and a timeline. Projects can carry up to four units of credit, commensurate with the breadth and depth of the research undertaken. The assistant dean of EMBA must approve independent studies proposed by students in the EMBA program. Forms are due within the first two weeks of the term in which the project will take place. Late add or drop fees will apply for changes made after this date. Petition forms are available on the SOM internal website and from the registrar.

## EMBA PROGRAM DEGREE REQUIREMENTS

The program adheres to all requirements for the M.B.A. as designed and administered by Yale SOM (see M.B.A. Degree Requirements in the chapter Full-Time M.B.A. Degree Program). Any exception to the requirements must be approved by the faculty. The following requirements are specific to the EMBA program.

### Enrollment Requirement

A student must complete all program requirements in twenty-two consecutive months unless the student receives advance permission for a leave of absence (see Leaves of Absence in the chapter General Information).

### Distribution of Courses

To graduate, a student must:
1. Achieve credit in each of the following year-one courses:
    Management Colloquium (2 units)
    Basics of Accounting (2 units)
    Basics of Economics and Game Theory (3 units)
    Competitor (2 units)
    Customer (2 units)
    The Global Macroeconomy (2 units)
    Innovator (2 units)
    Introduction to Negotiation (1 unit)

Investor (2 units)
Modeling Managerial Decisions (2 units)
Operations Engine (2 units)
Power and Politics (2 units)
Probability Modeling and Statistics (3 units)
Sourcing and Managing Funds (2 units)
State and Society (2 units)
Teams 1: Managing Groups and Teams (2 units)
Teams 2: Global Virtual Teams (2 units)
The Workforce (2 units)

2. Complete the EMBA Global Network Week requirement (2 units).
3. Achieve credit in each of the following year-two courses:
Management Colloquium (2 units)
Advanced Negotiations (1 unit)
Business Ethics (2 units)
Corporate Finance (2 units)
Competitive Strategy (2 units)
The Executive (2 units)
Leadership Development Practicum (2 units)
Management Controls (2 units)
Leading Small and Medium Businesses or Everyday Leadership (2 units)
Game Theory and Market Design or Informed Business Decisions (2 units)
Legal Context of Management or Pricing Strategy (2 units)

**Asset Management Track courses:**
Entrepreneurial Finance (2 units)
ESG Investing (2 units)
Financial Markets & Macroeconomic Policies (2 units)
Investment Management (2 units)
The Future of Global Finance (2 units)
Portfolio Management: Alternative Asset Classes (2 units)

**Healthcare Track courses:**
Global Health (2 units)
Healthcare Economics (2 units)
Healthcare Operations (2 units)
Healthcare Policy, Finance, and Economics (2 units)
Investing in Healthcare: Capstone (2 units)
Population Health and Health Equity (2 units)

**Sustainability Track courses:**
Climate Change: Law, Policy, and Opportunity (2 units)
ESG Controller (2 units)
ESG Investing (2 units)
Social Intra and Entrepreneurship (2 units)
Sustainable Investment in Private Markets: Exploring Alternative Assets (2 units)
Sustainable Systems (2 units)

## Quality Standard

Failure to meet the Quality Standard for the EMBA program results in dismissal from the program. A student falls short of the Quality Standard if the student:

1. Accumulates Pass or Fail grades in more than 15 units of year-one courses; or
2. Accumulates a grade of Fail in more than 4 units of core courses; or
3. Accumulates Pass or Fail grades in 24 or more units of core and/or elective courses.

Further information on academic grounds for dismissal, the Academic Standards Committee, and appeals of academic dismissal can be found in the chapter Rights and Responsibilities of Students.

## Remediation of Failing Grades in Courses

A student who fails a core course must remediate the failing grade either by retaking the course and achieving a passing grade; by passing a proficiency examination, if offered; or through alternate activity as specified by the instructor. In no case will a grade higher than Pass be recorded when a failed core course is remediated. A student is required to remediate failing grades in all core courses to graduate from the program. A student who fails an advanced management or focus area course must remediate the failing grade through a process proposed by the instructor.

