# EXHIBIT B

 Yale SCHOOL OF MANAGEMENT

 EMBA Menu ⌄

MBA for Executives / Admissions / Class Profile

# Class Profile: Class of 2026

The MBA for Executives Class of 2026 boasts an accomplished group of leaders from a variety of industries and sectors — including lawyers, physicians, engineers, CEOs, and entrepreneurs.

*Data gathered at fall matriculation.*



# Class of 2026 Overview

## 73 Total Enrollment

**Average Years of Work Experience**

16

**Average Age**

39

**44%**

Women

**63%**

Advanced degree holders[1]

**32%**

Born abroad

**11%**

US Military active duty or veterans

**51%**

U.S. Students of Color (% of U.S. Students)[2]

**32%**

U.S. underrepresented students of color (% of U.S. Students)[3]

---

[1] **Includes**: Doctor Level Degree, Doctor of Medicine, Doctor of Pharmacy, Doctor of Philosophy, Juris Doctor, Master of Arts, Master of Laws, Master of Public Health, Master of Science, Other Masters Level, Other Medical Degree

[2] **Includes**: U.S. Citizens and Permanent Residents who identify as Asian, Black, Hispanic/Latino, Native American/Islander, or Multiethnic

[3] **Includes**: U.S. Citizens and Permanent Residents who identify as Black, Hispanic/Latino, Native American/Islander, or Multiethnic

## Professional Background

### Sector



For-profit 67%
Non-profit 23%
Government 10%

### Area of Focus

Applicants can indicate their interest in one or more **areas of focus** they wish to pursue during their studies at Yale. "General" includes those selecting either more than one area or no area.



Asset Management 20%

Healthcare 29%

Sustainability 22%

General 29%

### Industries Represented

- Advertising/Marketing
- Biotechnology
- Construction
- Consulting
- Education
- Energy
- Engineering
- Entertainment

- **Financial Services (Accounting)**
- Financial Services (Asset Management)
- Financial Services (Investment Banking)
- Financial Services (Investment Management)
- **Financial Services (Private Equity/Venture Capital)**
- **Food Service**
- **Government**
- **Healthcare Delivery**
- Healthcare Management
- Hospital
- **Information Technology**
- **Insurance/Managed Care**
- **Manufacturing**
- **Medical Services**
- Military
- Not-for-profit
- Operations/Productions
- **Pharmaceuticals**
- **Real Estate**
- **Research**
- Transportation

- Utilities

## Select Employers

- 3M
- ABC News
- AMC Networks
- Amgen
- AQR Capital
- Army Counterintelligence Command
- ASML
- Booz Allen Hamilton
- BP
- Charter Oak Health Center
- Citibank
- Commonwealth of Massachusetts
- FINRA
- Google
- Greater Phoenix Economic Council
- HCA Healthcare/Medical City Healthcare
- Hitachi Energy
- Idaho State University

- Iowa Health and Human Services

- JPMorgan Chase

- Kessel Run - United States Air Force

- Korro Bio

- Liberty Mutual

- Livello Capital Management

- Nexeo Plastics

- PGIM

- PwC

- The Walt Disney Company

- Veterans Health Administration

- WME

- Wolters Kluwer

- Yale New Haven Health

Yale School of Management

Edward P. Evans Hall

165 Whitney Avenue

New Haven, CT 06511-3729

**Apply Now** →        Get Yale SOM News

- Business & Society
- Programs
- Case Studies
- Giving
- Contact
- SOM Directory
- Alumni Directory
- Campus Groups
- Recruiters
- Yale Insights
- The Global Network

Site Map    Terms of Use    Privacy Policy    Accessibility

© Copyright 2025 Yale School of Management. All rights reserved.