# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>  Plaintiff, | CASE NO. 3:25-cv-00159-SFR |
| v. | |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>  Defendants. | MARCH 12, 2025 |

## DECLARATION OF PROFESSOR K. GEERT ROUWENHORST

Pursuant to 28 U.S.C. § 1746, I, K. Geert Rouwenhorst, say:

1. I am over the age of twenty-one and believe in and understand the obligations of an oath. I am a Professor in Yale's School of Management.

2. Students in the School of Management are advised of the importance of being forthcoming with the School of Management's Honor Committee from the moment they arrive on campus. Orientation for the School's MBA for Executives ("EMBA") Program ("Program") includes a two-hour session regarding the Honor Code and Honor Committee. During the Honor Code orientation for Plaintiff's Class (the Class of 2025), I discussed with Plaintiff and his peers a case that the Honor Committee had handled involving three students who submitted a group assignment that was flagged for possible plagiarism by "turnitin.com." My lesson plan for that presentation is attached as **Exhibit 1**. As that plan shows, only one of the students involved in the case at issue was expelled. That student was not expelled because he plagiarized. Rather, the student was expelled because he was not forthcoming with the Honor Committee. The significance of this case study was that the student could have avoided expulsion by being forthcoming with the Honor Committee. (Exhibit 1.)

3. In Spring 2024, Professor Jacob Thomas and I taught a course called Sourcing and Managing Funds. Plaintiff took that course. There were numerous people in the course who were foreign nationals and for whom English was not their first language. I was born in the Netherlands and English is not my first language.

4. One of the Teaching Assistants for the course flagged Plaintiff's final examination potentially as unusual and as possibly having been created in violation of the rules for the examination.

138928109.1

5. Professor Thomas and I reviewed Plaintiff's examination and conducted a preliminary inquiry into whether Plaintiff may have violated the examination rules by using AI in order to determine whether the matter warranted referral to the Honor Committee.

6. Professor Thomas and I concluded that there was sufficient suspicion to refer the matter to the Honor Committee and I therefore referred the matter to the Committee via the email attached as **Exhibit 2**. Professor Thomas and I referred the matter for the reasons detailed in that email. We did not refer the matter or take any other action against Plaintiff because of his ethnicity, national origin, or his English language skills. Based on my interactions with Plaintiff, he speaks and writes fluent English.

7. Professor Thomas and I subsequently recused ourselves from the Faculty Review Board's determination of the appeals that Plaintiff filed of his discipline.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11 th, 2025.

_K. Geert Rouwenhorst_

# Exhibit 1

**Outline for in class HC session for 2023 Orientation**

**Introduction and greeting students (2 minutes).**

- Name, faculty role, member of committee
- Outline of the session:
    - General discussion of the HC
    - Look at a specific case the HC considered

**Discussion of the Honor Committee (5 minutes).**

- Presume that students read the HC. Questions:
    - "Show of hands: Did your previous institution have an honor code?"
    - "What strikes you about the SOM HC?"
- Highlight several key features
    - Not a list of dos and donts
    - Aspirational statement
    - Sets expectations about interactions in classroom with professor and fellow students
    - Includes interactions outside classroom with fellow students / staff / alumni / employers / New Haven community
    - Not a set of rules that faculty impose on students, but community standard that we all choose to live by. It is often the students that feel most strongly about upholding these standards
- How does committee operate?
    - Consists of Faculty + students (both first and second years)
    - Student members are in the majority
    - Extend invitation for students to join
    - Not a court of law, but accounting for your actions of your peers in the community.
    - Penalties: Exoneration, Warning, F in course, suspension (Week, semester, year), Expulsion
    - Appeals process to independent committee of the deputy dean and faculty

**Take the hit speech** (details to be filled in) **(8 minutes).**

- Violations associated with plagiarism and improper collaboration often occur in situations of stress
- Best course of action is to take a zero on the assignment
- Or even an F in the course
- HC violations potentially risk job prospects / timely graduation / etc

**Case study discussion: (10 minutes)**

- Paper for a group project, submitted by 3 students
- Each student wrote a sub-section
- One of the three students merged the separate sub-sections into the final paper
- Case was submitted as suspected plagiarism

Screen share of the document:

- This is the document, with names removed (team of 3 students / different nationalities)
- It has been run through a program called "turnitin.com" that checked the document against a database of published materials in the public domain, including student papers.
- Similarities are highlighted in color / referenced in back

