# EXHIBIT I

**Final Exam Spring 2024**
**Sourcing & Managing Funds (MGT 423)**
**Released 5-18-2024 12:01 am - Due 6-1-2024 11:59 pm**

Fill in your name here          Name: John Doe

I acknowledge that the *SOM Honor Code* applies to this exam. In full compliance with this code, *"as a member of the SOM community, I will not participate in or tolerate academic dishonesty."*.

Sign or write your name here: John Doe

1.  The exam is open book but limited to your class notes and the class materials assigned or distributed through Canvas. **You are *not* allowed to browse online resources or use AI tools (like ChatGPT) for formulating answers. In addition, you are *not* allowed to communicate with anyone or ask for help from others during the exam**.

2.  Please enter your answers directly in the docx file. Alternatively, you can print out the exam, write your answers by hand, and scan the document into a pdf file. Importantly, you have to make sure to <u>submit a single .docx or .pdf file</u> by 11:59pm on 6/1 (e.g., you cannot submit multiple .jpeg files).

3.  If you are unsure about how to interpret a question, clearly state the assumptions you made and proceed to answer the question as best you can.

4.  The total time allowed is 4 hours. If you work at the rate of 1 minute per point assigned (i.e. spend 5 minutes on a question that is assigned 5 points), you should have one and a half hour left at the end to review your work. If you wish, you can split up your 4-hour block of time into 2 sessions

GOOD LUCK!

| Question # | Score | Maximum |
|------------|-------|---------|
| 1          |       | 37      |
| 2          |       | 24      |
| 3          |       | 21      |
| 4          |       | 20      |
| 5          |       | 29      |
| 6          |       | 19      |
| Total      |       | 150     |

## Question 1: Ford: Cost of Capital

The following information for Ford Motor Company was taken from *Yahoo Finance*, February 20, 2024



Additional information for Ford (billions of $ abbreviated to B)

| Income Statement and Balance Sheet | | |
|---|---|---|
| | 2022 | 2023 |
| Total Debt | 140.47 B | 151.11 B |
| Net Debt | 113.84 B | 124.37 B |
| Book Value Equity | 43.24 B | 42.77 B |
| EBIT | | 5.46 B |

| Capital Market Assumptions | |
|---|---|
| Market risk premium | 5.00% |
| Tax rate | 25% |
| Debt beta | 0 |

US Treasury yields in % per Annum taken from *Yahoo Finance* on 2/23/2023

| Name | Last Price |
|------|-----------|
| 13 WEEK TREASURY BILL | **5.22** |
| Treasury Yield 5 Years | **4.2370** |
| CBOE Interest Rate 10 Year T No | **4.2600** |
| Treasury Yield 30 Years | **4.4320** |

Answer the following questions:

**(2 points)**

    **(a)** *Britley Jones:* "What is the current (2/20/24) Enterprise Value of Ford (net of cash)?"

We know that the Enterprise Value of Ford is equal to Market Capitalization + Total Debt - Cash and Cash Equivalents (or Market Cap - Net debt).

We assume that the Net Debt of Ford on 02/20/2024 is the same as the Net Debt at end of 2023. The first Yahoo finance screenshot shows the MarketCap as $48.51B and the balance sheet table shows Net Debt at YE2023 as $124.37B.

Therefore $EntrepriseValue = MarketCap + NetDebt = \$48.518B + \$124.37B$
$$= \$172.888B$$

**(2 points)**

    **(b)** *Claudia Heaney:* "What is the leverage of Ford (% debt and %equity)?"

We know from our previous answer that Entreprise Value net of cash is $172.89B (we assume this number is right).

Based on the screenshot above, we know that Market Cap is $48.518B and Net Debt is $124.37B.

Therefore, $\% Equity = \dfrac{MarketCap}{EntrepriseValue} = \dfrac{\$48.518B}{\$172.888B} = 28.06\,\% = \% Equity$

And thus $\% Debt = \dfrac{NetDebt}{EntrepriseValue} = \dfrac{\$124.37B}{\$172.888B} = 71.94\,\% = \% Debt$

**(3 points)**

    (c) *Adam Crittenden:* "Estimate Ford's cost of equity capital, assuming Ford is currently at its target capital structure"

We assume that the risk-free rate is equal to the 30 year treasury. Therefore $r_f = 4.4320$.

We know that the equity beta in the Yahoo Finance screenshot is equal to Beta (5Y Monthly) = 1.64. Therefore $\beta_{equity} = 1.64$.

Lastly, we know that the market risk premium is equal to $r_m = 5.00\%$ based on the information provided in the prompt.

Therefore $r_e = r_f + \beta_e \times r_m = 4.4320\% + 1.64 \times 5.00\% =$ 12.632 %

**(3 points)**
 (d) *Dhruti Mohan Gapaluni:* "What is Ford's asset beta assuming its debt beta is zero?"

We know that $\beta_{asset} = \frac{E}{V} \times \beta_{equity} + \frac{D}{V} \times \beta_{debt}$.

Assuming $\beta_{debt} = 0$, we have $\beta_{asset} = \frac{E}{V} \times \beta_{equity} = \frac{48.518}{172.888} \times 1.64 = 0.2806 \times 1.64$

$$= 0.4602$$

**(3 points)**
 (e) *Michael Heiner:* "Can you calculate Ford's WACC assuming that its debt beta is zero"

We know that $WACC = \frac{E}{V} \times r_{equity} + \frac{D}{V} \times r_d \times (1 - t)$.

Using CAPM, we know that $r_d = r_f + \beta_{debt} \times r_p = r_f = 4.4320\%$ because $\beta_{debt} = 0$.
From part (c), we have $r_e = 12.632\%$ (we assume this is right)
and from the information given in the prompt, $t = 25\%$ and $\beta_{debt} = 0$

Therefore $WACC = \frac{48.518}{172.888} \times 12.632\% + \frac{124.37}{172.888} \times 4.4320\% \times (1 - 0.25)$

$= 0.2806 \times 12.632\% + 0.7194 \times 4.4320\% \times 0.75 = 3.5445\% + 2.3913\% =$ 5.9358 %

**(4 points)**
 (f) *Darius Charon:* "Calculate Ford's ROIC for 2023.  Did Ford deliver value to investors in 2023?"

Based on the information in the prompt, we know that EBIT = $5.46B

We calculate $NOPAT = EBIT \times (1 - TaxRate) = 5.46 \times 0.75 = \$4.095B$

We can calculate the Invested Capital as Net Debt + Book Value of Equity, which equals $124.37B + $42.77B = $167.14B

Therefore, we can calculate ROIC as $ROIC = \dfrac{NOPAT}{InvestedCapital} = \dfrac{4.095B}{167.14B} = 2.45\%$

From part (e), we know that WACC = 5.9358%.

