# EXHIBIT J

**From:** ████ <████@yale.edu>
**Sent:** Monday, June 10, 2024 11:43 AM
**To:** Thomas, Jake (SOM Faculty) <jacob.thomas@yale.edu>; Rouwenhorst, Geert <k.rouwenhorst@yale.edu>
**Subject:** SMF Exams finished

Hi Jake and Geert,

All exams have been graded. Scores are in Canvas. I didn't post them in case you want to wait until course grades are also released.

I wanted to briefly flag ████████'s exam, which was one of the highest scoring. The responses were so detailed that I questioned how it could have been completed in four hours. It clocked in at 30 pages whereas almost all others were under 20. I suppose it's possible, but I wanted to run it by both of you to get a second opinion – its length stood out relative to the others.

I fly to Europe tonight and will be more sporadically available over email. Thank you – it's been a pleasure working with you both and I enjoyed the second go-around of the course!

Best,

████

████████
MBA/MFA Class of 2024
Yale School of Management & David Geffen School of Drama at Yale
████████ | LinkedIn