# EXHIBIT K

**From:** Rouwenhorst, Geert <k.rouwenhorst@yale.edu>
**Sent:** Tuesday, June 11, 2024 2:34 PM
**To:** Tsung, Wendy <wendy.tsung@yale.edu>
**Cc:** Thomas, Jake (SOM Faculty) <jacob.thomas@yale.edu>
**Subject:** Possible violation of Exam rules in MGT 423E

Dear Wendy,

In grading the final exam for Sourcing and Managing Funds for EMBA (MGT 423E), one of the TAs flagged an exam that appeared unusually long and elaborate in formatting in answering the questions. Both Jake and I looked at the exam. There are serious concerns about violation of the exam rules, such as improper use of AI. We refer this to the Honor Committee for further investigation. These are our observations:

1. The exam was set for 4 hours, self-timed, Open book, but closed internet and no use of AI tools, Honor Code applies. (see attached exam and syllabus)
2. Some answers to essay type questions on the exam score high on the likelihood of being AI generated using ChatGPTzero as a detection tool (see 3 attached examples; we did not do a full check and there are likely other examples).
3. At least one answer shows substantial overlap with answers to simple prompts on ChatGPT (see attached word file example. We did not do a deep dive, and there may be other examples)
4. The student performed relatively poorly on question 5, where AI tools were the least helpful.
5. We questioned, but not investigated, whether the amount of time necessary to produce the exam answers by the student in terms of length, near perfect punctuation and grammar and elaborate formatting, would exceed the 4 hour limit set for the exam.

Regards, Geert

K Geert Rouwenhorst
Robert B. and Candice J. Haas Professor of Corporate Finance
Yale School of Management
PO Box 208200
New Haven, CT 06520-8200

Courier: 165 Whitney Avenue
New Haven, CT 06511
T: +1 203 432 6046