# EXHIBIT L

**(4 points)**
    (g) *Adam Tang:* "From an investor relations perspective, what might be the reason for TPR to decide to increase the dividend at the same time it announced the acquisition?"

There are a number of reasons TRP might decide to increase the dividend at the same time :
1. Demonstrating confidence in financial strength of the combined company : By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.
2. Increasing shareholder value : The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.
3. Countering potential negative reactions : As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.
4. Attracting and retaining investors : A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.
5. Signaling operational discipline : By emphasizing disciplined financial operations and capital allocation, TPR reassures investors that it remains committed to prudent management despite the large capital outlay for the acquisition.
6. Reducing Share price volatility : The positive impact of a dividend increase can help stabilize the share price in the short term. This stability can be beneficial during the volatile period following an acquisition announcement, helping to maintain a positive investor sentiment.
7. Communicating strategic alignment : Increasing the dividend while announcing the acquisition communicates that TPR views the acquisition as a long-term value-enhancing move that aligns with its overall strategy of growing shareholder value.

**MGT 423 Final**                                                                                                                               **Page 12**

8. Leveraging synergies to fund dividends : TPR might be signaling that the expected synergies from the acquisition will be sufficient to fund the increased dividend payments. Linking these two elements can help investors see the acquisition as a source of future income rather than just an expense.

Ultimately, by announcing a dividend increase alongside the acquisition, TPR aims to convey a strong message of confidence, stability, and commitment to shareholder value, which can help garner support from the investment community and mitigate any concerns about the acquisition.