# EXHIBIT M

**ChatGPT prompt:** What are reasons to increase dividends when announcing a takeover

**Answer**

Increasing dividends when announcing a takeover can be a strategic move for several reasons. Here are some key reasons why a company might choose to do this:

### 1. **Signaling Financial Strength**

  - **Positive Signal**: By increasing dividends, the company signals to investors and the market that it has strong financial health and confidence in its future cash flows. This can help to build investor confidence in the takeover process.

  - **Commitment to Shareholders**: It shows a commitment to returning value to shareholders, indicating that the company is confident in managing the financial impact of the takeover.

### 2. **Counteracting Share Price Dilution**

  - **Shareholder Value Protection**: Takeovers, especially if financed through the issuance of new shares, can dilute existing shareholders' value. An increase in dividends can help mitigate this effect by providing immediate tangible returns to shareholders.

### 3. **Attracting and Retaining Investors**

  - **Investor Appeal**: A higher dividend can make the company's stock more attractive to dividend-focused investors, ensuring continued or increased investment during the potentially volatile period of a takeover.

  - **Reducing Sell-Offs**: By offering higher dividends, the company can discourage shareholders from selling their shares in reaction to the takeover announcement, thus maintaining stock price stability.

### 4. **Reflecting Synergy Benefits**

  - **Projected Synergies**: If the takeover is expected to generate significant synergies (cost savings, increased revenue), the company may increase dividends to reflect these anticipated benefits, thereby justifying the takeover to shareholders.

### 5. **Strengthening Bargaining Position**

   - **Improving Offer Appeal**: For hostile takeovers, increasing dividends can make the company's stock more attractive to potential bidders, potentially leading to better offers or even discouraging unwanted bids by increasing the cost of acquisition.

   - **Negotiation Leverage**: In friendly takeovers, it can improve the company's bargaining position by demonstrating strong financial health and a commitment to shareholder value.

### 6. **Utilizing Excess Cash Reserves**

   - **Cash Utilization**: If the company has excess cash reserves, increasing dividends can be a way to utilize these funds effectively, rather than holding onto cash that might earn minimal returns.

### 7. **Aligning Interests with Shareholders**

   - **Shareholder Alignment**: By increasing dividends, management aligns its interests with those of shareholders, showing that it is committed to delivering immediate financial benefits and reinforcing trust during the takeover process.

### Conclusion

Increasing dividends when announcing a takeover can serve multiple strategic purposes, from signaling financial strength and protecting shareholder value to attracting and retaining investors. However, it is essential that the company carefully considers its long-term financial stability and the sustainability of higher dividend payments in the context of the takeover and its associated costs.