# EXHIBIT P

Case 3:25-cv-00159-SFR    Document 41-17    Filed 03/12/25    Page 2 of 2

**Tsung, Wendy**

| | |
|---|---|
| **From:** | Tsung, Wendy |
| **Sent:** | Wednesday, August 7, 2024 2:15 PM |
| **To:** | Doe, John |
| **Cc:** | Scully, Sherilyn |
| **Subject:** | RE: Follow up to our meeting |

John,

Following up on the below. Please send the word version of your submitted exam as soon as possible.

Best,
Wendy

**From:** Tsung, Wendy
**Sent:** Tuesday, July 30, 2024 2:53 PM
**To:** Doe, John <John.Doe@yale.edu>
**Cc:** Scully, Sherilyn <sherilyn.scully@yale.edu>
**Subject:** Follow up to our meeting

Hi John,

The chair of the honor committee is requesting that you submit to us the word version of your submitted version of the Sourcing and Managing Funds exam. Please email that to me and copy Dean Scully.

Best,
Wendy

Wendy Tsung
Assistant Dean, MBA for Executives
Yale School of Management
165 Whitney Avenue | PO Box 208200
New Haven, CT 06511
Phone: +1 (203) 436-8402
Email: wendy.tsung@yale.edu


Yale SCHOOL OF MANAGEMENT

1