# EXHIBIT R

| | |
|---|---|
| **From:** | James Choi, Honor Committee |
| **To:** | Doe, John |
| **Cc:** | Scully, Sherilyn; Tsung, Wendy |
| **Subject:** | Other courses |
| **Date:** | Friday, August 16, 2024 8:40:15 PM |

Dear John,

I am writing you from a new email account dedicated to Honor Committee business. Please direct all correspondence about Honor Committee matters to this email address going forward.

I have expanded my investigation into your case to deliverables you submitted for other courses. I have identified at least one additional Microsoft Word file that I will be requesting from you.

If you would like to revise your statement to Deans Scully and Tsung about your Sourcing and Managing Funds final exam, you still have an opportunity to do so. The Honor Committee has historically been lenient with respect to revisions students make to their stories prior to their appearance before the Committee.

Sincerely yours,
James Choi

--

James Choi
Chair, Yale SOM Honor Committee
Professor of Finance