# EXHIBIT S

| | |
|---|---|
| **From:** | James Choi, Honor Committee |
| **To:** | Doe, John |
| **Cc:** | Scully, Sherilyn; Tsung, Wendy |
| **Subject:** | Investor final exam |
| **Date:** | Monday, August 19, 2024 8:40:33 AM |

Dear John,

On behalf of the Honor Committee, I am requesting that you send me the Microsoft Word file that was used to produce the PDF you submitted for the Investor final exam. This is in addition to my previous request that you send me the Word file used to produce the PDF you submitted for the Sourcing and Managing Funds final exam.

Sincerely yours,
James Choi

--

James Choi
Chair, Yale SOM Honor Committee
Professor of Finance