# EXHIBIT T

*Yale School of Management*
*Winter 2023/2024*

*Roger Ibbotson*
*Investor*

# FINAL EXAM
## 2023/24

NAME: ███████

| | Total Points | Your Score |
|---|---|---|
| 1 Valuation & Returns | 12 | _____ |
| 2 Efficient Capital Markets | 16 | _____ |
| 3 Alphas & Betas | 18 | _____ |
| 4 Rankings | 10 | _____ |
| 5 Bonds & Currencies | 12 | _____ |
| 6 Multiple Choice | 10 | _____ |
| 7 Examples | 8 | _____ |
| 8 Personal Investing | 14 | _____ |
| **TOTAL** | **100** | _____ |

- This is a take home exam. Work alone. Adhere to the Honor Code.
- Write or type your answers on exam.
- Open book, open notes. You may use Canvas, internet, etc.
- You should <u>not</u> use ChatGPT or similar software
- You should not use old answers from prior exams, problem sets, etc.
- Due: Monday, February 19th at 10pm
- Submit as a single DOCX or PDF file on Canvas
- Have fun!

*Yale School of Management*                                    *Roger Ibbotson*
*Winter 2023/2024*                                             *Investor*

**Q1 Valuation & Returns (12 points)**

   a)   (5 points) Recent year-end (YE) prices per share and 2023 YE data for stocks AB and DF are below:

|  | **Stock AB** | **Stock DF** |
|---|---|---|
| Price/share YE 2023 | 24 | 50 |
| Price/share YE 2022 | 22 | 40 |
| Price/share YE 2021 | 25 | 60 |
| # Shares outstanding | 100m | 60m |
| Dividend/share 2023 | 1.00 | 0 |
| Earnings YE/share 2023 | 2.00 | 2.50 |
| Earnings/share EST 2024 | 2.10 | 3.00 |
| BETA | 0.9 | 1.2 |

   I.    **DF** Which stock had a higher total return during 2023?

Stock AB is worth $22 in 2022 and $24 in 2023. Therefore, the stock gained $2 per share. Further, the stock issued $1 per share in dividend. Therefore, the total return for stock AB is $\frac{\$2 + \$1}{\$22} = 13.64\,\%$

Stock DF is worth $40 in 2022 and $50 in 2023. Therefore, the stock gained $10 per share and no dividend were issued. The total return fro stock DF is therefore $\frac{\$10}{\$40} = 25.00\,\%$

Thus, since 25% > 13.64%, **stock DF** had a higher total return during 2023.

   II.    **DF** Which stock has the largest capitalization?

In 2023, the market cap for AB is $\$24 \times 100m = \$2.4B$
The market cap for DF is $\$50 \times 60m = \$3B$
Since $3B > $2.4B, **stock DF** has a larger market cap.

   III.    **DF** Which stock has the highest forward price/earnings ratio?

We know that forward PE ratio is equal to $\dfrac{Price/share\ YE\ 2023}{Earnings/share\ EST\ 2024}$

Therefore, the forward PE ratio for AB is equal to $\dfrac{24}{2.10} = 11.43$
The forward PE ratio for DF is equal to $\dfrac{50}{3.00} = 16.67$
Since 16.67 > 11.43, the forward PE ratio for DF is higher.

2

*Yale School of Management*                                                                 *Roger Ibbotson*
*Winter 2023/2024*                                                                          *Investor*

IV.    **AB Which stock is more likely to be a value stock?**

Stock AB is more likely to be a value stock because it offers a dividend, has a lower beta, and has a lower P/E ratio compared to Stock DF.

V.    **DF According to the CAPM, which stock is expected to have the highest return next year?**

The CAPM suggests that, all else being equal, the asset with the higher beta would have the higher expected return. Therefore, according to CAPM, Stock DF, with a higher beta of 1.2, is expected to have a higher return next year compared to Stock AB, which has a lower beta of 0.9.

b)   **(3 points) From the table in a) above, what is the compound annualized return (over the 2 year period 2021-2023) for a buy and hold portfolio equally invested in AB and DF at YE 2021, assuming neither stock paid a dividend in 2022, but AB paid the $1.00/share dividend at YE 2023?**

Let's assume we have $100. We split that amount equally between stock AB and DF in 2021. Therefore, we would own $50 worth of stock AB - equal to 2 shares at the 2021 price of $25 per share - and $50 worth of stock DF - equal to $\frac{\$50}{\$60\ per\ share} = 0.8333\ shares$ shares at the 2021 price of $60 per share.

At year end 2023, the total value of our portfolio of 2 stocks of AB and 0.8333 shares of DF would be equal to $2 \times 24 + 0.8333 \times 50 = 48 + 41.67 = 89.67$. Stock AB also gives us a dividend of $1 per share, for a total of $2 across both shares we own. Therefore, the value of our portfolio would be $89.67 + 2 = 91.67$ at the end of 2023.

