# EXHIBIT U

Report generated by  ⓖ **GPTZero**                         Version 2024-08-02-base

Document Title **Investors who recognize that they have "Socratic k**   Author: **Ken Wieler**

Our detector is highly confident that the text is written by AI.

## AI Scan

## 95%

There is a 95% chance this text was written entirely by AI.

## Stats

366 words
34 sentences
34 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

 Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.
 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

## AI Scanned Document

Our detector is highly confident that the text is written by AI.

■ AI Content

### Investors who recognize that they have "Socratic k

Investors who recognize that they have "Socratic knowledge," meaning they are aware of their own limitations and ignorance ("knowing what they do not know"), may choose to act as if markets are efficient for several reasons:

1. Cost Efficiency: Actively trying to beat the market can be expensive because it generally involves higher transaction costs due to more frequent trading, potential higher tax consequences, and often higher management fees if using active fund managers. By acting as if the market is efficient, investors can minimize these costs.

2. Risk Management: Investors who act as if the market is efficient are more likely to diversify their portfolio. Diversification reduces risk without sacrificing expected returns.

3. Time and Resource Constraints: Conducting the research required to attempt to beat the market requires significant time and resources. Many investors may not have the time, access to information, or analytical tools to make informed decisions that they believe could outperform the market.

4. Behavioral Biases: Investors may recognize that behavioral biases can lead to poor investment decisions. By adopting a strategy that assumes market efficiency, these investors would aim to minimize the impact of their own cognitive biases on their investment decisions.

5. Simplicity and Peace of Mind: There is a simplicity to investing in a manner that assumes market efficiency because it often involves buying and holding a diversified mix of assets, which can provide peace of mind to investors who prefer a more hands-off approach.

6. Acknowledgment of the Difficulty of Beating the Market: Even if investors do not believe that markets are fully efficient, they may acknowledge that consistently outperforming the market is difficult. They might believe that while inefficiencies exist, they are not easily or consistently exploitable for excess returns.

7. Long-Term Investment Horizon: Investors with a long-term outlook may recognize that any potential inefficiencies are likely to be arbitraged away over time, and therefore, a strategy that assumes market efficiency aligns with their investment horizon.

8. After-Tax Returns: Finally, since actively managed portfolios can generate more taxable events, an

investor in a high tax bracket may prefer a strategy that assumes market efficiency, which typically involves less frequent trading and thus potentially more favorable tax treatment.

Report generated by **GPTZero**  Version 2024-08-02-base

Document Title: **The beta (β) of a portfolio measures the sensitivi**  Author: **Ken Wieler**

Our detector is highly confident that the text is written by AI.

## AI Scan

## 95%

There is a 95% chance this text was written entirely by AI.

## Stats

370 words

32 sentences

32 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

 Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.
 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**AI Scanned Document**

Our detector is highly confident that the text is written by AI.

AI Content

The beta (β) of a portfolio measures the sensitivi

The beta (ß) of a portfolio measures the sensitivity of the portfolio's excess returns (over the risk-free rate) to the excess returns of the market index. Beta is a proxy for risk because it's a measure of how much the portfolio's returns move in relation to the market's returns. Beta measures the tendency of the portfolio's returns to respond to swings in the market.

If ß = 1, then the portfolio's excess returns are expected to move in line with the market's excess returns. If the market goes up (or down) by 1%, the portfolio is also expected to go up (or down) by approximately 1%.

If ß > 1, the portfolio is considered to be more volatile than the market. It means that the portfolio's excess returns are expected to move more than the market's excess returns. If the market goes up (or down) by 1%, the portfolio is expected to go up (or down) by more than 1%.

If ß < 1, the portfolio is considered to be less volatile than the market. It means that the portfolio's excess returns are expected to move less than the market's excess returns. If the market goes up (or down) by 1%, the portfolio is expected to go up (or down) by less than 1%.

Beta can be used by investors as a risk assessment tool, where it represents the sensitivity of the portfolio's returns to market movements. Beta is a component of the Capital Asset Pricing Model (CAPM), which calculates the expected return on an investment given its beta and the expected market returns.

If the beta is less than one, we can say that the portfolio is less sensitive to market movements than the market index itself. We can infer that the portfolio has less systemic risk compared to the overall market, and therefore more "defensive". In practical terms, if the market experiences a decline, the portfolio is expected to decline less than the market; conversely, if the market rises, the portfolio would typically see smaller gains compared to the market. A lower beta might also suggest that the portfolio is well-diversified or has a significant allocation to less volatile assets such as bonds or stocks in stable industries.