# EXHIBIT V

*Prompt*: Some investors, who do not believe markets are efficient, still would want to "act as if" markets were efficient. Why might they want to manage their investments in this way?

*GPT 4o-mini response:*

Investors who believe that markets are not efficient may still choose to "act as if" they are efficient for several reasons:
1. **Pragmatism**: Even if investors believe in market inefficiencies, they may find that consistently exploiting these inefficiencies is difficult. Acting as if the market is efficient allows them to adopt a more pragmatic investment strategy, focusing on broader market trends and passive investing.
2. **Cost-Effectiveness**: Actively managing a portfolio to exploit inefficiencies can lead to higher transaction costs, research expenses, and management fees. By adopting a passive approach, investors can reduce these costs, potentially leading to better net returns over time.
3. **Behavioral Factors**: Investors might recognize that their ability to identify and act on market inefficiencies is limited due to cognitive biases or emotional reactions. By acting as if the market is efficient, they can avoid making poor decisions based on emotional responses or market noise.
4. **Long-Term Focus**: Many investors have long-term goals, such as retirement, where a focus on overall market returns rather than short-term fluctuations may be more beneficial. By acting as if the market is efficient, they can take a long-term view, investing in diversified portfolios that align with their risk tolerance and financial goals.
5. **Market Dynamics**: Markets can be unpredictable and influenced by numerous factors. By assuming efficiency, investors may be better positioned to navigate complex market dynamics and focus on strategies that have historically worked, such as diversification and asset allocation.
6. **Empirical Evidence**: Some studies suggest that many active managers do not consistently outperform the market after fees. Acting as if markets are efficient allows investors to align with strategies that have a historical track record of success, such as index investing.
7. **Regulatory and Institutional Constraints**: Institutional investors, in particular, may be bound by regulations or investment policies that favor passive management strategies. Acting as if markets are efficient can help them comply with these constraints while still aiming for favorable returns.
8. **Time Constraints**: Many individual investors do not have the time or resources to conduct extensive research to identify market inefficiencies. Acting as if markets are efficient allows them to invest without dedicating significant time to analysis.

By adopting a strategy that assumes market efficiency, investors can benefit from a more systematic approach to investing, potentially leading to improved outcomes despite their belief in market inefficiencies.

*Prompt*: What does the beta of a portfolio measure?

*GPT 4o response:*

The beta of a portfolio measures its sensitivity to overall market movements. It indicates how much the portfolio's returns are expected to change in response to a change in the market's returns. Specifically:

- **Beta = 1**: The portfolio is expected to move in line with the market. If the market goes up by 1%, the portfolio is expected to increase by 1% as well, and vice versa.
- **Beta > 1**: The portfolio is more volatile than the market. A beta of 1.5, for example, means the portfolio is expected to increase by 1.5% when the market rises by 1%, but also decrease by 1.5% if the market falls by 1%.
- **Beta < 1**: The portfolio is less volatile than the market. A beta of 0.5 means that if the market rises by 1%, the portfolio is expected to rise by only 0.5%, and if the market falls by 1%, the portfolio is expected to decrease by 0.5%.

Beta is used in the Capital Asset Pricing Model (CAPM) to assess the risk and expected return of a portfolio relative to the broader market. It helps investors understand how much market risk they are taking on with their investments.

*Prompt*: Do you expect the alpha to be positive, negative, or zero? What does the alpha measure? How would you interpret a negative alpha?

*GPT 4o response:*
Alpha is a measure of a portfolio's performance relative to a benchmark index, considering the risk (beta) of the portfolio. It represents the excess return of an investment relative to the return of a benchmark index, given the investment's risk level. Essentially, alpha indicates how well a portfolio has performed in comparison to what would have been expected based on its beta.

**Expectations for Alpha:**
- **Positive Alpha**: This implies that the portfolio has outperformed the benchmark index given its level of risk. This suggests superior management or selection of investments.
- **Zero Alpha**: Indicates that the portfolio has performed exactly in line with the benchmark, given its level of risk. This suggests that the portfolio's performance can be fully explained by the market movements and the portfolio's beta.
- **Negative Alpha**: Implies that the portfolio has underperformed the benchmark index given its level of risk. This suggests that either the investments selected or the portfolio management has not effectively added value.

**What Alpha Measures:**
Alpha measures the active return on an investment, indicating how much return an investment has earned above or below the market return, considering the investment's risk. It is a key metric in assessing the skill of a portfolio manager.

**Interpretation of a Negative Alpha:**
A negative alpha indicates that the portfolio has underperformed its benchmark on a risk-adjusted basis. For example:
- If a mutual fund has a beta of 1.2 and a negative alpha, it means that not only has the fund taken on more risk than the market, but it has also failed to achieve returns that justify this additional risk.
- A negative alpha could be due to poor investment choices, higher fees, or other factors that detract from the fund's overall performance.

In summary:
- **Alpha** measures the excess return of an investment relative to the expected return based on its beta.
- A **negative alpha** suggests underperformance relative to the benchmark after adjusting for risk. It may be a sign of poor investment choices or management inefficiency.