# EXHIBIT X

**Tsung, Wendy**

---

| | |
|---|---|
| **From:** | Tsung, Wendy |
| **Sent:** | Monday, October 14, 2024 12:30 PM |
| **To:** | Doe, John |
| **Cc:** | Scully, Sherilyn; James Choi, Honor Committee |
| **Subject:** | RE: Mandatory Meeting of Honor Committee |
| **Attachments:** | Doe files.zip |

Dear John,

Please find attached the written materials the Honor Committee will review in connection to the possible Honor Code violation in MGT423E Sourcing and Managing Funds brought forward by Professors Rouwenhorst and Thomas. The materials contain a memo authored by Professor Rouwenhorst referring the case as well as the supporting documentation he provided and email exchanges with the committee chair.

I encourage you to review my earlier written communication to you below containing the link to the procedures of the Honor Committee and your option of supplying a written statement to the Honor Committee in advance of the meeting. If you do provide a written statement, please send it to me by Wednesday, October 30th so I can include your statement with the information the committee will receive.

Please feel free to schedule a meeting with me so that I can answer any questions you have regarding the process.

All the best,
Wendy

Wendy Tsung
Assistant Dean, MBA for Executives
Yale School of Management
165 Whitney Avenue | PO Box 208200
New Haven, CT 06511
Phone: +1 (203) 436-8402
Email: wendy.tsung@yale.edu


Yale SCHOOL OF MANAGEMENT

From: Tsung, Wendy <wendy.tsung@yale.edu>
Sent: Thursday, September 12, 2024 1:45 PM
To: Doe, John <doe.john@yale.edu>
Cc: Scully, Sherilyn <sherilyn.scully@yale.edu>; James Choi, Honor Committee <james.choi.hc@yale.edu>
Subject: RE: Mandatory Meeting of Honor Committee

Dear John,

1

We typically proceed with a case once committee members are confirmed and a quorum is established. As you requested based on your personal circumstances, we have rescheduled your meeting with the committee to Friday, November 8th at noon. This falls on a class weekend so please plan to attend the meeting in person.

Best,
Wendy

**From:** Doe, John <doe.john@yale.edu>
**Sent:** Monday, September 9, 2024 5:10 PM
**To:** Tsung, Wendy <wendy.tsung@yale.edu>
**Cc:** Scully, Sherilyn <sherilyn.scully@yale.edu>; James Choi, Honor Committee <james.choi.hc@yale.edu>; amiltenberg@nmllplaw.com; lbinder@nmllplaw.com; SBernstein@nmllplaw.com
**Subject:** Re: Mandatory Meeting of Honor Committee

Dear Wendy,

As I mentioned on our last meeting in person, I will be in Europe starting this week for my wedding, and will not be available in person or over Zoom on October 4th.

Can we move this meeting to the next available date in November?

Thank you,

JD

--
John Doe
| Linkedin | Twitter | Facebook

**From:** Tsung, Wendy <wendy.tsung@yale.edu>
**Sent:** Sunday, September 8, 2024 1:21 PM
**To:** Doe, John <doe.john@yale.edu>
**Cc:** Scully, Sherilyn <sherilyn.scully@yale.edu>; James Choi, Honor Committee <james.choi.hc@yale.edu>
**Subject:** Mandatory Meeting of Honor Committee

Dear John,

As we discussed, an issue of a possible Honor Code violation has come up in MGT423E Sourcing and Managing Funds brought forward from Professors Rouwenhorst and Thomas. The allegation is you improperly utilized AI on the final exam in the course. Professor Choi (copied) Chair of the Honor Committee has referred the inquiry to the full Honor Committee for review. The Committee will make inquiries into the matter and also hear from you. The tentative date for the Honor Committee meeting is Friday, October 4th and I will be in touch with you once a quorum of members is established and the date and time is confirmed. This is a mandatory meeting, and the preference is for you to appear in person however, please let me know if zoom is required.

You can find the policies and procedures of the SOM Honor Code here:
https://bulletin.yale.edu/bulletins/som/rights-and-responsibilities-students#the-yale-som-honor-code

A list of the student Honor Committee members and faculty members can be found here and will be updated very soon once the new committee members have been selected:
https://portal.som.yale.edu/how-to/policies/yale-som-honor-code/honor-committee. The EMBA Honor Committee member will also join the panel as a voting member. Assistant Dean Scully (who is also copied) will serve along with me in an ex officio capacity (nonvoting). Should you wish to request a recusal of any member of the Committee, please let me know.

As we discussed, if you would like to submit a written statement to the Honor Committee members in advance of the meeting, please forward your statement to me for distribution to the Honor Committee. Any written materials the Honor Committee will review will be provided to you well in advance of the meeting.

Prior to your scheduled meeting, please do not hesitate to contact me or schedule an appointment with me to discuss the procedures of the Honor Committee or any questions you may have regarding the process.

Best regards and be well,
Wendy

Wendy Tsung
Assistant Dean, MBA for Executives
Yale School of Management
165 Whitney Avenue | PO Box 208200
New Haven, CT 06511
Phone: +1 (203) 436-8402
Email: wendy.tsung@yale.edu

Yale SCHOOL OF MANAGEMENT

3