# EXHIBIT Y

**Tsung, Wendy**

| | |
|---|---|
| **From:** | Doe, John |
| **Sent:** | Sunday, November 3, 2024 6:13 PM |
| **To:** | Tsung, Wendy; James Choi, Honor Committee |
| **Cc:** | amiltenberg@nmllplaw.com |
| **Subject:** | Request Regarding Former Dean Scully |

Dear Wendy,

I am writing to express concerns about the composition of the Honor Committee and the procedures being followed in my case.

According to the policy outlined in the SOM Bulletin, the Dean of Students serves as an ex officio member of the Honor Committee. It has come to my attention that former Dean of Students, Ms. Sherilyn Scully, retired earlier this year and now holds the position of Senior Advisor. After her retirement, her name was removed from the Dean's Leadership page on the SOM website. The position of Dean of Students is currently vacant, with applications open on the SOM website, and Ms. Scully no longer holds the Dean of Students position that grants ex officio membership on the Honor Committee.

Despite this, Ms. Scully has continued to participate in the Honor Committee's investigation of this matter and is scheduled to serve on the upcoming hearing. Given that Ms. Scully's current position does not confer membership on the Honor Committee, I am concerned that her continued involvement does not align with the SOM Bulletin policies.

Additionally, I feel compelled to share a distressing interaction I had with Ms. Scully. During a meeting on July 24th 2024, Ms. Scully indicated that I might face visa complications and could potentially be forced to leave the country as a consequence of the proceedings. It felt like she was threatening me, an international student, with deportation. I feel that she views me as an outsider due to my nationality. My perception is that she is already not impartial.

It is essential for the integrity of the process that the Honor Committee strictly adhere to Yale's established policies. I trust that Yale SOM is committed to upholding its policies and maintaining the highest standards of integrity in these important proceedings and respectfully request that Ms. Scully be recused from my Honor Committee hearing in accordance with the Yale SOM policies.

Sincerely,

John Doe

Enclosed:
- screenshot of the SOM website in February 2024 identifying "Sherilyn Scully - Assistant Dean of Academic Affairs and Student Life"
- screenshot of the SOM website today with former Dean Scully not listed
- copy of former Dean Scully's current signature block now identifying herself as "Senior Advisor"
- SOM news publication announcing Sherilyn Scully's retirement

1

--
 | Linkedin | Twitter | Facebook