# EXHIBIT Z

 Outlook

**Re: Student Members of Honor Committee**

From James Choi, Honor Committee <james.choi.hc@yale.edu>
Date  Tue 11/5/2024 2:13 PM
To    Doe, John <John.Doe@yale.edu>; Tsung, Wendy <wendy.tsung@yale.edu>

Dear John,

I have spoken to both Deans Scully and Tsung, and their recollection of what Dean Scully said to you differs from your account.

The composition of the Honor Committee members who will hear your case will adhere to the procedures described in the Yale SOM Bulletin. There are no grounds to require Committee members to meet the criteria you describe.

The membership of the Honor Committee is available to you at https://som.yale.edu/myportal/academics/academic-requirements/yale-som-honor-code. You may request that a member be recused if you believe that member would be prejudiced in your case. I will make a judgment as to whether such a request will be granted.

Sincerely yours,
James Choi

--

James Choi
Chair, Yale SOM Honor Committee
Professor of Finance

From: Doe, John <John.Doe@yale.edu>
Sent: Monday, November 4, 2024 6:03 PM
To: Tsung, Wendy <wendy.tsung@yale.edu>; amiltenberg@nmllplaw.com <amiltenberg@nmllplaw.com>; James Choi, Honor Committee <james.choi.hc@yale.edu>
Subject: Student Members of Honor Committee

Dear Wendy,

At a July 24, 2024, meeting between us and Senior Advisor Scully, Ms. Scully made representations about the composition of the Honor Committee's student members.

Ms. Scully represented that the Committee's student members would have prior experience with the Sourcing and Managing Funds (SMF) course at issue in the hearing.

Specifically, Ms. Scully represented that the students sitting and judging on the Committee would have taken the same SMF exam that I took and that the students would have taken the same courses that I took; that there would be up to seven students in the room who did all the SMF problem sets and had the same two professors as myself; and that the students would have taken the same exam and were given the same prompt I was given.

Respectfully, I ask that the composition of the Committee's student members comply with the above representations from Ms. Scully. Although the names of the student members judging this case on the Committee have not yet been released to me, I respectfully request that any student members of the Committee who do not comply with the above representations from Ms. Scully be recused from the Committee.

Sincerely,

John Doe

--
John Doe
Cell: ▓▓▓▓▓▓▓ | Linkedin | Twitter | Facebook