# EXHIBIT CC

# Appeal to the Faculty Review Board

John Doe

Yale School of Management

Faculty Review Board

**December 2nd 2024**

This appeal is for the <u>**severity**</u> of the penalty imposed on November 21, 2024 of a "F" (Fail) in the course of Sourcing and Managing Funds.

On November 8, 2024, the Yale School of Management Honor Committee made the following determination:

**"The committee determined that you have not been forthcoming to the Honor Committee."**

The Honor Committee then imposed the following penalty:

**"The committee has mandated that you be suspended from SOM for one year."**



Yale SCHOOL OF MANAGEMENT

PO Box 208200
New Haven CT 06520-8200

*courier*
135 Prospect Street
New Haven CT 06511

*mba.yale.edu*

November 8, 2024

Dear ▮John▮

This letter is a written record of the outcome of the Honor Committee meeting on Friday, November 8, 2024. The committee determined that you have not been forthcoming to the Honor Committee.

The committee has mandated that you be suspended from SOM for one year. During your suspension period you are prohibited from coming to the School of Management campus and participating in school sponsored activities or events.

You can appeal this disciplinary sanction to the Deputy Dean Anjani Jain and the Faculty Review Board according to the Procedures of the Honor Committee set forth in the School of Management's Bulletin.

Sincerely,

*[signature]*

James Choi
Chair, Yale SOM Honor Committee
Professor of Finance

cc:   Wendy Tsung
      Assistant Dean of the Executive MBA

The Committee further determined that "There is no grade penalty outcome from the Honor Committee decision."

---

### RE: A follow up

---

**From** Tsung, Wendy <wendy.tsung@yale.edu>
**Date** Thu 11/14/2024 12:36 PM
**To** [Doe] [John] [John.Doe] @yale.edu>

Hi [John],
I don't know when the faculty will be meeting this week but like I said, they do plan to meet and your grade should be updated next week.

Your appeal to the Faculty Review Board is for the severity of the one year suspension penalty and not the findings of the Honor Committee decision. There is no grade penalty outcome from the Honor Committee decision.

Best,
Wendy

**From:** [Doe], [John] [John.Doe] @yale.edu>
**Sent:** Thursday, November 14, 2024 10:47 AM
**To:** Tsung, Wendy <wendy.tsung@yale.edu>
**Subject:** Re: A follow up

Hi Wendy,

Thank you for the follow-up.

As I expressed in our meeting, I am very concerned that Professor Rouwenhorst will not be willing to give a grade reflective of my performance.

Can you please let me know when the SMF faculty meets and confirms what grade will be released ? I'll need to know if that is a point I need to address in the appeal and would prefer not assume Professor Rouwenhorst would retaliate by refusing to submit an accurate grade.

Thank you so much Wendy and talk soon,

JD


--
[John] [Doe]
[redacted] | Linkedin | Twitter | Facebook

According to the SOM Bulletin, "[an] accused student can appeal the **severity** of the penalty, but not the **findings**, from the full committee to the Faculty Review Board":

> 4. The accused student can appeal the severity of the penalty, but not the findings, from the full committee to the Faculty Review Board, which consists of the cognizant academic dean of the relevant academic program and two faculty members who were not part of the full committee. The student must make the appeal in writing to the cognizant academic dean within five working days of the full committee's decision.

Further, "The Review Board's role in the appeal will be to judge the appropriateness of the punishment assessed by the committee, **assuming the correctness of the committee's finding** of a violation".

> not be permitted to attend the Review Board meeting. The Review Board's role in the appeal will be to judge the appropriateness of the punishment assessed by the committee, assuming the correctness of the committee's finding of a violation. The

The Faculty Review Board cannot change the Honor Committee's findings. The Faculty Review Board can only solely focus on the severity of the penalty (one-year suspension) associated with the Committee's finding of "not being forthcoming."

Thus, under the SOM policy, the Faculty Review Board's sole authority is to "assum[e] the correctness of the committee's finding of a violation" and "judge the appropriateness of the punishment assessed by the committee."

However, in this case, the Faculty Review Board did not "judge the appropriateness of the punishment assessed by the committee." Instead, the Faculty Review Board directed the Honor Committee to "continue deliberating" and issue findings regarding a new charge – a new charge that was not the subject of the appeal at all. Because the Faculty Review Board exceeded the scope of its authority in violation of SOM policy, any penalty imposed must be overturned.



**Yale** SCHOOL OF MANAGEMENT

ANJANI JAIN
Deputy Dean for Academic Programs and
Professor in the Practice of Management

PO Box 208200
New Haven CT 06520-8200
T 203 432-4671
F 203 436-9277
anjani.jain@yale.edu
som.yale.edu/jain

courier
165 Whitney Avenue
New Haven CT 06511

November 19, 2024

John Doe
EMBA Program, Yale School of Management

Dear John,

I am writing to inform you that the Faculty Review Board (FRB) met today to discuss your appeal of the sanctions imposed by SOM's Honor Committee. After careful deliberation, the FRB decided to deny your appeal. The denial of your appeal means that the Honor Committee's sanction of a one-year suspension from SOM, as communicated to you in Professor James Choi's letter of November 8, stands and is effective as of November 20, 2024.

Separate from the FRB decision, I wish to let you know that I am asking Professor James Choi and the Honor Committee to continue deliberating the complaint of violation of the examination rules in the course MGT 423E: *Sourcing and Managing Funds* to determine whether you violated SOM's Honor Code. In the meantime, I am asking Professor Rouwenhorst to withhold your grade in the course. You will be informed of both outcomes by Dean Wendy Tsung when they are determined.

Sincerely,

Anjani Jain

Cc: Professor James Choi; Chair, SOM Honor Committee
Professor Geert Rouwenhorst
Assistant Dean Wendy Tsung

## Conclusion

Because the penalty imposed on appeal was in violation of Yale SOM policy, the Faculty Review Board should **overturn** the penalty imposed.

Sincerely,

John Doe

Page 4 of 4