# EXHIBIT EE



# Yale SCHOOL OF MANAGEMENT

**ANJANI JAIN**
*Deputy Dean for Academic Programs and Professor in the Practice of Management*

PO Box 208200
New Haven CT 06520-8200
T 203 432-4671
F 203 436-9277
anjani.jain@yale.edu
som.yale.edu/jain

*courier*
165 Whitney Avenue
New Haven CT 06511

November 19, 2024

John Doe
EMBA Program, Yale School of Management

Dear John,

I am writing to inform you that the Faculty Review Board (FRB) met today to discuss your appeal of the sanctions imposed by SOM's Honor Committee. After careful deliberation, the FRB decided to deny your appeal. The denial of your appeal means that the Honor Committee's sanction of a one-year suspension from SOM, as communicated to you in Professor James Choi's letter of November 8, stands and is effective as of November 20, 2024.

Separate from the FRB decision, I wish to let you know that I am asking Professor James Choi and the Honor Committee to continue deliberating the complaint of violation of the examination rules in the course MGT 423E: *Sourcing and Managing Funds* to determine whether you violated SOM's Honor Code. In the meantime, I am asking Professor Rouwenhorst to withhold your grade in the course. You will be informed of both outcomes by Dean Wendy Tsung when they are determined.

Sincerely,



Anjani Jain

Cc:   Professor James Choi; Chair, SOM Honor Committee
      Professor Geert Rouwenhorst
      Assistant Dean Wendy Tsung