# EXHIBIT HH



**Yale** SCHOOL OF MANAGEMENT

PO Box 208200
New Haven CT 06520-8200

*courier*
165 Whitney Avenue
New Haven CT 06511

*som.yale.edu*

December 12, 2024



Dear John,

As a follow-up to the Faculty Review Board decisions, I am writing to notify you that your one-year suspension from the MBA for Executives program began on November 20, 2024. You will retain credit for the courses you completed by that date including MGT415E Leadership Development Practicum (grade pending) and MGT932E Financial Markets & Macroeconomic Policy. MGT 699E Colloquium will be marked "Incomplete" and addressed upon your return and MGT 423E Sourcing and Managing Funds will require remediation. You are eligible to return to the program post July 2025 Residency, at a time the academic calendar will allow you to start the balance of your courses. Your return date will be determined once the class schedule for the academic year is set.

Regarding your leave, if you haven't done so already, please notify your learning teams regarding your status. Please remember you will not be able to participate in any Yale SOM or Yale University sponsored events, whether on or off-campus, including, but not limited to, conferences, alumni, career, or recruiting events and you will not be able to come to campus or make use of any Yale University facilities without the express prior permission of a member of the EMBA program team. Access to your email account and all Yale systems are also suspended. Your suspension will be noted on your transcript while you are on leave and will be removed at your request when you return.

Should you decide to return to the Yale School of Management to complete your degree, you will need to complete the remaining required EMBA courses and acquire 72 credits, the requirement for graduation. Your remaining courses includes two asset management courses (4 credits), five advanced management courses (9 credits), two electives (4 credits), the area of focus colloquium (2 credits) and successful remediation of MGT423E.

In addition, you currently have an outstanding balance on your account. You will receive a credit of $1,423.01 for the pro-rated program fees for Fall 2024 which has been applied to your account. You will need to pay the remaining outstanding balance for Fall now as it is overdue. If you decide to return, the pro-rated programs fees for Fall 2025 and your Spring tuition will be charged at the Class of 2026 rate.

Please notify us in writing **by Monday, May 5, 2025,** to confirm your plans to return to the program following your suspension, at which time we will discuss and outline the specific courses that you will need to fulfill your graduation requirements and your remediation plan for MGT423E. Should we not hear from you by Monday, May 5, we will assume that you have decided to withdraw from the program.

Please do not hesitate to reach out should you have any questions.

Sincerely,

Wendy Tsung
Assistant Dean, MBA for Executives Program

---

**Acknowledgement:** By signing your name below, you acknowledge that you have read the above information. Any questions concerning your leave status have been discussed with the Assistant Dean of the program. Your signature also certifies your understanding of, and agreement with the above terms and conditions.

Signature_____

Date_____