UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>    Defendants. | CASE NO. 3:25-cv-00159-SFR<br><br><br><br><br><br><br><br>MARCH 12, 2025 |

## MOTION TO SEAL

Pursuant to Local Rule 5(e), Defendants respectfully move to seal Exhibits F, G, and H to their Objection ("Objection") to Plaintiff's Motion For a TRO and Preliminary Injunction.

Defendants do not believe that Plaintiff should be entitled to anonymity in this action. (*See* ECF 13 & ECF 33.) They nevertheless move to temporarily seal Exhibits that identify Plaintiff.

Exhibit F is Plaintiff's LinkedIn. Defendants submit it to establish there is no irreparable harm here because Plaintiff is an established professional. Plaintiff's LinkedIn identifies Plaintiff.

Exhibit G is a video of Plaintiff speaking fluent English. Defendants offer it to rebut Plaintiff's assertion that Defendants "should have considered that" he "is not a native English speaker or writer" during the underlying disciplinary process and to rebut Plaintiff's assertion that Defendants allegedly took action "against him because he is a non-native English speaker and writer." (*See, e.g.*, ECF 1 at ¶ 146; *see also* ECF 18 at 25). Plaintiff is identifiable in the video.

Exhibit H is additional information about Plaintiff establishing that he is an experienced professional who operates his own businesses and is thus not comparable to an undergraduate.

THE DEFENDANTS,
YALE UNIVERSITY, YALE
UNIVERSITY BOARD OF TRUSTEES,
WENDY TSUNG, K. GEERT
ROUWENHORST, JACOB
THOMAS, SHERILYN SCULLY,
JAMES CHOI, AND ANJANI JAIN

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    Amanda M. Brahm (ct30581)
    CARLTON FIELDS, P.C.
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone: (860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:   jsconzo@carltonfields.com
                 bgooley@carltonfields.com
                 abrahm@carltonfields.com

    Its Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 12th day of March, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                                                    */s/ James M. Sconzo*
                                                    James M. Sconzo