UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>　　　Defendants. | CASE NO. 3:25-cv-00159-SFR<br><br><br><br><br><br><br><br>MARCH 18, 2025 |

**JOINT STATUS REPORT REGARDING DEFENDANTS' MOTION TO COMPEL**

The Parties respectfully report the following related to Defendants' Motion to Compel:

The Sourcing and Managing Funds examination was released on May 18, 2024 and was due on June 1, 2024. Plaintiff reports that he downloaded the examination on May 20, 2024 and submitted it on June 1, 2024. Defendants are working to confirm those dates. Assuming Defendants can confirm those dates, the Parties agree that the appropriate timeframe is May 20, 2024 through June 1, 2024. The Parties propose that Plaintiff complete the required production by March 28, 2025.

Dated: March 18, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**NESENOFF & MILTENBERG, LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Christine D. Brown*
　　　　　　　　　　　　　　　　　　　　**Christine D. Brown, Esq.**
　　　　　　　　　　　　　　　　　　　　Stuart Bernstein, Esq.
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Kimberly S. Courtney, Esq.
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　363 Seventh Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　　　　　212-736-4500 (telephone)
　　　　　　　　　　　　　　　　　　　　cbrown@nmllplaw.com

        sbernstein@nmllplaw.com
        kcourtney@nmllplaw.com

*Attorneys for Plaintiffs*

THE DEFENDANTS,
YALE UNIVERSITY, YALE
UNIVERSITY BOARD OF TRUSTEES,
WENDY TSUNG, K. GEERT
ROUWENHORST, JACOB
THOMAS, SHERILYN SCULLY,
JAMES CHOI, AND ANJANI JAIN

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    Amanda M. Brahm (ct30581)
    CARLTON FIELDS, P.C.
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone:(860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:    jsconzo@carltonfields.com
                 bgooley@carltonfields.com
                 abrahm@carltonfields.com

    Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 18th day of March, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              */s/ Brendan N. Gooley*
                                              Brendan N. Gooley