UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JOHN DOE, | : | CASE NO. 3:25-cv-00159-SFR |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE UNIVERSITY | : | |
| BOARD OF TRUSTEES, WENDY TSUNG, | : | |
| K. GEERT ROUWENHORST, JACOB | : | |
| THOMAS, SHERILYN SCULLY, JAMES | : | |
| CHOI, AND ANJANI JAIN, | : | |
|     Defendants. | : | MARCH 18, 2025 |
| | : | |

**REQUEST FOR CLARIFICATION
REGARDING DEFENDANTS' MOTION TO COMPEL**

Pursuant to the Court's Order during the Hearing regarding Defendants' Motion To Compel held on March 17, 2025, the Parties conferred regarding production of the documents ordered by the Court and have submitted a Joint Status Report regarding their discussion.

During the Parties' discussion, it became clear that the Parties' have differing understandings of the Court's Order and Defendants respectfully request that the Court clarify its Order in its forthcoming written Order.  Specifically, Plaintiff indicated his understanding that he would have a vendor review Plaintiff's Internet search and program use history during the timeframe that he had access to the Sourcing and Managing Funds Examination and provide only information the vendor deemed relevant.  Defendants believe that the Court ordered that Plaintiff provide his entire Internet search and program use history during the timeframe in which he had access to the Sourcing and Managing Funds Examination so that Defendants and Defendants' vendor can independently analyze what may evidence academic misconduct.  Defendants respectfully request that the Court clarify this issue in its forthcoming written Order.

THE DEFENDANTS,
YALE UNIVERSITY, YALE
UNIVERSITY BOARD OF TRUSTEES,
WENDY TSUNG, K. GEERT
ROUWENHORST, JACOB
THOMAS, SHERILYN SCULLY,
JAMES CHOI, AND ANJANI JAIN

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    Amanda M. Brahm (ct30581)
    CARLTON FIELDS, P.C.
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone:(860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:   jsconzo@carltonfields.com
                bgooley@carltonfields.com
                abrahm@carltonfields.com

    Its Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 18th day of March, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                         */s/ Brendan N. Gooley*
                                         Brendan N. Gooley