Civil- (Dec-2008)

HONORABLE: T. O. Farrish
DEPUTY CLERK R. K. Wood
RPTR/ECRO/TAPE Court Smart
TOTAL TIME: ____ hours 23 minutes
DATE: 3/17/25    START TIME: 9:01 a.m.    END TIME: 9:24 a.m.
LUNCH RECESS    FROM: ____    TO: ____
RECESS (if more than ½ hr)    FROM: ____    TO: ____

CIVIL NO. 3:25CV159 (SFR)

Doe                                              K. Courtney, C. Brown, S. Bernstein
                                                 Plaintiff's Counsel
             vs
Yale University, et al.                          B. Gooley, J. Sconzo
                                                 Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing            [ ] Show Cause Hearing
[ ] Evidentiary Hearing       [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

| | | Motion | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| [✓] | #25 | Motion to Compel | | [✓] granted | [✓] denied | [ ] advisement |
| [ ] | # | Motion | | [ ] in-part granted | [ ] in-part denied | [ ] advisement |
| [ ] | # | Motion | | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | # | Motion | | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | | Oral Motion | | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | | Oral Motion | | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | | Oral Motion | | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | | Oral Motion | | [ ] granted | [ ] denied | [ ] advisement |

[ ] [ ] Briefs(s) due ____ [ ] Proposed Findings due ____ Response due ____
[ ] ____ [ ] filed [ ] docketed
[ ] ____ [ ] filed [ ] docketed
[ ] ____ [ ] filed [ ] docketed
[ ] ____ [ ] filed [ ] docketed
[ ] ____ [ ] filed [ ] docketed
[ ] ____ [ ] filed [ ] docketed
[ ] ____ Hearing continued until ____ at ____

Notes: Telephonic motion hrg. was held.