IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,**<br><br>                                    *Plaintiff,*<br>v.<br><br>**YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG** in her individual and official capacity, **K. GEERT ROUWENHORST** in his individual and official capacity, **JACOB THOMAS** in his individual and official capacity, **SHERILYN SCULLY** in her individual and official capacity, **JAMES CHOI** in his individual and official capacity, and **ANJANI JAIN** in his individual and official capacity,<br><br>                                    *Defendants.* | Civil Action No. 3:25-cv-00159-SFR |

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that upon the accompanying Declaration, Christine D. Brown, Esq., as counsel to Plaintiff John Doe ("Plaintiff"), will move this Court for an Order before the Honorable Sarah F. Russell, on a date set by the Court, for an Order allowing the undersigned to be withdrawn as counsel of record for Plaintiff and for such other and further relief as the Court deems just and proper.

**Dated:** New York, New York
           April 2, 2025

                                                                        *Attorneys for Plaintiff*

                                                            By: /s/ *Christine D. Brown*
                                                                   **Christine D. Brown, Esq.**

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on this 2nd day of April, 2025, this document was filed with the Clerk of Court using the CM/ECF system and that this document was served on Plaintiff via electronic mail.

                                              */s/ Christine D. Brown*
                                              Christine D. Brown, Esq.