IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>                                  *Plaintiff,*<br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG in her individual and official capacity, K. GEERT ROUWENHORST in his individual and official capacity, JACOB THOMAS in his individual and official capacity, SHERILYN SCULLY in her individual and official capacity, JAMES CHOI in his individual and official capacity, and ANJANI JAIN in his individual and official capacity,<br>                                  *Defendants.* | Civil Action No. 3:25-cv-00159-SFR |

**DECLARATION OF CHRISTINE D. BROWN, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Christine D. Brown, Esq., hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney formerly associated with the firm of Nesenoff & Miltenberg, LLP (the "Firm"), attorneys for Plaintiff John Doe ("Plaintiff"), and as such I am fully familiar with the facts and circumstances of this matter and this Declaration.

2. I submit this declaration in support of my instant Motion to Withdraw as Counsel of Record.

3. I am no longer an employee of the Firm. I have been advised that Ms. Audrey Felsen, Esq. has filed a Notice of Appearance in this matter on behalf of the Plaintiff.

4. All other counsel of record at the law firm of Nesenoff & Miltenberg, LLP will continue to represent Plaintiff in this matter.

5. Accordingly, I respectfully request that the Court grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

6. Plaintiff has been provided a copy of the instant motion via email.

2

I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** **New York, New York**
**April 2, 2025**

*Attorneys for Plaintiff*

By: /s/ *Christine D. Brown*
Christine D. Brown, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2025, this document was filed with the Clerk of Court using the CM/ECF system and a copy sent via electronic email to Plaintiff.

/s/ *Christine D. Brown*
Christine D. Brown

2