UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL CASE NO.  3:25-cv-00159-SFR |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY et al., | : | |
| *Defendants.* | : | April 2, 2025 |

# MOTION TO EXCUSE THE APPEARANCE OF LOCAL COUNSEL
# FROM STATUS CONFERENCE

Undersigned counsel for the plaintiff John Doe moves to be excused from the status conference on April 3, 2025, due to a prior commitment at the Bridgeport Superior Court. In support of this motion undersigned submits the following.

1. Undersigned was engaged by the law firm Nesenoff & Miltenberg, LLP on April 2, 2025 as local counsel and filed her appearance.

2. Undersigned has a scheduling conflict[1] on April 3, 2025 and is unable to participate in the Status Conference.

3. Attorney Stuart Bernstein will be participating in the status conference for plaintiff John Doe.

WHEREFORE, undersigned respectfully requests that her appearance at the Status Conference set for April 3, 2025 be excused.

---

[1] Undersigned has to appear in Bridgeport Superior Court on several state criminal matters.

Respectfully submitted,

THE PLAINTIFF,
John Doe

BY /s/ *Audrey Felsen*
Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1261 Post Road, Suite 202B
Fairfield, CT 06824
Tel.: 203-327-1500
Federal Bar No.: ct20891
E-mail: audrey@koffskyfelsen.com

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been e-filed on April 2, 2025, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Audrey A. Felsen*
Audrey A. Felsen