UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL CASE NO.  3:25-cv-00159-SFR |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY et al., | : | |
| *Defendants.* | : | April 4, 2025 |

## NOTICE REGARDING LOCAL COUNSEL RESPONSIBILITIES

Undersigned counsel filed an appearance in the above-captioned matter for plaintiff John Doe on April 2, 2025, with the understanding that she was replacing the current Local Counsel, Attorney Christine Brown. Attorney Brown has since withdrawn her appearance. Undersigned herby notifies the Court that she understands and accepts the responsibilities of being Local Counsel as outlined in Local Rule 83.1(e) in relation to the pro hac vice admissions of Attorneys Stuart Bernstein and Kimberly Courtney.

Respectfully submitted,

THE PLAINTIFF,
John Doe

BY */s/ Audrey Felsen*
Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1261 Post Road, Suite 202B
Fairfield, CT 06824
Tel.: 203-327-1500
Federal Bar No.: ct20891
E-mail: audrey@koffskyfelsen.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been e-filed on April 4, 2025, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Audrey A. Felsen*
Audrey A. Felsen