UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL CASE NO. 3:25-cv-00159-SFR |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY et al., | : | |
| *Defendants.* | : | April 4, 2025 |

**MOTION TO BE EXCUSED FROM ATTENDANCE IN COURT PROCEEDINGS**

Undersigned counsel for the plaintiff John Doe respectfully requests, in accordance with Local Rule 83.1(e)(2), to be excused from attending and/or participating in proceedings before the Court related to this matter. In support of this motion, the undersigned submits the following:

1. On April 2, 2025, the law firm Nesenoff & Miltenberg, LLP engaged undersigned counsel as replacement Local Counsel, and undersigned filed her appearance (Doc. #62).

2. The previous Local Counsel moved for Attorney Stuart Bernstein's pro hac vice admission to the Court (Doc. #34). The Court entered an Order (Doc. #38) granting Attorney Bernstein's motion, and his appearance was filed (Doc. #46).

3. The previous Local Counsel moved for Attorney Kimberly Courtney's pro hac vice admission to the Court (Doc. #35), which the Court denied (Doc. #39) for non-compliance under 83.1(e)(1)(b). Local Counsel filed an updated motion (Doc. #44), which was granted (Doc. #48). Attorney Courtney filed her appearance (Doc. #51).

WHEREFORE, undersigned respectfully requests that her attendance in Court and participation in other proceedings before the Court be excused.

Respectfully submitted,

THE PLAINTIFF,
John Doe

BY /s/ *Audrey Felsen*
Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1261 Post Road, Suite 202B
Fairfield, CT 06824
Tel.: 203-327-1500
Federal Bar No.: ct20891
E-mail: audrey@koffskyfelsen.com

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been e-filed on April 4, 2025, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Audrey A. Felsen*
Audrey A. Felsen

2