**⊚ GPTZero**  Version 2024-04-04                    Document — 6/11/2024 - 3/21/2025

AI Report

We are <u>highly</u> <u>confident</u> this text is

# AI Generated

### AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

The plagiarism scan was not run for this document. Go to <u>gptzero.me</u> to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence

⬤ Sentences that are likely AI-generated.

**YALE001**

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs) Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE002

**GPTZero**  Version 2024-04-04                    Document — 6/11/2024 - 3/21/2025

AI Report

We are highly confident this text is

# AI Generated

| AI Probability | Plagiarism |
|---|---|
| **99%** | ? |
| This number is the probability that the document is AI generated, not a percentage of AI text in the document. | The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism. |

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

Debt covenants are agreements between a borrower and lender that impose certain restrictions or requirements on the borrower to reduce the lender's risk. These covenants can be affirmative (requiring certain actions) or negative (restricting certain actions). In general, restrictions lower borrowing costs because lenders feel more secure about the borrower's ability to repay the debt. This security can result in lower interest rates because the perceived risk of default is reduced. Lenders may offer better terms in exchange for the additional control and oversight provided by covenants.

🟡 Sentences that are likely AI-generated.

**YALE011**

FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**YALE012**

**◎ GPTZero** Version 2024-04-04

## AI Report

We are moderately confident this text is

# AI Generated

## AI Probability

# 92%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

A rights offering allows existing shareholders the opportunity to purchase additional shares, typically at a discount, in proportion to their current holdings. This mechanism aims to prevent dilution of their ownership percentage.

Two parts:

1) Subscription rights: Existing shareholders are granted rights to buy additional shares. If they exercise these rights, they maintain their proportional ownership in the company.

2) Sale of Rights: If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the reduction of ownership percentage if not exercised. In this context, we understand "dilution" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilution (value loss) associated with a rights offering, even if their ownership percentage does go down.

**YALE013**

Sentences that are likely AI-generated.

YALE014

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

  Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
  See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**YALE015**

**ⓒ GPTZero**  Version 2024-04-04                                    Document — 6/11/2024 - 3/21/2025

## AI Report

We are <u>moderately</u> <u>confident</u> this text is

# AI Generated

## AI Probability

# 92%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

As we saw in class, APC likely favored Chevron's $65 per share offer over OXY's $76 offer due to several financial and strategic reasons:

Firstly, Chevron offered stronger strategic synergies and operational efficiencies, which could lead to greater long-term value creation beyond the immediate offer price.

Secondly, Chevron's financial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's offer as leverage to potentially prompt a better offer from OXY. These factors collectively made Chevron's offer more appealing despite its lower nominal value.

🟡 Sentences that are likely AI-generated.

**YALE016**

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE017

**GPTZero**  Version 2024-04-04                    Document — 6/11/2024 - 3/21/2025

## AI Report

We are <u>moderately confident</u> this text is

# AI Generated

### AI Probability

# 87%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

A high profit margin indicates that a firm is efficient at converting revenue into profit, which is generally a good sign of financial health and can contribute to creating value for investors. However, a firm with a lower profit margin might have higher growth prospects. High growth potential can lead to increased future revenues and profits, which can ultimately create more value for investors.

Ultimately, "value for investors" is measured by Return on Equity (ROE) and Return on Invested Capital (ROIC). These crucial metrics consider how effectively a firm uses its capital to generate profits. A firm with a lower profit margin might have better capital efficiency (higher ROE or higher ROIC), leading to higher overall returns for investors.

For example, Firm A has a higher profit margin but requires significant capital investment to maintain its operations, while Firm B has a lower margin but uses its capital more efficiently, leading to higher ROIC. We saw this example in class with Coach that had a 4x larger profit margin than TJ Max while both firms had the same ROE (i.e. delivered the same value to investors). Conversely, Abercrombie had a lower profit margin and lower ROE than both firms.

