## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOHN DOE,<br>　　　Plaintiff, | : | CASE NO. 3:25-cv-00159-SFR |
|  | : |  |
| v. | : |  |
|  | : |  |
| YALE UNIVERSITY, YALE UNIVERSITY<br>BOARD OF TRUSTEES, WENDY TSUNG,<br>K. GEERT ROUWENHORST, JACOB<br>THOMAS, SHERILYN SCULLY, JAMES<br>CHOI, AND ANJANI JAIN,<br>　　　Defendants. | : | APRIL 9, 2025 |

## <u>AFFIDAVIT OF SERGE JORGENSEN</u>

I, Serge Jorgensen, being duly sworn, depose and say:

1. I am over the age of twenty-one and believe in and understand the obligations of an oath.

2. I am a Partner in Crowe LLP's Forensics and Legal Consulting Services Division.

3. I work in Information Security and Computer Digital Forensics with over twenty years of professional experience serving various governments and government agencies along with many national and multi-national companies defending against and investigating nation-state and organized crime attacks. In that role, I engage in cybersecurity and forensic work, performing cyber incident response, secure architecture development and analysis, computer forensic review, source code analysis, advanced technology (e.g, artificial intelligence) analysis, and other related activities, on a daily basis as part of my normal activities.

4. I have worked on and managed hundreds of cases over the past 25 years. I have briefed various Law Enforcement and other Government Agencies on cybersecurity matters, presented at the RSA International Security Conference and other cybersecurity conferences, served as Vice Chair of the ABA's Privacy, Security & Emerging Technology Division, on the Steering Committee for Sedona's Working Group on Data Security & Privacy (WG11), and on the International Committee for Information Technology Standards Cyber Security Technical Committee (INCITS CS1).

**Plaintiff's Sourcing and Managing Funds Examination**

5.  I have analyzed Plaintiff's *MGT 423 Sourcing and Managing Funds Final Examination Spring 2024* (the "SMF Final Examination") submission. Based on the rules for the examination (attached as Exhibit 1) my analysis identified two (2) issues. First, some of the provided answers on the SMF Final Examination are consistent with the use of Artificial Intelligence (AI) in the creation and formation of these answers. Second, metadata analysis of the "SMF Final Exam 2024 EMBA TR.pages" file for the SMF Final Examination show modification dates that suggest the allowed time for the examination was not honored and more time was spent than allowed.

6.  I reviewed the AI detection scans performed by Yale University, and ran several additional AI detection[1] scans using multiple AI detection software solutions: Winston AI, Crossplag, Originality.ai, Undetectable AI, and Scribbr. All five detectors returned a high degree of confidence (99% or 100%) that four (4) of Plaintiff's answers contained AI generated content. The AI detection scan results for the four answers from the SMF Final Examination that consistently scored high for AI use are attached as **Exhibits 2-5**. These results are a strong indicator that these answers were partially, if not mostly, generated with AI.

7.  The Plaintiff-provided 'SMF Final Exam 2024 EMBA TR.pages'[2] file included a data folder with PDF and XML files related to equations the Plaintiff included in their answers (*SMF Final Exam 2024 EMBA TR.pages\Data*). The XML file captured the *text* of the equation while the PDF captured the *font* style and color used for the answer. The .pages file stored the modification dates of each PDF file. Reviewing these dates and times indicate that answers to examination questions were modified on more than two days with times longer than 4 hours between modifications.

8.  The PDF files also included metadata that the files were created using *macOS Version 14.3.1 (Build 23D60) Quartz PDFContext* which indicates the equations for the answers were added from a computer running Sonoma version 14.3.1 Mac Operating System (a "Mac" or "Apple" computer).

**Forensic Analysis/Affidavit of Andrew Meinheit**

9.  I have reviewed the Affidavits submitted by Andrew Meinheit ("Mr. Meinheit") and related documents regarding the analysis of certain electronic devices and an iCloud account used by Plaintiff, all in relation to the submission by Plaintiff of examination answers submitted as a PDF and subsequently a .pages file.

