## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **4/11/2025**

**Thierry Rignol**
Vs.
**Yale University**

Start Time: **11:05**   End Time: **1:29**
Recess (if more than ½ hr) ____ to ____
Total Time ____ hour(s) **144** minute(s)

Case #: **3:25-cv-00159-SFR**
Honorable Judge: **Sarah F. Russell**
Deputy Clerk: **Abby Bociek**
Counsel for Pla(s): **Kimberly S. Courtney, Stuart Bernstein**
Counsel for Dft(s): **Brendan Gooley, James M. Sconzo**
Reporter/ECRO/Courtsmart: **Terri Fidanza**
Interpreter ____ Language ____
Hearing held: ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: ____

**MOTIONS**

- ■ Motion **Preliminary Injunction** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
- ☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due ____ ☐ Proposed Findings due ____ Response due ____
- ☐ Status report due ____
- ☐ Hearing continued until ____ at ____

**NOTES**

Rev. 3/21/24