UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THIERRY RIGNOL,<br>　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>　　Defendants. | CASE NO. 3:25-cv-00159-SFR<br><br><br><br><br><br>MAY 2, 2025 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Defendants respectfully request an extension of eight (8) days, from May 7, 2025 to May 15, 2025, to respond to Plaintiff's Complaint.

Defendants have been working on their response but require additional time to complete it. An extension is warranted because Defendants devoted extensive time to Plaintiff's Motions for a Temporary Restraining Order and Preliminary Injunction and to Use a Pseudonym and were therefore only recently able to begin focusing on responding to Plaintiff's Complaint, which includes two hundred and twenty-seven (227) paragraphs and six (6) claims.

This is Defendants' second request for an extension of this deadline. (*See* ECF 72.)

Plaintiff does not oppose Defendants' requested extension.

Defendants respectfully request that the Court grant this Motion and extend their deadline to respond to the Complaint by eight (8) days from May 7, 2025 to May 15, 2025.

THE DEFENDANTS,
YALE UNIVERSITY, YALE
UNIVERSITY BOARD OF TRUSTEES,
WENDY TSUNG, K. GEERT
ROUWENHORST, JACOB
THOMAS, SHERILYN SCULLY,
JAMES CHOI, AND ANJANI JAIN

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    Amanda M. Brahm (ct30581)
    CARLTON FIELDS, P.C.
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone: (860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:    jsconzo@carltonfields.com
                 bgooley@carltonfields.com
                 abrahm@carltonfields.com

    Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of May, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Brendan N. Gooley*
Brendan N. Gooley