# Exhibit A

# School of Management 2024–2025



BULLETIN OF YALE UNIVERSITY

*Series 120    Number 7    July 20, 2024*

For the full report, see https://studentlife.yale.edu/guidance-regarding-free-expression-and-peaceable-assembly-students-yale.

## THE YALE SOM HONOR CODE

### *Guiding Principles*

Honesty is fundamental to the profession and practice of management. It is therefore the bedrock premise of management education at Yale. To the community of students, faculty, and staff of the Yale School of Management, honesty and integrity build the trust essential to a free and lively exchange of ideas.

The Yale SOM Honor Code is intended to foster the school's exceptional learning environment and to support conduct that will distinguish the faculty, staff, and students in their lives as managers, at school, at school-related functions, and in the larger management community. The Honor Code will be referred to as the "Code" hereafter.

The Honor Committee has jurisdiction over all Code violations including matters of academic dishonesty and egregious violations of the social and professional norms of behavior.

### *Academic Integrity*

The Yale SOM community, including faculty, staff, and students, supports the highest standards of academic integrity. All academic work affords an unparalleled opportunity to put forward new and innovative ideas; at SOM, we aspire to always acknowledge the ideas upon which new solutions are based.

When working on any assignment with a team, students must clarify the expectations for each member of the team. Faculty will provide clear guidelines for students on the parameters of any group work. A student will contact the professor for clarification if there is a question about the way in which the group work is to be completed.

Students will familiarize themselves with the standards of proper citation via print and online resources, available on the SOM internal website.

### *Community Standards*

Every member of the Yale SOM community—students, faculty, staff, and alumni (hereafter collectively referred to as "community members")—plays an integral role in carrying out the school's mission to educate leaders for business and society. Our standards of professional behavior, on and off campus, advance Yale SOM's progress in this regard and seek to strengthen our entire community.

A hallmark of the SOM community is its inclusivity, which respects, values, and celebrates the diverse backgrounds and views of community members. Community members aspire to standards of conduct while at Yale, and as they function in the larger management community, that will further distinguish SOM as a center of integrity and fair dealing.

Students must uphold the highest standards of professional behavior, among community members as well as with prospective employers and all other constituents of Yale. This standard includes promoting and holding others accountable to maintain a culture of active inclusion, respect, and integrity.

The SOM community's commitment to professional and ethical excellence extends into interpersonal interactions among community members. As a community, we are committed to equitable opportunity in all aspects of student and academic life.

All forms of discrimination fall outside the bounds of expected behavior.

Each member of the community is expected to uphold these values for all other community members.

Students must remember that they represent the school in all of their actions as they take part in activities in the university, New Haven, and the larger management community.

## *Procedures of the Honor Committee*

### COMPOSITION AND CHARGE

The Honor Committee considers instances of academic infractions and other serious violations by Yale SOM students against the SOM and university communities and their guests. The committee is responsible for collecting facts pertaining to such infractions and violations, making judgments about them, and determining punishment where appropriate. In addition, the committee reviews and proposes revisions in SOM discipline policy and procedures where needed and communicates its policies and actions to the community at large.

When a complaint of Honor Code violation concerns conduct or expression that is protected by a university policy (e.g., the Policy on Freedom of Expression, found at https://secretary.yale.edu/report-committee-freedom-expression-yale), the Honor Committee will not hear the complaint.

Suspected cases of cheating or other violations of honor code standards should be reported to the chair of the SOM Honor Committee or the administrative director of the relevant degree program, i.e., for cases involving students in the M.B.A., M.A.M., and M.M.S. programs, the dean of students; or for cases involving students in the M.B.A. for Executives program, the assistant dean for the M.B.A. for Executives program. A list of the members of the Honor Committee is available on the SOM internal website.

The committee is appointed by the deputy dean for academic programs. It consists of four faculty members (one of whom shall be designated chair), six SOM students (three from each class in residence, unless modified as under the Process section below), and the dean of students (who shall act as secretary to the committee and shall be nonvoting). The student members will typically serve for two academic years.

