# Exhibit E



# Yale SCHOOL OF MANAGEMENT

**ANJANI JAIN**
*Deputy Dean for Academic Programs and Professor in the Practice of Management*

PO Box 208200
New Haven CT 06520-8200
T 203 432-4671
F 203 436-9277
anjani.jain@yale.edu
som.yale.edu/jain

*courier*
165 Whitney Avenue
New Haven CT 06511

November 19, 2024

Thierry Rignol
EMBA Program, Yale School of Management

Dear Thierry,

I am writing to inform you that the Faculty Review Board (FRB) met today to discuss your appeal of the sanctions imposed by SOM's Honor Committee.  After careful deliberation, the FRB decided to deny your appeal.  The denial of your appeal means that the Honor Committee's sanction of a one-year suspension from SOM, as communicated to you in Professor James Choi's letter of November 8, stands and is effective as of November 20, 2024.

Separate from the FRB decision, I wish to let you know that I am asking Professor James Choi and the Honor Committee to continue deliberating the complaint of violation of the examination rules in the course MGT 423E: *Sourcing and Managing Funds* to determine whether you violated SOM's Honor Code.  In the meantime, I am asking Professor Rouwenhorst to withhold your grade in the course.  You will be informed of both outcomes by Dean Wendy Tsung when they are determined.

Sincerely,

Anjani Jain

Cc:     Professor James Choi; Chair, SOM Honor Committee
        Professor Geert Rouwenhorst
        Assistant Dean Wendy Tsung

 **Yale** SCHOOL OF MANAGEMENT

ANJANI JAIN
*Deputy Dean for Academic Programs and
Professor in the Practice of Management*

PO Box 208200
New Haven CT 06520-8200
T 203 432-4671
F 203 436-9277
anjani.jain@yale.edu
som.yale.edu/jain

*courier*
165 Whitney Avenue
New Haven CT 06511

December 11, 2024

Thierry Rignol
EMBA Program, Yale School of Management

Dear Thierry,

I am writing in response to your December 2, 2024 appeal to Faculty Review Board (FRB) to overturn the Honor Committee sanction of "F" grade in MGT 423E: *Sourcing and Managing Funds*, as communicated to you by Professor James Choi, Chair of the Honor Committee, in his letter of November 21, 2024. The FRB met earlier today to discuss your appeal. Our decision, reached after careful consideration, is to deny the appeal. The means that the "F" grade in MGT 423E stands. Because MGT 423E is a core course, you must remediate the "F" in the course and earn a passing grade before you can graduate. Dean Wendy Tsung will communicate to you the manner in which you may remediate the grade.

Your appeal statement included the claim that the FRB "exceeded the scope of its authority" by directing the Honor Committee to continue deliberating and "issue findings regarding a *new charge*" (emphasis added). I wish to point out that this claim is entirely erroneous. My letter of November 19, 2024 made it clear that it was my decision as the cognizant dean, and not the FRB's, to ask the Honor Committee to continue deliberating the original complaint of violation of exam rules, a complaint on which the Honor Committee did not reach a decision in its first hearing. This directive to the Honor Committee is fully within my authority and responsibility as the cognizant dean. Moreover, this directive did not issue a new charge to the Honor Committee. The only charge the Honor Committee considered in its continued deliberation, and issued a ruling on, was the original charge of violating the exam rules in MGT 423E.

Sincerely,

Anjani Jain

Cc:    Professor James Choi; Chair, SOM Honor Committee
       Professor Geert Rouwenhorst
       Assistant Dean Wendy Tsung