UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THIERRY RIGNOL,<br>　　　Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>　　　Defendants. | CASE NO. 3:25-cv-00159-SFR<br><br><br><br><br><br><br><br>MAY 19, 2025 |

**DECLARATION OF BRENDAN N. GOOLEY**

Pursuant to 28 U.S.C. § 1746, I, Brendan N. Gooley, say:

1. I am over the age of twenty-one and believe in and understand the obligations of an oath.

2. I am an attorney at Carlton Fields P.A.P.C., which represents Defendants in this case.

3. I have personal knowledge of the facts set forth below.

4. On May 14, 2025, the Parties participated in a telephonic conference call pursuant to Rule 26(f) and Local Rule 26(f). During that call, I informed Plaintiff's counsel that Defendants intended to seek a stay of discovery pending a ruling on their Motion to Dismiss.

5. Counsel for Plaintiff indicated that Plaintiff would likely object to Defendants' request for a stay and counsel for Plaintiff subsequently emailed me indicating that Plaintiff does not consent to Defendants' request for a stay pending resolution of the Motion to Dismiss.

6. The Parties therefore have not reached an agreement regarding Defendants' Motion to Stay.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19th, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brendan N. Gooley