# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THIERRY RIGNOL,<br>　　Plaintiff, | CASE NO. 3:25-cv-00159-SFR |
| v. | |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>　　Defendants. | MAY 30, 2025 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Plaintiff respectfully requests an extension of fourteen (14) days, from June 5, 2025 to June 19, 2025, to file an Amended Complaint or respond to Defendants' Motion to Dismiss in accordance with the Court's prior Order (DKT# 92).

Plaintiff has been working on his filing but requires additional time to complete it. This is Plaintiff's first request for an extension of this deadline. Defendants do not oppose Plaintiff's requested extension.

Plaintiff respectfully requests that the Court grant this Motion and extend his deadline to file an Amended Complaint or respond to Defendants' Motion to Dismiss by fourteen (14) days, from June 5, 2025 to June 19, 2025.

ATTORNEY PLAINTIFF,
THEIRRY RIGNOL

By: */s/ Stuart Bernstein*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of May, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Stuart Bernstein*