UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| THIERRY RIGNOL, | : | CASE NO. 3:25-cv-00159-SFR |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN, | : | |
|    Defendants. | : | JUNE 12, 2025 |
| | : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Plaintiff respectfully requests an extension of time to file an opposition to defendants' motion for a stay (DKT# 93) currently due on June 19, 2025.

Plaintiff's time to file an amended complaint or response to defendants' motion to dismiss (DKT#91) is currently due or before June 19, 2025. (DKT#98). Plaintiff has recently advised Defendants' counsel that Plaintiff will be filing an amended complaint by the current June 19th deadline.

Defendants' pending motion to dismiss (DKT#91) will be rendered moot by the filing of Plaintiff's amended complaint. Further, Defendants' motion for a stay (Dkt#93) will be placed in limbo as Defendants may elect not to submit a motion to dismiss the amended complaint but instead file an Answer. Absent an adjournment of the current June 19th deadline (DKT#98) to oppose the motion for a stay Plaintiff would be required to submit an opposition and incur the costs associated with the opposition of a motion which may no longer exist. Additionally, any opposition by the Plaintiff by June 19th will undoubtedly have to be supplemented to address Defendants' arguments in their theoretical new motion to dismiss.

Plaintiff respectfully requests that the Court grant an extension of time to file an opposition to Defendants' motion for a stay (DKT#93) until such time as Plaintiff's opposition to Defendants' potential motion to dismiss the amended complaint, is due.

        THE PLAINTIFF,
        THIERRY RIGNOL

        NESENOFF & MILTENBERG, LLP

        */s/ Stuart Bernstein*
        Stuart Bernstein, Esq.
        (*admitted pro hac vice*)
        363 Seventh Avenue, 5th Floor
        New York, New York 10001
        212-736-4500 (telephone)
        sbernstein@nmllplaw.com

        KOFFSKY & FLESEN, LLC

        */s/ Audrey Felsen*
        Audrey A. Felsen, Esq.  (ct20891)
        1261 Post Road, Suite 202B
        Fairfield, Connecticut 06824
        203-327-1500
        audrey@koffskyfelsen.com

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of June, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Stuart Bernstein*
Stuart Bernstein, Esq.