## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THIERRY RIGNOL,<br>Plaintiff, | CASE NO. 3:25-cv-00159-SFR |
| v. | |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>Defendants. | JULY 30, 2025 |

### **MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 12, Defendants respectfully move to dismiss Plaintiff's Second Amended Complaint (ECF 102). The Court should grant Defendants' Motion and dismiss all of Plaintiff's claims with prejudice for the reasons set forth in the accompanying Memorandum of Law.

THE DEFENDANTS,
YALE UNIVERSITY, YALE
UNIVERSITY BOARD OF TRUSTEES,
WENDY TSUNG, K. GEERT
ROUWENHORST, JACOB
THOMAS, SHERILYN SCULLY,
JAMES CHOI, AND ANJANI JAIN

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS, P.C.
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone: (860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:   jsconzo@carltonfields.com
                 bgooley@carltonfields.com

Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of July, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Brendan N. Gooley*
Brendan N. Gooley