# Exhibit D

 Outlook

---

**Re: Student Members of Honor Committee**

---

**From** James Choi, Honor Committee <james.choi.hc@yale.edu>

**Date** Tue 11/5/2024 2:13 PM

**To**   Rignol, Thierry <thierry.rignol@yale.edu>; Tsung, Wendy <wendy.tsung@yale.edu>

Dear Thierry,

I have spoken to both Deans Scully and Tsung, and their recollection of what Dean Scully said to you differs from your account.

The composition of the Honor Committee members who will hear your case will adhere to the procedures described in the Yale SOM Bulletin. There are no grounds to require Committee members to meet the criteria you describe.

The membership of the Honor Committee is available to you at https://som.yale.edu/myportal/academics/academic-requirements/yale-som-honor-code. You may request that a member be recused if you believe that member would be prejudiced in your case. I will make a judgment as to whether such a request will be granted.

Sincerely yours,
James Choi

--
James Choi
Chair, Yale SOM Honor Committee
Professor of Finance

---

**From:** Rignol, Thierry <thierry.rignol@yale.edu>
**Sent:** Monday, November 4, 2024 6:03 PM
**To:** Tsung, Wendy <wendy.tsung@yale.edu>; amiltenberg@nmllplaw.com <amiltenberg@nmllplaw.com>; James Choi, Honor Committee <james.choi.hc@yale.edu>
**Subject:** Student Members of Honor Committee

Dear Wendy,

At a July 24, 2024, meeting between us and Senior Advisor Scully, Ms. Scully made representations about the composition of the Honor Committee's student members.

Ms. Scully represented that the Committee's student members would have prior experience with the Sourcing and Managing Funds (SMF) course at issue in the hearing.

Specifically, Ms. Scully represented that the students sitting and judging on the Committee would have taken the same SMF exam that I took and that the students would have taken the same courses that I took; that there would be up to seven students in the room who did all the SMF problem sets and had the same two professors as myself; and that the students would have taken the same exam and were given the same prompt I was given.

Respectfully, I ask that the composition of the Committee's student members comply with the above representations from Ms. Scully. Although the names of the student members judging this case on the Committee have not yet been released to me, I respectfully request that any student members of the Committee who do not comply with the above representations from Ms. Scully be recused from the Committee.

Sincerely,

Thierry Rignol


--
Thierry A. Rignol
Cell: +1 (281) 871-8579 | Linkedin | Twitter | Facebook

**Tsung, Wendy**

---

**From:**          Rignol, Thierry
**Sent:**           Tuesday, November 5, 2024 10:33 AM
**To:**            Tsung, Wendy; James Choi, Honor Committee; amiltenberg@nmllplaw.com
**Subject:**       Recusal Request

Dear Wendy,

I am deeply concerned that multiple Yale administrators who conducted the investigation of this matter are also serving as judges on the Honor Committee.

A cornerstone of due process is that investigators do not also serve as prosecutor, judge, and jury. Despite the best intentions, participation in an investigation process before the adjudicative process begins necessarily prejudices those who participated in the investigation. This prejudice creates an inherent conflict of interest.  For example, members of the investigation are privy to evidence that the Committee could not otherwise consider and have necessarily formed opinions heading into the hearing.

Prosecutor Choi in particular has already threatened me with expulsion.

Respectfully, I request that any member of the Honor Committee who participated in the investigation of this matter be recused from participation in the Committee.

I also request that any member of the Honor Committee who has already been exposed to evidence regarding this matter be recused from participation in the Committee.

Sincerely,

Thierry Rignol

--
Thierry A. Rignol
Cell: +1 (281) 871-8579 | Linkedin | Twitter | Facebook