## ACADEMIC POLICIES

## Area of Focus Designation

The EMBA program combines the rigor of our integrated core curriculum with advanced study in three chosen areas at the nexus of business and society: asset management, healthcare, or sustainability. For the Class of 2025, students are admitted to a focus area during the admissions process and must remain committed to that area. For the Class of 2026, students may decide their area-of-focus study by a date specified by the program office towards the end of their first year.

A student must complete all area-of-focus requirements to receive that designation on their transcript.

To receive this designation, a student must:

1. Successfully complete the colloquium course requirements for their area which includes:
   - Attending all six sessions of their area-specific colloquium sessions,
   - Attending at least two plenary colloquium sessions outside of their area of focus, and
   - Completing the assignments for the course.
2. Successfully meet the track-specific course requirements
   - For the Class of 2025: completing the six area-of-focus courses.
   - For the Class of 2026: completing the two required and at least two of the remaining courses specific to the area of focus.

## Attendance

EMBA students are expected to attend all classes and colloquium sessions, be on time, and be prepared to contribute. Students who receive one or more unexcused absences may, at the discretion of the faculty, receive a final course grade of Pass or Fail. We recognize that there are times when circumstances may cause a student to occasionally miss class or a colloquium. Excused absences include: religious observance, unplanned hospitalization, or an illness that directly affects the student or an immediate family member. Travel arrangements, mild illness, work and social engagements, recruiting activity, case competitions, conferences, or any other avoidable conflicts are not acceptable reasons to be absent. Students with excused absences should tend to the reason for the absence, watch class recordings available immediately after class, and be in communication with faculty. In the case of an extended medical absence due to illness, the student must provide the program director with written confirmation of the disabling condition from a healthcare professional providing treatment. Whenever students are unable to attend class or a colloquium, they are required to notify a program administrator and the course instructors. If the circumstances make advance notice impossible, an email as soon as possible after the missed class is the next best alternative. At the discretion of the faculty, absence can negatively impact academic performance if a student misses more than one class session of a course, regardless of whether the absence is excused or unexcused. Several absences, regardless of whether the absence is excused or unexcused, can lead to a failing grade.

## Examinations

Students are expected to take all examinations at the scheduled time and submit all take-home exams on the assigned due date. Exams may be rescheduled only in exceptional circumstances such as a religious observance, incapacitating illness, or serious family emergency. Travel arrangements, mild illness, work and social engagements, recruiting activity, case competitions, conferences, and any other avoidable conflicts are not acceptable reasons to change an exam time or miss a deadline.

If there is a need to change the date or time of an exam, written approval must be obtained from the instructor prior to the date and time of the exam, unless the nature of the emergency is such that advance notice is impossible. In the case of delay due to illness, the student must provide a program director with written confirmation of the disabling condition from a healthcare professional providing treatment. The instructor will determine if a late exam will affect a student's grade. If a student fails to meet a deadline without notifying the instructor, the student will be in jeopardy of receiving a failing grade for that exam.

## Deadlines for Deliverables

Students are expected to adhere to all deadlines set by faculty. A student who is not able to meet a deadline for an assignment or exam must request an extension from the instructor. Travel arrangements, mild illness, work and social engagements, recruiting activity, case competitions, conferences, and any other avoidable conflicts are not acceptable reasons to request an extension. If an extension is granted, the student will submit the assignment by the extension date or risk receiving a grade of Fail for the assignment/

A full description of the appeal process can be found in the chapter Rights and Responsibilities of Students.

## Auditing

After the first term, students may, with the permission of the instructor, audit Yale SOM elective courses or courses at another Yale professional school. The normal expectation for auditors is attending all class meetings in person; instructors may set additional conditions. Audited classes will appear on the transcript only if the instructor certifies that the conditions for auditing have been met. Auditing of SOM core courses or EMBA advanced management courses is not permitted. No student may take for credit a course that the student has previously audited.