4 Examples to focus on:

- page 2: quoted sentence from a paper by Ni.  -> (reference + quotation marks) to indicate word for word lift [No plagiarism]
- page 5: highlighted section that precedes (Journal of International Medical research) -> (reference, no quotation marks) but word for word lift [Plagiarism]
- page 6: section on Chinese health care section -> [no reference, no quotation marks] and word for word lift [Plagiarism]

- <u>page 9:</u> section before (Stantowitz at al) -> (reference but no highlighting of text): the information was taken from a source that is references, but no copy-paste [no plagiarism]

**Send students into breakout sessions / groups with 3 questions (10 minutes)**

1. is this plagiarism?
2. What should the penalty be?
3. Should all student receive the same penalty?

**Bring students back and ask them in chat (10 minutes)**

1. Was it plagiarism?
    a. Go back to the document and indicate what is and is not plagiarism (*5 minutes*)

2. What should the penalty be? (*2 minutes*)
    a. Safe harbor rule was not in effect.
    b. 2 of three students who did not plagiarize received a week suspension + mandatory F in the course (affected timely graduation for one student)
    c. If your name is on a paper, you own the content
    d. When you split the work on a group assignment you run a risk

3. Should the third student get a bigger penalty? (*3 minutes*)
    a. Yes, but not because he did most or all of the plagiarizing
    b. Third student was not forthcoming with the committee (hid additional plagiarized content, not picked up by Turn-it-in.
    c. Not being forthcoming with the committee led to expulsion

**What could students have done to avoid this unfortunate outcome? (5 minutes)**

1. The expelled student:

   a. not plagiarize: put quotation marks around all the work. (would probably lead to poor grade)
   b. not hand anything in: take the hit
   c. be forthcoming with the Honor Committee (would have been treated symmetrically with the other students)
2. The 2 suspended students: they could have avoided trouble
   a. By checking the other students work before putting their name on it (often impractical)
   b. By asking student 3: did you check your work that it is not lifted (copy-paste) from other sources? If you ask, you should be able to expect your teammate to be truthful. Take their word for it. This is called the **Safe Harbor Clause**.

## Q&A (10 minutes)

If it has not come up yet:

- Turnitin is a tool for you.
- It is not the single factor used to decide whether something is plagiarized
- No threshold % of similarity below which you are "safe"
- Baseline assumption is that assignments are individual to be completed without outside help
    - AI Tools is like outside help
    - Check syllabus whether AI tools is allowed by professor

## Wrapup (5 minutes)

- Solicit applications for joining the HC

# Exhibit 2

**From:** Rouwenhorst, Geert <k.rouwenhorst@yale.edu>
**Sent:** Tuesday, June 11, 2024 2:34 PM
**To:** Tsung, Wendy <wendy.tsung@yale.edu>
**Cc:** Thomas, Jake (SOM Faculty) <jacob.thomas@yale.edu>
**Subject:** Possible violation of Exam rules in MGT 423E

Dear Wendy,

In grading the final exam for Sourcing and Managing Funds for EMBA (MGT 423E), one of the TAs flagged an exam that appeared unusually long and elaborate in formatting in answering the questions. Both Jake and I looked at the exam. There are serious concerns about violation of the exam rules, such as improper use of AI. We refer this to the Honor Committee for further investigation. These are our observations:

1. The exam was set for 4 hours, self-timed, Open book, but closed internet and no use of AI tools, Honor Code applies. (see attached exam and syllabus)
2. Some answers to essay type questions on the exam score high on the likelihood of being AI generated using ChatGPTzero as a detection tool (see 3 attached examples; we did not do a full check and there are likely other examples).
3. At least one answer shows substantial overlap with answers to simple prompts on ChatGPT (see attached word file example. We did not do a deep dive, and there may be other examples)
4. The student performed relatively poorly on question 5, where AI tools were the least helpful.
5. We questioned, but not investigated, whether the amount of time necessary to produce the exam answers by the student in terms of length, near perfect punctuation and grammar and elaborate formatting, would exceed the 4 hour limit set for the exam.

Regards, Geert

K Geert Rouwenhorst
Robert B. and Candice J. Haas Professor of Corporate Finance
Yale School of Management
PO Box 208200
New Haven, CT 06520-8200

Courier: 165 Whitney Avenue
New Haven, CT 06511
T: +1 203 432 6046