Therefore, since ROIC = 2.45%, we have ROIC < WACC.

Therefore, since ROIC is much much lower than WACC, Ford did not deliver value to investors in 2023.

Assuming NOPAT = Net income, we can also calculate $ROE = \dfrac{4.095}{42.77} = 9.58\%$. From part (c), we know that $r_e = 12.632\%$. Since ROE < $r_e$ Ford definitely did not deliver value to investors in 2023.

**(3 points)**
  (g) *Michael Prince:* "Can you calculate the dollar amount of value created (or destroyed) by Ford in 2023?"

From part (e), we know that WACC = 5.9358% (we assume this is right). From part (f), we have NOPAT = $4.095B (we also assume this is right).

Therefore, we can calculate Value Created as
$$VC = NOPAT - WACC \times InvestedCapital = \$4.095B - 5.93\% \times \$167.14B$$
$$= 4.095 - 9.9134 = -\$5.8184B$$

Therefore, Ford destroyed approximately $5.8184 billion in value in 2023. The company's return did not cover the cost of capital, resulting in negative value creation.

"I think that the assumption of zero debt beta is not realistic when calculating the asset beta of Ford. According to Fitch (a credit rating agency) the credit rating of Ford is BBB-. Firms with a similar credit rating to Ford typically have a debt beta of 0.15."

**(3 points)**
  (h) *Katharina Valentine-Urbschat:* "Can you re-estimate the asset beta for Ford assuming that the debt beta of Ford is 0.15 (and the equity beta as estimated by Yahoo Finance)?

We know that $\beta_{asset} = \dfrac{E}{V} \times \beta_{equity} + \dfrac{D}{V} \times \beta_{debt}$.

Assuming $\beta_{debt} = 0.15$, we now have

$\beta_{asset} = \dfrac{48.518}{172.888} \times 1.64 + \dfrac{124.37}{172.888} \times 0.15 = 0.2806 \times 1.64 + 0.7194 \times 0.15 = 0.4602 + 0.1079$

$$= 0.5681$$

**(5 points)**

    **(i)** *Rachel Harmon:* "Suppose Ford decides to decrease its leverage (D/V) to 50%. Can you calculate the cost of equity at the lower leverage, assuming the debt beta of Ford stays at 0.15?"

We know that $\beta_{asset} = \dfrac{E}{V} \times \beta_{equity}^{new} + \dfrac{D}{V} \times \beta_{debt} = 0.5 \times \beta_{equity}^{new} + 0.5 \times 0.15 = 0.5681$

Therefore, $\beta_{equity}^{new} = (0.5681 - 0.5 \times 0.15) \times 2 = 0.9862$

Using CAPM, we have $r_e^{new} = r_f + \beta_{equity}^{new} \times r_m = 4.4320\% + 0.9862 \times 5.00\% = 9.363\,\%$

**(4 points)**

    **(j)** *Ari Ziemer:* "What will Ford's WACC be at the lower leverage (D/V=50%), assuming the debt beta remains 0.15?"

Using CAPM, we know that

$$r_d = r_f + \beta_{debt} \times r_m = 4.432\% + 0.15 \times 5\% = 4.432\% + 0.75\% = 5.182\,\%$$

Using the information from the previous question, we now know that

$$WACC = \frac{E}{V} \times r_{equity} + \frac{D}{V} \times r_d \times (1-t) = 0.5 \times 9.363\% + 0.5 \times 5.182\% \times (1-0.25)$$

$$4.6815\% + 1.94325\% = 6.6248\,\%$$

**(5 points)**

    **(k)** *Minsub Kim:* "Will your estimate of the WACC under (j) be different if you assume that by lowering its leverage to 50% the debt beta of Ford will drop from 0.15 to 0.05?"

Yes, the estimate of the WACC will be different if we assume that by lowering its leverage to 50% the debt beta of Ford will drop from 0.15 to 0.05. This change will lower the cost of debt $r_d$, which in turn will lower the WACC.

Using CAPM, we have

$$r_d = r_f + \beta_{debt} \times r_m = 4.432\% + 0.05 \times 5\% = 4.432\% + 0.25\% = 4.682\,\%$$

In turn, we have

$$WACC = \frac{E}{V} \times r_{equity} + \frac{D}{V} \times r_d \times (1-t) = 0.5 \times 9.363\% + 0.5 \times 4.682\% \times (1 - 0.25)$$

$$4.6815 + 2.341 \times 0.75 = 4.6815 + 1.75575 = 6.43725\,\%$$

As expected, the WACC decreased from 6.62% in part (j) to 6.44% in part (k).

**Question 2 (Acquisition)**

The following are excerpts of a press announcement that was released <u>before the opening of the New York Stock Exchange</u> (NYSE) on August 10th, 2023 regarding a takeover bid by **Tapestry (TPR)** for **Capri Holdings (CPRI):**

> *NEW YORK--(BUSINESS WIRE)--Aug. 10, 2023 6:45AM EST-- Tapestry, Inc. (NYSE: TPR), a house of iconic accessories and lifestyle brands consisting of Coach, Kate Spade, and Stuart Weitzman, and Capri Holdings Limited (NYSE: CPRI), a global fashion luxury group consisting of Versace, Jimmy Choo, and Michael Kors, today announced that they have entered into a definitive agreement under which Tapestry will acquire Capri Holdings. Under the terms of the transaction Capri Holdings shareholders will receive $57.00 per share in cash for a total enterprise value of approximately $8.5 billion.*
>
> *Tapestry, Inc.'s Chief Financial Officer and Chief Operating Officer, Scott Roe, said: "This includes more than $200 million in expected run-rate cost synergies within three years of deal closing."*

The following data are available about the daily closing share prices and trading volume of CPRI and TPR from *Yahoo Finance*:

| date | CPRI | | TPR | |
|---|---|---|---|---|
| | closing price | volume | closing price | volume |
| 9-Aug-23 | 34.61 | 2,784,600 | 41.24 | 1,854,800 |
| 10-Aug-23 | 53.90 | 49,657,400 | 34.67 | 34,325,300 |

Additional information on shares outstanding:
    CPRI: 117 million    TPR: 229 million

**(3 points)**

(a) *Jimmy McDonough:* "Can you estimate the probability the deal goes through according to investors?"