Since our initial portfolio was worth $100, the total CAGR over two years going from 100 to 91.67 is equal to
$$CAGR = (\frac{Ending}{Initial})^{\frac{1}{n}} - 1 = (\frac{91.67}{100})^{\frac{1}{2}} - 1 = 0.9167^{0.5} - 1 = 0.9574 - 1 = -0.04255 = \boxed{-4.255\,\%}$$

c)   **(2 points) You estimate that the dividend of stock AB will be $1.05/ share at YE 2024, then continue to grow in perpetuity at 3% per year. If AB's discount rate is 8%, what do you estimate the present value of stock AB to be today?**

We can use the dividend discount model for a perpetuity to calculate the value of stock AB.

We know that $P = \dfrac{D}{r-g} = \dfrac{\$1.05}{8\% - 3\%} = \dfrac{\$1.05}{5\%} = \boxed{\$21.00}$

d)   **(2 points) You wish to be a long-run investor. Is your portfolio appropriate? Why or why not?**

Generally, most long-term investors seek to build a more diversified portfolio that aligns with their investment objectives, time horizon, and views on market conditions. Overall, a portfolio of only two stocks would not be diversified enough and is NOT appropriate if I wish to be a long-run investor because:

- Diversification: A well-diversified portfolio can help mitigate risk by spreading investments across different assets, sectors, and geographies. If my portfolio consists only of Stocks AB and DF, it lacks diversification. Long-term investors typically hold a mix of stocks, bonds, and other asset classes to diversify away risk, and I should

3

*Yale School of Management*                                              *Roger Ibbotson*
*Winter 2023/2024*                                                       *Investor*
aim to diversify as much as possible.

- Risk Tolerance: My portfolio should align with my risk tolerance. Stocks AB and DF have different betas, indicating different levels of market risk. I would need to consider if the level of risk in these stocks is appropriate for my long-term investment goals and if I am comfortable with the potential volatility.

- Economic and Market Outlook: My outlook on the economy and the market can also influence my decision. If I believe that the market will perform well in the long run, a portfolio with a higher beta (like Stock DF) might provide better returns. Conversely, if I expect a downturn, a lower beta stock (like Stock AB) might be more appropriate.

- Lastly, since we now know that the S&P opened at 3756.07 on January 1st 2021 and closed at 4769.83 on December 31st 2023 (a 12.69% annual return), the underperformance of a two stock portfolio of AB and DF vastly underperformed holding the market.

*Yale School of Management*                                    *Roger Ibbotson*
*Winter 2023/2024*                                              *Investor*

## Q2 **Efficient Capital Markets (16 points)**

a) **(3 points) Which one(s) of the following statements are consistent with market relative zero-sum games before costs? Answer Y if yes.**

<u>Y</u> About half of investors are expected to beat the market

<u>N</u> As investors get more skilled, a higher proportion of them can beat the market

<u>N</u> Market returns will be higher when the average skill of investors is increased

<u>Y</u> For every dollar of excess return over the market, there must be a dollar of underperformance

<u>Y</u> The market relative zero-sum game is a mathematical identity summed across all investors before costs

<u>N</u> The zero-sum game is a demonstration of market efficiency

b) **(3 points) The Stock Trading Game played in class illustrates which one(s) of the following? Answer Y if yes.**

<u>Y</u> Beating the market is a zero-sum game pre-costs

<u>N</u> Active investors tend to outperform passive investors

<u>N</u> Price equals value

<u>Y</u> If the winners tend to repeat, this is an example of market inefficiencies

<u>N</u> Short selling hurts performance and distorts price

<u>Y</u> When the market is up, most investors will have positive return

c) **(3 points) Which one(s) of the following statements are consistent with efficient capital markets? Answer Y if yes.**

<u>N</u> Diversification is the key to excess returns

<u>Y</u> Prices tend to equate to underlying values

<u>Y</u> New information tends to get quickly reflected into security prices

<u>N</u> Behavioral Finance emotions and cognitive errors distort prices

<u>Y</u> Outperformance is luck, not skill

<u>Y</u> Realized alphas are supposed to be zero

5

*Yale School of Management*                                                        *Roger Ibbotson*
*Winter 2023/2024*                                                                  *Investor*

d) **(3 points) If you believe that markets are efficient, how would you manage your personal investments?** Answer **H**=High or **L**=Low.

<u>Low</u> Amount of trading

<u>High</u> Level of diversification

<u>Low</u> Amount of effort studying individual securities

<u>High</u> Importance of tax management

<u>High</u> Focus on risk level

<u>High</u> The degree to focus on asset allocation

e) **(2 points) Which type(s) of investor has a decent chance of beating the market? Answer Y if yes.**

<u>N</u> An investor with a well-diversified portfolio

<u>Y</u> An investor who has an edge in some particular area

<u>N</u> An investor who is very risk averse

<u>N</u> An average investor, but someone who is in a high tax bracket

f)  **(2 points) Some investors, who do *not* believe markets are efficient, still would want to "act as if" markets were efficient. Why might they want to manage their investments in this way?**

Investors who recognize that they have "Socratic knowledge," meaning they are aware of their own limitations and ignorance ("knowing what they do not know"), may choose to act as if markets are efficient for several reasons:

1. Cost Efficiency: Actively trying to beat the market can be expensive because it generally involves higher transaction costs due to more frequent trading, potential higher tax consequences, and often higher management fees if using active fund managers. By acting as if the market is efficient, investors can minimize these costs.