Lastly, the individual risk profile of each firm can influence investor value creation. A high profit margin firm in a brand new untested startup might require a higher ROE to deliver risk-adjusted

YALE018

YALE019

value to investors compared to an established business in the same industry albeit with highly predictable and stable cash flows.

⬤ Sentences that are likely AI-generated.

 **GPTZero**   Version 2024-04-04                                    Document — 6/11/2024 - 3/21/2025

FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**YALE020**

Report generated by ⊙ **GPTZero**                    Version 2024-08-02-base

Document Title:**Qualitatively, the announcement of a 17% increase** Author:**Ken Wieler**

Our detector is highly confident that the text is written by AI.

## AI Scan

# 100%

There is a 100% chance this text was written entirely by AI.

## Stats

278 words

29 sentences

29 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

 Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.
 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**YALE030**

## AI Scanned Document

Our detector is highly confident that the text is written by AI.

AI Content

### Qualitatively, the announcement of a 17% increase

Qualitatively, the announcement of a 17% increase in the dividend per share might influence the belief in the estimated synergies because of:

1. Higher confidence in financial health of the merger: A significant increase in dividends often signals management's confidence in the company's financial health and future cash flow generation. This confidence might suggest that the management has strong expectations for the successful integration and realization of the synergies from the acquisition.

2. Enhanced shareholder value: The statement emphasizes Tapestry's commitment to delivering shareholder value. This statement could indicate that the management expects the synergies to be substantial and sustainable, which would support the increased dividends and further capital returns to shareholders.

3. Signals disciplined financial management: The emphasis on disciplined financial operations and capital allocation reinforces the idea that Tapestry's management is prudent and methodical in their decision-making. The statement therefore implies that management's $4 billion synergy estimate is based on thorough analysis and realistic expectations rather than overly optimistic projections.

4. Manage market perception: The dividend increase might positively influence market perception, potentially increasing investor confidence in Tapestry's ability to achieve the projected synergies. This could lead to a re-evaluation of the risk factors associated with the acquisition, potentially closing the gap between investor and management synergy estimates. While the quantitative estimate of synergies according to investors was approximately $873.36 million, the qualitative aspects provided by the dividend increase announcement suggest that management's higher synergy estimate of $4 billion might have a strong foundation. Qualitatively, the announcement reflects a belief in significant cost savings and revenue enhancements that can support higher shareholder returns, and would lead us to believe the investor quantitative estimate is too pessimistic.

YALE031

Document Title:**There are a number of reasons TRP might decide to** Author:**Ken Wieler**

Our detector is highly confident that the text is written by AI.

## AI Scan

# 100%

There is a 100% chance this text was written entirely by AI.

## Stats

384 words

37 sentences

37 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI. Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE032

**AI Scanned Document**

Our detector is highly confident that the text is written by AI.

AI Content

## There are a number of reasons TRP might decide to

There are a number of reasons TRP might decide to increase the dividend at the same time:

1. Demonstrating confidence in financial strength of the combined company: By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.

2. Increasing shareholder value: The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

3. Countering potential negative reactions: As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

4. Attracting and retaining investors: A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

5. Signaling operational discipline: By emphasizing disciplined financial operations and capital allocation, TPR reassures investors that it remains committed to prudent management despite the large capital outlay for the acquisition.

6. Reducing Share price volatility: The positive impact of a dividend increase can help stabilize the share price in the short term. This stability can be beneficial during the volatile period following an acquisition announcement, helping to maintain a positive investor sentiment.

7. Communicating strategic alignment: Increasing the dividend while announcing the acquisition communicates that TPR views the acquisition as a long-term value-enhancing move that aligns with its overall strategy of growing shareholder value.

8. Leveraging synergies to fund dividends: TPR might be signaling that the expected synergies from the acquisition will be sufficient to fund the increased dividend payments. Linking these

YALE033

two elements can help investors see the acquisition as a source of future income rather than just an expense.

Ultimately, by announcing a dividend increase alongside the acquisition, TPR aims to convey a strong message of confidence, stability, and commitment to shareholder value, which can help garner support from the investment community and mitigate any concerns about the acquisition.

YALE034