10. Mr. Meinheit's analysis of the Surface Pro 9 (listed as item *3050-10008-0001*) notes that, "there was no evidence of Apple Pages files in the image data" and "there was no evidence of user created internet browser data, history, cookies, or cache files in the image data". This

---

[1] https://www.scribbr.com/ai-tools/how-do-ai-detectors-work/
[2] A file created by the Apple *Pages* application

suggests that either

    a. The browser history was deleted,

    b. The browser was used in "Private Mode" to avoid the creation of browser history, or

    c. This computer was not used for the exam.

11. Mr. Meinheit's Affidavits did not identify the computer that Plaintiff used to create his Final Examination. That computer (the one that Plaintiff used to create his Final Examination) is the most important device to forensically analyze as it should contain information related to the Plaintiff's creation of their exam answers. Plaintiff's counsel does note, without explanation or rationale, "there is another computer that he [Plaintiff] may have used during the two week examination period[3], that belongs to his company, and was returned to them in June of 2024." A forensic examination in this matter should not be considered complete until a full forensic examination of the computer used to create the SMF Final Examination is conducted. That computer is likely the same computer used to create the equations noted in (8) above.

12. A forensic analysis of this device should include the analysis of websites visited and programs accessed on the device to search for evidence of AI use. The examination should also include a review of cached data related to the Pages application.

13. Apple Pages autosaves drafts while a user is working on documents. These autosaves are recoverable (unless removed by a user) and often provide contextual information about the creation process of the *Pages* document. For example, if comparing document versions closely aligned in time show the addition of an inordinately large amounts of text, that suggests that the user copied and pasted the paragraph into the document because the user could not type that fast. These versions would also show the timeframes over which the exam was worked.

14. Mr. Meinhart's analysis of (1) a Microsoft Surface Pro 9,(2) an iPhone 13 Mini, and(3) an iCloud account is not a substitute for a full forensic examination of the computer used to create the Final Examination. These examined devices and account would not contain certain information that should be on the computer Plaintiff used to create his Final Examination.

15. Mr. Meinhart's Affidavits also fail to provide the specificity required to determine whether he conducted an appropriate forensic examination of the Microsoft Surface Pro 9, iPhone 13 Mini, and iCloud account. For example, whether Magnet Axiom was set to carve for deleted artifacts, if (and what) searches were performed to look for use of popular AI services, and what artifacts were reviewed (or available) to show "...no evidence of user-initiated web

---

[3] May 18, 2024 to June 1, 2024 as per the exam documentation

history deletion, obfuscation, or alteration in the image data…"[4] Without knowing what Mr. Meinhart did or what evidence was available for some of conclusions, I cannot analyze whether he took steps required for an appropriate analysis.

16. Mr. Meinhart's Affidavits suggest, however, that he did not follow accepted protocols for forensic analyses. As an example, Mr. Meinhart says that he conducted a "manual review" before conducting a "forensic collection." It is highly unusual for a forensic examiner to manually look at data *before* collecting and preserving that data. Without extenuating circumstances, forensic examiners collect and preserve the data before reviewing it so that there is a copy of it in case the data is changed, compromised, etc. by any manual review. During the iCloud review, Mr. Meinhart notes that "the Custodian logged into his iCloud Drive and navigated to the folder he used" and references three (3) files visible in that folder, but does not mention any preservation of those files.

17. Mr. Meinhart goes on to state that "no metadata regarding version history exists"[5] for the three files. Other metadata (e.g., last modified) should be available, but was not reported by Mr. Meinhart. Additionally, in order to see available versions of the Pages file, someone would have had to open the document in Pages, which would *alter* the metadata of the file (hence the need for the preservation prior to analysis). It would be noteworthy if there were *not* versions of that file, specific action of the user would have to have been taken remove these. (e.g., if the original .pages file used for the Exam was downloaded from iCloud or duplicated in iCloud, those copies would not contain the version history of the *original* file. If the original was deleted and replaced with the copy, then there would be no previous version history; version history would start from the date the copy was created.)