### PROCESS

The committee will collect the facts relevant to each complaint under consideration and make judgments on whether an infraction or violation has been committed and on its seriousness to the community. Based on these judgments, the committee will choose a punishment that it deems appropriate to the offense. It shall also inform the community of its actions via the school's electronic newsletter or other channels it deems appropriate in such a manner as to protect the identity of individuals who are the recipient of punishments.

Although deviations may be taken by the chair when appropriate to a given case, the following steps are customary:

1. The work of the committee normally begins when a member of the university community (faculty, student, or staff) brings a probable violation or infraction to the attention of the committee chair. The chair or the chair's designee then requests a written statement and copies of any other relevant materials pertinent to the complaint.
2. Based on these materials, the chair will decide whether the offense, if the charge is true, would be of sufficient seriousness to warrant the attention of the committee. If the complaint is deemed sufficiently serious, the chair or the chair's designee shall inform the student who is the subject of the complaint. At the same time, the student will be directed to review the Committee Policies and Procedures to apprise the student of the rights: (a) to appear before the committee, (b) to be accompanied by any member of the university community to act as the student's adviser,* (c) to examine any and all written materials being provided to the committee as soon as possible, and ordinarily at least forty-eight hours in advance of the meeting, so that the student may have ample opportunity to question or refute them. At the beginning of a meeting with a student who is the subject of a complaint, the chair will review the Procedures of the Committee and the process to be followed in meetings with the committee.

The committee chair can do any of the following when a case is brought forward:
a. Dismiss the case for lack of evidence or insufficient seriousness
b. Send the case to a subcommittee
c. Send the case to the full committee

The subcommittee consists of the committee chair (or another faculty member on the Honor Committee designated by the chair) plus one first-year Yale SOM student and one second-year Yale SOM student, chosen from the full committee. If the accused student is in the M.A.M., M.M.S., or M.B.A. for Executives program, then, whenever it is possible without delaying the scheduling of the hearing, one of the student members of the subcommittee must be from the respective program. The subcommittee is empowered to take the following actions:
a. Exoneration
b. Warning (verbal or written)
c. Probation
d. Mandatory F in course (for academic infractions)
e. Send the case to the full committee

The accused student may appeal any decision from the subcommittee to the full committee. The student must make the appeal to the committee chair within five working days of the subcommittee's decision.

The full committee consists of three first-year Yale SOM students, three second-year Yale SOM students, and at least four faculty members. If the accused student is in the M.A.M., M.M.S., or M.B.A. for Executives program, then, whenever it is possible without delaying the scheduling of the hearing, at least one of the student members must be from the respective program. The full committee is empowered to take the following actions and may impose other sanctions of intermediate severity:
a. Exoneration
b. Warning (verbal or written)

    c. Probation
    d. Mandatory F in course (for academic infractions)
    e. Suspension of one or more terms + mandatory F in course
    f. Expulsion, a permanent separation from Yale SOM
    The appeal of the subcommittee decision to the full committee can result in a sanction more severe than the one originally imposed.

*Role of the adviser: In the SOM disciplinary process, the student's adviser is not an advocate, but rather a source of support to the student. The adviser may help the student in preparing for the meeting with the Honor Committee and may accompany the student to the meeting. During the meeting, the adviser may quietly suggest questions or issues for the student to raise with the committee; the adviser does not participate directly in the meeting.