Any person who is not a degree candidate at Yale University and who wishes to audit an EMBA course must obtain written permission from the SOM faculty member teaching the course and the assistant dean. SOM does not issue transcripts for courses audited under this arrangement. The charge for non-Yale students to audit a course is one-ninth of the SOM EMBA tuition for the year.

## Course Evaluations

At the end of each course, students are asked to evaluate the course and instructor. Course evaluation dates are chosen by the instructor and must close prior to the release of the course's exam. The course evaluation results are given to the instructor, relevant department chairs, assistant dean for EMBA, deputy dean for academic programs, and dean of the school, and the aggregate results are available for review on the SOM internal website after the grades have been submitted.

## Extended Classroom

The Extended Classroom allows students to attend some class weekends remotely to participate in classes and team breakout sessions. While the Extended Classroom provides some degree of flexibility, students should not expect the learning experience to be the same as being in-person. At the request of faculty, residency weeks and some classes or class weekends may not be available for the Extended Classroom. The EMBA program office reserves the right to deny a student's participation based on academic performance.

Students should familiarize themselves with the Extended Classroom guidelines and requirements (including supported operating systems, browsers, and bandwidth) before signing up for the Extended Classroom. Detailed information regarding registration, deadlines, protocols, and etiquette is available on Campus Groups. Questions may also be directed to the EMBA program office at emba@yale.edu.

## USE OF CAREER DEVELOPMENT OFFICE (CDO) RESOURCES

The Career Development Office (CDO) at Yale SOM provides career management assistance and coaching to EMBA students. The CDO has a number of resources available to EMBA students in their career management, including coaching, workshops, and an online recruitment system. Visit the CDO website, https://som.yale.edu/careers, or email som.cdo@yale.edu for more information.

EMBA program will replace one Surface Pro per student. Surface Pros that experience accidental damage will be replaced at the student's expense; the cost can be paid by check (upfront, before receiving the new device), or it can be added to the student's account. IT will assist with reinstalling all software that students require for their devices. The EMBA program will be notified by IT if/when students request replacements.

## Class Recordings

EMBA classes are recorded with the permission of the faculty member. Recordings are posted to the class course site in Canvas. There are times when faculty will request that a session not be recorded. In such instances, the program office will notify students of this request.

Course videos are Yale University property and cannot be downloaded from Canvas or Panopto. Use of tools or video recording platforms as a way of circumventing security measures and taking the video without permission is prohibited and is an Honor Code violation.

## Academic Support and Resources

The school provides a variety of resources to help students who are experiencing academic difficulty achieve the highest possible standard of academic excellence. To that end, tutoring is available for the quantitative components of the first-year core curriculum. In addition, the school's Professional Communications Center is available to assist with written and/or oral communication skills. Information about the center and its services can be found on the SOM internal website.

Access to tutoring assistance is limited to students with demonstrated need. To that end, students must utilize TA review sessions, TA office hours, and faculty office hours prior to requesting a tutor. Once these resources have been utilized, the course instructor may determine that the student requires additional support for the course. The instructor will then refer the student to the EMBA program office for assignment of a tutor. Please note that tutor assignments are based on availability.

Students should report any issues or concerns with the tutoring program to the assistant dean.

## Honor Committee

In instances when an EMBA student is referred to the Honor Committee, there will be at least one student representative from the EMBA program serving on the committee. More information on the Honor Committee and process can be found in the Rights and Responsibilities of Students chapter.

# Exhibit 2



**(https://groups.som.yale.edu/EMBAExC/)**

# MBA for Executives
# Extended Classroom Guidelines

Please make sure you familiarize yourself with the Extended Classroom guidelines before signing up and contact **emba@yale.edu (emba@yale.edu)** should you have any questions.

# Extended Classroom Purpose & Usage

The Extended Classroom is designed to provide flexibility for students to manage the occasional travel challenges presented by their work, travel, and life situations. The Extended Classroom is not intended to be a substitute for in-person attendance. While students can hear and see everything that occurs in the classroom, their participation may be limited based on faculty discretion.