We know that the offer price is $57.00 per share.
Also, the current share price before announcement was $34.61 and the share price after announcement is $53.90.

Therefore, we can calculate the probability the deal goes through as

$$Probability = \frac{CurrentPrice - PriceBeforeAnnouncement}{OfferPrice - PriceBeforeAnnouncement} = \frac{53.90 - 34.61}{57.00 - 34.61} = \frac{19.29}{22.39}$$

$$= 86.15\%$$

**(3 points)**

(b) *Wenbo Xiang:* "According to TPR management the annual run rate cost synergies would be $200 million per annum (after taxes), starting next year. Assuming these synergies would persist in perpetuity, what would the total value of the synergies be in today's dollars assuming a 7% discount rate and a 2% growth rate in the synergies?"

We can use the formula for a growing perpetuity. Therefore, we know that $PV = \dfrac{c}{r-g}$. Thus,

$$PV = \frac{\$200m}{7\% - 2\%} = \frac{\$200m}{5\%} = \$4B$$

**(4 points)**

(c) *Emmauel Cudjoe:* "Based on your answer under (b), is TPR overpaying for CPRI?"

Before the announcement, the share price was $34.61 with 117 million shares outstanding. The market value before announcement was therefore $34.61 \times 117m = \$4.05B$.

The acquisition premium per share was $57.00 - \$34.61 = \$22.39$ per share, for a total acquisition premium of $22.39 \times 117m = \$2.62B$.

Since $2.62B < $4B, the present value of synergies ($4 billion) is significantly higher than the acquisition premium ($2.62 billion).

TPR is therefore NOT overpaying for CPRI.

**(3 points)**

(d) *William Zhang:* "Based on TPR management's beliefs, what is the maximum price TPR can pay for the shares of CPRI without overpaying"

We know management estimates the present value of synergies at $4B. Given that the market value of the company before announcement was $4.05B, the maximum TPR would pay for CPRI would be $4.05B + $4B, or a total of $8.05B, which equates to a price per share of

$$\frac{\$8.05B}{117m} = \frac{\$8050m}{117m} = \boxed{\$68.80}$$

Therefore, based on TPR management's beliefs and the present value of the synergies, the maximum price TPR can pay for the shares of CPRI without overpaying is approximately $68.80 per share.

**(4 points)**
(e) *Catarina Marinho Abreu:* "What are the synergies according to investors."

We know that $Synergy = \dfrac{\Delta MV_{Acquirer} + \Delta MV_{Target}}{Probability Success}$

Assuming our answer to question (a) is correct, we have $Probability Success = 86.15\%$

$\Delta MV_{Acquirer} = (\$34.67 - \$41.24) \times 229m = -\$1,504.53m$

$\Delta MV_{Target} = (\$53.90 - \$34.61) \times 117m = \$2,256.93m$

Therefore $Synergy = \dfrac{-1504.53 + 2256.93}{0.8615} = \dfrac{\$752.4m}{0.8615} = \boxed{\$873.36m}$ according to investors.

In its press release, Tapestry also included the following statement, "[we announce a] 17% increase in our dividend per share. Overall, we are disciplined financial operators and allocators of capital with a relentless drive to deliver meaningful shareholder value."

**(3 points)**
(f) *Michael Yanagisawa:* "How would this *qualitatively* change your belief of your estimate of the synergies calculated under part e?

Qualitatively, the announcement of a 17% increase in the dividend per share might influence the belief in the estimated synergies because of :
1. Higher confidence in financial health of the merger: A significant increase in dividends often signals management's confidence in the company's financial health and future cash flow generation. This confidence might suggest that the management has strong expectations for the successful integration and realization of the synergies from the acquisition.
2. Enhanced shareholder value: The statement emphasizes Tapestry's commitment to delivering shareholder value. This statement could indicate that the management expects the synergies to be substantial and sustainable, which would support the increased dividends and further capital returns to shareholders.

3. Signals disciplined financial management: The emphasis on disciplined financial operations and capital allocation reinforces the idea that Tapestry's management is prudent and methodical in their decision-making. The statement therefore implies that management's $4 billion synergy estimate is based on thorough analysis and realistic expectations rather than overly optimistic projections.

4. Manage market perception: The dividend increase might positively influence market perception, potentially increasing investor confidence in Tapestry's ability to achieve the projected synergies. This could lead to a re-evaluation of the risk factors associated with the acquisition, potentially closing the gap between investor and management synergy estimates.

While the quantitative estimate of synergies according to investors was approximately $873.36 million, the qualitative aspects provided by the dividend increase announcement suggest that management's higher synergy estimate of $4 billion might have a strong foundation. Qualitatively, the announcement reflects a belief in significant cost savings and revenue enhancements that can support higher shareholder returns, and would lead us to believe the investor quantitative estimate is too pessimistic.

**(4 points)**
> (g) *Adam Tang:* "From an investor relations perspective, what might be the reason for TPR to decide to increase the dividend at the same time it announced the acquisition?"

There are a number of reasons TRP might decide to increase the dividend at the same time :

1. Demonstrating confidence in financial strength of the combined company : By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.

2. Increasing shareholder value : The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

3. Countering potential negative reactions : As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

4. Attracting and retaining investors : A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

5. Signaling operational discipline : By emphasizing disciplined financial operations and capital allocation, TPR reassures investors that it remains committed to prudent management despite the large capital outlay for the acquisition.

6. Reducing Share price volatility : The positive impact of a dividend increase can help stabilize the share price in the short term. This stability can be beneficial during the volatile period following an acquisition announcement, helping to maintain a positive investor sentiment.