2. Risk Management: Investors who act as if the market is efficient are more likely to diversify their portfolio. Diversification reduces risk without sacrificing expected returns.

3. Time and Resource Constraints: Conducting the research required to attempt to beat the market requires significant time and resources. Many investors may not have the time, access to information, or analytical tools to make informed decisions that they believe could outperform the market.

4. Behavioral Biases: Investors may recognize that behavioral biases can lead to poor investment decisions. By adopting a strategy that assumes market efficiency, these investors would aim to minimize the impact of their own cognitive biases on their investment decisions.

5. Simplicity and Peace of Mind: There is a simplicity to investing in a manner that assumes market efficiency because it often involves buying and holding a diversified mix of assets, which can provide peace of mind to investors who prefer a more hands-off approach.

6. Acknowledgment of the Difficulty of Beating the Market: Even if investors do not believe that markets are fully efficient, they may acknowledge that consistently outperforming the market is difficult. They might believe that while inefficiencies exist, they are not easily or consistently exploitable for excess returns.

7. Long-Term Investment Horizon: Investors with a long-term outlook may recognize that any potential inefficiencies are likely to be arbitraged away over time, and therefore, a strategy that assumes market efficiency aligns with their investment horizon.

8. After-Tax Returns: Finally, since actively managed portfolios can generate more taxable events, an investor in a high tax bracket may prefer a strategy that assumes market efficiency, which typically involves less frequent trading and thus potentially more favorable tax treatment.

Yale School of Management                                    Roger Ibbotson
Winter 2023/2024                                             Investor

## Q3 CAPM Alphas & Betas (18 points)

a) **(6 points) An analyst regresses the realized excess (of riskless rate f) returns of Portfolio P against the excess returns on a market index, M, using the following regression equation:**

$$( R_p - r_f ) = \alpha_p + \beta_p ( R_M - r_f ) + \varepsilon_p$$

i) **What does the beta of a portfolio measure? If the beta is less than one, what can we say about the portfolio?**

The beta ($\beta$) of a portfolio measures the sensitivity of the portfolio's excess returns (over the risk-free rate) to the excess returns of the market index. Beta is a proxy for risk because it's a measure of how much the portfolio's returns move in relation to the market's returns. Beta measures the tendency of the portfolio's returns to respond to swings in the market.

If $\beta = 1$, then the portfolio's excess returns are expected to move in line with the market's excess returns. If the market goes up (or down) by 1%, the portfolio is also expected to go up (or down) by approximately 1%.
If $\beta > 1$, the portfolio is considered to be more volatile than the market. It means that the portfolio's excess returns are expected to move more than the market's excess returns. If the market goes up (or down) by 1%, the portfolio is expected to go up (or down) by more than 1%.
If $\beta < 1$, the portfolio is considered to be less volatile than the market. It means that the portfolio's excess returns are expected to move less than the market's excess returns. If the market goes up (or down) by 1%, the portfolio is expected to go up (or down) by less than 1%.

Beta can be used by investors as a risk assessment tool, where it represents the sensitivity of the portfolio's returns to market movements. Beta is a component of the Capital Asset Pricing Model (CAPM), which calculates the expected return on an investment given its beta and the expected market returns.

If the beta is less than one, we can say that the portfolio is less sensitive to market movements than the market index itself. We can infer that the portfolio has less systemic risk compared to the overall market, and therefore more "defensive". In practical terms, if the market experiences a decline, the portfolio is expected to decline less than the market; conversely, if the market rises, the portfolio would typically see smaller gains compared to the market. A lower beta might also suggest that the portfolio is well-diversified or has a significant allocation to less volatile assets such as bonds or stocks in stable industries.

ii) **Do you expect the alpha to be positive, negative, or zero? What does the alpha measure? How would you interpret a negative alpha?**

Alpha ($\alpha$) measures the performance of a portfolio relative to a benchmark index, adjusting for the risk taken (as measured by $\beta$). $\alpha$ represents the excess return of the portfolio above the return predicted by the CAPM given its $\beta$. Essentially, $\alpha$ is the portfolio's return beyond what would be expected based on its level of systematic risk.

Positive Alpha indicates that the portfolio has outperformed its benchmark after adjusting for risk, suggesting that the portfolio manager has added value through their selection of investments.

8

Negative Alpha indicates that the portfolio has underperformed its benchmark after adjusting for risk, which could be due to poor investment choices, timing, or simply the costs associated with managing the portfolio. Zero Alpha: Implies that the portfolio has earned a return exactly as expected for its level of risk. There's no excess return, but also no underperformance relative to the benchmark. Holding the market would yield an alpha equal to zero.