18. Mr. Meinhart's analysis remains incomplete. Mr. Meinhart apparently did not have access to and did not analyze the most important device (the computer Plaintiff used to create his SMF Final Examination). That computer should contain information not found anywhere else. Nor did Mr. Meinhart review the original .pages file used to answer the exam questions. Any forensic examination remains incomplete until the computer can be properly forensically analyzed and the original .pages file reviewed. In my experience, the lack of availability of these artifacts suggests action on the part of the Plaintiff to hide or otherwise obscure their actions.

---

[4] Page 4: 3050-10008 - John Doe v Yale et al - Affidavit of Andrew Meinheit.pdf
[5] Page 2: 3050-10008 - John Doe v Yale et al - iCloud - Affidavit of Andrew Meinheit.pdf

Dated at Sarasota, Florida this 9th day of April, 2025.

_Serge Jorgensen_

**Serge Jorgensen**

State of Florida            )
                           ) ss. _
County of Sarasota         )

Notary Public State of Florida
Alexandra Williamson
My Commission  HH 563038
Expires 10/13/2028

Subscribed and sworn to before me this 9th day of April, 2025

Notary Public

# Exhibit 1

**Final Exam Spring 2024**
**Sourcing & Managing Funds (MGT 423)**
**Released 5-18-2024 12:01 am - Due 6-1-2024 11:59 pm**

Fill in your name here            Name: <u>Thierry Rignol</u>

I acknowledge that the *SOM Honor Code* applies to this exam.  In full compliance with this code, *"as a member of the SOM community, I will not participate in or tolerate academic dishonesty."*.

Sign or write your name here:  Thierry Rignol

1.  The exam is open book but limited to your class notes and the class materials assigned or distributed through Canvas. **You are *not* allowed to browse online resources or use AI tools (like ChatGPT) for formulating answers. In addition, you are *not* allowed to communicate with anyone or ask for help from others during the exam**.

2.  Please enter your answers directly in the docx file. Alternatively, you can print out the exam, write your answers by hand, and scan the document into a pdf file. Importantly, you have to make sure to <u>submit a single .docx or .pdf file</u> by 11:59pm on 6/1 (e.g., you cannot submit multiple .jpeg files).

3.  If you are unsure about how to interpret a question, clearly state the assumptions you made and proceed to answer the question as best you can.

4.  The total time allowed is 4 hours. If you work at the rate of 1 minute per point assigned (i.e. spend 5 minutes on a question that is assigned 5 points), you should have one and a half hour left at the end to review your work. If you wish, you can split up your 4-hour block of time into 2 sessions

GOOD LUCK!

| Question # | Score | Maximum |
|:---:|:---:|:---:|
| 1 |  | 37 |
| 2 |  | 24 |
| 3 |  | 21 |
| 4 |  | 20 |
| 5 |  | 29 |
| 6 |  | 19 |
| Total |  | 150 |

# Exhibit 2

 crossplag

AI Content Detector







## AI Content Detector (Updated version)

Use our AI Content Detector for free to check if the text is AI-generated - now with higher accuracy!

**Text box**

There are a number of reasons TRP might decide to increase the dividend at the same time :

1.   Demonstrating confidence in financial strength of the combined company : By increasing the dividend, TRP signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.

2.   Increasing shareholder value : The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

3.   Countering potential negative reactions : As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

4.   Attracting and retaining investors : A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

376/3000

**Check**

**Results**

**AI Content Index**





This text is mainly written by an AI.

Were you satisfied with the result?

**Disclaimer**

• The AI Content Detector v2.0 is based to check on a deeper level to give more precise results.

• The result might take a bit longer to display as the text is checked more thoroughly.

• The AI Content Detector v2.0 is now able to analyze up to 3,000 words (compared to the 1,000 words of the first version)

• At this point, the AI Content Detector only works for the English language.


**Originality.ai**

# Document report

This report displays the score for AI detection.