3. The committee will endeavor to conduct its business in such a way as to protect the privacy of all individuals who are involved with the case. In addition, it will seek to make its judgments as promptly as is consistent with the need to establish the facts of the case and to come to judgments based on these facts.
4. The subcommittee and the full committee will seek to make decisions by consensus. When consensus is impossible, a majority vote will be taken. No decision shall be made without a quorum of committee members (defined as at least two faculty members and three students for the full committee and all members of the subcommittee).
5. A penalty of expulsion will appear on a student's transcript. Correspondence related to any disciplinary penalty will remain in a student's internal Yale SOM file and in the files of the Honor Committee. Penalties of suspension for a full semester or longer will also appear on a student's transcript. Upon completion of the suspension, the student may request that the suspension notation be removed from the transcript. A penalty of a full- or partial-term suspension will be reported to an outside agency or individual when a student makes a written request for release of file information to that agency or individual. A penalty of probation will be reported under the same circumstances for a period of time the student is enrolled and will not be released after the student has graduated. Information about warnings will not be released. To provide for some consistency in reactions to offenses year by year, the committee chair shall study the files and inform the committee (ordinarily before the first case of the year is heard) of punishments meted out in certain classes of cases in prior years. Penalties should be set based upon the severity of the infraction, rather than the impact of such penalty on the student's personal situation.
6. The committee chair will inform those against whom complaints have been made of the decisions within twenty-four hours of the committee's decision.

REVIEW

1. At the beginning of the investigation, the chair will inform the subcommittee or full committee members of the individual(s) involved in a case. Committee members will be invited to excuse themselves from the case if there is a conflict of interest. If a committee member is excused and a quorum cannot be met, the chair will recommend to the deputy dean for academic programs a successor for temporary appointment to the committee for participation in the matter. At the beginning of the investigation, the chair will inform the student whose conduct is in question of the procedures that will

be followed and will notify the student of the membership of the committee. Within one day after receiving that notification, the student may object that a member is prejudiced by stating in writing the basis for this objection. On receipt of this objection, the chair will rule on whether the member should be recused from taking part in the proceedings and, if this is done and a quorum cannot be met, will recommend to the deputy dean for academic programs a successor for temporary appointment to the committee for participation in the matter. A decision of the chair not to recuse the challenged member will be communicated to the student, who may within one day after receiving the notice appeal the decision to the cognizant academic dean of the relevant academic program. The cognizant academic dean's decision to deny or grant the appeal of a conflict of interest will be final.

2. At the time the committee informs the student of its decision, it shall also inform the cognizant academic dean.
3. The cognizant academic dean will offer any student against whom an infraction or violation is found the opportunity to meet with the cognizant academic dean, as promptly as the dean's schedule may permit, to raise any objections to the proceedings on the grounds of procedural irregularity or prejudice. If objection is raised, the cognizant academic dean will investigate the objection and may remand the matter to the committee to correct the procedural irregularity or to re-deliberate after disqualifying the member or members found to be prejudiced. A decision of the cognizant academic dean that the proceedings were not irregular or that there is insufficient evidence of prejudice will be final.
4. The accused student can appeal the severity of the penalty, but not the findings, from the full committee to the Faculty Review Board, which consists of the cognizant academic dean of the relevant academic program and two faculty members who were not part of the full committee. The student must make the appeal in writing to the cognizant academic dean within five working days of the full committee's decision.

    General dissatisfaction with the committee's decision does not constitute a basis of appeal. The committee chair may submit a written or oral explanation of the committee's decision to the Faculty Review Board. The student's written request and supporting materials will be made available to the Review Board, but the student will not be permitted to attend the Review Board meeting. The Review Board's role in the appeal will be to judge the appropriateness of the punishment assessed by the committee, assuming the correctness of the committee's finding of a violation. The appeal of the full committee decision to the Faculty Review Board can result in a sanction more severe than the one originally imposed. The decision of the Faculty Review Board is final and not subject to further appeal within the university.
5. The *ex officio* member of the committee (the dean of students) helps steer the case through the process and attends all meetings of the subcommittees and the full committee and the Faculty Review Board.

RECORDS AND FILES

Records of committee meetings about particular cases will be kept by the dean of students, who will act as secretary to the committee. These records will be kept in a confidential file. Only the deputy dean for academic programs, the cognizant academic dean, the dean of students, and the current chair of the Honor Committee shall have