- At least 70% in-person attendance is required by cohort for each class weekend. This will ensure a concentration of students in each class.
- Each student is permitted up to 4 remote opportunities per semester (August to December; January to May), so long as the extended classroom is within the 30% cap.

- The flexibility of the extended classroom is only available to students in good academic standing. (The EMBA Program team will reach out if applicable.)
- Summer residencies require full in-person attendance.

# Extended Classroom Protocol

- Students are required to connect 20 minutes prior to each session in order to test their connection and be admitted to class.
- Use Yale Zoom Account: *SSO Instructions* (https://yale.box.com/s/t7c9ygtp99h6r146yhg36ak782cmkcn7).
- It is imperative that the internet connection is stable and the remote location is quiet, ideally a home or office. Students may not connect in transit or while in public areas, such as airports or restaurants.
- Students must be on camera at all times, using the approved Yale background. Students will be given one warning and then disconnected from class. (Only those with prior approval, e.g., documented medical condition, may be off-camera.)
- Please download and *use the approved EMBA background* (https://apps.som.yale.edu/zoombackgroundgenerator/) (Under Background, select EMBA White or EMBA Blue.) Select the mirrored image check box so your name appears in the top right corner, allowing space for the "raised hand" feature in the top left corner.
- Students not approved within the EC parameters before the registration deadline will have access to class recordings. See the "Attendance" section under *Academic Policies in the SOM Bulletin* (https://bulletin.yale.edu/bulletins/som/mba-executives-emba-program).
- Students are responsible for notifying their learning team that they will be participating remotely, and for making arrangements to connect with them for in-

class group work.
- For questions or issues with the technology, students should use Slack to alert the SOM Media Services staff.

# Registration Processes

- Extended Classroom registration is on a first come, first serve basis until capacity limits are met.
- CampusGroups pages have been created for the Fall 2024 and Spring 2025 semesters and have been programmed with the above outlined limits per class weekend. Spring 2025 extended classroom registration will open on **November 5, 2024**.
- If your academic standing restricts your access to extended classroom, the EMBA team will reach out accordingly to inform you.
- You must register to request remote access **no later than the Wednesday prior to class weekend by 11:55 p.m**. Please check your registration status, as the extended class may be at capacity and put you on the waiting list. If you are promoted from the waiting list, you will receive an email with approval. Please plan to attend in person if you remain on the waiting list.
- Students who wish to cancel their reservation must do so as soon as possible **before the deadline**. This will allow other classmates on the waitlist an opportunity to participate via the Extended Classroom.
- Out of courtesy to your peers, if your plans change **after the deadline** and you no longer need to be remote, please notify emba@yale.edu (emba@yale.edu).
- Students who have not registered will not be given access to the session(s).

# Extended Classroom Etiquette

- Please be on time and test your connection before the start of class. Logging in late distracts the faculty and your peers.
- Keep in mind that your image will be displayed on the screens installed in the classroom and you will therefore be visible to the faculty as well as your peers at all times.
- The room from which you are connecting should be clutter-free and should not cause any distractions for faculty or your peers. Similarly, you should be in a quiet area without background noise.
- The room from which you are connecting should also be well-lit; please avoid sitting in front of windows.
- Please do not sit too close or too far from the camera.
- Please refrain from eating on camera.

**HOME**

(/embaexc/home/)

**GUIDELINES**

(/embaexc/guidelines/)

**REGISTRATION**

(/embaexc/registration/)

**CONNECT VIA ZOOM & SLACK**

(/embaexc/connect-via-zoom-slack/)

**CONTACT US**

(/embaexc/contact-us/)

☰    ✏️

 (https://groups.som.yale.edu/EMBAExC/)

T® 2025 MBA For Executives: Extended Classroom    Privacy Policy (https://www.yale.edu/privacy-policy)

# Exhibit 3

EMBA Class of 2022 DRAFT