7. Communicating strategic alignment : Increasing the dividend while announcing the acquisition communicates that TPR views the acquisition as a long-term value-enhancing move that aligns with its overall strategy of growing shareholder value.

8. Leveraging synergies to fund dividends : TPR might be signaling that the expected synergies from the acquisition will be sufficient to fund the increased dividend payments. Linking these two elements can help investors see the acquisition as a source of future income rather than just an expense.

Ultimately, by announcing a dividend increase alongside the acquisition, TPR aims to convey a strong message of confidence, stability, and commitment to shareholder value, which can help garner support from the investment community and mitigate any concerns about the acquisition.

**Question 3: True / False Questions**
For each part below, indicate whether the statement—provided by financial experts—is true, false, or "it depends", and give a brief explanation why? Your explanation is what counts most.

**(3 points)**
  (a) *Mariah Smith:* "In a Rights offering (as in Hertz), existing shareholders can avoid dilution by selling their purchase rights to other investors"

True.

A rights offering allows existing shareholders the opportunity to purchase additional shares, typically at a discount, in proportion to their current holdings. This mechanism aims to prevent dilution of their ownership percentage.

Two parts:
1) Subscription rights : Existing shareholders are granted rights to buy additional shares. If they exercise these rights, they maintain their proportional ownership in the company.
2) Sale of Rights : If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the reduction of ownership percentage if not exercised. In this context, we understand "dilution" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilution (value loss) associated with a rights offering, even if their ownership percentage does go down.

**(3 points)**
  (b) *Tommy Jin:* "Debt covenants are a way for companies to lower their overall borrowing costs."

Very true, but it could depend in some edge cases.

Debt covenants are agreements between a borrower and lender that impose certain restrictions or requirements on the borrower to reduce the lender's risk. These covenants can be affirmative (requiring certain actions) or negative (restricting certain actions). In general, restrictions lower borrowing costs because lenders feel more secure about the borrower's ability to repay the debt. This security can result in lower interest rates because the perceived risk of default is reduced. Lenders may offer better terms in exchange for the additional control and oversight provided by covenants.

In some edge cases, like we saw in class with Hertz during the COVID pandemic, some covenants would impose restrictions that can limit a company's operational flexibility. If the covenants are too restrictive, they might hinder the company's ability to pursue growth opportunities or respond to market changes, potentially impacting long-term financial

performance when the company has to re-organize in bankruptcy. Therefore, while debt covenants reduced borrowing cost in the short run, they could have led to higher borrowing costs in the long run.

In general though, covenants are good because they reduce the risk to the lender, thereby reducing the risk-adjusted return needed from lenders (see CAPM) and thus lowering borrowing costs.

**(3 points)**

(c) *Asher Noble:* "When comparing two firms in the same industry, the firm with the highest profit margin will also create the most value for investors."

It depends.

A high profit margin indicates that a firm is efficient at converting revenue into profit, which is generally a good sign of financial health and can contribute to creating value for investors. However, a firm with a lower profit margin might have higher growth prospects. High growth potential can lead to increased future revenues and profits, which can ultimately create more value for investors.

Ultimately, "value for investors" is measured by Return on Equity (ROE) and Return on Invested Capital (ROIC). These crucial metrics consider how effectively a firm uses its capital to generate profits. A firm with a lower profit margin might have better capital efficiency (higher ROE or higher ROIC), leading to higher overall returns for investors.

For example, Firm A has a higher profit margin but requires significant capital investment to maintain its operations, while Firm B has a lower margin but uses its capital more efficiently, leading to higher ROIC. We saw this example in class with Coach that had a 4x larger profit margin than TJ Max while both firms had the same ROE (i.e. delivered the same value to investors). Conversely, Abercrombie had a lower profit margin and lower ROE than both firms.

Lastly, the individual risk profile of each firm can influence investor value creation. A high profit margin firm in a brand new untested startup might require a higher ROE to deliver risk-adjusted value to investors compared to an established business in the same industry albeit with highly predictable and stable cash flows.

**(3 points)**

(d) *Manqi Gao:* "Examples of large positive free Cash Flows would be a large one-time dividend or a Seasoned Equity Offering"

False.

A large one-time dividend is not an example of free cash flow but rather a use of free cash flow. When a company decides to pay a large dividend, it is distributing the cash it has generated (potentially from its free cash flow, but it could also be from raising debt) to its shareholders.

While this action impacts the cash balance of the company, it does not contribute to the creation of free cash flow; instead, it reduces the cash reserves.

A seasoned equity offering involves the issuance of additional shares to raise capital from investors. This activity results in an inflow of cash from investors, but it does not represent cash generated from the company's core operations. Instead, it is a financing activity and is accounted for in the cash flow from financing activities section of the cash flow statement.

**(3 points)**
    (e) *Kiana Makris:* "The potential for majority shareholders to engage in tunneling would be a reason for the market price of a stock to trade above its DCF value."

False.

We define tunneling as any action taken by majority shareholders to transfer resources out of a company to benefit themselves at the expense of minority shareholders.

The DCF value represents the present value of expected future cash flows generated by the company. If there is a risk of tunneling, the expected future cash flows available to all shareholders decrease, which should reduce the DCF value itself. However, since DCF inherently assumes efficient management and equitable treatment of all shareholders, the perceived risk of tunneling would create a discount, not a premium. The stock would trade below its DCF value, not above.

**(3 points)**
    (f) *Parth Thacker:* "In comparing publicly traded companies to privately held firms, conflicts of interest and information asymmetries between shareholders and managers are likely of less concern in private companies."

True.

In private companies, majority shareholders often have greater access to company information and can exercise direct oversight over managerial actions. This close monitoring can mitigate conflicts and reduce the risk of information asymmetry.

On the contrary, in publicly traded companies, shareholders, especially small investors, rely on disclosures and reports, which may not provide the same level of insight into the company's operations. Managers might have more opportunities to act in their own interests rather than those of the shareholders.

**(3 points)**
    (g) *Kyung Yoon Lee:* "This year, Company B has higher Economic Income than Company C. Therefore, it must also be the case that (this year) the ROIC for Company B is higher than for Company C."

False.

Economic income and Return on Invested Capital (ROIC) are related but distinct financial metrics. While they can be correlated, one does not necessarily imply the other.