Whether we expect alpha to be positive, negative, or zero depends on the portfolio manager's skill, market conditions, and the portfolio's investment strategy. Efficient market hypothesis proponents might argue that achieving a consistently positive alpha is difficult because markets price securities efficiently, making it hard to achieve returns above the market's expected return for a given level of risk.

A negative alpha suggests that the portfolio has not performed as well as expected based on its risk profile, which could mean that the manager's investment strategy did not pay off as expected or that the costs (such as management fees, transaction costs) associated with the portfolio were high enough to offset any gains made through active management.

iii)     **What do the $\varepsilon_p$ sum to? What does the R-square measure tell you about the portfolio?**

Over a large number of observations, the sum of the error terms $\varepsilon_p$ in a well-specified regression model is expected to be zero because the regression line is fitted in a way that minimizes the sum of the squared errors (i.e. the differences between the observed values and the values predicted by the model), and the errors themselves, being deviations from the regression line, should average out to zero if the model has correctly captured the relationship between the variables.

R-squared is a statistical measure that represents the proportion of the variance for a dependent variable that's explained by an independent variable or variables in a regression model. In the context of a portfolio, the R-square indicates the proportion of the variance in the portfolio's excess returns that is predictable from the market index's excess returns. A high R-squared value suggests that a significant portion of the portfolio's movements can be explained by movements in the market index, indicating that the portfolio's performance is closely tied to the overall market performance. A low R-squared value indicates that the market index's movements do not explain a large portion of the portfolio's movements, suggesting the portfolio's performance is largely influenced by factors other than the market index, such as specific stock selection or other investment strategies.

**b) (6 points) Assume that the expected return of the market is 10% and that the risk-free rate is 4%. A portfolio is composed of the following three stocks:**

| Stock | Price | Shares Held | Estimated Beta |
|-------|-------|-------------|----------------|
| GHI   | $40   | 2,000       | 1.50           |
| JKL   | $20   | 2,500       | 0.80           |
| MNO   | $10   | 7,000       | 2.00           |

    i)   **What is the portfolio beta?**

We know that the portfolio beta is equal to $\beta_{portflio} = \sum w_i \times \beta_I$.

Therefore, we first want to calculate the relative weight of each holding.
For stock GHI, total value = $\$40 \times 2000 = \$80,000$
For stock JKL, total value = $\$20 \times 2500 = \$50,000$
For stock MNO, total value = $\$10 \times 7000 = \$70,000$

Therefore, the total value of the portfolio is $\$80,000 + \$50,000 + \$70,000 = \$200,000$

We can then calculate the weight of each stock:
$$w_{GHI} = \frac{\$80,000}{\$200,000} = 0.40$$
$$w_{JKL} = \frac{\$50,000}{\$200,000} = 0.25$$
And $w_{JKL} = \dfrac{\$70,000}{\$200,000} = 0.35$

Therefore, we can calculate the beta of the portfolio as

$$\beta_{portfolio} = w_{GHI} \times \beta_{GHI} + w_{JKL} \times \beta_{JKL} + w_{MNO} \times \beta_{MNO} = 0.40 \times 1.50 + 0.25 \times 0.80 + 0.35 \times 2.00$$
$$= 0.6 + 0.2 + 0.7 = 1.5$$

    ii)   **According to the CAPM, what is the expected return of the portfolio?**

We know that the according to the CAPM, the expected return of the portfolio is equal to:
$$E(R_{portfolio}) = R_f + \beta_{portfolio} \times (E(R_m) - R_f)$$

where $R_f$ is the risk free rate, which we are told to assume is 4%, $R_m$ the market rate of return which we are told to assume is 10%.

Therefore, the expected return of the portfolio is :

$$E(R_{portfolio}) = 4\% + 1.5 \times (10\% - 4\%) = 4\% + 1.5 \times 6\% = 0.13 = \boxed{13\%}$$

iii)    **If the market went up 20% last year and the portfolio was up 25%, what would be the realized alpha of the portfolio?**

We know that the realized alpha for the portfolio can web calculated as

$$\alpha = R_{portfolio} - [R_f + \beta_{portfolio} \times (R_m - R_f)]$$

where $R_{portfolio}$ we are told to assume is 25%, $R_m$ we are told to assume is 20%, and we know the risk free rate $R_f$ is 4% and portfolio beta $\beta_{portfolio}$ is 1.5

Therefore, $\alpha = 25\% - [4\% + 1.5 \times (20\% - 4\%)] = 25\% - (4\% + 1.5 \times 16\%) = 25\% - (4\% + 24\%)$
$$= 25\% - 28\% = \boxed{-3\%}$$