**Document name:**   There are a number of reasons TRP might decide to

**Last scanned:**   Apr 4, 2025, 6:13:50 PM

**Document report**

Document name: There are a number of reasons TRP might decide to | Last scanned: Apr 4, 2025, 6:13:50 PM

## AI results

# Likely AI

## 100% confidence

Model used:

Lite 1.0.0

The most accurate AI Detector for ChatGPT, GPT-4o, Gemini Pro, Claude 3.5, Llama 3.1 and other popular AI writing or paraphrasing tools.

**How to read the AI score?**

This score is a confidence score. If the score is 90%, it should be read as "We are 90% confident that this is AI generated" NOT that 90% of text pasted is AI generated.

Case 3:25-cv-00159-SFR    Document 81    Filed 04/09/25    Page 12 of 43    Page 3 / 3

**Document report**
Document name: There are a number of reasons TRP might decide to | Last scanned: Apr 4, 2025, 6:13:50 PM

# There are a number of reasons TRP might decide to

There are a number of reasons TRP might decide to increase the dividend at the same time :Demonstrating confidence in financial strength of the combined company : By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.

Increasing shareholder value : The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

Countering potential negative reactions : As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

Attracting and retaining investors : A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

Signaling operational discipline : By emphasizing disciplined financial operations and capital allocation, TPR reassures investors that it remains committed to prudent management despite the large capital outlay for the acquisition.

Reducing Share price volatility : The positive impact of a dividend increase can help stabilize the share price in the short term. This stability can be beneficial during the volatile period following an acquisition announcement, helping to maintain a positive investor sentiment.

Communicating strategic alignment : Increasing the dividend while announcing the acquisition communicates that TPR views the acquisition as a long-term value-enhancing move that aligns with its overall strategy of growing shareholder value.

Leveraging synergies to fund dividends : TPR might be signaling that the expected synergies from the acquisition will be sufficient to fund the increased dividend payments. Linking these two elements can help investors see the acquisition as a source of future income rather than just an expense.

Ultimately, by announcing a dividend increase alongside the acquisition, TPR aims to convey a strong message of confidence, stability, and commitment to shareholder value, which can help garner support from the investment community and mitigate any concerns about the acquisition.



Identify AI-generated content, including ChatGPT and Copilot, with Scribbr's free AI detector

English   French   Spanish   German   Dutch



There are a number of reasons TRP might decide to increase the dividend at the same time.

1.   Demonstrating confidence in financial strength of the combined company : By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.

2.   Increasing shareholder value : The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

3.   Countering potential negative reactions : As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

4.   Attracting and retaining investors : A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

384 Words

Analysis complete

100%
of text is likely AI ⓘ

AI          Human

AI-generated ⓘ                        100%
AI-generated & AI-refined ⓘ              0%
Human-written & AI-refined ⓘ            0%
Human-written ⓘ                          0%

Enhance your writing in seconds

Try Paraphraser

# Advanced AI Detector and AI Checker for ChatGPT & More

undetectable AI

Paste your text into our AI Detector to check if it will be flagged as AI-generated content. Get results from major AI Checkers instantly with just one click. O detects AI content from AI-content generators such as ChatGPT, Gemini, Claude, Llama, and others.

READABILITY University PURPOSE Essay MODEL Basic Undetectable™

There are a number of reasons TRP might decide to increase the dividend at the same time :
1. Demonstrating confidence in financial strength of the combined company : By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.
2. Increasing shareholder value : The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.
3. Countering potential negative reactions : As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment.

WAITING FOR YOUR INPUT MORE READABLE BALANCED MORE HUMAN 2682/30000 CHARS ≈ 393 WORDS

I AGREE TO THE TERMS OF SERVICE (NO ACADEMIC MISCONDUCT) CLEAR CHECK FOR AI HUMANIZE

1% HUMAN

AI DETECTION LIKELIHOOD LIKELY 99%AI

GPTZero OpenAI Writer QuillBot Copyleaks Sapling Grammarly ZeroGPT



## winston ai

# AI detection report

Assessment Report - 03 Apr, 2025

| **Human score** | **Plagiarism** | **Readability score** |
|:---:|:---:|:---:|
| 0% | |  21 |

## Report Details

**Title:** MGT 423 Final
**Author:** Q2-g
**Language:** English
**Words:** 377

## Assessment

Winston has detected the text as 0% human. It is highly probable that an AI text generation tool was used.