Economic income is the measure of a company's profitability that includes both operating income and the economic impact of changes in asset values. It takes into account accounting income as well as unrealized gains and losses, and considers net operating profit after taxes (NOPAT) and adjustments for changes in the economic value of assets and liabilities.

ROIC measures the return that a company generates on its invested capital, which includes debt and equity. We know that ROIC = NOPAT / Invested Capital.

Therefore, economic income is an absolute measure of profit, while ROIC is a ratio that considers both profit and the amount of invested capital.

For example, Company A could have higher economic income due to larger operations or higher revenues, but if Company B also has significantly more invested capital, its ROIC might be lower than Company A's.

Conversely, Company A could have a higher economic income and have less invested capital, thereby having a higher ROIC than Company B.

Therefore, the statement is false (we consider that "it depends" is not appropriate given that the statement is affirmatively stating "it must be the case").

**Question 4: Miscellaneous topics.**

Answer the following questions. Unless indicated otherwise, assume that the different parts are unrelated.

**(3 points)**

    (a) *Siddharth Arun:* "I see that my company earned a net profit margin (=net income/sales) of 12% this year. I understand our cost of equity is lower, around 10%. I'm proud to tell my shareholders that our executive team was able to deliver value creation for them this year." Do you agree? Why or why not?

It depends (could be true, could not be true).

Net profit margin and cost of equity are different metrics. Value creation is better assessed by comparing return on equity (ROE) to the cost of equity. If ROE > cost of equity, value is created. A high profit margin alone doesn't guarantee value creation without considering overall return on invested capital.

To truly assess value creation, we should compare the return on equity (ROE) or return on invested capital (ROIC) with the cost of equity. ROE or ROIC considers net income relative to shareholders' equity or total invested capital, respectively.

**(4 points)**

    (b) *Andy Zuo:* "I don't understand why stock issue announcements are on average viewed as bad news in the United States, when they are viewed as good news in countries where stock issues require shareholder approval." Provide an explanation for these seemingly contradictory outcomes.

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence.

**(4 points)**

    (c) *Andrei Samatov:* "I don't understand why Anadarko Petroleum (APC) rebuffed Occidental Petroleum's (OXY) January 2018 behind-the-scenes offer of $76 per APC

share and yet seemed acceptable to Chevron's $65 offer just 2 months later. OXY's offer had a larger cash component than Chevron's offer: 50% versus 25% cash." Provide a financial explanation for why APC felt OXY's offer was inferior.

As we saw in class, APC likely favored Chevron's $65 per share offer over OXY's $76 offer due to several financial and strategic reasons :

Firstly, Chevron offered stronger strategic synergies and operational efficiencies, which could lead to greater long-term value creation beyond the immediate offer price.

Secondly, Chevron's financial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's offer as leverage to potentially prompt a better offer from OXY. These factors collectively made Chevron's offer more appealing despite its lower nominal value.

**(5 points)**

(d)  *Christine Sedlack*: "I hear that two indicators of a competitive industry are market to book ratios close to 1 and return on equity (=net income/book value of equity) that is close to the cost of equity. The two indicators seem to be unrelated to each other. While the denominators of both ratios are the same, the numerators are quite different: market value, which is the present value of expected future free cash flows, and net income from the income statement." Provide the rationale for both indicators of competition. Then use a formula discussed in class to explain how the two indicators are related.

Market-to-Book Ratio Close to 1 suggests that the market values the company's assets at their book value, indicating that the firm is not expected to generate excess returns. In highly competitive industries, firms cannot easily achieve returns above their cost of capital due to intense competition and lack of unique advantages, thus aligning market and book values.

Return on Equity (ROE) represents the profitability relative to shareholders' equity, while Cost of Equity (COE) is the return required by investors. When ROE is close to COE, the company is just covering its cost of capital without generating excess returns. This situation typically occurs in competitive industries where firms have limited pricing power and profitability margins due to competitive pressures.

Both metrics are therefore indicators of competition.

From class, we can use the formula for the PV of a growing perpetuity to link the two concepts.

By definition, $\dfrac{M}{B} = \dfrac{MarketValueEquity}{BookValueEquity}$

We know that the Market Value of Equity is equal to the net present value of all future cash flows discounted at the cost of equity r. Let's assume net income is set in perpetuity. We would have $MarketValueEquity = \dfrac{NetIncome}{r-g}$. In a perfectly competitive industry, firms cannot reap monopoly profits. Therefore, g = 0.

Therefore $MarketValueEquity = \dfrac{NetIncome}{r}$

Therefore $\dfrac{M}{B} = \dfrac{MarketValueEquity}{BookValueEquity} = \dfrac{\frac{NetIncome}{r}}{BookValueEquity}$

Let's assume that the statement that $\dfrac{M}{B} = 1$ is true in a perfectly competitive industry (which we derive from the prompt stating that "indicators of a competitive industry are market to book ratios close to 1".

Therefore

$$\dfrac{M}{B} = \dfrac{MarketValueEquity}{BookValueEquity} = \dfrac{\frac{NetIncome}{r}}{BookValueEquity} = 1 = \dfrac{NetIncome}{r \times BookValueEquity}$$

and therefore $NetIncome = r \times BookValueEquity.$

We know that $ROE = \dfrac{NetIncome}{BookValueEquity}$. Substituting the NetIncome formula from the previous step we therefore have:

$ROE = \dfrac{r \times BookValueEquity}{BookValueEquity} = r$, which is the cost of equity.

Therefore, in a competitive market where firms are just covering their cost of equity, the M/B ratio being 1 indicates that ROE is equal to the cost of equity, supporting the idea that firms cannot earn excess returns above their cost of capital.

**(4 points)**

(e) Michelle Li, Inc. (MLI) has an equity beta of 1, an equity market value of $2 billion, debt value of $500 million, and cash of $700 million. MLI has two divisions—Jerry Gao and Taichi Wright—with roughly similar sales that operate in different industries. An analysis of betas of other publicly traded firms in the same industry as Division Gao suggests that its asset beta is 0.8. Division Wright has no publicly traded peers. Estimate the asset beta of Division Wright. Assume that beta is zero for debt and cash.