This negative alpha indicates that the actual return of the portfolio was 3% less than what was expected based on its level of risk as measured by the beta of the portfolio and the actual market performance. Despite the portfolio achieving a higher return than the market (25% vs. 20%), it underperformed relative to the risk-adjusted expected return calculated using CAPM, which suggests that, given its risk level, the portfolio was expected to perform even better than the 25% achieved.

c)    **(4 points) Returns can be generated either actively or passively. Classify each of the following terms by whether they are more strongly associated with Active (A) or Passive (P) management. Mark an "A" or "P" in each blank.**

| | |
|---|---|
| P Efficient Markets | P Risk Premiums |
| A Beating-the-Market | P Index Funds |
| P The CAPM | A Alpha |
| A Residual Risk | A Timing the Market |

*Yale School of Management*                          *Roger Ibbotson*
*Winter 2023/2024*                                   *Investor*

**d)** **(2 points) Assume you are evaluating a portfolio and have a two-factor risk premium model. Factor 1 embodies the changes in the stock market and the expected equity risk premium related to this factor is 6%. Factor 2 embodies changes in the bond market and its expected interest rate risk premium is 2%. The rate of return on the risk-free asset is 3%. The portfolio you are evaluating has β1= 0.6 and β2= 0.4. What is the expected return on your portfolio according to the two-factor risk premium model?**

According to the two-factor risk premium model, we know that the expected return on the portfolio can be calculated as:

$$E(R_p) = R_f + \beta_1 \times RP_1 + \beta_2 \times RP_2$$

We know from the prompt that
$R_f = 3\,\%$
$\beta_1 = 0.6$
$RP_1 = 6\,\%$
$\beta_2 = 0.4$
$RP_2 = 2\,\%$

Therefore, $E(R_p) = 3\% + 0.6 \times 6\% + 0.4 \times 2\,\% = 3\% + 3.6\% + 0.8\,\% = \boxed{7.4\,\%}$

*Yale School of Management*                                    *Roger Ibbotson*
*Winter 2023/2024*                                            *Investor*
Q4 **Rankings (10 points)**

Rank the following from high to low. Label them **H (High)**, **M** (Median), and **L(Low)**

a) Long-Term Historical Annualized Return

      M Housing
      H Common Stocks
      L U.S. Treasury Bills

b) Risk

      H Common Stocks
      M U.S. Treasury Bonds
      L U.S. Treasury Bills

c) Expected Returns (pre-cost)

      L Very liquid stocks
      M Not very liquid stocks
      H Private equity

d) Efficiency of Market

      H Large Cap Stocks
      M Small Cap Stocks
      L Real Estate

e) R-squared on market (CAPM regression)
      L One-stock portfolio
      M Actively managed portfolio
      H Passively managed index fund

f) Yield to maturity

      L U.S. Investment Grade Municipal Bonds
      M U.S. Investment Grade Corporate Bonds
      H Turkish Government Bonds

g) Return in falling interest rate environment

      H Long-term government bonds
      L U.S. Treasury Bills
      M Intermediate Treasuries

*Yale School of Management*                                          *Roger Ibbotson*
*Winter 2023/2024*                                                    *Investor*

h) Duration

        M Newly issued long-term high coupon bonds
        H Newly issued long-term zero coupon bonds
        L U.S. Treasury bills

i) Most Tax Efficient

        M Deferred Tax Account
        H Tax-Exempt Account
        L Taxable Account

j) Investor Performance

        H Investor with an "edge"
        M Investor with Socratic knowledge
        L Overconfident investor

*Yale School of Management*                                           *Roger Ibbotson*
*Winter 2023/2024*                                                     *Investor*
**Q5 Bonds & Currencies (12 points)**

You are a bond portfolio manager. Treat each of the following parts (a, b, c, d, e) independently
and separately.

a) **(1 points) You believe that the general level of interest rates is going to rise next year. Which one
should you do? Mark one of the following with an X:**

**X**___i.        Shorten the maturities of your portfolio.

_____ ii.        Lengthen the maturities of your bonds.

_____ iii.       Rebalance your portfolio to maintain a constant duration.

b) **(3 points) Your portfolio is 30% in money market funds (with a duration of zero) and 70% in a 12-
year maturity bond (with a modified duration of 10 years). You frequently rebalance your portfolio
to maintain a constant portfolio-level duration. The yield on the whole portfolio is 5% today. What
will your portfolio's approximate return be this coming next year in the scenario that on the last
day of this coming year your portfolio yield falls to 4%. Fill in the blanks below for TR (total return),
A, B, and C. Use integers (positive or negative whole numbers).**

Total Return = A% - B x C%

TR=**12**        A=**5**        B=**7**        C=**-1**

We know that A is equal to 5 because 5% is the current yield on the portfolio per the prompt.
B represents the weighted average duration of the portfolio. We know the portfolio is 30% money market (with
a duration of 0) and 70% 10-year bond duration. Therefore, B is equal to 30% x 0 + 70% x 10 = 7.
C represents the change in yield, which we can calculate as the difference between the yield at the end of the
year and the initial yield. Therefore, C = 4 - 5 = 1 (percent).
Lastly, summing up 5% - 7 x (-1%) = 5% + 7% gives us a TR of 12 (%).