No plagiarism results available. Document was not scanned for plagiarism.

This text has a **readability score of 21/100** and has a **U.S. school College graduate level**, which means it is very difficult to read and is best understood by university graduates.

## AI prediction map

Likely AI generated      Possibly AI generated      Unlikely AI generated

There are a number of reasons TRP might decide to increase the dividend at the same time :
1. Demonstrating confidence in financial strength of the combined company : By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward

shareholders.

2. Increasing shareholder value : The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

3. Countering potential negative reactions : As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

4. Attracting and retaining investors : A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

5. Signaling operational discipline : By emphasizing disciplined financial operations and capital allocation, TPR reassures investors that it remains committed to prudent management despite the large capital outlay for the acquisition.

6. Reducing Share price volatility : The positive impact of a dividend increase can help stabilize the share price in the short term. This stability can be beneficial during the volatile period following an acquisition announcement, helping to maintain a positive investor sentiment.

7. Communicating strategic alignment : Increasing the dividend while announcing the acquisition communicates that TPR views the acquisition as a long-term value-enhancing move that aligns with its overall strategy of growing shareholder value.

8. Leveraging synergies to fund dividends : TPR might be signaling that the expected synergies from the acquisition will be sufficient to fund the increased dividend payments. Linking these two elements can help investors see the acquisition as a source of future income rather than just an expense.

Ultimately, by announcing a dividend increase alongside the acquisition, TPR aims to convey a strong message of confidence, stability, and commitment to shareholder value, which can help garner support from the investment community and mitigate any concerns about the acquisition.

# Exhibit 3



Available Credits: 10     Fore

AI Content Detector









### AI Content Detector (Updated version)

Use our AI Content Detector for free to check if the text is AI-generated - now with higher accuracy!

**Text box**

True.

A rights offering allows existing shareholders the opportunity to purchase additional shares, typically at a discount, in proportion to their current holdings. This mechanism aims to prevent dilution of their ownership percentage.

Two parts:
1) Subscription rights : Existing shareholders are granted rights to buy additional shares. If they exercise these rights, they maintain their proportional ownership in the company.
2) Sale of Rights : If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the

176/3000

**Results**

AI Content Index



100%

This text is mainly written by an AI.

Are you satisfied with the results?

**Disclaimer**

- The AI Content Detector v2.0 is based to check on a deeper level to give more precise results
- The result might take a bit longer to display as the text is checked more thoroughly
- The AI Content Detector v2.0 is now able to analyze up to 3000 words compared to the 1000 words of the first version
- At this point, the AI Content Detector only works for the English language

[ Check ]


Originality.ai

# Document report

This report displays the score for AI detection, and Plagiarism detection.

**Document name:**   TrueA rights offering allows existing shareho

**Last scanned:**   Apr 7, 2025, 12:56:40 AM

**Document report**

Document name: TrueA rights offering allows existing shareho | Last scanned: Apr 7, 2025, 12:56:40 AM

## AI results

## Likely AI

## 100% confidence

Model used:

Lite 1.0.0

The most accurate AI Detector for ChatGPT, GPT-4o, Gemini Pro, Claude 3.5, Llama 3.1 and other popular AI writing or paraphrasing tools.

**How to read the AI score?**

This score is a confidence score. If the score is 90%, it should be read as "We are 90% confident that this is AI generated" NOT that 90% of text pasted is AI generated.

## Plagiarism results

## 0% match

| | |
|---|---|
| Matched Websites | 0 |
| Matched Phrases | 0 |

Our most accurate plagiarism checker uses advanced machine learning to detect complex forms of patchwork, unintentional & mosaic plagiarism, and more.