Per the prompt, $\beta_{equity} = 1, Equity = 2B, Debt = 0.5B, Cash = 0.7B, \beta_{asset,Gao} = 0.8$

We know that $\beta_{asset} = \dfrac{E}{V} \times \beta_{equity} + \dfrac{D}{V} \times \beta_{debt}.$

We know that $V = Equity + Debt - Cash = 2 + 0.5 - 0.7$

Therefore $\beta_{asset,MLI} = \dfrac{2}{1.8} \times 1 + \dfrac{0.5}{1.8} \times 0 = 1.11$

Based on the prompt, we read that Division Wright and Division Gao share similar sales. Therefore, we assume that both firms have similar asset values and therefore that the asset beta of MLI is the weighted average of the divisions.

Therefore, $\beta_{asset,MLI} = \dfrac{1}{2}\beta_{asset,Gao} + \dfrac{1}{2}\beta_{asset,Wright}$

And thus

$\beta_{asset,Wright} = (\beta_{asset,MLI} - \dfrac{1}{2}\beta_{asset,Gao}) \times 2 = (1.11 - 0.5(0.8)) \times 2 = (1.11 - 0.4) \times 2 = 0.71 \times 2$
$= 1.42$

**Question 5: BYND valuation from Problem Set #2.**

Below are the projections for the last 5 years for the valuation model you considered in PS #2.

**Notes**: COGS = Cost of goods sold; SG&A = Selling, general and administrative expenses; NOPAT = Net operating profit after tax; Capex = Capital expenditures; WC = Working capital. All amounts are in millions of dollars.

| | B | K | L | M | N | O |
|---|---|---|---|---|---|---|
| 8 | | | | **Estimates** | | |
| 9 | | **2024** | **2025** | **2026** | **2027** | **2028** |
| 10 | Sales | 838 | 1,047 | 1,309 | 1,637 | 2,046 |
| 12 | − Operating Expenses (COGS + SG&A) | (768) | (949) | (1,174) | (1,451) | (1,793) |
| 13 | = Operating Profit | 70 | 98 | 135 | 186 | 253 |
| 15 | − Taxes | 14 | 20 | 27 | 37 | 51 |
| 17/27 | = NOPAT | 84 | 117 | 163 | 223 | 303 |
| 28 | − Capex | (38) | (47) | (59) | (74) | (92) |
| 29/30 | Capex as % of Sales | (4.5%) | (4.5%) | (4.5%) | (4.5%) | (4.5%) |
| 31 | + Depreciation and Amortization | 38 | 47 | 59 | 74 | 92 |
| 32/33 | D&A as % of Sales | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% |
| 34 | − Change in WC | 4 | 5 | 7 | 8 | 10 |
| 35/36 | Change in WC as % of Sales | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| 37 | = Free Cash Flow | 88 | 122 | 170 | 231 | 313 |

Provide brief answers to the following questions that arose during a BYND board meeting, held after the IPO. Include in your answer any calculations you can make to support your answers.

**(4 points)**

   (a) *Xiaoli Wang*: "I don't think these projections build in scale efficiencies (ratio of costs to sales declines with scale)." Do you agree? Explain why.

Operating Expenses as a percentage of sales goes from $\frac{768}{838} = 91.65\%$ in 2024 to $\frac{1793}{2046} = 87.63\%$ in 2028. This decreasing trend indicates that as sales increase, the operating expenses grow at a slower rate, showing improved efficiency, suggesting that some scale efficiencies are indeed built into the projections.

Both Capex and D&A as a percentage of sales remain constant at 4.5%, which indicates that while these costs increase with sales, they do so proportionately and do not reflect significant scale efficiencies. However, this may be typical for certain fixed costs that grow proportionally with the business.

The Change in Working Capital as a percentage of sales remains steady at 0.5% across all years, indicating no scale efficiency in working capital management.

While the overall ratio of Operating Expenses to Sales declines over the years, indicating some degree of scale efficiency, other aspects like Capex and D&A do not show such efficiencies. Therefore, I partially agree with Xiaoli Wang. The projections do incorporate some scale efficiencies, particularly in operating expenses, but not comprehensively across all cost categories.

**(4 points)**

(b) *Eskay Khanal*: "If the projections maintain Capex at a constant fraction of Sales, and also depreciation at a constant fraction of sales, the amount of net PP&E (plant, property and equipment, net of accumulated depreciation) should also grow as a constant fraction of Sales." Do you agree? Explain why.

We know that $PPE_{YearEnd} = PPE_{YearStart} + Capex - Depreciation$

and therefore $\Delta_{PPE} = Capex - Depreciation$

If $Capex = 4.5\% \times Sales$ and $Depreciation = 4.5\% \times Sales$, then

$$\Delta_{PPE} = Capex - Depreciation = (4.5\% \times Sales) - (4.5\% \times Sales) = 0$$

Therefore, I agree with Eskay Khanal's assertion. If the projections maintain Capex and Depreciation as constant fractions of sales, the net PP&E should indeed grow as a constant fraction of Sales because any increase in sales will proportionally increase both Capex and Depreciation. However, because the Capex equals Depreciation, the net PP&E remains constant in absolute terms.

**(3 points)**

(c) *Alex Amari*: "I see that the ratio of taxes to operating profits is approximately 20% in all 5 years. It's a little lower than the 25% I would have used, to incorporate state income taxes as well. But other than that, the calculation seems reasonable." Do you agree? Explain why.

The federal corporate tax rate in the U.S. is currently 21%. State income tax rates vary, but an we were told in class to use 25% as an average.

I agree with Alex Amari. The use of a 20% tax rate in the projections seems reasonable from a federal tax perspective, but it is indeed lower than the 25% rate that would more accurately reflect the combined federal and state tax burden. The projections in the model are therefore slightly underestimating the total tax burden by using a 20% rate instead of 25%. This underestimation would affect the accuracy of the net operating profit after tax (NOPAT), which would make the company look more valuable than it is (bad assumption to make).

I would fix the model to use 25%.

**(4 points)**

(d) *Nico Pedreira*: "NOPAT in row 17 is approximately the same as Free cash flows in row 37. That is an indication of strong profitability." Do you agree? Explain why.