15

*Yale School of Management*                                         *Roger Ibbotson*
*Winter 2023/2024*                                                  *Investor*

c) **(2 points) Your \$10M bond portfolio has a yield of 4%; a weighted average maturity of 7 years, and a weighted average modified duration of 5 years. You wish to hedge the interest rate risk by shorting a long-term bond futures contact with a 20-year modified duration. How many dollars of the future's contract do you need to short to hedge out most of your interest rate risk?**

We know that the dollar amount of futures contracts needed to hedge the portfolio is equal to :

$$Value Futures = \frac{PortfolioValue \times PortfolioDuration}{FuturesDuration} = \frac{\$10M \times 5}{20} = \frac{\$50M}{20} = \boxed{\$2.5M}$$

d) **(3 points) For zero coupon bonds, the one-year spot rate is 3%, the two-year yield is 4%, and the three-year yield is 4%.**

   i) **What are the first three forward rates? (You can arithmetically approximate).**

We know that the one year spot rate is $Y_1 = 3\%$ , two-year yield $Y_2 = 4\%$ , and three-year yield $Y_3 = 4\%$ .

We now that the forward rate between year n and year n+1 can be calculated as :

$$(1 + F_{n,n+1}) = \frac{(1+Y)^n}{(1+Y_{n-1})^{n-1}}$$

Therefore, $\boxed{Y_1 = F_1 = 3\%}$

and $F_{2,1} = \frac{(1+Y_2^2)}{(1+Y_1)^1} - 1 = \frac{(1+0.04)^2}{(1+0.03)^1} - 1 = \frac{1.04^2}{1.03} - 1 = 1.05009 - 1 = \boxed{5.01\%}$

Similarly, $F_{3,2} = \frac{(1+Y_3^3)}{(1+Y_2)^2} - 1 = \frac{(1+0.04)^3}{(1+0.04)^2} - 1 = \frac{1.04^3}{1.04^2} - 1 = 1.04 - 1 = 0.04 = \boxed{4\%}$

And therefore, $F_{3,1} = \frac{F_1 + F_2 + F_3}{3} = \frac{3\% + 5.01\% + 4\%}{3} = \boxed{4\%}$

   ii) **The 2nd and 3rd forward rates have a 1% horizon premium embedded in them. According to the Expectations Theory with a horizon preference, what is the expected one-year spot rate one year from now?**

The Expectations Theory of interest rates suggests that the forward rate between year n and year n+1 (i.e. $F_{n+1,n}$) is equal to the expected spot rate for the year n+1 (which we will denote as $E(Y_{n+1})$ plus a horizon premium to compensate investors for the increased risk and forgoing the flexibility of investing in shorter-term instruments.

We already calculated the one-year spot rate one-year from now as $F_{2,1} = 5.01\%$ . If there is a 1% horizon premium embedded in this rate, we would expect the new one-year spot rate one year from now to be the

difference between the forward rate and the horizon premium. Therefore, we would expect

$$E(Y_2) = F_{2,1} - Horizon\,Premium = 5.01\% - 1\% = \boxed{4.01\,\%}$$

**e)  (3 points) Recently, the currency rates were 109 U.S. Dollars (USD) per EURO.**

**i)  How many EUROS will $10,000 buy?**

For every euro you need 109 dollars.

Therefore, $10,000 will buy $\dfrac{USD\,Amount}{Conversion\,Rate} = \dfrac{\$10,000}{\$109\,per\,euro} = \boxed{91.74\,euros}$

**ii)  According to purchasing power parity, if the U.S. is expected to have 3% inflation and Europe 4% inflation, what would the market expect the USD/EURO rate to be one year from now?**

We would expect the new exchange rate to be:

$$Expected = Current \times \frac{1 + Home\,Inflation}{1 + Foreign\,Inflation} = 109 \times \frac{1 + 0.03}{1 + 0.04} = \boxed{107.95}$$

**iii)  If international parity holds, and U.S. interest rates are 3.5%, what would we expect the EURO interest rates to be?**

We know that we can calculate the forward rate can be calculated as $R_1 = R_0 \times (\dfrac{1 + i_{USD}}{1 + i_{euro}})$

Therefore, $i_{euro} = \dfrac{1 + i_{USD}}{\frac{R_1}{R_0}} - 1 = \dfrac{1 + 0.035}{\frac{107.95}{109}} - 1 = \dfrac{1.035}{0.99} - 1 = 1.045 - 1 = \boxed{4.5067\,\%}$

17

*Yale School of Management*                                    *Roger Ibbotson*
*Winter 2023/2024*                                            *Investor*