**Most plagiarised sources:**

# TrueA rights offering allows existing shareho

True.

A rights offering allows existing shareholders the opportunity to purchase additional shares, typically at a discount, in proportion to their current holdings. This mechanism aims to prevent dilution of their ownership percentage.

Two parts:

1) Subscription rights : Existing shareholders are granted rights to buy additional shares. If they exercise these rights, they maintain their proportional ownership in the company.

2) Sale of Rights : If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the reduction of ownership percentage if not exercised. In this context, we understand "dilution" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilution (value loss) associated with a rights offering, even if their ownership percentage does go down.



Identify AI-generated content, including ChatGPT and Copilot, with Scribbr's free AI detector

English    French    Spanish    German    Dutch



True.

A rights offering allows existing shareholders the opportunity to purchase additional shares, typically at a discount, in proportion to their current holdings. This mechanism aims to prevent dilution of their ownership percentage.

1) Subscription rights : Existing shareholders are granted rights to buy additional shares. If they exercise these rights, they maintain their proportional ownership in the company. 2) Sale of Rights : If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the reduction of ownership percentage if not exercised. In this context, we understand "dilution" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilution (value loss) associated

179 Words                                        ✓ Analysis complete

QuillBot Privacy Policy and Terms of Service apply

**100**%
of text is likely AI ⓘ

AI          Human

AI-generated ⓘ                          ● 100%
AI-generated & AI-refined ⓘ              0%
Human-written & AI-refined ⓘ             0%
Human-written ⓘ                          0%

Enhance your writing in seconds

Try Paraphraser

# Advanced AI Detector and AI Checker for ChatGPT & More

undetectable

Paste your text into our AI Detector to check if it will be flagged as AI-generated content. Get results from major AI Checkers instantly with just one click. Our tool detects AI content from AI-content generators such as ChatGPT, Gemini, Claude, Llama, and others.

READABILITY University PURPOSE General Writing MODEL Basic Undetectable™

maintain their proportional ownership in the company.
2) Sale of Rights : If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the reduction of ownership percentage if not exercised. In this context, we understand "dilution" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilution (value loss) associated with a rights offering, even if their ownership percentage does go down.

WAITING FOR YOUR INPUT MORE READABLE BALANCED MORE HUMAN 1179/30000 CHARS ~ 181 WORDS

I AGREE TO THE TERMS OF SERVICE (NO ACADEMIC MISCONDUCT)

CLEAR CHECK FOR AI HUMANIZE

1% HUMAN

AI DETECTION LIKELIHOOD LIKELY 99%AI

GPTZero OpenAI Writer QuillBot Copyleaks Sapling Grammarly ZeroGPT



## winston ai

# AI detection report

Assessment Report - 06 Apr, 2025

**Human score**

1%

**Plagiarism**

**Readability score**



41

## Report Details

**Title:** MGT 423 Final
**Author:** Q3-a
**Language:** English
**Words:** 177

## Assessment

Winston has detected the text as 1% human. It is highly probable that an AI text generation tool was used.

No plagiarism results available. Document was not scanned for plagiarism.

This text has a **readability score of 41/100** and has a **U.S. school College level**, which means it is difficult to read.

## AI prediction map

Likely AI generated      Possibly AI generated      Unlikely AI generated

True.

A rights offering allows existing shareholders the opportunity to purchase additional shares, typically at a discount, in proportion to their current holdings. This mechanism aims to prevent dilution of their ownership

percentage.

Two parts:
1) Subscription rights : Existing shareholders are granted rights to buy additional shares. If they exercise these rights, they maintain their proportional ownership in the company.
2) Sale of Rights : If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the reduction of ownership percentage if not exercised. In this context, we understand "dilution" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilution (value loss) associated with a rights offering, even if their ownership percentage does go down.

# Exhibit 4



Available Credits: 10     Fore


AI Content Detector











## AI Content Detector (Updated version)

Use our AI Content Detector for free to check if the text is AI-generated - now with higher accuracy!

**Text box**

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence.