NOPAT is a measure of a company's operating efficiency after accounting for taxes. Free Cash Flow represents the cash a company generates after accounting for Capex needed to maintain or expand its asset base.

The closeness of these two values in the model is due to the fact that model's CAPEX and changes in working capital (0.5% of sales) are very small, thus not reducing FCF substantially.

The fact that Free Cash Flow is close to NOPAT implies that the company is not heavily investing in capital expenditures or experiencing significant increases in working capital that would otherwise consume cash. This is generally a positive indication of strong profitability and efficient capital management; however in the case of a growing company like BYND it mostly shows that the company is increasing Sales while keeping CAPEX and Net PPE close to constant. A growing company (especially manufacturing like BYND) cannot keep Net PPE constant, and in this context NOPAT being close to FCF is a sign that the model does not account correctly for growth rather than a true indication of strong profitability.

**(4 points)**
(e) *Juan Ortega:* "I thought that Free cash flow being close to NOPAT is a sign of strong growth." Do you agree? Explain why.

A close relationship between FCF and NOPAT suggests that the company is not spending excessively on capital expenditures or experiencing large increases in working capital.

Strong growth is typically indicated by increasing sales and profits over time. For a company to grow, it often needs to reinvest significantly in its business. High CAPEX, research and development, and expansion activities are typical indicators of growth investment.

High Free Cash Flow can provide the resources needed for growth investments. However, FCF being close to NOPAT because of low investment in CAPEX might indicate limited growth opportunities or a more mature stage of business where less reinvestment is needed.

Companies in a high-growth stage typically have lower FCF relative to NOPAT due to significant reinvestment in the business. Conversely, more mature companies with stable operations might exhibit FCF close to NOPAT, indicating efficient operations but not necessarily high growth.

Therefore, FCF being close to NOPAT is more an indicator of efficient cash conversion and good financial health rather than strong growth. While it implies that the company can generate cash effectively from its operations, strong growth is typically indicated by increasing revenues, profits, and significant reinvestment in the business. Therefore, I would not agree with Juan Ortega's statement; instead, I would clarify that while close FCF and NOPAT indicate efficiency and financial stability, they do not signify strong growth.

**(4 points)**

(f)  *Adrian Peters*: "Investors should be happy to buy our shares because we are a growth stock, in terms of growth in both sales and Economic Income. The higher the growth, the higher the stock market rate of return they can expect." Do you agree? Explain why.

The statement is generally true, but partially misleading as it related to this specific model (and the limitations we saw of this model in our problem set and in class).

In general, investors are generally attracted to growth stocks because they anticipate future earnings growth, which translates into higher FCF, and in turn to higher stock prices. As the company grows, its earnings potential increases, theoretically leading to higher returns for investors. Growth stocks typically have higher price-to-earnings (P/E) ratios because investors are willing to pay a premium for the expected growth. Further, when a growing company meets or exceeds growth expectations, the stock price tends to increase.

However, temporary or unsustainable growth might lead to disappointing stock performance in the long term. Investors look for consistent and predictable growth patterns. Further, high growth does not always equate to high profitability. Some growth stocks might sacrifice current profits for future growth. Investors need to balance growth potential with profitability and cash flow considerations. In the context of this model, we saw that the increased FCF over time comes at the expense of limited to no Capex and limited to no working capital. Therefore, while investors are generally happy to buy growth stocks (and are willing to pay a premium as indicated by higher P/E ratios on growth stocks), the expected growth cannot be unrealistic and/or rely on exponentially increasing revenue while keeping Capex and working capital low.

**(6 points)**

(g) *Shruti Aggarwal:* "The projections do not provide an estimate of ROIC [=NOPAT/ (beginning book value of equity + net debt)]." Compute the ROIC for 2025 that is implied by these projections? Assume that the projected book value of equity + net debt at the end of 2023 is $140 million.

From the table, we see that NOPAT in 2025 is $117m.

We assume that the book value of equity + net debt at the end of 2023 is $140m.

We also assume that the only change in (book value of equity + net debt) during 2024 is the amount of FCF in 2024 (i.e. we do not care how the FCF is used — we assume it either goes to reduce debt or increase equity, and that it is not distributed to stockholders). We feel comfortable with that assumption because CAPEX = D&A in this model.

Therefore, the book value of equity + net debt at the end of 2024 is equal to $140 + $88 = $228m.

We can calculate ROIC as

$$ROIC_{2025} = \frac{NOPAT_{2025}}{(BookValueOfEquity + NetDebt)_{YE2024}} = \frac{117}{228} = 51.31\%$$

**Question 6: Industry Comparisons for Ben Sickle Inc. (BSI).**

BSI is a privately held biopharmaceutical company, planning to go public. One approach to value the company is to use industry multiples.

**Note**: mrq = most recent quarter; ttm = trailing 12 months; Market Cap. = market value of equity; Price/Sales ratio = Market Cap./Sales. P/E ratio = Market Cap./Net Income.

Relevant information for three publicly-traded firms in the biopharma industry is provided below.

| Company | Sales (ttm) | Market Cap. (mrq) | Price/Sales ratio |
|---------|-------------|-------------------|-------------------|
| Taka Hoshiai | 150 | 80 | 0.53 |
| Brian Thorn | 250 | 155 | 0.62 |
| Trey Murphy | 180 | 67 | 0.37 |
|  |  |  |  |
| **BSI** | **300** |  |  |

Answer the following questions raised by board members of BSI.

**(4 points)**
    (a) *Ramil Ibrahim*: "Our valuation expert, Nicole Morrison, suggests we use Sales multiples to get an initial valuation for BSI. Nicole provided us the information above." Using this information compute an estimate of the market value of BSI's equity.

We assume that all 3 companies are good comparables to BSI.

We calculate the average Price/Sales ratio across all 3 comparables and scale it to the amount of sales for BSI.

$$AveragePrice/Sales = \frac{0.53 + 0.62 + 0.37}{3} = \frac{1.52}{3} = 0.5067$$

Scaling to BSI sales gives us $0.5067 \times 300 = 152.01m$

Therefore, the estimated market cap using the Sales multiple is 152.01m.

**(2 points)**
    (b) *Niharika Mukerji*: "I'm not sure if this Sales multiple calculation is consistent." Is there an inconsistency? If so, what is it?