**Q6 Multiple Choice (10 points)** (Choose one answer for each by marking an "X")

a) Valuation is higher when
    **X** Future cash flows are expected to grow
    ____Discount rates are high
    ____The stock is a value stock
    ____All of the above


b) A stock's underlying value
    ____Is the present value of its discounted cash flows
    ____Can be estimated by multiplying its earnings by its peer-related PE ratio
    ____Is usually not directly observable
    **X** All of the above


c) Which quantity is associated with a risk premium in an efficient market?
    ____The alpha
    **X** The beta
    ____The residual
    ____None of the above


d) When the stock market goes up more than then riskless rate
    **X** According to CAPM, high beta stocks should outperform
    ____Alphas should be mostly positive
    ____A diversified portfolio should outperform the market
    ____All of the above


e) Which investor is more likely to beat the market?
    ____An investor in index funds
    **X** An investor who has an edge (unique knowledge or skill) in some area
    ____An investor who pays high fees
    ____None of the above


f) A stock market characteristic that investors like ( e.g. liquidity, brand) leads to:
    **X** Higher valuations
    ____Higher expected returns
    ____Higher risk
    ____All of the above


g) A portfolio is likely to be more diversified if:
    ____It includes more asset classes

18

*Yale School of Management*
*Winter 2023/2024*

*Roger Ibbotson*
*Investor*

    ____The assets have low cross-correlations

    ____It has a high RSQ with the index

    **X** All of the above

h) When interest rates rise sharply

    ____Long duration bonds outperform short duration bonds

    **X** Short duration bonds outperform long duration bonds

    ____Bond prices rise

    ____None of the above

i) Diversification

    ____Raises the alpha of a portfolio

    **X** Lowers the idiosyncratic risk of a portfolio

    ____Is increased if the securities are highly correlated with each other

    ____All of the above

j) Which of the following does a portfolio optimizer do?

    ____Maximize expected return

    ____Minimize expected risk

    ____Find efficient frontiers

    ____Constrain a portfolio

    **X** All of the above

*Yale School of Management*                                          *Roger Ibbotson*
*Winter 2023/2024*                                                   *Investor*

## Q7 **Examples (8 points)**

Give an example of an investment category (e.g. common stocks, growth stocks, real estate, U.S. Treasury bills, junk corporate bonds, hedge funds, gold, etc) that is very high and very low, relative to each other, in each characteristic below:

|   |                      | <u>Very High</u>       | <u>Very Low</u>        |
|---|----------------------|------------------------|------------------------|
| A. | Historical Return   | <u>Growth Stocks</u>   | <u>US Treasury Bills</u> |
| B. | Price Earnings Ratio | <u>Growth Stocks</u>  | <u>Value Stocks</u>    |
| C. | Beta                | <u>Small Cap Stocks</u> | <u>Government Bonds</u> |
| D. | Bond Yield          | <u>Junk Corporate Bonds</u> | <u>US Treasury Bonds</u> |
| E. | Liquidity           | <u>Common Stocks</u>   | <u>Real Estate</u>     |
| F. | Duration            | <u>Long-term Gov Bonds</u> | <u>US Treasury Bills</u> |
| G. | Taxable             | <u>Dividend stocks</u> | <u>Municipal Bonds</u> |
| H. | Fees                | <u>Hedge Funds</u>     | <u>Index Funds</u>     |

## Q8 **Personal Investing (14 points)**

*Yale School of Management*                                    *Roger Ibbotson*
*Winter 2023/2024*                                            *Investor*

a) **(2 points) Contrast personal versus institutional investing. Rank as MORE important and LESS important. Each row should have one MORE and one LESS.**

|       |                   | Institutional | Personal |
|-------|-------------------|---------------|----------|
| i.    | Searching for Alpha | MORE        | LESS     |
| ii.   | Taxation          | LESS          | MORE     |
| iii.  | Impact of fees    | LESS          | MORE     |

b) **(4 points) Human Capital and Financial Capital.**

   i) **Distinguish between human capital and financial capital.**

Human capital is defined as the present value of future earned income, which are essentially the skills, knowledge, and experience possessed by an individual that can be used to generate economic value. Financial capital, on the other hand, encompasses tangible assets like stocks and bonds that represent an individual's economic resources or wealth. Human capital is about the potential to earn, influenced by education and career choices, while financial capital refers to already accumulated wealth that can be invested to generate income.

   ii) **What happens to our share of each as we age?**

As we age, our share of human capital generally decreases while our share of financial capital increases. Initially, individuals have higher human capital due to their potential to earn income over their careers. Over time, as individuals age, they accumulate savings and investments, increasing their financial capital. Simultaneously, as they approach retirement, their human capital diminishes because their remaining working years and potential to earn income decrease. The transition from reliance on human capital to financial capital is a key aspect of financial planning and retirement preparation.

When plotted, Human Capital takes on the form of a curve that peaks at age 25 and slowly decreases over time (in the shape of a radioactive isotope decay curve) while financial capital is in the shape of a bell curve with a peak at about the age of retirement (when we start taking away from our accumulated financial capital to pay for a life of leisure after work).