133/3000

**Check**

**Results**

AI Content Index



This text is mainly written by an AI.

Are you satisfied with the results?

**Disclaimer**

- The AI Content Detector v2.0 is based to check on a deeper ever to give more precise results.
- The result might take a bit longer to display as the text is checked more thoroughly.
- The AI Content Detector v2.0 is now able to analyze up to 3000 words (compared to the 1000 words of the first version).
- At this point, the AI Content Detector only works for the English language.



# Document report

This report displays the score for AI detection.

**Document name:**    Stock issue announcements are often viewed negativ

**Last scanned:**    Apr 4, 2025, 5:25:31 PM

**Document report**

Document name: Stock issue announcements are often viewed negativ | Last scanned: Apr 4, 2025, 5:25:31 PM

**AI results**

# Likely AI

## 100% confidence

Model used:

Lite 1.0.0

The most accurate AI Detector for ChatGPT, GPT-4o, Gemini Pro, Claude 3.5, Llama 3.1 and other popular AI writing or paraphrasing tools.

**How to read the AI score?**

This score is a confidence score. If the score is 90%, it should be read as "We are 90% confident that this is AI generated" NOT that 90% of text pasted is AI generated.

**Document report**

Document name: Stock issue announcements are often viewed negativ | Last scanned: Apr 4, 2025, 5:25:31 PM

# Stock issue announcements are often viewed negativ

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence.



Identify AI-generated content, including ChatGPT and Copilot, with Scribbr's free AI detector



English    French    Spanish    German    Dutch

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence.

**100**%

of text is likely AI

AI        Human

AI-generated ⓘ                           100%

AI-generated & AI-refined ⓘ              0%

Human-written & AI-refined ⓘ            0%

Human-written ⓘ                          0%

Enhance your writing in seconds

Try Paraphraser

135 Words                              ✓ Analysis complete

# Advanced AI Detector and AI Checker for ChatGPT & More

[undetectable AI]

Paste your text into our AI Detector to check if it will be flagged as AI-generated content. Get results from major AI Checkers instantly with just one click. Our detects AI content from AI-content generators such as ChatGPT, Gemini, Claude, Llama, and others.

READABILITY University PURPOSE General Writing MODEL Basic Undetectable™

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence.

WAITING FOR YOUR INPUT MORE READABLE BALANCED MORE HUMAN 926/30000 CHARS ≈ 135 WORDS

I AGREE TO THE TERMS OF SERVICE (NO ACADEMIC MISCONDUCT)

CLEAR CHECK FOR AI HUMANIZE

1% HUMAN

AI DETECTION LIKELIHOOD LIKELY 99%AI

GPTZero OpenAI Writer QuillBot Copyleaks Sapling Grammarly ZeroGPT





# AI detection report

Assessment Report - 03 Apr, 2025

| Human score | Plagiarism | Readability score |
|:---:|:---:|:---:|
| 0% | | 15 |

## Report Details

**Title:** MGT 423 Final
**Author:** Q4-b
**Language:** English
**Words:** 136

## Assessment

Winston has detected the text as 0% human. It is highly probable that an AI text generation tool was used.

No plagiarism results available. Document was not scanned for plagiarism.

This text has a **readability score of 15/100** and has a **U.S. school College graduate level**, which means it is very difficult to read and is best understood by university graduates.

## AI prediction map

Likely AI generated          Possibly AI generated          Unlikely AI generated

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence.

# Exhibit 5



Available Credits: 10     Forer

AI Content Detector









## AI Content Detector (Updated version)

Use our AI Content Detector for free to check if the text is AI-generated - now with higher accuracy!

**Text box**

As we saw in class, APC likely favored Chevron's $65 per share offer over OXY's $76 offer due to several financial and strategic reasons :

Firstly, Chevron offered stronger strategic synergies and operational efficiencies, which could lead to greater long-term value creation beyond the immediate offer price.

Secondly, Chevron's financial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable,

154/3000

**Results**

AI Content Index 

This text is mainly written by an AI.