Using only three companies to calculate the average Price/Sales ratio might not provide a robust enough sample for an accurate valuation. The biopharmaceutical industry can have high variability in financial metrics due to factors like drug development pipelines, regulatory approvals, and market competition.

Another potential inconsistency could stem from comparing companies of different sizes, stages of development, or business models within the biopharma industry. Ideally, a larger sample size of comparable companies should be used to ensure the valuation is consistent and accurate. We are given no information about how comparable these other companies are.

In fact, within this sample of 3 companies, the Price/Sales ratio ranges from a low of 0.37 to a high of 0.62, i.e. almost 100% error range between max and min.

Lastly, Sales only includes topline revenue and ignores expenses. Since the value of equity is equal to the NPV of all future cash flows, sales matters less than net cash flow; therefore a Price/Sales ratio is probably not a good metric to use unless the companies have very similar size, margins, and businesses.

To address this concern, we could :

      1.    Use a larger set of comparable companies within the biopharma industry.
      2.    Ensure that the selected companies are similar to BSI in terms of size, stage of development, and business model.
      3.    Consider other valuation methods in addition to the Sales multiple to cross-verify the estimated market value.

**(4 points)**
    (c) *Zoe Feng*: "Oh I see that Nicole just sent us a second email with data that allows an earnings multiple calculation?" Using the information below compute an estimate for the market value of BSI's equity.

| Company | Net Income (ttm) | Market Cap.(mrq) | P/E ratio |
|---|---|---|---|
| Taka Hoshiai | 9 | 80 | 8.89 |
| Brian Thorn | 16 | 155 | 9.69 |
| Trey Murphy | 8 | 67 | 8.38 |
| | | | |
| **BSI** | **27** | | |

Here again, we can average the P/E ratio across all 3 firms and then scale this ratio to the net income of BSI.

The average P/E ratio is $\dfrac{8.89 + 9.69 + 8.38}{3} = \dfrac{26.96}{3} = 8.99$

Scaling to BSI's net income gives us a market value of $27 \times 8.99 = $ 242.73*m*


**(2 points)**
  (d) *Blossom Norris:* "Again, I'm not sure if this Earnings multiple calculation is consistent." Is there an inconsistency? If so, what is it?

Using P/E ratios is probably better than using a Price/Sales ratio because it does factor in expenses (a point we addressed earlier in the previous question) and does at least account for the present net earnings of the companies.

We see how using different ratios can yield vastly different valuations, ranging from $152m in our previous question to $242m now (i.e. a 60% difference, which is huge).

However, using a PE ratio also suffers from the same issues as P/S :

1) Using only three companies may not provide a robust enough sample for a precise valuation. The sample should ideally include more companies to account for variations within the industry.
2) The companies used for the calculation should be comparable in terms of size, growth stage, and business model. If there are significant differences, the average P/E ratio might not accurately reflect the valuation multiple suitable for BSI.
3) The market conditions and company-specific factors like growth prospects, risk profile, and profitability can affect the P/E ratio. These factors should be considered when selecting comparable companies and deriving an average P/E ratio.

Therefore, we would be prudent to use a larger set of comparable companies and consider other valuation methods to cross-verify the estimated market value.

Ultimately, ratios are nice and easy to use to have a quick first pass analysis (back of the envelope) valuation, but do not account for the NPV of all future cash flows in a way that would make a valuation completely accurate.

When answering the parts below, ignore any inconsistencies you identify in parts (b) and (d) above.

**(3 points)**

(e) *Rohit Gupte*: "Which multiple valuation is more reliable?" Do the data provided by Nicole above allow you to answer this question? If so, explain how?

Sales multiples are useful because sales figures are less subject to accounting manipulations compared to earnings, can be used for companies that are not yet profitable or have volatile earnings, and are a straightforward valuation approach based on revenue generation.

However, sales multiples do not account for profitability, cost structure, or margins (big issue), and therefore may not accurately reflect the company's ability to generate profit from its sales.

Earnings multiples on the other hand do take profitability into account, providing a measure of how efficiently the company converts sales into earnings, and reflects the company's ability to generate net income.

However, earnings can be influenced by non-recurring items, accounting practices, and tax strategies — and are completely useless for growth companies with negative earnings.

Based on the data provided, both valuation methods have their merits. Given that BSI is profitable, the earnings multiple (P/E ratio) would be more reliable because it accounts for profitability, which is crucial for long-term sustainability and market valuation (i.e. the entire takeaway of SMF was that the current value of a company is equal to the NPV of all future DCF).

**(4 points)**

(f) *Chile Mgborukwe:* "I think our profit margins are higher than those of the three peers. Does that mean we should add on an adjustment over the Industry sales multiple, when valuing our company? Similarly, should we add an adjustment over the industry earning multiple (P/E ratio)?" Are add-ons required for the industry sales and earnings multiples? Explain why.

Based on the information given, we can calculate the average profitability for each firm by dividing Net income (from part (c)) with Sales (from part (a)) :

Taka Hoshiai : $\dfrac{9}{150} = 6\%$

Brian Thorn : $\dfrac{16}{250} = 6.4\%$

Trey Murphy : $\dfrac{8}{180} = 4.4\%$

$$\text{Average} = \frac{6\% + 6.4\% + 4.4\%}{3} = 5.6\%$$

$$\text{BSI} : \frac{27}{300} = 9\%$$

Therefore, BSI is $\dfrac{9\%}{5.6\%} = 1.607$ times more profitable than the average of all 3 peers.

Since BSI has higher profit margins, an adjustment to the sales multiple is justified to reflect its superior efficiency. We would therefore multiple the average sales multiple by 1.607, i.e. the new sales multiple to compute BSI market valuation would be $0.5067 \times 1.607 = 0.814$. This new adjusted P/S would yield a market value of $0.814 \times 300 = 244.2m$.

The P/E ratio directly accounts for profitability, as it is calculated using net income (earnings). A company with higher earnings relative to its sales will naturally have a higher P/E ratio. Therefore, the P/E ratio already reflects higher profit margins and, assuming that all companies in the comparable group have similar business models, industry, risk profile, etc… (in essence that the comparables are true comparables), then adjusting the P/E ratio for higher profit margins would not be necessary.