At age 25, we mostly have human capital. Approaching age 65, we mostly have financial capital.

   iii) **If human capital is bond-like, how should we adjust our financial stock and bond asset allocation to keep our total risk stable as we age?**

If the goal is to keep total risk stable as we age, and human capital is similar to a junk bond because it provides a steady although uncertain source of income over time, we would want our initial financial capital asset allocation to be mostly stocks (even high beta stocks to incorporate more risk). Indeed, early on, our wealth is mainly human capital, so we might invest more in stocks for growth. As we get older and accumulate more financial capital, the direct approach is to balance this portfolio by investing financial capital less in stocks and

*Yale School of Management*                                        *Roger Ibbotson*
*Winter 2023/2024*                                                 *Investor*

more in bonds. This shift aims to maintain a consistent risk level across your total assets, compensating for the decreasing 'bond-like' value of your human capital.

Therefore, when young, we should invest all our financial capital in stocks because human capital provides a bond-like asset. Over time, while our bond-like human capital decrease, we want to decrease our financial capital exposure to stocks by rebalancing into bonds.

In essence:
- start life with all human capital and almost no financial capital
- invest all in stocks
- as we age, human capital decreases and financial capital increases
- we rebalance our portfolio to maintain a steady level of risk by allocating more financial capital into bonds and less into stocks
- the decreasing human capital remains bond-like throughout our life until retirement

As a side note, we can mitigate risk in each asset class. For example, we can also buy life insurance to protect human capital. Similarly, accumulation annuities can replace bonds, and payout annuities can protect longevity risk.

   c) **An individual investor invests one million dollars in stock mutual funds and one million dollars in bond mutual funds.**

      i) **(2 points) She expects to earn a 2% alpha on her stocks, but no alpha on her bonds. The bonds are expected to earn 5% (taxed as ordinary income), while the stocks are expected to earn a 9% plus alpha (taxed as capital gains). What is her expected gross return (in percent) before fees and taxes?**

The gross return in percent before fees and taxes is the combined gross return of each asset class.

For stocks :
Investment: $1,000,000
Expected Market Return: 9%
Expected Alpha: 2%
Total Expected Return: 9% + 2% = 11%
Dollar expected return: $11\% \times \$1,000,000 = \$110,000$

For bonds:
Investment: $1,000,000
Expected Return: 5%
Expected Alpha: 0% (since no alpha is expected on bonds)
Total Expected Return: 5%
Dollar expected return: $5\% \times \$1,000,000 = \$50,000$

Therefore, the total dollar return on this portfolio is $\$110,000 + \$50,000 = \$160,000$

The total gross return (in percent) is therefore $\dfrac{\$160,000}{\$2,000,000} = 0.08 = $ 8 %

*Yale School of Management*                                      *Roger Ibbotson*
*Winter 2023/2024*                                               *Investor*

    ii) **(3 points) She expects to pay management fees and costs of 150 basis points (1.50%) on her entire portfolio which she can deduct from her bond income returns. Including state taxes, she is in the 40% ordinary tax bracket, and she pays 20% on her capital gains (assume realized every year.) What is her expected net return (in percent) after fees and taxes?**

We can use the same logic as before to calculate return net of fees and taxes.

For stocks :
Investment: $1,000,000
Expected Market Return: 9%
Expected Alpha: 2%
Total Expected Return: 9% + 2% = 11%
Taxes: 20% capital gains
Net return after tax: 11% x (1-20%)
Dollar net expected return: $11\% \times (1 - 20\%) \times \$1,000,000 = \$88,000$

For bonds:
Investment: $1,000,000
Expected Return: 5%
Expected Alpha: 0%
Management fee: 1.5% of entire portfolio ( $= 1.5\% \times \$2,000,000 = \$30,000$)
Bond return after tax: $50,000 - $30,000 = $20,000$
Taxes: 40% ordinary tax ( $= 40\% \times \$20,000 = \$8000$)
Dollar net expected return: $20,000 - $8000 = $12,000$

Total dollar net expected return : $88,000 + $12,000 = $100,000$

The total gross return (in percent) is therefore $\dfrac{\$100,000}{\$2,000,000} = $ <mark>$5.0\%$</mark>

    iii) **(3 points) She believes her portfolio will earn a long-term total return of 6% compounded annually after all taxes and fees. Use the Rule of 72 to approximate how long it will take to quadruple her investment if she reinvests all of her returns.**

The Rule of 72 is a simple way to estimate the number of years required to double an investment at a given annual rate of return by dividing 72 by the annual rate of return. To approximate how long it will take to quadruple (which is equivalent to doubling twice) the investment, we can use this rule and then multiply the result by 2, as quadrupling would require doubling the investment twice.

Therefore, the according to the Rule of 72, $Doubling = \dfrac{72}{Return} = \dfrac{72}{6} = 12 \; years$

and thus $Quadruple = Doubling \times 2 = 12 \times 2 = $ <mark>$24 \; years$</mark>