Are you satisfied with the results?

**Disclaimer**

• The AI Content Detector v2.0 is based to check on a deeper level to give more precise results.

• The result might take a bit longer to display as the text is checked more thoroughly.

• The AI Content Detector v2.0 is now able to analyze up to 3,000 words (compared to the 1,000 words of the first version)

• At this point, the AI Content Detector only works for the English language.

**Check**


**Originality.ai**

# Document report

This report displays the score for AI detection.

**Document name:**   As we saw in class APC likely favored Chevrons

**Last scanned:**   Apr 4, 2025, 6:38:32 PM

**Document report**

Document name: As we saw in class APC likely favored Chevrons | Last scanned: Apr 4, 2025, 6:38:32 PM

## AI results

# Likely AI

## 100% confidence

Model used:

Lite 1.0.0

The most accurate AI Detector for ChatGPT, GPT-4o, Gemini Pro, Claude 3.5, Llama 3.1 and other popular AI writing or paraphrasing tools.

**How to read the AI score?**

This score is a confidence score. If the score is 90%, it should be read as "We are 90% confident that this is AI generated" NOT that 90% of text pasted is AI generated.



## As we saw in class APC likely favored Chevrons

As we saw in class, APC likely favored Chevron's $65 per share offer over OXY's $76 offer due to several financial and strategic reasons :

Firstly, Chevron offered stronger strategic synergies and operational efficiencies, which could lead to greater long-term value creation beyond the immediate offer price.

Secondly, Chevron's financial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's offer as leverage to potentially prompt a better offer from OXY. These factors collectively made Chevron's offer more appealing despite its lower nominal value.





Identify AI-generated content, including ChatGPT and Copilot, with Scribbr's free AI detector

English    French    Spanish    German    Dutch

As we saw in class, APC likely favored Chevron's $65 per share offer over OXY's $76 offer due to several financial and strategic reasons:

Firstly, Chevron offered stronger strategic synergies and operational efficiencies, which could lead to greater long-term value creation beyond the immediate offer price.

Secondly, Chevron's financial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's offer as leverage to potentially prompt a better offer from OXY. These factors collectively made Chevron's offer more appealing despite its lower nominal value.

157 Words

Analysis complete

**100**%
of text is likely AI

AI          Human

AI-generated                          100%
AI-generated & AI-refined             0%
Human-written & AI-refined            0%
Human-written                         0%

Enhance your writing in seconds

Try Paraphraser

QuillBot's apply.

# Advanced AI Detector and AI Checker for ChatGPT & More

undetectable A

Paste your text into our AI Detector to check if it will be flagged as AI-generated content. Get results from major AI Checkers instantly with just detects AI content from AI-content generators such as ChatGPT, Gemini, Claude, Llama, and others.



the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's offer as leverage to potentially prompt a better offer from OXY. These factors collectively made Chevron's offer more appealing despite its lower nominal value.



# AI detection report

Assessment Report - 03 Apr, 2025

| **Human score** | **Plagiarism** | **Readability score** |
|:---:|:---:|:---:|
| 1% | | 13 |

## Report Details

**Title:** MGT 423 Final
**Author:** Q4-c
**Language:** English
**Words:** 164

## Assessment

Winston has detected the text as 1% human. It is highly probable that an AI text generation tool was used.

No plagiarism results available. Document was not scanned for plagiarism.

This text has a **readability score of 13/100** and has a **U.S. school College graduate level**, which means it is very difficult to read and is best understood by university graduates.

## AI prediction map

Likely AI generated          Possibly AI generated          Unlikely AI generated

As we saw in class, APC likely favored Chevron's $65 per share offer over OXY's $76 offer due to several financial and strategic reasons :

Firstly, Chevron offered stronger strategic synergies and operational efficiencies, which could lead to greater

long-term value creation beyond the immediate offer price.

Secondly, Chevron's financial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's offer as leverage to potentially prompt a better offer from OXY. These factors collectively made Chevron's offer more appealing despite its lower nominal value.