# Exhibit E

**GPTZero**
Version 2024-04-04

## AI Report

We are <u>highly confident</u> this text is

# AI Generated

### AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence

🟡 Sentences that are likely AI-generated.

YALE001

**GPTZero**

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE002

GPTZero

## AI Report

We are highly confident this text is

# AI Generated

## AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

Qualitatively, the announcement of a 17% increase in the dividend per share might influence the belief in the estimated synergies because of:

1. Higher confidence in financial health of the merger: A significant increase in dividends often signals management's confidence in the company's financial health and future cash flow generation. This confidence might suggest that the management has strong expectations for the successful integration and realization of the synergies from the acquisition.

2. Enhanced shareholder value: The statement emphasizes Tapestry's commitment to delivering shareholder value. This statement could indicate that the management expects the synergies to be substantial and sustainable, which would support the increased dividends and further capital returns to shareholders.

3. Signals disciplined financial management: The emphasis on disciplined financial operations and capital allocation reinforces the idea that Tapestry's management is prudent and methodical in their decision-making. The statement therefore implies that management's $4 billion synergy estimate is based on thorough analysis and realistic expectations rather than overly optimistic projections.

4. Manage market perception: The dividend increase might positively influence market

YALE003

perception, potentially increasing investor confidence in Tapestry's ability to achieve the projected synergies. This could lead to a re-evaluation of the risk factors associated with the acquisition, potentially closing the gap between investor and management synergy estimates. While the quantitative estimate of synergies according to investors was approximately $873.36 million, the qualitative aspects provided by the dividend increase announcement suggest that management's higher synergy estimate of $4 billion might have a strong foundation. Qualitatively, the announcement reflects a belief in significant cost savings and revenue enhancements that can support higher shareholder returns, and would lead us to believe the investor quantitative estimate is too pessimistic.

● Sentences that are likely AI-generated.

GPTZero  Version 2024-04-04    Document — 6/11/2024 - 3/21/2025

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE005

GPTZero
Version 2024-04-04

## AI Report

We are <u>highly confident</u> this text is

# AI Generated

## AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to <u>gptzero.me</u> to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

There are a number of reasons TRP might decide to increase the dividend at the same time:

1. Demonstrating confidence in financial strength of the combined company: By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.

2. Increasing shareholder value: The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

3. Countering potential negative reactions: As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

4. Attracting and retaining investors: A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

YALE006

5. Signaling operational discipline: By emphasizing disciplined financial operations and capital allocation, TPR reassures investors that it remains committed to prudent management despite the large capital outlay for the acquisition.

6. Reducing Share price volatility: The positive impact of a dividend increase can help stabilize the share price in the short term. This stability can be beneficial during the volatile period following an acquisition announcement, helping to maintain a positive investor sentiment.

7. Communicating strategic alignment: Increasing the dividend while announcing the acquisition communicates that TPR views the acquisition as a long-term value-enhancing move that aligns with its overall strategy of growing shareholder value.

8. Leveraging synergies to fund dividends: TPR might be signaling that the expected synergies from the acquisition will be sufficient to fund the increased dividend payments. Linking these two elements can help investors see the acquisition as a source of future income rather than just an expense.

Ultimately, by announcing a dividend increase alongside the acquisition, TPR aims to convey a strong message of confidence, stability, and commitment to shareholder value, which can help garner support from the investment community and mitigate any concerns about the acquisition

● Sentences that are likely AI-generated.

**GPTZero**
Version 2024-04-04

Document — 8/11/2024 - 3/21/2025

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**YALE008**

GPTZero
Version 2024-04-04          Document — 6/11/2024 - 3/21/2025

## AI Report

We are highly confident this text is

# AI Generated

### AI Probability

# 100%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

Companies in a high-growth stage typically have lower FCF relative to NOPAT due to significant reinvestment in the business. Conversely, more mature companies with stable operations might exhibit FCF close to NOPAT, indicating efficient operations but not necessarily high growth. Therefore, FCF being close to NOPAT is more an indicator of efficient cash conversion and good financial health rather than strong growth. While it implies that the company can generate cash effectively from its operations, strong growth is typically indicated by increasing revenues, profits, and significant reinvestment in the business. Therefore, I would not agree with Juan Ortega's statement; instead, I would clarify that while close FCF and NOPAT indicate efficiency and financial stability, they

● Sentences that are likely AI-generated.

YALE009

**GPTZero** Version 2024-04-04

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.

See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE010

**GPTZero**
Version 2024-04-04

AI Report

We are <u>highly confident</u> this text is

# AI Generated

### AI Probability

## 99%

This number is the probability that the document
is AI generated, not a percentage of AI text in the
document.

### Plagiarism

?

The plagiarism scan was not run for this docu-
ment. Go to <u>gptzero.me</u> to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

Debt covenants are agreements between a borrower and lender that impose certain restrictions
or requirements on the borrower to reduce the lender's risk. These covenants can be
affirmative (requiring certain actions) or negative (restricting certain actions). In general,
restrictions lower borrowing costs because lenders feel more secure about the borrower's
ability to repay the debt. This security can result in lower interest rates because the perceived
risk of default is reduced. Lenders may offer better terms in exchange for the additional control
and oversight provided by covenants.

● Sentences that are likely AI-generated.

YALE011

GPTZero

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

GPTZero
Version 2024-04-04

## AI Report

We are moderately confident this text is

# AI Generated

### AI Probability

# 92%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

A rights offering allows existing shareholders the opportunity to purchase additional shares, typically at a discount, in proportion to their current holdings. This mechanism aims to prevent dilution of their ownership percentage.

Two parts:

1) Subscription rights: Existing shareholders are granted rights to buy additional shares. If they exercise these rights, they maintain their proportional ownership in the company.

2) Sale of Rights: If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the reduction of ownership percentage if not exercised. In this context, we understand "dilution" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilution (value loss) associated with a rights offering, even if their ownership percentage does go down.

YALE013

Sentences that are likely AI-generated.

YALE014

**GPTZero** Version 2024-04-04

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene **Writing Reports** as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our **Writing Reports** through Google Docs). Check out our list of **several recommendations** on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**YALE015**

**GPTZero**
Version 2024-04-04

## AI Report

We are <u>moderately confident</u> this text is

# AI Generated

## AI Probability

# 92%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

### Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

As we saw in class, APC likely favored Chevron's $65 per share offer over OXY's $76 offer due to several financial and strategic reasons:

Firstly, Chevron offered stronger strategic synergies and operational efficiencies, which could lead to greater long-term value creation beyond the immediate offer price.

Secondly, Chevron's financial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's offer as leverage to potentially prompt a better offer from OXY. These factors collectively made Chevron's offer more appealing despite its lower nominal value.

● Sentences that are likely AI-generated.

**YALE016**

GPTZero
Version 2024-04-04

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**GPTZero**
Version 2024-04-04

## AI Report

We are <u>moderately confident</u> this text is

# AI Generated

### AI Probability

# 87%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

### Plagiarism



The plagiarism scan was not run for this document. Go to <u>gptzero.me</u> to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

A high profit margin indicates that a firm is efficient at converting revenue into profit, which is generally a good sign of financial health and can contribute to creating value for investors. However, a firm with a lower profit margin might have higher growth prospects. High growth potential can lead to increased future revenues and profits, which can ultimately create more value for investors.

Ultimately, "value for investors" is measured by Return on Equity (ROE) and Return on Invested Capital (ROIC). These crucial metrics consider how effectively a firm uses its capital to generate profits. A firm with a lower profit margin might have better capital efficiency (higher ROE or higher ROIC), leading to higher overall returns for investors.

For example, Firm A has a higher profit margin but requires significant capital investment to maintain its operations, while Firm B has a lower margin but uses its capital more efficiently, leading to higher ROIC. We saw this example in class with Coach that had a 4x larger profit margin than TJ Max while both firms had the same ROE (i.e. delivered the same value to investors). Conversely, Abercrombie had a lower profit margin and lower ROE than both firms.

Lastly, the individual risk profile of each firm can influence investor value creation. A high profit margin firm in a brand new untested startup might require a higher ROE to deliver risk-adjusted

YALE018

value to investors compared to an established business in the same industry albeit with highly predictable and stable cash flows.

🟡 Sentences that are likely AI-generated.

YALE019

**GPTZero** Version 2024-04-04                                    Document — 6/11/2024 - 3/21/2025

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

  Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE020

GPTZero

AI Report

We are not confident this text is

# AI Generated

## AI Probability

# 77%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

The statement is generally true, but partially misleading as it related to this specific model (and the limitations we saw of this model in our problem set and in class).

In general, investors are generally attracted to growth stocks because they anticipate future earnings growth, which translates into higher FCF, and in turn to higher stock prices. As the company grows, its earnings potential increases, theoretically leading to higher returns for investors. Growth stocks typically have higher price-to-earnings (P/E) ratios because investors are willing to pay a premium for the expected growth. Further, when a growing company meets or exceeds growth expectations, the stock price tends to increase.

However, temporary or unsustainable growth might lead to disappointing stock performance in the long term. Investors look for consistent and predictable growth patterns. Further, high growth does not always equate to high profitability. Some growth stocks might sacrifice current profits for future growth. Investors need to balance growth potential with profitability and cash flow considerations. In the context of this model, we saw that the increased FCF over time comes at the expense of limited to no Capex and limited to no working capital. Therefore, while investors are generally happy to buy growth stocks (and are willing to pay a premium as indicated by higher P/E ratios on growth stocks), the expected growth cannot be unrealistic and/

YALE021

or rely on exponentially increasing revenue while keeping Capex and working capital low

🟡 Sentences that are likely AI-generated.

YALE022

GPTZero    Version 2024-04-04                                Document — 6/11/2024 - 3/21/2025

## FAQs

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

**YALE023**

GPTZero
Version 2024-04-04                                    Document — 6/11/2024 - 3/21/2025

AI Report

We are <u>not confident</u> this text is

# AI Generated

## AI Probability

## 72%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to <u>gptzero.me</u> to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

The statement is generally true, but partially misleading as it related to this specific model (and the limitations we saw of this model in our problem set and in class).

In general, investors are generally attracted to growth stocks because they anticipate future earnings growth, which translates into higher FCF, and in turn to higher stock prices. As the company grows, its earnings potential increases, theoretically leading to higher returns for investors. Growth stocks typically have higher price-to-earnings (P/E) ratios because investors are willing to pay a premium for the expected growth. Further, when a growing company meets or exceeds growth expectations, the stock price tends to increase.

However, temporary or unsustainable growth might lead to disappointing stock performance in the long term. Investors look for consistent and predictable growth patterns. Further, high growth does not always equate to high profitability. Some growth stocks might sacrifice current profits for future growth. Investors need to balance growth potential with profitability and cash flow considerations. In the context of this model, we saw that the increased FCF over time comes at the expense of limited to no Capex and limited to no working capital. Therefore, while investors are generally happy to buy growth stocks (and are willing to pay a premium as indicated by higher P/E ratios on growth stocks), the expected growth cannot be unrealistic and/

or rely on exponentially increasing revenue while keeping Capex and working capital low.

⬤ Sentences that are likely AI-generated.

YALE025

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

 **GPTZero** Version 2024-04-04

AI Report

We are <u>not confident</u> this text is

# Mix of AI and Human

## AI Probability

## 31%

This number is the probability that the document is AI generated, not a percentage of AI text in the document.

## Plagiarism

?

The plagiarism scan was not run for this document. Go to gptzero.me to check for plagiarism.

## Document — 6/11/2024 - 3/21/2025

Geert Rouwenhorst

Using P/E raHos is probably beWer than using a Price/Sales raHo because it does factor in expenses (a point we addressed earlier in the previous quesHon) and does at least account for the present net earnings of the companies.

We see how using different ratios can yield vastly different valuations, ranging from $152m in our previous question to $242m now (i.e. a 60% difference, which is huge).

However, using a PE ratio also suffers from the same issues as P/S:

1) Using only three companies may not provide a robust enough sample for a precise valuation. The sample should ideally include more companies to account for variations within the industry.

2) The companies used for the calculation should be comparable in terms of size, growth stage, and business model. If there are significant differences, the average P/E ratio might not accurately reflect the valuation multiple suitable for BSI.

3) The market conditions and company-specific factors like growth prospects, risk profile, and profitability can affect the P/E ratio. These factors should be considered when selecting comparable companies and deriving an average P/E ratio.

Therefore, we would be prudent to use a larger set of comparable companies and consider other valuation methods to cross-verify the estimated market value.

YALE027

Ultimately, ratios are nice and easy to use to have a quick first pass analysis (back of the envelope) valuation, but do not account for the NPV of all future cash flows in a way that would make a valuation completely accurate.

⬤ Sentences that are likely AI-generated.

YALE028

FAQs

## What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

## When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

## Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

## What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

## I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection: Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.

 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE029

**Document Title:** **Qualitatively, the announcement of a 17% increase**   Author: **Ken Wieler**

Our detector is highly confident that the text is written by AI.

| AI Scan | Stats |
|---|---|
| | |

## AI Scan

# 100%

There is a 100% chance this text was written en-
tirely by AI.

## Stats

278 words

29 sentences

29 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI. Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE030

**AI Scanned Document**

Our detector is highly confident that the text is written by AI.

AI Content

### Qualitatively, the announcement of a 17% increase

Qualitatively, the announcement of a 17% increase in the dividend per share might influence the belief in the estimated synergies because of:

1. Higher confidence in financial health of the merger: A significant increase in dividends often signals management's confidence in the company's financial health and future cash flow generation. This confidence might suggest that the management has strong expectations for the successful integration and realization of the synergies from the acquisition.

2. Enhanced shareholder value: The statement emphasizes Tapestry's commitment to delivering shareholder value. This statement could indicate that the management expects the synergies to be substantial and sustainable, which would support the increased dividends and further capital returns to shareholders.

3. Signals disciplined financial management: The emphasis on disciplined financial operations and capital allocation reinforces the idea that Tapestry's management is prudent and methodical in their decision-making. The statement therefore implies that management's $4 billion synergy estimate is based on thorough analysis and realistic expectations rather than overly optimistic projections.

4. Manage market perception: The dividend increase might positively influence market perception, potentially increasing investor confidence in Tapestry's ability to achieve the projected synergies. This could lead to a re-evaluation of the risk factors associated with the acquisition, potentially closing the gap between investor and management synergy estimates. While the quantitative estimate of synergies according to investors was approximately $873.36 million, the qualitative aspects provided by the dividend increase announcement suggest that management's higher synergy estimate of $4 billion might have a strong foundation.

Qualitatively, the announcement reflects a belief in significant cost savings and revenue enhancements that can support higher shareholder returns, and would lead us to believe the investor quantitative estimate is too pessimistic.

**Document Title:** **There are a number of reasons TRP might decide to**  Author:**Ken Wieler**

Our detector is highly confident that the text is written by AI.

## AI Scan

## 100%

There is a 100% chance this text was written entirely by AI.

## Stats

384 words

37 sentences

37 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs. Check out our list of several recommendations on types of assignments that are difficult to solve with AI. Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work. See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE032

**AI Scanned Document**

Our detector is highly confident that the text is written by AI.

AI Content

### There are a number of reasons TRP might decide to

There are a number of reasons TRP might decide to increase the dividend at the same time:

1. Demonstrating confidence in financial strength of the combined company: By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.

2. Increasing shareholder value: The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

3. Countering potential negative reactions: As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

4. Attracting and retaining investors: A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

5. Signaling operational discipline: By emphasizing disciplined financial operations and capital allocation, TPR reassures investors that it remains committed to prudent management despite the large capital outlay for the acquisition.

6. Reducing Share price volatility: The positive impact of a dividend increase can help stabilize the share price in the short term. This stability can be beneficial during the volatile period following an acquisition announcement, helping to maintain a positive investor sentiment.

7. Communicating strategic alignment: Increasing the dividend while announcing the acquisition communicates that TPR views the acquisition as a long-term value-enhancing move that aligns with its overall strategy of growing shareholder value.

8. Leveraging synergies to fund dividends: TPR might be signaling that the expected synergies from the acquisition will be sufficient to fund the increased dividend payments. Linking these

YALE033

two elements can help investors see the acquisition as a source of future income rather than just an expense.

Ultimately, by announcing a dividend increase alongside the acquisition, TPR aims to convey a strong message of confidence, stability, and commitment to shareholder value, which can help garner support from the investment community and mitigate any concerns about the acquisition.

YALE034

Report generated by Ⓖ **GPTZero**

Document Title:**The beta (β) of a portfolio measures the sensitivi**     Author: **Ken Wieler**

Our detector is highly confident that the text is written by AI.

## AI Scan

# 95%

There is a 95% chance this text was written entirely by AI.

## Stats

370 words

32 sentences

32 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

 Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.
 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE035

**AI Scanned Document**

Our detector is highly confident that the text is written by AI.

AI Content

### The beta (β) of a portfolio measures the sensitivi

The beta (ß) of a portfolio measures the sensitivity of the portfolio's excess returns (over the risk-free rate) to the excess returns of the market index. Beta is a proxy for risk because it's a measure of how much the portfolio's returns move in relation to the market's returns. Beta measures the tendency of the portfolio's returns to respond to swings in the market.

If ß = 1, then the portfolio's excess returns are expected to move in line with the market's excess returns. If the market goes up (or down) by 1%, the portfolio is also expected to go up (or down) by approximately 1%.

If ß > 1, the portfolio is considered to be more volatile than the market. It means that the portfolio's excess returns are expected to move more than the market's excess returns. If the market goes up (or down) by 1%, the portfolio is expected to go up (or down) by more than 1%.

If ß < 1, the portfolio is considered to be less volatile than the market. It means that the portfolio's excess returns are expected to move less than the market's excess returns. If the market goes up (or down) by 1%, the portfolio is expected to go up (or down) by less than 1%.

Beta can be used by investors as a risk assessment tool, where it represents the sensitivity of the portfolio's returns to market movements. Beta is a component of the Capital Asset Pricing Model (CAPM), which calculates the expected return on an investment given its beta and the expected market returns.

If the beta is less than one, we can say that the portfolio is less sensitive to market movements than the market index itself. We can infer that the portfolio has less systemic risk compared to the overall market, and therefore more "defensive". In practical terms, if the market experiences a decline, the portfolio is expected to decline less than the market; conversely, if the market rises, the portfolio would typically see smaller gains compared to the market. A lower beta might also suggest that the portfolio is well-diversified or has a significant allocation to less volatile assets such as bonds or stocks in stable industries.

YALE036

**Document Title:** **Investors who recognize that they have "Socratic k**   **Author:** **Ken Wieler**

Our detector is highly confident that the text is written by AI.

## AI Scan

# 95%

There is a 95% chance this text was written entirely by AI.

## Stats

366 words

34 sentences

34 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI. Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE037

**AI Scanned Document**

Our detector is highly confident that the text is written by AI.

AI Content

### Investors who recognize that they have "Socratic k

Investors who recognize that they have "Socratic knowledge," meaning they are aware of their own limitations and ignorance ("knowing what they do not know"), may choose to act as if markets are efficient for several reasons:

1. Cost Efficiency: Actively trying to beat the market can be expensive because it generally involves higher transaction costs due to more frequent trading, potential higher tax consequences, and often higher management fees if using active fund managers. By acting as if the market is efficient, investors can minimize these costs.

2. Risk Management: Investors who act as if the market is efficient are more likely to diversify their portfolio. Diversification reduces risk without sacrificing expected returns.

3. Time and Resource Constraints: Conducting the research required to attempt to beat the market requires significant time and resources. Many investors may not have the time, access to information, or analytical tools to make informed decisions that they believe could outperform the market.

4. Behavioral Biases: Investors may recognize that behavioral biases can lead to poor investment decisions. By adopting a strategy that assumes market efficiency, these investors would aim to minimize the impact of their own cognitive biases on their investment decisions.

5. Simplicity and Peace of Mind: There is a simplicity to investing in a manner that assumes market efficiency because it often involves buying and holding a diversified mix of assets, which can provide peace of mind to investors who prefer a more hands-off approach.

6. Acknowledgment of the Difficulty of Beating the Market: Even if investors do not believe that markets are fully efficient, they may acknowledge that consistently outperforming the market is difficult. They might believe that while inefficiencies exist, they are not easily or consistently exploitable for excess returns.

7. Long-Term Investment Horizon: Investors with a long-term outlook may recognize that any potential inefficiencies are likely to be arbitraged away over time, and therefore, a strategy that assumes market efficiency aligns with their investment horizon.

8. After-Tax Returns: Finally, since actively managed portfolios can generate more taxable events, an

investor in a high tax bracket may prefer a strategy that assumes market efficiency, which typically involves less frequent trading and thus potentially more favorable tax treatment.

YALE039

Report generated by ⊙ GPTZero

Document Title**We know that the Enterprise Value of Ford is equal**  Author:**Ken Wieler**

Our detector is highly uncertain about this document. The writing style and content are not particularly AI-like.

## AI Scan

# 35%

There is a 35% chance this text was written entirely by AI.

## Stats

4619 words
490 sentences
0 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

 Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.
 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE040

**AI Scanned Document**

Our detector is highly uncertain about this document. The writing style and content are not particularly AI-like.

AI Content

## We know that the Enterprise Value of Ford is equal

We know that the Enterprise Value of Ford is equal to Market Capitalization + Total Debt - Cash and Cash Equivalents (or Market Cap - Net debt).

We assume that the Net Debt of Ford on 02/20/2024 is the same as the Net Debt at end of 2023. The first Yahoo finance screenshot shows the MarketCap as $48.51B and the balance sheet table shows Net Debt at YE2023 as $124.37B.

We know from our previous answer that Entreprise Value net of cash is $172.89B (we assume this number is right).

Based on the screenshot above, we know that Market Cap is $48.518B and Net Debt is $124.37B.

We assume that the risk-free rate is equal to the 30 year treasury. Therefore.

We know that the equity beta in the Yahoo Finance screenshot is equal to Beta (5Y Monthly) = 1.64. Therefore.

Entrepr iseValue = MarketCap + NetDebt = $48.518B + $124.37B

= $172.888B

%Equit y =

MarketCap

Entrepr iseValue = $48.518B

$172.888B = 28.06% = %Equit y

%Debt =

NetDebt

Entrepr iseValue = $124.37B

$172.888B = 71.94% = %Debt

rf = 4.4320

ßequit y = 1.64

We know management estimates the present value of synergies at $4B. Given that the market value of the company before announcement was $4.05B, the maximum TPR would pay for CPRI

YALE041

would be $4.05B + $4B, or a total of $8.05B, which equates to a price per share of

Therefore, based on TPR management's beliefs and the present value of the synergies, the

maximum price TPR can pay for the shares of CPRI without overpaying is approximately $68.80

per share.

Qualitatively, the announcement of a 17% increase in the dividend per share might influence

the belief in the estimated synergies because of:

1. Higher confidence in financial health of the merger: A significant increase in dividends often

signals management's confidence in the company's financial health and future cash flow ·

generation. This confidence might suggest that the management has strong expectations for the

successful integration and realization of the synergies from the acquisition.

2. Enhanced shareholder value: The statement emphasizes Tapestry's commitment to delivering

shareholder value. This statement could indicate that the management expects the synergies to

be substantial and sustainable, which would support the increased dividends and further capital

returns to shareholders.

$8.05B

117m = $8050m

117m = $68.80

Synergy =

$\Delta$MVAcquirer + $\Delta$MVTarget

Probabilit ySuccess

Probabilit ySuccess = 86.15%

$\Delta$MVAcquirer = ($34.67 - $41.24) x 229m = - $1,504.53m

$\Delta$MVTarget = ($53.90 - $34.61) x 117m = $2,256.93m

Synergy = -1504.53 + 2256.93

0.8615

= $752.4m

0.8615

= $873.36m

MGT

3. Signals disciplined financial management: The emphasis on disciplined financial operations

and capital allocation reinforces the idea that Tapestry's management is prudent and

methodical in their decision-making. The statement therefore implies that management's $4

billion synergy estimate is based on thorough analysis and realistic expectations rather than

overly optimistic projections.

YALE042

4. Manage market perception: The dividend increase might positively influence market perception, potentially increasing investor confidence in Tapestry's ability to achieve the projected synergies. This could lead to a re-evaluation of the risk factors associated with the acquisition, potentially closing the gap between investor and management synergy estimates. While the quantitative estimate of synergies according to investors was approximately $873.36 million, the qualitative aspects provided by the dividend increase announcement suggest that management's higher synergy estimate of $4 billion might have a strong foundation. Qualitatively, the announcement reflects a belief in significant cost savings and revenue enhancements that can support higher shareholder returns, and would lead us to believe the investor quantitative estimate is too pessimistic.

There are a number of reasons TRP might decide to increase the dividend at the same time:

1. Demonstrating confidence in financial strength of the combined company: By increasing the dividend, TPR signals to investors that it is confident in its financial health and future cash flows. This confidence can help reassure investors that the company can handle the financial burden of the acquisition while continuing to reward shareholders.

2. Increasing shareholder value: The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible benefit that shareholders receive immediately, and potentially offsetting any concerns or uncertainties they might have about the acquisition.

3. Countering potential negative reactions: As we saw in class, acquisitions can sometimes be viewed skeptically by investors due to inherent risks like integration challenges, lower than expected synergies, and potential overpayment. Announcing a dividend increase can help mitigate these concerns by providing a positive news story alongside the acquisition.

4. Attracting and retaining investors: A higher dividend yield can make TPR's stock more attractive to income-focused investors, which can help support the stock price during the period of uncertainty and transition associated with the acquisition.

5. Signaling operational discipline: By emphasizing disciplined financial operations and capital allocation, TPR reassures investors that it remains committed to prudent management despite the large capital outlay for the acquisition.

6. Reducing Share price volatility: The positive impact of a dividend increase can help stabilize the share price in the short term. This stability can be beneficial during the volatile period following an acquisition announcement, helping to maintain a positive investor sentiment.

7. Communicating strategic alignment: Increasing the dividend while announcing the acquisition communicates that TPR views the acquisition as a long-term value-enhancing

YALE043

move that aligns with its overall strategy of growing shareholder value.

8. Leveraging synergies to fund dividends: TPR might be signaling that the expected synergies from the acquisition will be sufficient to fund the increased dividend payments. Linking these two elements can help investors see the acquisition as a source of future income rather than just an expense.

Ultimately, by announcing a dividend increase alongside the acquisition, TPR aims to convey a strong message of confidence, stability, and commitment to shareholder value, which can help garner support from the investment community and mitigate any concerns about the acquisition.

A rights offering allows existing shareholders the opportunity to purchase additional shares, typically at a discount, in proportion to their current holdings. This mechanism aims to prevent dilution of their ownership percentage.

Two parts:

1) Subscription rights: Existing shareholders are granted rights to buy additional shares. If they exercise these rights, they maintain their proportional ownership in the company.

2) Sale of Rights: If shareholders do not wish to or cannot afford to buy additional shares, they can sell these rights in the open market. By selling the rights, shareholders can monetize their value instead of facing dilution. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price.

Selling the rights can mitigate the financial impact of dilution but does not prevent the reduction of ownership percentage if not exercised. In this context, we understand "dilution" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilution (value loss) associated with a rights offering, even if their ownership percentage does go down.

Very true, but it could depend in some edge cases.

Debt covenants are agreements between a borrower and lender that impose certain restrictions or requirements on the borrower to reduce the lender's risk. These covenants can be affirmative (requiring certain actions) or negative (restricting certain actions). In general, restrictions lower borrowing costs because lenders feel more secure about the borrower's ability to repay the debt. This security can result in lower interest rates because the perceived risk of default is reduced. Lenders may offer better terms in exchange for the additional control and oversight provided by covenants.

In some edge cases, like we saw in class with Hertz during the COVID pandemic, some covenants would impose restrictions that can limit a company's operational flexibility. If the

YALE044

covenants are too restrictive, they might hinder the company's ability to pursue growth

opportunities or respond to market changes, potentially impacting long-term financial performance when the company has to re-organize in bankruptcy. Therefore, while debt

covenants reduced borrowing cost in the short run, they could have led to higher borrowing

costs in the long run.

In general though, covenants are good because they reduce the risk to the lender, thereby

reducing the risk-adjusted return needed from lenders (see CAPM) and thus lowering borrowing

costs.

A high profit margin indicates that a firm is efficient at converting revenue into profit, which is

generally a good sign of financial health and can contribute to creating value for investors.

However, a firm with a lower profit margin might have higher growth prospects. High growth

potential can lead to increased future revenues and profits, which can ultimately create more

value for investors.

Ultimately, "value for investors" is measured by Return on Equity (ROE) and Return on Invested

Capital (ROIC). These crucial metrics consider how effectively a firm uses its capital to generate

profits. A firm with a lower profit margin might have better capital efficiency (higher ROE or

higher ROIC), leading to higher overall returns for investors.

For example, Firm A has a higher profit margin but requires significant capital investment to

maintain its operations, while Firm B has a lower margin but uses its capital more efficiently,

leading to higher ROIC. We saw this example in class with Coach that had a 4x larger profit

margin than TJ Max while both firms had the same ROE (i.e. delivered the same value to

investors). Conversely, Abercrombie had a lower profit margin and lower ROE than both firms.

Lastly, the individual risk profile of each firm can influence investor value creation. A high profit

margin firm in a brand new untested startup might require a higher ROE to deliver risk-adjusted

value to investors compared to an established business in the same industry albeit with highly

predictable and stable cash flows.

A large one-time dividend is not an example of free cash flow but rather a use of free cash flow.

When a company decides to pay a large dividend, it is distributing the cash it has generated

(potentially from its free cash flow, but it could also be from raising debt) to its shareholders. While this action impacts the cash balance of the company, it does not contribute to the

creation of free cash flow; instead, it reduces the cash reserves.

A seasoned equity offering involves the issuance of additional shares to raise capital from

investors. This activity results in an inflow of cash from investors, but it does not represent cash

generated from the company's core operations. Instead, it is a financing activity and is

accounted for in the cash flow from financing activities section of the cash flow statement.

YALE045

We define tunneling as any action taken by majority shareholders to transfer resources out of a company to benefit themselves at the expense of minority shareholders.

The DCF value represents the present value of expected future cash flows generated by the company. If there is a risk of tunneling, the expected future cash flows available to all shareholders decrease, which should reduce the DCF value itself. However, since DCF inherently assumes efficient management and equitable treatment of all shareholders, the perceived risk of tunneling would create a discount, not a premium. The stock would trade below its DCF value, not above.

In private companies, majority shareholders often have greater access to company information and can exercise direct oversight over managerial actions. This close monitoring can mitigate conflicts and reduce the risk of information asymmetry.

On the contrary, in publicly traded companies, shareholders, especially small investors, rely on disclosures and reports, which may not provide the same level of insight into the company's operations. Managers might have more opportunities to act in their own interests rather than those of the shareholders.

Economic income and Return on Invested Capital (ROIC) are related but distinct financial metrics. While they can be correlated, one does not necessarily imply the other.

Economic income is the measure of a company's profitability that includes both operating income and the economic impact of changes in asset values. It takes into account accounting income as well as unrealized gains and losses, and considers net operating profit after taxes (NOPAT) and adjustments for changes in the economic value of assets and liabilities.

ROIC measures the return that a company generates on its invested capital, which includes debt and equity. We know that ROIC = NOPAT / Invested Capital.

Therefore, economic income is an absolute measure of profit, while ROIC is a ratio that considers both profit and the amount of invested capital.

For example, Company A could have higher economic income due to larger operations or higher revenues, but if Company B also has significantly more invested capital, its ROIC might be lower than Company A's.

Conversely, Company A could have a higher economic income and have less invested capital, thereby having a higher ROIC than Company B.

Therefore, the statement is false (we consider that "it depends" is not appropriate given that the statement is affirmatively stating "it must be the case").

It depends (could be true, could not be true).

Net profit margin and cost of equity are different metrics. Value creation is better assessed by

YALE046

comparing return on equity (ROE) to the cost of equity. If ROE > cost of equity, value is created. A high profit margin alone doesn't guarantee value creation without considering overall return on invested capital.

To truly assess value creation, we should compare the return on equity (ROE) or return on invested capital (ROIC) with the cost of equity. ROE or ROIC considers net income relative to shareholders' equity or total invested capital, respectively.

Stock issue announcements are often viewed negatively in the United States due to concerns about ownership dilution and negative signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing financial difficulties, leading to a lack of confidence and a subsequent drop in stock prices.

In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as positive. The need for approval ensures thorough vetting and transparency, which reassures investors that the capital raised will be used for beneficial purposes. This approval process also acts as a protective mechanism for existing shareholders, aligning the issuance with their interests and signaling confidence in the company's future prospects.

Therefore, the differing reactions are largely due to the varying governance mechanisms and levels of investor confidence.

As we saw in class, APC likely favored Chevron's $65 per share offer over OXY's $76 offer due to several financial and strategic reasons:

Firstly, Chevron offered stronger strategic synergies and operational efficiencies, which could lead to greater long-term value creation beyond the immediate offer price.

Secondly, Chevron's financial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders.

Thirdly, the stock component of Chevron's offer might have been viewed as having better growth prospects compared to OXY's, providing higher long-term returns. Tax considerations also played a role, as Chevron's lower cash component could defer tax liabilities for shareholders, making it more attractive.

Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's offer as leverage to potentially prompt a better offer from OXY. These factors collectively made Chevron's offer more appealing despite its lower nominal value.

Market-to-Book Ratio Close to 1 suggests that the market values the company's assets at their book value, indicating that the firm is not expected to generate excess returns. In highly

YALE047

competitive industries, firms cannot easily achieve returns above their cost of capital due to intense competition and lack of unique advantages, thus aligning market and book values.

Return on Equity (ROE) represents the profitability relative to shareholders' equity, while Cost of Equity (COE) is the return required by investors. When ROE is close to COE, the company is just covering its cost of capital without generating excess returns. This situation typically occurs in competitive industries where firms have limited pricing power and profitability margins due to competitive pressures.

Both metrics are therefore indicators of competition.

Operating Expenses as a percentage of sales goes from in 2024 to in 2028. This decreasing trend indicates that as sales increase, the operating expenses grow at a slower rate, showing improved efficiency, suggesting that some scale efficiencies are indeed built into the projections.

Both Capex and D&A as a percentage of sales remain constant at 4.5%, which indicates that while these costs increase with sales, they do so proportionately and do not reflect significant scale efficiencies. However, this may be typical for certain fixed costs that grow proportionally with the business.

The Change in Working Capital as a percentage of sales remains steady at 0.5% across all years, indicating no scale efficiency in working capital management.

While the overall ratio of Operating Expenses to Sales declines over the years, indicating some degree of scale efficiency, other aspects like Capex and D&A do not show such efficiencies.

Therefore, I partially agree with Xiaoli Wang. The projections do incorporate some scale efficiencies, particularly in operating expenses, but not comprehensively across all cost categories.

Therefore, I agree with Eskay Khanal's assertion. If the projections maintain Capex and Depreciation as constant fractions of sales, the net PP&E should indeed grow as a constant fraction of Sales because any increase in sales will proportionally increase both Capex and Depreciation. However, because the Capex equals Depreciation, the net PP&E remains constant in absolute terms. The federal corporate tax rate in the U.S. is currently 21%. State income tax rates vary, but an we were told in class to use 25% as an average.

I agree with Alex Amari. The use of a 20% tax rate in the projections seems reasonable from a federal tax perspective, but it is indeed lower than the 25% rate that would more accurately reflect the combined federal and state tax burden. The projections in the model are therefore slightly underestimating the total tax burden by using a 20% rate instead of 25%. This underestimation would affect the accuracy of the net operating profit after tax (NOPAT), which

YALE048

would make the company look more valuable than it is (bad assumption to make).

I would fix the model to use 25%.

NOPAT is a measure of a company's operating efficiency after accounting for taxes. Free Cash Flow represents the cash a company generates after accounting for Capex needed to maintain or expand its asset base.

The closeness of these two values in the model is due to the fact that model's CAPEX and changes in working capital (0.5% of sales) are very small, thus not reducing FCF substantially.

The fact that Free Cash Flow is close to NOPAT implies that the company is not heavily investing in capital expenditures or experiencing significant increases in working capital that would otherwise consume cash. This is generally a positive indication of strong profitability and efficient capital management; however in the case of a growing company like BYND it mostly shows that the company is increasing Sales while keeping CAPEX and Net PPE close to constant. A growing company (especially manufacturing like BYND) cannot keep Net PPE constant, and in this context NOPAT being close to FCF is a sign that the model does not account correctly for growth rather than a true indication of strong profitability.

A close relationship between FCF and NOPAT suggests that the company is not spending excessively on capital expenditures or experiencing large increases in working capital.

Strong growth is typically indicated by increasing sales and profits over time. For a company to grow, it often needs to reinvest significantly in its business. High CAPEX, research and development, and expansion activities are typical indicators of growth investment.

High Free Cash Flow can provide the resources needed for growth investments. However, FCF being close to NOPAT because of low investment in CAPEX might indicate limited growth opportunities or a more mature stage of business where less reinvestment is needed.

Companies in a high-growth stage typically have lower FCF relative to NOPAT due to significant reinvestment in the business. Conversely, more mature companies with stable operations might exhibit FCF close to NOPAT, indicating efficient operations but not necessarily high growth.

Therefore, FCF being close to NOPAT is more an indicator of efficient cash conversion and good financial health rather than strong growth. While it implies that the company can generate cash effectively from its operations, strong growth is typically indicated by increasing revenues, profits, and significant reinvestment in the business. Therefore, I would not agree with Juan Ortega's statement; instead, I would clarify that while close FCF and NOPAT indicate efficiency and financial stability, they do not signify strong growth.

The statement is generally true, but partially misleading as it related to this specific model (and the limitations we saw of this model in our problem set and in class).

YALE049

In general, investors are generally attracted to growth stocks because they anticipate future earnings growth, which translates into higher FCF, and in turn to higher stock prices. As the company grows, its earnings potential increases, theoretically leading to higher returns for investors. Growth stocks typically have higher price-to-earnings (P/E) ratios because investors are willing to pay a premium for the expected growth. Further, when a growing company meets or exceeds growth expectations, the stock price tends to increase.

However, temporary or unsustainable growth might lead to disappointing stock performance in the long term. Investors look for consistent and predictable growth patterns. Further, high growth does not always equate to high profitability. Some growth stocks might sacrifice current profits for future growth. Investors need to balance growth potential with profitability and cash flow considerations. In the context of this model, we saw that the increased FCF over time comes at the expense of limited to no Capex and limited to no working capital. Therefore, while investors are generally happy to buy growth stocks (and are willing to pay a premium as indicated by higher P/E ratios on growth stocks), the expected growth cannot be unrealistic and/or rely on exponentially increasing revenue while keeping Capex and working capital low.

From the table, we see that NOPAT in 2025 is $117m.

We assume that the book value of equity + net debt at the end of 2023 is $140m.

We also assume that the only change in (book value of equity + net debt) during 2024 is the amount of FCF in 2024 (i.e. we do not care how the FCF is used – we assume it either goes to reduce debt or increase equity, and that it is not distributed to stockholders). We feel comfortable with that assumption because CAPEX = D&A in this model.

Therefore, the book value of equity + net debt at the end of 2024 is equal to $140 + $88 = $228m.

We can calculate ROIC as

$ROIC_{2025} =$

$NOPAT_{2025}$

$(BookValueOfEquity + NetDebt)_{YE2024}$

$= 117$

$228$

$= 51.31\%$

Using only three companies to calculate the average Price/Sales ratio might not provide a robust enough sample for an accurate valuation. The biopharmaceutical industry can have high variability in financial metrics due to factors like drug development pipelines, regulatory approvals, and market competition.

YALE050

Another potential inconsistency could stem from comparing companies of different sizes, stages of development, or business models within the biopharma industry. Ideally, a larger sample size of comparable companies should be used to ensure the valuation is consistent and accurate. We are given no information about how comparable these other companies are.

In fact, within this sample of 3 companies, the Price/Sales ratio ranges from a low of 0.37 to a high of 0.62, i.e. almost 100% error range between max and min.

Lastly, Sales only includes topline revenue and ignores expenses. Since the value of equity is equal to the NPV of all future cash flows, sales matters less than net cash flow; therefore a Price/Sales ratio is probably not a good metric to use unless the companies have very similar size, margins, and businesses.

To address this concern, we could:

1. Use a larger set of comparable companies within the biopharma industry.

2. Ensure that the selected companies are similar to BSI in terms of size, stage of development, and business model.

3. Consider other valuation methods in addition to the Sales multiple to cross-verify the estimated market value.

Using P/E ratios is probably better than using a Price/Sales ratio because it does factor in expenses (a point we addressed earlier in the previous question) and does at least account for the present net earnings of the companies.

We see how using different ratios can yield vastly different valuations, ranging from $152m in our previous question to $242m now (i.e. a 60% difference, which is huge).

However, using a PE ratio also suffers from the same issues as P/S:

1) Using only three companies may not provide a robust enough sample for a precise valuation. The sample should ideally include more companies to account for variations within the industry.

2) The companies used for the calculation should be comparable in terms of size, growth stage, and business model. If there are significant differences, the average P/E ratio might not accurately reflect the valuation multiple suitable for BSI.

3) The market conditions and company-specific factors like growth prospects, risk profile, and profitability can affect the P/E ratio. These factors should be considered when selecting comparable companies and deriving an average P/E ratio.

Therefore, we would be prudent to use a larger set of comparable companies and consider other valuation methods to cross-verify the estimated market value.

Ultimately, ratios are nice and easy to use to have a quick first pass analysis (back of the envelope) valuation, but do not account for the NPV of all future cash flows in a way that would

YALE051

make a valuation completely accurate.

8.89 + 9.69 + 8.38

3

= 26.96

3

= 8.99

27 x 8.99 = 242.73m

Sales multiples are useful because sales figures are less subject to accounting manipulations compared to earnings, can be used for companies that are not yet profitable or have volatile earnings, and are a straightforward valuation approach based on revenue generation.

However, sales multiples do not account for profitability, cost structure, or margins (big issue), and therefore may not accurately reflect the company's ability to generate profit from its sales. Earnings multiples on the other hand do take profitability into account, providing a measure of how efficiently the company converts sales into earnings, and reflects the company's ability to generate net income.

However, earnings can be influenced by non-recurring items, accounting practices, and tax strategies sand are completely useless for growth companies with negative earnings.

Based on the data provided, both valuation methods have their merits. Given that BSI is profitable, the earnings multiple (P/E ratio) would be more reliable because it accounts for profitability, which is crucial for long-term sustainability and market valuation (i.e. the entire takeaway of SMF was that the current value of a company is equal to the NPV of all future DCF). Since BSI has higher profit margins, an adjustment to the sales multiple is justified to reflect its superior efficiency. We would therefore multiple the average sales multiple by 1.607, i.e. the new sales multiple to compute BSI market valuation would be. This

new adjusted P/S would yield a market value of.

The P/E ratio directly accounts for profitability, as it is calculated using net income (earnings). A company with higher earnings relative to its sales will naturally have a higher P/E ratio. Therefore, the P/E ratio already reflects higher profit margins and, assuming that all companies in the comparable group have similar business models, industry, risk profile, etc… (in essence that the comparables are true comparables), then adjusting the P/E ratio for higher profit margins would not be necessary.

YALE052

Report generated by ⓖ GPTZero                                    Version 2024-07-12

**Document Title:  SMF Final Exam 2024 EMBA TR.pdf**          Author:  **Ken Wieler**

Our detector is highly uncertain about this document. The writing style and content are not particularly AI-like.

## AI Scan

# 34%

There is a 34% chance this text was written entirely by AI.

## Stats

9386 words
360 sentences
0 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

 Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.
 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE053

**AI Scanned Document**

Our detector is highly uncertain about this document. The writing style and content are not particularly AI-like.

AI Content

### SMF Final Exam 2024 EMBA TR.pdf

MGT 423 Final Page 1 Final Exam Spring 2024 Sourcing & Managing Funds (MGT 423) Released 5-18-2024 12:01 am - Due 6-1-2024 11:59 pm Fill in your name here Name: Thierry Rignol I acknowledge that the SOM Honor Code applies to this exam. In full compliance with this code, "as a member of the SOM community, I will not par ti ci pate in or tolerate academic dishonesty.". Sign or write your name here: Thierry Rignol 1. The exam is open book but limited to your class notes and the class materials assigned or distributed through Canvas. You are not allowed to browse online resources or use AI tools (like ChatGPT) for formula ti ng answers. In addi ti on, you are not allowed to communicate with anyone or ask for help from others during the exam. 2. Please enter your answers directly in the docx fi le. Alterna ti vely, you can print out the exam, write your answers by hand, and scan the document into a pdf fi le. Importantly, you have to make sure to submit a single.docx or.pdf fi le by 11:59pm on 6/1 (e.g., you cannot submit mul ti ple.jpeg fi les). 3. If you are unsure about how to interpret a ques ti on, clearly state the assump ti ons you made and proceed to answer the ques ti on as best you can. 4. The total ti me allowed is 4 hours. If you work at the rate of 1 minute per point assigned (i.e. spend 5 minutes on a ques ti on that is assigned 5 points), you should have one and a half hour le ft at the end to review your work. If you wish, you can split up your 4-hour block of ti me into 2 sessions GOOD LUCK! Ques ti on # Score Maximum 1 37 2 24 3 21 4 20 5 29 6 19 Total 150 MGT 423 Final Page 2 Ques ti on 1: Ford: Cost of Capital The following informa ti on for Ford Motor Company was taken from Yahoo Finance, February 20, 2024 Addi ti onal informa ti on for Ford (billions of $ abbreviated to B) US Treasury yields in % per Annum taken from Yahoo Finance on 2/23/2023 Income Statement and Balance Sheet 2022 2023 Total Debt 140.47 B 151.11 B Net Debt 113.84 B 124.37 B Book Value Equity 43.24 B 42.77 B EBIT 5.46 B Capital Market Assump ti ons Market risk premium 5.00% Tax rate 25% Debt beta 0 MGT 423 Final Page 3 Answer the following ques ti ons: (2 points) (a) Britley Jones: "What is the current (2/20/24) Enterprise Value of Ford (net of cash)?" We know that the Enterprise Value of Ford is equal to Market Capitaliza ti on + Total Debt - Cash and Cash Equivalents (or Market Cap - Net debt). We assume that the Net Debt of Ford on 02/20/2024 is the same as the Net Debt at end of 2023. The fi rst Yahoo fi nance screenshot shows the MarketCap as $48.51B and the balance sheet table shows Net Debt at YE2023 as $124.37B. Therefore (2 points) (b) Claudia Heaney: "What is the leverage of Ford (% debt and %equity)?" We know from our previous answer that Entreprise Value net of cash is $172.89B (we assume this number is right). Based on the screenshot above, we know that Market Cap is $48.518B and Net Debt is $124.37B. And thus (3 points) (c) Adam Cri tt enden: "Es ti mate Ford's cost of equity capital, assuming Ford is currently at its target capital structure" We assume that the risk-free rate is equal to the 30 year Treasury. We know that the equity beta in the Yahoo Finance screenshot is equal to Beta (5Y Monthly) = 1.64. Therefore. EntrepriseValue = MarketCap + NetDebt = $48.518B + $124.37B = $172.888B % Equity y = MarketCap EntrepriseValue = $48.518B $172.888B = 28.06 % = % Equity y % Debt = NetDebt EntrepriseValue = $124.37B $172.888B = 71.94 % = % Debt rf = 4.4320 %equity = 1.64 MGT 423 Final Page 4 Lastly, we know that the market risk premium is equal to based on the informa ti on provided in the prompt. Therefore (3 points) (d) Dhru ti Mohan Gapaluni: "What is Ford's asset beta assuming its debt beta is zero?" We know that. Assuming, we have (3 points) (e) Michael Heiner: "Can you calculate Ford's WACC assuming that its debt beta is zero" We know that. Using CAPM, we know that because. From part (c), we have (we assume this is right) and from the informa ti on given in the prompt, and Therefore (4 points) (f) Darius Charon: "Calculate Ford's ROIC for 2023. Did Ford deliver value to investors in 2023?" Based on the informa ti on in the prompt, we know that EBIT = $5.46B We calculate We can calculate the Invested Capital as Net Debt + Book Value of Equity, which equals $124.37B + $42.77B = $167.14B rm = 5.00 % re = rf + ße x rm = 4.4320% + 1.64 x 5.00 % = 12.632 % ßasset = E V x ßequity + D V x ßdebt ßdebt = 0 ßasset = E V x ßequity = 48.518 172.888 x 1.64 = 0.2806 x 1.64 = 0.4602 WACC = E V x requity + D V x rd x (1 t) rd = rf + ßdebt x rp = rf = 4.4320 ßdebt = 0 re = 12.632 % t = 25 % ßdebt = 0 WACC = 48.518 172.888 x 12.632% + 124.37 172.888 x 4.4320% x (1 0.25) = 0.2806 x 12.632% + 0.7194 x 4.4320% x 0.75 = 3.5445% + 2.3913 % = 5.9358 % NOPAT = EBIT x (1 Ta xRate) = 5.46 x 0.75 = $4.095B MGT 423 Final Page 5 Therefore, we can calculate ROIC as From part (e), we know that WACC = 5.9358%. Therefore, since ROIC = 2.45%, we have ROIC < WACC. Therefore, since ROIC is much much lower than WACC, Ford did not deliver value to investors in 2023. Assuming NOPAT = Net income, we can also calculate. From part (c), we know that. Since ROE < Ford de fi nitely did not deliver value to investors in 2023. (3 points) (g) Michael Prince: "Can you calculate the dollar amount of value created (or destroyed) by Ford in 2023?" From part (e), we know that WACC = 5.9358% (we assume this is right). From part (f), we have NOPAT = $4.095B (we also assume this is right). Therefore, we can calculate Value

Created as Therefore, Ford destroyed approximately $5.8184 billion in value in 2023. The company's return did not cover the cost of capital, resulting in negative value creation. "I think that the assumption of zero debt beta is not realistic when calculating the asset beta of Ford. According to Fitch (a credit rating agency) the credit rating of Ford is BBB-. Firms with a similar credit rating to Ford typically have a debt beta of 0.15." (3 points) (h) Katharina Valentine-Urbschat: "Can you re-estimate the asset beta for Ford assuming that the debt beta of Ford is 0.15 (and the equity beta as estimated by Yahoo Finance)? We know that. Assuming, we now have ROIC = NOPAT InvestedCapital = 4.095B 167.14B = 2.45 % ROE = 4.095 42.77 = 9.58 % re = 12.632 % re VC = NOPAT WACC x InvestedCapital = $4.095B 5.93% x $167.14B = 4.095 9.9134 = $5.8184B ßasset = E V x ßequity + D V x ßdebt ßdebt = 0.15 ßasset = 48.518 172.888 x 1.64 + 124.37 172.888 x 0.15 = 0.2806 x 1.64 + 0.7194 x 0.15 = 0.4602 + 0.1079 MGT 423 Final Page 6 (5 points) (i) Rachel Harmon: "Suppose Ford decides to decrease its leverage (D/V) to 50%. Can you calculate the cost of equity at the lower leverage, assuming the debt beta of Ford stays at 0.15?" We know that Therefore, Using CAPM, we have (4 points) (j) Ari Ziemer: "What will Ford's WACC be at the lower leverage (D/V=50%), assuming the debt beta remains 0.15?" Using CAPM, we know that Using the informa ti on from the previous ques ti on, we now know that (5 points) (k) Minsub Kim: "Will your es ti mate of the WACC under (j) be different if you assume that by lowering its leverage to 50% the debt beta of Ford will drop from 0.15 to 0.05?" Yes, the estimate of the WACC will be different if we assume that by lowering its leverage to 50% the debt beta of Ford will drop from 0.15 to 0.05. This change will lower the cost of debt, which in turn will lower the WACC. Using CAPM, we have In turn, we have = 0.5681 ßasset = E V x ßnew equity + D V x ßdebt = 0.5 x ßnew equity + 0.5 x 0.15 = 0.5681 ßnew equity = (0.5681 0.5 x 0.15) x 2 = 0.9862 rnew e = rf + ßnew equity x rm = 4.4320% + 0.9862 x 5.00 % = 9.363 % rd = rf + ßdebt x rm = 4.432% + 0.15 x 5 % = 4.432% + 0.75 % = 5.182 % WACC = E V x requity + D V x rd x (1 t) = 0.5 x 9.363% + 0.5 x 5.182% x (1 0.25) 4.6815% + 1.94325 % = 6.6248 % rd rd = rf + ßdebt x rm = 4.432% + 0.05 x 5 % = 4.432% + 0.25 % = 4.682 % MGT 423 Final Page 7 As expected, the WACC decreased from 6.62% in part (j) to 6.44% in part (k). WACC = E V x requity + D V x rd x (1 t) = 0.5 x 9.363% + 0.5 x 4.682% x (1 0.25) 4.6815 + 2.341 x 0.75 = 4.6815 + 1.75575 = 6.43725 % MGT 423 Final Page 8 Ques ti on 2 (Acquisi ti on) The following are excerpts of a press announcement that was released before the opening of the New York Stock Exchange (NYSE) on August 10th, 2023 regarding a takeover bid by Tapestry (TPR) for Capri Holdings (CPRI): NEW YORK–(BUSINESS WIRE)–Aug. 10, 2023 6:45AM EST– Tapestry, Inc. (NYSE: TPR), a house of iconic accessories and lifestyle brands consis ti ng of Coach, Kate Spade, and Stuart Weitzman, and Capri Holdings Limited (NYSE: CPRI), a global fashion luxury group consis ti ng of Versace, Jimmy Choo, and Michael Kors, today announced that they have entered into a de fi ni ti ve agreement under which Tapestry will acquire Capri Holdings. Under the terms of the transac ti on Capri Holdings shareholders will receive $57.00 per share in cash for a total enterprise value of approximately $8.5 billion. Tapestry, Inc.'s Chief Financial O ffi cer and Chief Opera ti ng O ffi cer, Sco tt Roe, said: "This includes more than $200 million in expected run-rate cost synergies within three years of deal closing." The following data are available about the daily closing share prices and trading volume of CPRI and TPR from Yahoo Finance: Addi ti onal informa ti on on shares outstanding: CPRI: 117 million TPR: 229 million CPRI TPR date closing price volume closing price volume 9-Aug-23 34.61 2,784,600 41.24 1,854,800 10-Aug-23 53.90 49,657,400 34.67 34,325,300 MGT 423 Final Page 9 (3 points) (a) Jimmy McDonough: "Can you es ti mate the probability the deal goes through according to investors?" We know that the o ff er price is $57.00 per share. Also, the current share price before announcement was $34.61 and the share price a ft er announcement is $53.90. Therefore, we can calculate the probability the deal goes through as (3 points) (b) Wenbo Xiang: "According to TPR management the annual run rate cost synergies would be $200 million per annum (a ft er taxes), star ti ng next year. Assuming these synergies would persist in perpetuity, what would the total value of the synergies be in today's dollars assuming a 7% discount rate and a 2% growth rate in the synergies?" We can use the formula for a growing perpetuity. Therefore, we know that. Thus, (4 points) (c) Emmauel Cudjoe: "Based on your answer under (b), is TPR overpaying for CPRI?" Before the announcement, the share price was $34.61 with 117 million shares outstanding. The market value before announcement was therefore. The acquisi ti on premium per share was per share, for a total acquisi ti on premium of. Since $2.62B < $4B, the present value of synergies ($4 billion) is signi fi cantly higher than the acquisi ti on premium ($2.62 billion). TPR is therefore NOT overpaying for CPRI. (3 points) (d) William Zhang: "Based on TPR management's beliefs, what is the maximum price TPR can pay for the shares of CPRI without overpaying" Probabilit y = CurrentPrice PriceBeforeAnnouncement Of ferPrice PriceBeforeAnnouncement = 53.90 34.61 57.00 34.61 = 19.22 22.39 = 86.15 % PV = c r g PV = $200m 7% 2 % = $200m 5 % = $4B $34.61 x 117m = $4.05B $57.00 $34.61 = $22.39 $22.39 x 117m = $2.62B MGT 423 Final Page 10 We know management es ti mates the present value of synergies at $4B. Given that the market value of the company before announcement was $4.05B, the maximum TPR would pay for CPRI would be $4.05B + $4B, or a total of $8.05B, which equates to a price per share of Therefore, based on TPR management's beliefs and the present value of the synergies, the maximum price TPR can pay for the shares of CPRI without overpaying is approximately $68.80 per share. (4 points) (e) Catarina Marinho Abreu: "What are the synergies according to investors." We know that Assuming our answer to ques ti on (a) is correct, we have Therefore according to investors. In its press release, Tapestry also included the following statement, "[we announce a] 17% increase in our dividend per share. Overall, we are disciplined fi nancial operators and allocators of capital with a relentless drive to deliver meaningful shareholder value." (3 points) (f) Michael Yanagisawa: "How would this qualita ti vely change your belief of your es ti mate of the synergies calculated under part e? Qualita ti vely, the announcement of a 17% increase in the dividend per share might in fl uence the belief in the es ti mated synergies because of: 1. Higher con fi dence in fi nancial health of the merger: A signi fi cant increase in dividends o ft en signals management's con fi dence

in the company's fi nancial health and future cash fl ow genera ti on. This con fi dence might suggest that the management has strong expecta ti ons for the successful integra ti on and realiza ti on of the synergies from the acquisi ti on. 2. Enhanced shareholder value: The statement emphasizes Tapestry's commitment to delivering shareholder value. This statement could indicate that the management expects the synergies to be substan ti al and sustainable, which would support the increased dividends and further capital returns to shareholders. $0.05B 117m = \$8050m$ $117m = \$68.80$ Synergy $= \Delta MVAcquirer + \Delta MVTarget$ Probabilit ySuccess Probabilit ySuccess $= 86.15 \%$ $\Delta MVAcquirer = (\$34.67 \$41.24)$ x $229m = \$1,504.53m$ $\Delta MVTarget = (\$53.90 \$34.61)$ x $117m = \$2,256.93m$ Synergy $= 1504.53 + 2256.93$ $0.8615 = \$752.4m$ $0.8615 = \$873.36m$ MGT 423 Final Page 11 3. Signals disciplined fi nancial management: The emphasis on disciplined fi nancial opera ti ons and capital alloca ti on reinforces the idea that Tapestry's management is prudent and methodical in their decision-making. The statement therefore implies that management's \$4 billion synergy es ti mate is based on thorough analysis and realis ti c expecta ti ons rather than overly op ti mis ti c projec ti ons. 4. Manage market percep ti on: The dividend increase might posi ti vely in fl uence market percep ti on, poten ti ally increasing investor con fi dence in Tapestry's ability to achieve the projected synergies. This could lead to a re-evalua ti on of the risk factors associated with the acquisi ti on, poten ti ally closing the gap between investor and management synergy es ti mates. While the quan ti ta ti ve es ti mate of synergies according to investors was approximately \$873.36 million, the qualita ti ve aspects provided by the dividend increase announcement suggest that management's higher synergy es ti mate of \$4 billion might have a strong founda ti on. Qualita ti vely, the announcement re fl ects a belief in signi fi cant cost savings and revenue enhancements that can support higher shareholder returns, and would lead us to believe the investor quan ti ta ti ve es ti mate is too pessimis ti c. (4 points) (g) Adam Tang: "From an investor rela ti ons perspec ti ve, what might be the reason for TPR to decide to increase the dividend at the same ti me it announced the acquisi ti on?" There are a number of reasons TRP might decide to increase the dividend at the same ti me: 1. Demonstra ti ng con fi dence in fi nancial strength of the combined company: By increasing the dividend, TPR signals to investors that it is con fi dent in its fi nancial health and future cash fl ows. This con fi dence can help reassure investors that the company can handle the fi nancial burden of the acquisi ti on while con ti nuing to reward shareholders. 2. Increasing shareholder value: The dividend increase is a commitment to delivering value to shareholders directly, serving as a tangible bene fi t that shareholders receive immediately, and poten ti ally o ff se tti ng any concerns or uncertain ti es they might have about the acquisi ti on. 3. Countering poten ti al nega ti ve reac ti ons: As we saw in class, acquisi ti ons can some ti mes be viewed skep ti cally by investors due to inherent risks like integra ti on challenges, lower than expected synergies, and poten ti al overpayment. Announcing a dividend increase can help mi ti gate these concerns by providing a posi ti ve news story alongside the acquisi ti on. 4. A tt rac ti ng and retaining investors: A higher dividend yield can make TPR's stock more a tt rac ti ve to income-focused investors, which can help support the stock price during the period of uncertainty and transi ti on associated with the acquisi ti on. 5. Signaling opera ti onal discipline: By emphasizing disciplined fi nancial opera ti ons and capital alloca ti on, TPR reassures investors that it remains commi tt ed to prudent management despite the large capital outlay for the acquisi ti on. 6. Reducing Share price vola ti lity: The posi ti ve impact of a dividend increase can help stabilize the share price in the short term. This stability can be bene fi cial during the vola ti le period following an acquisi ti on announcement, helping to maintain a posi ti ve investor sen ti ment. 7. Communica ti ng strategic alignment: Increasing the dividend while announcing the acquisi ti on communicates that TPR views the acquisi ti on as a long-term value-enhancing move that aligns with its overall strategy of growing shareholder value. MGT 423 Final Page 12 8. Leveraging synergies to fund dividends: TPR might be signaling that the expected synergies from the acquisi ti on will be su ffi cient to fund the increased dividend payments. Linking these two elements can help investors see the acquisi ti on as a source of future income rather than just an expense. Ul ti mately, by announcing a dividend increase alongside the acquisi ti on, TPR aims to convey a strong message of con fi dence, stability, and commitment to shareholder value, which can help garner support from the investment community and mi ti gate any concerns about the acquisi ti on. MGT 423 Final Page 13 Ques ti on 3: True / False Ques ti ons For each part below, indicate whether the statement provided by fi nancial expert is true, false, or "it depends", and give a brief explana ti on why? Your explana ti on is what counts most. (3 points) (a) Mariah Smith: "In a Rights o ff ering (as in Hertz), exis ti ng shareholders can avoid dilu ti on by selling their purchase rights to other investors" True. A rights o ff ering allows exis ti ng shareholders the opportunity to purchase addi ti onal shares, typically at a discount, in propor ti on to their current holdings. This mechanism aims to prevent dilu ti on of their ownership percentage. Two parts: 1) Subscrip ti on rights: Exis ti ng shareholders are granted rights to buy addi ti onal shares. If they exercise these rights, they maintain their propor ti onal ownership in the company. 2) Sale of Rights: If shareholders do not wish to or cannot a ff ord to buy addi ti onal shares, they can sell these rights in the open market. By selling the rights, shareholders can mone ti ze their value instead of facing dilu ti on. The buyer of the rights then gets the opportunity to purchase the shares at the discounted price. Selling the rights can mi ti gate the fi nancial impact of dilu ti on but does not prevent the reduc ti on of ownership percentage if not exercised. In this context, we understand "dilu ti on" to be value loss from issuing new shares. Therefore, through selling their purchase rights, shareholders can avoid the economic dilu ti on (value loss) associated with a rights o ff ering, even if their ownership percentage does go down. (3 points) (b) Tommy Jin: "Debt covenants are a way for companies to lower their overall borrowing costs." Very true, but it could depend in some edge cases. Debt covenants are agreements between a borrower and lender that impose certain restric ti ons or requirements on the borrower to reduce the lender's risk. These covenants can be a ffi rma ti ve (requiring certain ac ti ons) or nega ti ve (restric ti ng certain ac ti ons). In general, restric ti ons can lower borrowing costs because lenders feel more secure about the borrower's ability to repay the debt. This security can result in lower interest rates because the perceived risk of default is reduced. Lenders may o ff er be tt er terms in exchange

for the addi ti onal control and oversight provided by covenants. In some edge cases, like we saw in class with Hertz during the COVID pandemic, some covenants would impose restric ti ons that can limit a company's opera ti onal fl exibility. If the covenants are too restric ti ve, they might hinder the company's ability to pursue growth opportuni ti es or respond to market changes, poten ti ally impac ti ng long-term fi nancial MGT 423 Final Page 14 performance when the company has to re-organize in bankruptcy. Therefore, while debt covenants reduced borrowing cost in the short run, they could have led to higher borrowing costs in the long run. In general though, covenants are good because they reduce the risk to the lender, thereby reducing the risk-adjusted return needed from lenders (see CAPM) and thus lowering borrowing costs. (3 points) (c) Asher Noble: "When comparing two fi rms in the same industry, the fi rm with the highest pro fi t margin will also create the most value for investors." It depends. A high pro fi t margin indicates that a fi rm is e ffi cient at conver ti ng revenue into pro fi t, which is generally a good sign of fi nancial health and can contribute to crea ti ng value for investors. However, a fi rm with a lower pro fi t margin might have higher growth prospects. High growth poten ti al can lead to increased future revenues and pro fi ts, which can ul ti mately create more value for investors. Ul ti mately, "value for investors" is measured by Return on Equity (ROE) and Return on Invested Capital (ROIC). These crucial metrics consider how e ff ec ti vely a fi rm uses its capital to generate pro fi ts. A fi rm with a lower pro fi t margin may be be tt er capital e ffi ciency (higher ROE or higher ROIC), leading to higher overall returns for investors. For example, Firm A has a higher pro fi t margin but requires signi fi cant capital investment to maintain its opera ti ons, while Firm B has a lower margin but uses its capital more e ffi ciently, leading to higher ROIC. We saw this example in class with Coach that had a 4x larger pro fi t margin than TJ Max while both fi rms had the same ROE (i.e. delivered the same value to investors). Conversely, Abercrombie had a lower pro fi t margin and lower ROE than both fi rms. Lastly, the individual risk pro fi le of each fi rm can in fl uence investor value crea ti on. A high pro fi t margin fi rm in a brand new untested startup might require a higher ROE to deliver risk-adjusted value to investors compared to an established business in the same industry albeit with highly predictable and stable cash fl ows. (3 points) (d) Manqi Gao: "Examples of large posi ti ve free Cash Flows would be a large one- ti me dividend or a Seasoned Equity O ff ering" False. A large one- ti me dividend is not an example of free cash fl ow but rather a use of free cash fl ow. When a company decides to pay a large dividend, it is distribu ti ng the cash it has generated (poten ti ally from its free cash fl ow, but it could also be from raising debt) to its shareholders. MGT 423 Final Page 15 While this ac ti on impacts the cash balance of the company, it does not contribute to the crea ti on of free cash fl ow; instead, it reduces the cash reserves. A seasoned equity o ff ering involves the issuance of addi ti onal shares to raise capital from investors. This ac ti vity results in an in fl ow of cash from investors, but it does not represent cash generated from the company's core opera ti ons. Instead, it is a fi nancing ac ti vity and is accounted for in the cash fl ow from fi nancing ac ti vi ti es sec ti on of the cash fl ow statement. (3 points) (e) Kiana Makris: "The poten ti al for majority shareholders to engage in tunneling would be a reason for the market price of a stock to trade above its DCF value." False. We de fi ne tunneling as any ac ti on taken by majority shareholders to transfer resources out of a company to bene fi t themselves at the expense of minority shareholders. The DCF value represents the present value of expected future cash fl ows generated by the company. If there is a risk of tunneling, the expected future cash fl ows available to all shareholders decrease, which should reduce the DCF value itself. However, since DCF inherently assumes e ffi cient management and equitable treatment of all shareholders, the perceived risk of tunneling would create a discount, not a premium. The stock would trade below its DCF value, not above. (3 points) (f) Parth Thacker: "In comparing publicly traded companies to privately held fi rms, con fl icts of interest and informa ti on asymmetries between shareholders and managers are likely of less concern in private companies." True. In private companies, majority shareholders o ft en have greater access to company informa ti on and can exercise direct oversight over managerial ac ti ons. This close monitoring can mi ti gate con fl icts and reduce the risk of informa ti on asymmetry. On the contrary, in publicly traded companies, shareholders, especially small investors, rely on disclosures and reports, which may not provide the same level of insight into the company's opera ti ons. Managers might have more opportuni ti es to act in their own interests rather than those of the shareholders. (3 points) (g) Kyung Yoon Lee: "This year, Company B has higher Economic Income than Company C. Therefore, it must also be the case that (this year) the ROIC for Company B is higher than for Company C." False. MGT 423 Final Page 16 Economic income and Return on Invested Capital (ROIC) are related but dis ti nct fi nancial metrics. While they can be correlated, one does not necessarily imply the other. Economic income is the measure of a company's pro fi tability that includes both opera ti ng income and the economic impact of changes in asset values. It takes into account accoun ti ng income as well as unrealized gains and losses, and considers net opera ti ng pro fi t a ft er taxes (NOPAT) and adjustments for changes in the economic value of assets and liabili ti es. ROIC measures the return that a company generates on its invested capital, which includes debt and equity. We know that ROIC = NOPAT / Invested Capital. Therefore, economic income is an absolute measure of pro fi t, while ROIC is a ra ti o that considers both pro fi t and the amount of invested capital. For example, Company A could have higher economic income due to larger opera ti ons or higher revenues, but if Company B also has signi fi cantly more invested capital, its ROIC might be lower than Company A's. Conversely, Company A could have a higher economic income and have less invested capital, thereby having a higher ROIC than Company B. Therefore, the statement is false (we consider that "it depends" is not appropriate given that the statement is a fi rma ti vely sta ti ng "it must be the case"). MGT 423 Final Page 17 Ques ti on 4: Miscellaneous topics. Answer the following ques ti ons. Unless indicated otherwise, assume that the di ff erent parts are unrelated. (3 points) (a) Siddharth Arun: "I see that my company earned a net pro fi t margin (=net income/sales) of 12% this year. I understand our cost of equity is lower, around 10%. I'm proud to tell my shareholders that our execu ti ve team was able to deliver value crea ti on for them this year." Do you agree? Why or why not? It depends (could be true, could not be true). Net pro fi t margin and cost of equity are di ff erent metrics. Value crea ti on is be tt er assessed by comparing return on equity (ROE) to the cost of equity. If ROE > cost of equity, value is created. A high pro fi t margin alone doesn't guarantee value crea ti on without considering overall return on invested capital. To truly assess value crea ti on, we should compare the return on equity (ROE) or return on invested

YALE057

capital (ROIC) with the cost of equity. ROE or ROIC considers net income rela ti ve to shareholders' equity or total invested capital, respec ti vely. (4 points) (b) Andy Zuo: "I don't understand why stock issue announcements are on average viewed as bad news in the United States, when they are viewed as good news in countries where stock issues require shareholder approval." Provide an explana ti on for these seemingly contradictory outcomes. Stock issue announcements are o ft en viewed nega ti vely in the United States due to concerns about ownership dilu ti on and nega ti ve signaling. Investors may interpret the need to issue stock as a sign that the company is overvalued or facing fi nancial di ffi cul ti es, leading to a lack of con fi dence and a subsequent drop in stock prices. In contrast, in countries where stock issues require shareholder approval, these announcements are generally seen as posi ti ve. The need for approval ensures thorough ve tti ng and transparency, which reassures investors that the capital raised will be used for bene fi cial purposes. This approval process also acts as a protec ti ve mechanism for exis ti ng shareholders, aligning the issuance with their interests and signaling con fi dence in the company's future prospects. Therefore, the di ff ering reac ti ons are largely due to the varying governance mechanisms and levels of investor con fi dence. (4 points) (c) Andrei Samatov: "I don't understand why Anadarko Petroleum (APC) rebu ff ed Occidental Petroleum's (OXY) January 2018 behind-the-scenes o ff er of $76 per APC MGT 423 Final Page 18 share and yet seemed acceptable to Chevron's $65 o ff er just 2 months later. OXY's o ff er had a larger cash component than Chevron's o ff er: 50% versus 25% cash." Provide a fi nancial explana ti on for why APC felt OXY's o ff er was inferior. As we saw in class, APC likely favored Chevron's $65 per share o ff er over OXY's $76 o ff er due to several fi nancial and strategic reasons: Firstly, Chevron o ff ered stronger strategic synergies and opera ti onal e ffi ciencies, which could lead to greater long-term value crea ti on beyond the immediate o ff er price. Secondly, Chevron's fi nancial stability and market presence provided more certainty and reduced perceived risk, making the deal more secure for APC shareholders. Thirdly, the stock component of Chevron's o ff er might have been viewed as having be tt er growth prospects compared to OXY's, providing higher long-term returns. Tax considera ti ons also played a role, as Chevron's lower cash component could defer tax liabili ti es for shareholders, making it more a tt rac ti ve. Finally, APC's board might have considered shareholder preferences for equity in a stable, strategically aligned company like Chevron, and used Chevron's o ff er as leverage to poten ti ally prompt a be tt er o ff er from OXY. These factors collec ti vely made Chevron's o ff er more appealing despite its lower nominal value. (5 points) (d) Chris ti ne Sedlack: "I hear that two indicators of a compe ti ti ve industry are market to book ra ti os close to 1 and return on equity (=net income/book value of equity) that is close to the cost of equity. The two indicators seem to be unrelated to each other. While the denominators of both ra ti os are the same, the numerators are quite di ff erent: market value, which is the present value of expected future free cash fl ows, and net income from the income statement." Provide the ra ti onale for both indicators of compe ti ti on. Then use a formula discussed in class to explain how the two indicators are related. Market-to-Book Ra ti o Close to 1 suggests that the market values the company's assets at their book value, indica ti ng that the fi rm is not expected to generate excess returns. In highly compe ti ti ve industries, fi rms cannot easily achieve returns above their cost of capital due to intense compe ti ti on and lack of unique advantages, thus aligning market and book values. Return on Equity (ROE) represents the pro fi tability rela ti ve to shareholders' equity, while Cost of Equity (COE) is the return required by investors. When ROE is close to COE, the company is just covering its cost of capital without genera ti ng excess returns. This situa ti on typically occurs in compe ti ti ve industries where fi rms have limited pricing power and pro fi tability margins due to compe ti ti ve pressures. Both metrics are therefore indicators of compe ti ti on. MGT 423 Final Page 19 From class, we can use the formula for the PV of a growing perpetuity to link the two concepts. By de fi ni ti on, We know that the Market Value of Equity is equal to the net present value of all future cash fl ows discounted at the cost of equity r. Let's assume net income is set in perpetuity. We would have. In a perfectly compe ti ti ve industry, fi rms cannot reap monopoly pro fi ts. Therefore, g = 0. Therefore Therefore Let's assume that the statement that is true in a perfectly compe ti ti ve industry (which we derive from the prompt sta ti ng that "indicators of a compe ti ti ve industry are market to book ra ti os close to 1". Therefore and therefore. We know that. Subs ti tu ti ng the NetIncome formula from the previous step we therefore have:, which is the cost of equity. Therefore, in a compe ti ti ve market where fi rms are just covering their cost of equity, the M/B ra ti o being 1 indicates that ROE is equal to the cost of equity, suppor ti ng the idea that fi rms cannot earn excess returns above their cost of capital. M B = MarketValueEquit y BookValueEquit y MarketValueEquit y = NetIncome r g MarketValueEquit y = NetIncome r M B = MarketValueEquit y BookValueEquit y = NetIncome r BookValueEquit y M B = 1 M B = MarketValueEquit y BookValueEquit y = NetIncome r BookValueEquit y = 1 = 1 = NetIncome r x BookValueEquit y NetIncome = r x BookVaiueEquit y ROE = NetIncome BookValueEquit y ROE = r x BookValueEquit y BookValueEquit y = r MGT 423 Final Page 20 (4 points) (e) Michelle Li, Inc. (MLI) has an equity beta of 1, an equity market value of $2 billion, debt value of $500 million, and cash of $700 million. MLI has two divisionsderry Gao and Taichi Wrightwith roughly similar sales that operate in di ff erent industries. An analysis of betas of other publicly traded fi rms in the same industry as Division Gao suggests that its asset beta is 0.8. Division Wright has no publicly traded peers. Es ti mate the asset beta of Division Wright. Assume that beta is zero for debt and cash. Per the prompt,,,,, We know that. We know that Therefore Based on the prompt, we read that Division Wright and Division Gao share similar sales. Therefore, we assume that both fi rms have similar asset values and therefore that the asset beta of MLI is the weighted average of the divisions. Therefore, And thus = ßequity = 1 Equit y = 2B Debt = 0.5B Cash = 0.7B ßasset,Gao = 0.8 ßasset = E V x ßequity + D V x ßdebt V = Equit y + Debt Cash = 2 + 0.5 0.7 ßasset,MLI = 2 1.8 x 1 + 0.5 1.8 x 0 = 1.11 ßasset,MLI = 1 2 ßasset,Gao + 1 2 ßasset,Wright ßasset,Wright = (ßasset,MLI 1 2 ßasset,Gao) x 2 = (1.11 0.5(0.8)) x 2 = (1.11 0.4) x 2 = 0.71 x 2 1.42 MGT 423 Final Page 21 Ques ti on 5: BYND valua ti on from Problem Set #2. Below are the projec ti ons for the last 5 years for the valua ti on model you considered in PS #2. Notes: COGS = Cost of goods sold; SG&A = Selling, general and administra ti ve expenses; NOPAT = Net opera ti ng pro fi t a ft er tax; Capex = Capital expenditures; WC = Working capital. All amounts are in millions of dollars. Provide brief answers to the following ques ti ons that arose during a BYND board mee ti ng, held a ft er the IPO. Include in your answer any calcula ti ons you can make to support your answers. (4

points) (a) Xiaoli Wang: "I don't think these projections build in scale efficiencies (ratio of costs to sales declines with scale)." Do you agree? Explain why. Operating Expenses as a percentage of sales goes from in 2024 to in 2028. This decreasing trend indicates that as sales increase, the operating expenses grow at a slower rate, showing improved efficiency, suggesting that some scale efficiencies are indeed built into the projections. Both Capex and D&A as a percentage of sales remain constant at 4.5%, which indicates that while these costs increase with sales, they do so proportionately and do not reflect significant scale efficiencies. However, this may be typical for certain fixed costs that grow proportionally with the business. The Change in Working Capital as a percentage of sales remains steady at 0.5% across all years, indicating no scale efficiency in working capital management. 8 9 10 12 13 15 17 27 28 29 30 31 32 33 34 35 36 37 B K L M N O

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Sales | 838 | 1,047 | 1,309 | 1,637 | 2,046 |
| Operating Expenses (COGS + SG&A) | (768) | (949) | (1,174) | (1,451) | (1,793) |
| = Operating Profit | 70 | 98 | 135 | 186 | 253 |
| Taxes | 14 | 20 | 27 | 37 | 51 |
| = NOPAT | 84 | 117 | 163 | 223 | 303 |
| Capex | (38) | (47) | (59) | (74) | (92) |
| Capex as % of Sales | (4.5%) | (4.5%) | (4.5%) | (4.5%) | (4.5%) |
| + Depreciation and Amortization | 38 | 47 | 59 | 74 | 92 |
| D&A as % of Sales | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% |
| Change in WC | 4 | 5 | 7 | 8 | 10 |
| Change in WC as % of Sales | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| = Free Cash Flow | 88 | 122 | 170 | 231 | 313 |

Estimates 768 838 = 91.65 % 1793 2046 = 87.63 % MGT 423 Final Page 22 While the overall ratio of Operating Expenses to Sales declines over the years, indicating some degree of scale efficiency, other aspects like Capex and D&A do not show such efficiencies. Therefore, I partially agree with Xiaoli Wang. The projections do incorporate some scale efficiencies, particularly in operating expenses, but not comprehensively across all cost categories. (4 points) (b) Eskay Khanal: "If the projections maintain Capex at a constant fraction of Sales, and also depreciation at a constant fraction of sales, the amount of net PP&E (plant, property and equipment, net of accumulated depreciation) should also grow as a constant fraction of Sales." Do you agree? Explain why. We know that and therefore If and, then Therefore, I agree with Eskay Khanal's assertion. If the projections maintain Capex and Depreciation as constant fractions of sales, the net PP&E should indeed grow as a constant fraction of Sales because any increase in sales will proportionally increase both Capex and Depreciation. However, because the Capex equals Depreciation, the net PP&E remains constant in absolute terms. (3 points) (c) Alex Amari: "I see that the ratio of taxes to operating profits is approximately 20% in all 5 years. It's a little lower than the 25% I would have used, to incorporate state income taxes as well. But other than that, the calculation seems reasonable." Do you agree? Explain why. The federal corporate tax rate in the U.S. is currently 21%. State income tax rates vary, but an we were told in class to use 25% as an average. I agree with Alex Amari. The use of a 20% tax rate in the projections seems reasonable from a federal tax perspective, but it is instead lower than the 25% rate that would more accurately reflect the combined federal and state tax burden. The projections in the model are therefore slightly underestimating the total tax burden by using a 20% rate instead of 25%. This underestimation would affect the accuracy of the net operating profit after tax (NOPAT), which would make the company look more valuable than it is (bad assumption to make). I would fix the model to use 25%. (4 points) PPEYearEnd = PPEYearStart + Capex Depreciation ΔPPE = Capex Depreciation Capex = 4.5% x Sales Depreciation = 4.5% x Sales ΔPPE = Capex Depreciation = 4.5% x Sales) (4.5% x Sales) = 0 MGT 423 Final Page 23 (d) Nico Pedreira: "NOPAT in row 17 is approximately the same as Free cash flows in row 37. That is an indication of strong profitability." Do you agree? Explain why. NOPAT is a measure of a company's operating efficiency after accounting for taxes. Free Cash Flow represents the cash a company generates after accounting for Capex needed to maintain or expand its asset base. The closeness of these two values in the model is due to the fact that model's CAPEX and changes in working capital (0.5% of sales) are very small, thus not reducing FCF substantially. The fact that Free Cash Flow is close to NOPAT implies that the company is not heavily investing in capital expenditures or experiencing significant increases in working capital that would otherwise consume cash. This is generally a positive indication of strong profitability and efficient capital management; however in the case of a growing company like BYND it mostly shows that the company is increasing Sales while keeping CAPEX and Net PPE close to constant. A growing company (especially manufacturing like BYND) cannot keep Net PPE constant, and in this context NOPAT being close to FCF is a sign that the model does not account correctly for growth rather than a true indication of strong profitability. (4 points) (e) Juan Ortega: "I thought that Free cash flow being close to NOPAT is a sign of strong growth." Do you agree? Explain why. A close relationship between FCF and NOPAT suggests that the company is not spending excessively on capital expenditures or experiencing large increases in working capital. Strong growth is typically indicated by increasing sales and profits over time. For a company to grow, it often needs to reinvest significantly in its business. High CAPEX, research and development, and expansion activities are typical indicators of growth investment. High Free Cash Flow can provide the resources needed for growth investments. However, FCF being close to NOPAT because of low investment in CAPEX might indicate limited growth opportunities or a more mature stage of business where less reinvestment is needed. Companies in a high-growth stage typically have lower FCF relative to NOPAT due to significant reinvestment in the business. Conversely, more mature companies with stable operations might exhibit FCF close to NOPAT, indicating efficient operations but not necessarily high growth. Therefore, FCF being close to NOPAT is more an indicator of efficient cash conversion and good financial health rather than strong growth. While it implies that the company can generate cash effectively from its operations, strong growth is typically indicated by increasing revenues, profits, and significant reinvestment in the business. Therefore, I would not agree with Juan Ortega's statement; instead, I would clarify that while close FCF and NOPAT indicate efficiency and financial stability, they do not signify strong growth. MGT 423 Final Page 24 (4 points) (f) Adrian Peters: "Investors should be happy to buy our shares because we are a growth stock, in terms of growth in both sales and Economic Income. The higher the growth, the higher the stock market rate of return they can expect." Do you agree? Explain why. The statement is generally true, but partially misleading as it related to this specific model (and the limitations we saw of this model in our problem set and in class). In general, investors are generally attracted to growth stocks because they anticipate future earnings

growth, which translates into higher FCF, and in turn to higher stock prices. As the company grows, its earnings poten ti al increases, theore ti cally leading to higher returns for investors. Growth stocks typically have higher price-to-earnings (P/E) ra ti os because investors are willing to pay a premium for the expected growth. Further, when a growing company meets or exceeds growth expecta ti ons, the stock price tends to increase. However, temporary or unsustainable growth might lead to disappoin ti ng stock performance in the long term. Investors look for consistent and predictable growth pa tt erns. Further, high growth does not always equate to high pro fi tability. Some growth stocks might sacri fi ce current pro fi ts for future growth. Investors need to balance growth poten ti al with pro fi tability and cash fl ow considera ti ons. In the context of this model, we saw that the increased FCF over ti me comes at the expense of limited to no Capex and limited to no working capital. Therefore, while investors are generally happy to buy growth stocks (and are willing to pay a premium as indicated by higher P/E ra ti os on growth stocks), the expected growth cannot be unrealis ti c and/ or rely on exponen ti ally increasing revenue while keeping Capex and working capital low. MGT 423 Final Page 25 (6 points) (g) Shru ti Aggarwal: "The projec ti ons do not provide an es ti mate of ROIC [=NOPAT/ (beginning book value of equity + net debt)]." Compute the ROIC for 2025 that is implied by these projec ti ons? Assume that the projected book value of equity + net debt at the end of 2023 is $140 million. From the table, we see that NOPAT in 2025 is $117m. We assume that the book value of equity + net debt at the end of 2023 is $140m. We also assume that the only change in (book value of equity + net debt) during 2024 is the amount of FCF in 2024 (i.e. we do not care how the FCF is used swe assume it either goes to reduce debt or increase equity, and that it is not distributed to stockholders). We feel comfortable with that assump ti on because CAPEX = D&A in this model. Therefore, the book value of equity + net debt at the end of 2024 is equal to $140 + $88 = $228m. We can calculate ROIC as ROIC2025 = NOPAT2025 (BookValueOf Equit y + NetDebt)YE2024 = 117 228 = 51.31 % MGT 423 Final Page 26 Ques ti on 6: Industry Comparisons for Ben Sickle Inc. (BSI). BSI is a privately held biopharmaceu ti cal company, planning to go public. One approach to value the company is to use industry mul ti ples. Note: mrq = most recent quarter; tt m = trailing 12 months; Market Cap. = market value of equity; Price/Sales ra ti o = Market Cap/Sales. P/E ra ti o = Market Cap/Net Income. Relevant informa ti on for three publicly-traded fi rms in the biopharma industry is provided below. Answer the following ques ti ons raised by board members of BSI. (4 points) (a) Ramil Ibrahim: "Our valua ti on expert, Nicole Morrison, suggests we use Sales mul ti ples to get an ini ti al valua ti on for BSI. Nicole provided us the informa ti on above." Using this informa ti on compute an es ti mate of the market value of BSI's equity. We assume that all 3 companies are good comparables to BSI. We calculate the average Price/Sales ra ti o across all 3 comparables and scale it to the amount of sales for BSI. Scaling to BSI sales gives us Therefore, the es ti mated market cap using the Sales mul ti ple is 152.01m. (2 points) (b) Niharika Mukerji: "I'm not sure if this Sales mul ti ple calcula ti on is consistent." Is there an inconsistency? If so, what is it? Company Sales ( tt m) Market Cap. (mrq) Price/Sales ra ti o Taka Hoshiai 150 80 0.53 Brian Thorn 250 155 0.62 Trey Murphy 180 67 0.37 BSI 300 AveragePrice/Sales = 0.53 + 0.62 + 0.37 3 = 1.52 3 = 0.5067 0.5067 x 300 = 152.01m MGT 423 Final Page 27 Using only three companies to calculate the average Price/Sales ra ti o might not provide a robust enough sample for an accurate valua ti on. The biopharmaceu ti cal industry can have high variability in fi nancial metrics due to factors like drug development pipelines, regulatory approvals, and market compe ti ti on. Another poten ti al inconsistency could stem from comparing companies of di ff erent sizes, stages of development, or business models within the biopharma industry. Ideally, a larger sample size of comparable companies should be used to ensure the valua ti on is consistent and accurate. We are given no informa ti on about how comparable these other companies are. In fact, within this sample of 3 companies, the Price/Sales ra ti o ranges from a low of 0.37 to a high of 0.62, i.e. almost 100% error range between max and min. Lastly, Sales only includes topline revenue and ignores expenses. Since the value of equity is equal to the NPV of all future cash fl ows, sales ma tt ers less than net cash fl ow; therefore a Price/Sales ra ti o is probably not a good metric to use unless the companies have very similar size, margins, and businesses. To address this concern, we could: 1. Use a larger set of comparable companies within the biopharma industry. 2. Ensure that the selected companies are similar to BSI in terms of size, stage of development, and business model. 3. Consider other valua ti on methods in addi ti on to the Sales mul ti ple to cross-verify the es ti mated market value. (4 points) (c) Zoe Feng: "Oh I see that Nicole just sent us a second email with data that allows an earnings mul ti ple calcula ti on?" Using the informa ti on below compute an es ti mate for the market value of BSI's equity. Company Net Income ( tt m) Market Cap. (mrq) P/E ra ti o Taka Hoshiai 9 80 8.89 Brian Thorn 16 155 9.69 Trey Murphy 8 67 8.38 BSI 27 MGT 423 Final Page 28 Here again, we can average the P/E ra ti o across all 3 fi rms and then scale this ra ti o to the net income of BSI. The average P/E ra ti o is Scaling to BSI's net income gives us a market value of (2 points) (d) Blossom Norris: "Again, I'm not sure if this Earnings mul ti ple calcula ti on is consistent." Is there an inconsistency? If so, what is it? Using P/E ra ti os is probably be tt er than using a Price/Sales ra ti o because it does factor in expenses (a point we addressed earlier in the previous ques ti on) and does at least account for the present net earnings of the companies. We see how using di ff erent ra ti os can yield vastly di ff erent valua ti ons, ranging from $152m in our previous ques ti on to $24

Report generated by (©) **GPTZero**                    Version 2024-08-02 Base

Document Title**NOPAT is a measure of a company's operating effici** Author:**Ken Wieler**

Our detector is highly confident that the text is written entirely by a human.

## AI Scan

# 11%

There is a 11% chance this text was written entirely
by AI.

## Stats

182 words
15 sentences
0 sentences generated by AI

## FAQ

### What is GPTZero?

GPTZero is the leading AI detector for checking whether a document was written by a large language model such as ChatGPT. GPTZero detects AI on sentence, paragraph, and document level. Our model was trained on a large, diverse corpus of human-written and AI-generated text, with a focus on English prose. To date, GPTZero has served over 2.5 million users around the world, and works with over 100 organizations in education, hiring, publishing, legal, and more.

### When should I use GPTZero?

Our users have seen the use of AI-generated text proliferate into education, certification, hiring and recruitment, social writing platforms, disinformation, and beyond. We've created GPTZero as a tool to highlight the possible use of AI in writing text. In particular, we focus on classifying AI use in prose. Overall, our classifier is intended to be used to flag situations in which a conversation can be started (for example, between educators and students) to drive further inquiry and spread awareness of the risks of using AI in written work.

### Does GPTZero only detect ChatGPT outputs?

No, GPTZero works robustly across a range of AI language models, including but not limited to ChatGPT, GPT-4, GPT-3, GPT-2, LLaMA, and AI services based on those models.

### What are the limitations of the classifier?

The nature of AI-generated content is changing constantly. As such, these results should not be used to punish students. We recommend educators to use our behind-the-scene Writing Reports as part of a holistic assessment of student work. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Instead, we recommend educators take approaches that give students the opportunity to demonstrate their understanding in a controlled environment and craft assignments that cannot be solved with AI. Our classifier is not trained to identify AI-generated text after it has been heavily modified after generation (although we estimate this is a minority of the uses for AI-generation at the moment). Currently, our classifier can sometimes flag other machine-generated or highly procedural text as AI-generated, and as such, should be used on more descriptive portions of text.

### I'm an educator who has found AI-generated text by my students. What do I do?

Firstly, at GPTZero, we don't believe that any AI detector is perfect. There always exist edge cases with both instances where AI is classified as human, and human is classified as AI. Nonetheless, we recommend that educators can do the following when they get a positive detection:

 Ask students to demonstrate their understanding in a controlled environment, whether that is through an in-person assessment, or through an editor that can track their edit history (for instance, using our Writing Reports through Google Docs). Check out our list of several recommendations on types of assignments that are difficult to solve with AI.
 Ask the student if they can produce artifacts of their writing process, whether it is drafts, revision histories, or brainstorming notes. For example, if the editor they used to write the text has an edit history (such as Google Docs), and it was typed out with several edits over a reasonable period of time, it is likely the student work is authentic. You can use GPTZero's Writing Reports to replay the student's writing process, and view signals that indicate the authenticity of the work.
 See if there is a history of AI-generated text in the student's work. We recommend looking for a long-term pattern of AI use, as opposed to a single instance, in order to determine whether the student is using AI.

YALE061

**AI Scanned Document**

Our detector is highly confident that the text is written entirely by a human.

AI Content

### NOPAT is a measure of a company's operating effici

NOPAT is a measure of a company's operating efficiency after accounting for taxes. Free Cash Flow represents the cash a company generates after accounting for Capex needed to maintain or expand its asset base.

The closeness of these two values in the model is due to the fact that model's CAPEX and changes in working capital (0.5% of sales) are very small, thus not reducing FCF substantially. The fact that Free Cash Flow is close to NOPAT implies that the company is not heavily investing in capital expenditures or experiencing significant increases in working capital that would otherwise consume cash. This is generally a positive indication of strong profitability and efficient capital management; however in the case of a growing company like BYND it mostly shows that the company is increasing Sales while keeping CAPEX and Net PPE close to constant. A growing company (especially manufacturing like BYND) cannot keep Net PPE constant, and in this context NOPAT being close to FCF is a sign that the model does not account correctly for growth rather than a true indication of strong profitability.





2024-10-13 16:55:15    Y    GPT-4o

**Choi, James** Tokens: 1108  5 months ago

Some investors, who do not believe markets are efficient, still would want to "act as if" markets were efficient. Why might they want to manage their investments in this way?

**GPT-4o** Tokens: 472  5 months ago

Even though the uploaded document did not contain the information, I will provide an explanation based on general financial principles.

Some investors who do not believe that markets are fully efficient might still choose to manage their investments as if markets were efficient for several reasons:

1. **Benchmarking and Comparative Performance**:
   - By acting as if markets are efficient, investors can utilize widely recognized benchmarks such as market indices (e.g., S&P 500) for performance comparison. This allows them to gauge their portfolio's performance relative to a representative sample of the market, which can be a useful point of reference.

2. **Cost Efficiency**:
   - Investing as if markets were efficient often leads to lower costs. For example, adopting a passive investment strategy, such as investing in index funds, typically incurs lower fees and expenses compared to actively managed funds. This can be more cost-effective for the investor in the long run.

3. **Diversification**:
   - An investment strategy based on market efficiency often emphasizes diversification, which helps spread risk across various sectors and asset classes. Diversification can reduce the impact of poor performance in any single investment, thereby managing overall portfolio risk more effectively.

4. **Time and Effort**:
   - Managing investments as if markets are efficient tends to require less time and effort. Active stock picking and market timing demand significant research and continuous monitoring, whereas a passive approach aligns more with a set-and-forget strategy, allowing investors to focus on other pursuits.

YALE064

5. **Empirical Evidence**:

   ◦ Much empirical research supports the notion that, over the long term, few actively managed funds consistently outperform their benchmarks after accounting for fees. This evidence can persuade investors to adopt a passive strategy, despite their belief in market inefficiencies.

6. **Behavioral Biases**:

   ◦ By adhering to a strategy that assumes market efficiency, investors can mitigate behavioral biases such as overconfidence and excessive trading, which can negatively impact investment returns. A disciplined approach that mirrors market efficiency might lead to better long-term outcomes.

Overall, managing investments as if markets were efficient can provide a structured, cost-effective, and less labor-intensive strategy that aligns with empirical evidence suggesting difficulty in consistently outperforming the market through active management.

👍 Rate Message                                    🗐 Copy    🗏 View Prompt



Choi, James                          Tokens: 1072   5 months ago   🗋

What does the beta of a portfolio measure?

Ⓨ GPT-4o                        Tokens: 195    5 months ago

The beta of a portfolio measures the sensitivity of the portfolio's returns relative to the returns of a benchmark market index, usually the overall market like the S&P 500. It is a measure of systematic risk, or the risk inherent to the entire market or market segment, which cannot be eliminated through diversification.

A portfolio beta is calculated as the weighted average of the betas of the individual assets or securities within the portfolio. Here is what different beta values indicate:

- A beta of 1 indicates that the portfolio's price will move with the market.
- A beta of less than 1 means that the portfolio is less volatile than the market.
- A beta of greater than 1 indicates that the portfolio is more volatile than the market.

This concept is central to the Capital Asset Pricing Model (CAPM), which describes the relationship between systematic risk and expected return for assets, particularly stocks.

👍 Rate Message                                    🗐 Copy    🗏 View Prompt



Choi, James                                    Tokens: 1266    5 months ago

If the beta is less than one, what can we say about the portfolio?

 GPT-4o                              Tokens: 261    5 months ago

If the beta of a portfolio is less than one, it indicates that the portfolio is less volatile than the market. This means that the portfolio's returns are expected to be less responsive to changes in the market returns. In practical terms, if the overall market increases or decreases in value, a portfolio with a beta of less than one would generally experience smaller changes in value compared to the market.

Here are a few specific points about a portfolio with a beta of less than one:

1. **Lower Risk**: The portfolio has lower systematic risk compared to the market. Investors might prefer such a portfolio if they seek lower volatility and are risk-averse.
2. **Less Sensitive to Market Movements**: The portfolio's returns will not fluctuate as dramatically with the ups and downs of the market. This could be advantageous during periods of market turbulence.
3. **Lower Expected Returns**: Typically, because the portfolio is less volatile and perceived as less risky, it might have lower expected returns compared to a more volatile portfolio (with a beta greater than one) according to the Capital Asset Pricing Model (CAPM).

Therefore, a beta of less than one signifies a more conservative investment strategy, which may appeal to investors who prioritize stability and are willing to accept potentially lower returns in exchange for reduced volatility.

👍 Rate Message                              Copy        View Prompt

YALE066

**Choi, James**  Tokens: 1561  5 months ago

Do you expect the alpha to be positive, negative, or zero? What does the alpha measure? How would you interpret a negative alpha?

 GPT-4o  Tokens: 407  5 months ago

Alpha is a measure of a portfolio's performance relative to a benchmark index, considering the risk (beta) of the portfolio. It represents the excess return of an investment relative to the return of a benchmark index, given the investment's risk level. Essentially, alpha indicates how well a portfolio has performed in comparison to what would have been expected based on its beta.

**Expectations for Alpha:**

- **Positive Alpha**: This implies that the portfolio has outperformed the benchmark index given its level of risk. This suggests superior management or selection of investments.
- **Zero Alpha**: Indicates that the portfolio has performed exactly in line with the benchmark, given its level of risk. This suggests that the portfolio's performance can be fully explained by the market movements and the portfolio's beta.
- **Negative Alpha**: Implies that the portfolio has underperformed the benchmark index given its level of risk. This suggests that either the investments selected or the portfolio management has not effectively added value.

**What Alpha Measures:**

Alpha measures the active return on an investment, indicating how much return an investment has earned above or below the market return, considering the investment's risk. It is a key metric in assessing the skill of a portfolio manager.

**Interpretation of a Negative Alpha:**

A negative alpha indicates that the portfolio has underperformed its benchmark on a risk-adjusted basis. For example:

- If a mutual fund has a beta of 1.2 and a negative alpha, it means that not only has the fund taken on more risk than the market, but it has also failed to achieve returns that justify this additional risk.

  - A negative alpha could be due to poor investment choices, higher fees, or other factors that detract from the fund's overall performance.

In summary:

- **Alpha** measures the excess return of an investment relative to the expected return based on its beta.
- A **negative alpha** suggests underperformance relative to the benchmark after adjusting for risk. It may be a sign of poor investment choices or management inefficiency.

👍 Rate Message     📋 Copy     📄 View Prompt

YALE067



**Choi, James**     Tokens: 1988   5 months ago

Do you expect the alpha to be positive, negative, or zero?

 GPT-4o     Tokens: 300   5 months ago

The expectation for alpha depends on the specific context and the skill of the portfolio manager. Here are different scenarios to consider:

1. **Positive Alpha Expected**: If the portfolio manager is highly skilled and can consistently select investments that outperform the market, one might expect a positive alpha. This indicates that the manager is generating returns above what would be expected based on the portfolio's beta, representing added value from active management.

2. **Zero Alpha Expected**: In an efficient market where security prices fully reflect all available information, it might be expected that alpha is zero on average. This aligns with the Efficient Market Hypothesis (EMH), suggesting that it is difficult to consistently achieve returns above the market average after adjusting for risk. Many passive index funds aim to achieve a zero alpha by mirroring the performance of a benchmark index exactly, minus any management fees.

3. **Negative Alpha Expected**: If the portfolio manager is not skilled or if the management fees and transaction costs are high, it is possible to expect a negative alpha. This indicates that the portfolio underperforms the benchmark given its level of risk.

In summary, while investors typically hope for a positive alpha, the actual expectation can vary. In practice, achieving a positive alpha consistently is challenging, and many investors may settle for a zero alpha, especially those investing in passive index funds. A negative alpha generally suggests issues with investment choices or higher costs. Historical performance and the specific strategy of the portfolio should guide realistic expectations for alpha.

👍 Rate Message                          📋 Copy     📄 View **Prompt**

YALE068

Choi, James                                    Tokens: 2300    5 months ago

What does the alpha measure?

 GPT-4o                                    Tokens: 458    5 months ago

Alpha measures the excess return of an investment relative to the return of a benchmark index, considering the investment's risk. Specifically, it indicates the performance of an investment compared to what would have been expected based on the investment's beta (systematic risk relative to the market).

**Key Points about Alpha:**

1. **Excess Return**: Alpha represents the additional return an investment has generated above or below what would be expected based on its risk (beta) and the return of the benchmark index.

2. **Benchmark Comparison**: Alpha compares the performance of the investment to a relevant benchmark, such as the S&P 500 for a U.S. equity portfolio. A positive alpha suggests outperformance, while a negative alpha indicates underperformance relative to the benchmark.

3. **Risk Adjustment**: Alpha takes into account the risk of the investment, as indicated by its beta. It measures performance on a risk-adjusted basis, making it possible to compare investments with different levels of systematic risk.

**Interpretation of Alpha:**

- **Positive Alpha**: The investment has outperformed the benchmark index on a risk-adjusted basis. This suggests effective investment management and/or favorable investment selection.

- **Zero Alpha**: The investment has performed in line with the benchmark index on a risk-adjusted basis. This means the returns are consistent with the expected performance given the investment's level of risk.

- **Negative Alpha**: The investment has underperformed the benchmark index on a risk-adjusted basis. This indicates that the investment has not achieved the returns expected for its level of risk, which can be due to poor investment decisions or higher costs.

**Formula for Alpha:**

The formula to calculate alpha is:

$$\alpha = R_i - [R_f + \beta_i(R_m - R_f)]$$

Where:

- $R_i$ is the actual rate of return of the investment.
- $R_f$ is the risk-free rate of return.
- $\beta_i$ is the beta of the investment.
- $R_m$ is the rate of return of the benchmark market index.

Alpha is an essential measure in evaluating the skill of a portfolio manager and the effectiveness of an active investment strategy in generating returns above the benchmark after adjusting for risk.

👍 Rate Message                              📋 Copy    ▤ View Prompt

**Choi, James**                                Tokens: 1467    4 months ago    ⧉

From an investor relations perspective, what might be the reason for a company to decide to increase the dividend at the same time it announced an acquisition?

 GPT-4o                           Tokens: 332    4 months ago

In the context of investor relations, a company might decide to increase its dividend at the same time that it announces an acquisition for several strategic reasons:

1. **Confidence Signaling**: By increasing the dividend, the company signals confidence in its future cash flows and profitability. This action can reassure investors that the company is not overextending itself with the acquisition and that it expects to continue generating sufficient revenue to meet its commitments.

2. **Shareholder Value**: Dividend increases are generally seen as a positive signal of a company's financial health. Announcing a dividend increase alongside an acquisition can help maintain or boost the company's stock price by demonstrating a commitment to delivering returns to shareholders.

3. **Counterbalance Potential Concerns**: Acquisitions can create anxiety among investors due to risks associated with integration, financing, and disruption. A dividend increase can serve as a counterbalancing measure, comforting investors that their income stream is being prioritized even as the company pursues growth opportunities.

4. **Attracting Income-Focused Investors**: By increasing dividends, the company may attract or retain income-focused investors who prioritize steady dividend income. This can broaden the investor base and support the stock price during potentially volatile periods following the acquisition announcement.

5. **Positive Market Perception**: Coordinating a positive announcement (dividend increase) with a potentially neutral or uncertain one (acquisition) can help manage market perceptions and maintain a positive narrative about the company's strategic direction.

These actions demonstrate the company's strategic intent and financial strength, thereby supporting investor confidence during a significant corporate transition.

👍 Rate Message                                    ⧉ Copy    ▭ View Prompt

YALE070



Choi, James    Tokens: 1852    4 months ago

In its press release, Tapestry also included the following statement, "[we announce a] 17% increase in our dividend per share. Overall, we are disciplined financial operators and allocators of capital with a relentless drive to deliver meaningful shareholder value." How would this qualitatively change your belief of your estimate of the synergies calculated?

 GPT-4o    Tokens: 378    4 months ago

The inclusion of the statement "[we announce a] 17% increase in our dividend per share. Overall, we are disciplined financial operators and allocators of capital with a relentless drive to deliver meaningful shareholder value" in Tapestry's press release can qualitatively affect the perception and belief in the estimated synergies from the acquisition in several ways:

1. **Enhanced Trust in Management's Projections**:
   - Such a statement reinforces management's confidence in the success of the acquisition and the achievement of projected synergies. It indicates that management believes the acquisition will generate sufficient cash flows to support a significant increase in dividends while maintaining financial discipline.

2. **Implied Financial Robustness**:
   - The decision to increase the dividend amid an acquisition implies that the company is in a strong financial position and expects the acquisition to enhance its financial stability and operational efficiency. This can make the projected synergies appear more credible and attainable.

3. **Positive Signal to Investors**:
   - By coupling an acquisition announcement with a dividend increase, the company sends a positive signal to investors about its future earnings potential and cash flow generation capacity. This can improve investor sentiment and confidence in the company's ability to execute the acquisition successfully and realize the expected synergies.

4. **Alignment with Shareholder Interests**:
   - The emphasis on being disciplined financial operators and prioritizing shareholder value aligns the company's strategic decisions with the interests of shareholders. This alignment suggests that management is carefully considering the financial implications of the acquisition and is committed to delivering tangible benefits, which can enhance

     belief in the estimated synergy figures.

In summary, such a statement can positively affect the qualitative assessment of the synergies by reinforcing confidence in management's projections, showcasing financial robustness, sending positive signals to investors, and aligning management's actions with shareholder interests. This qualitative shift can make the estimated synergies from the acquisition appear more credible and achievable.

👍 Rate Message    📋 Copy    🗐 View Prompt



Choi, James                          Tokens: 1517    4 months ago

In a press release accompanying the announcement of an acquisition the company also wrote, "we announce a 17% increase in our dividend per share. Overall, we are disciplined financial operators and allocators of capital with a relentless drive to deliver meaningful shareholder value." How would this qualitatively change your estimates of the synergy value of the acquisition?

 GPT-4o                    Tokens: 443    4 months ago

While the specific document did not provide an exact match, we can still consider the information qualitatively to evaluate the potential synergy value of the acquisition.

The statement from the company in the press release includes a few key points:

1. **17% Increase in Dividend per Share**: This indicates that the company is returning more capital to shareholders, which suggests confidence in future cash flows. A significant increase in dividends often signals that the company expects to benefit from the acquisition, resulting in stronger financial performance.

2. **Disciplined Financial Operators and Allocators of Capital**: This suggests that the company is prudent in managing its resources and capital. Such discipline can enhance the chances of realizing synergies from the acquisition because the company is likely to carefully manage integration costs and seek to maximize efficiency gains.

3. **Relentless Drive to Deliver Meaningful Shareholder Value**: This reflects a strong commitment to enhancing shareholder wealth, implying that the company will focus on ensuring the acquisition delivers measurable benefits, such as cost savings, revenue enhancements, or strategic advantages.

Qualitatively, these points can enhance your estimates of the synergy value of the acquisition for several reasons:

- **Confidence in Future Performance**: The company's decision to increase dividends indicates confidence in its ability to generate higher future earnings and cash flows, potentially as a result of the acquisition. This bolstered confidence should be factored into synergy estimates, suggesting that the projected benefits might be robust.

- **Effective Capital Management**: The emphasis on disciplined financial management and allocation of capital provides assurance that the company will carefully manage the integration process and synergy realization. Efficient integration often leads to better realization of synergies.

- **Shareholder Value Focus**: The company's determination to deliver shareholder value implies a strong drive to achieve the expected synergies from the acquisition. This focus can lead to more aggressive pursuit and realization of cost savings, revenue synergies, and strategic benefits.

Therefore, factoring in this qualitative information, you would likely revise your synergy estimates upward, reflecting greater confidence in the acquisition's contributions to financial performance and shareholder value.

👍 Rate Message                          📋 Copy    📄 View Prompt

ChatGPT 4o mini ⌄

Indicate whether the statement—provided by financial experts—is true, false, or "it depends", and give a brief explanation why. Your explanation is what counts most. The statement is, "In a Rights offering (as in Hertz), existing shareholders can avoid dilution by selling their purchase rights to other investors."

The statement is **true**.

In a rights offering, existing shareholders are typically given the right to purchase additional shares at a discounted price before those shares are offered to the public. This allows shareholders to maintain their proportional ownership in the company, thereby avoiding dilution. However, if shareholders choose not to exercise these rights, they often have the option to sell them to other investors, thus allowing them to avoid dilution by monetizing the value of the rights instead of buying the additional shares themselves.

This ability to sell the rights preserves their value even if the shareholder does not wish to invest further in the company.

‹  1/2  ›

What does the beta of a portfolio measure? If the beta is less than one, what can we say about the portfolio?

The **beta** of a portfolio measures its **systematic risk** relative to the overall market (typically represented by a benchmark index like the S&P 500). Specifically, beta indicates how sensitive the portfolio's returns are to the movements of the market:

- A **beta of 1** means the portfolio's returns are expected to move in line with the market.

- A **beta greater than 1** suggests that the portfolio is more volatile than the market, meaning it tends to increase more in rising markets and decrease more in falling markets.

- A **beta less than 1** indicates that the portfolio is less volatile than the market, meaning its returns tend to fluctuate less. This could suggest a more conservative portfolio, which may rise less in a bull market but also decline less in a bear market.

## If the beta is less than one:

We can say that the portfolio tends to be **less risky** and **less volatile** than the overall market. It likely includes investments that are less sensitive to market swings, such as bonds, defensive stocks, or other low-volatility assets.

⎘  👍  👎  🔊  ↻ ⌄

Indicate whether the statement—provided by financial experts—is true, false, or "it depends", and give a brief explanation why. Your explanation is what counts most. The statement is, "In a Rights offering (as in Hertz), existing shareholders can avoid dilution by selling their purchase rights to other investors."

The statement is **true**.

In a rights offering, existing shareholders are given the opportunity to purchase additional shares at a discounted price before the shares are offered to new investors. If shareholders choose not to exercise their rights, they can sell these rights to other investors. This allows them to avoid dilution of their ownership stake by either buying additional shares or selling the rights to others who want to invest. Therefore, the option to sell the rights helps existing shareholders mitigate the impact of dilution.

‹  2/2  ›

From an investor relations perspective, what might be the reason for TPR to decide to increase the dividend at the same time it announced the acquisition?

From an investor relations perspective, **TPR's decision to increase the dividend at the same time it announced an acquisition** is likely a strategic move to signal financial strength and confidence in the company's future. Here are the possible reasons:

1. **Reassuring Shareholders**: Acquisitions can create uncertainty among shareholders due to potential integration risks, costs, and impacts on the company's financials. By increasing the dividend, TPR can reassure investors that the company remains financially stable and committed to rewarding them, even amid a major transaction.

2. **Highlighting Synergies**: The dividend increase might signal that the acquisition is expected to generate significant synergies or profitability, enhancing cash flows and justifying a higher dividend payout. This reflects management's confidence in the deal's success.

3. **Balancing Dilution Concerns**: If the acquisition is financed through equity issuance, there may be concerns about dilution. Increasing the dividend could help offset these concerns by demonstrating a focus on shareholder value.

4. **Attracting Income Investors**: A higher dividend may appeal to income-focused investors, helping to maintain or increase demand for the company's stock despite the uncertainties surrounding the acquisition.

Overall, this move serves to boost investor confidence and attract a stable investor base during a period of potential volatility.

🗗 👍 👎 🔊 ↻ ⌄

Give me four more reasons

Here are four additional reasons why TPR might increase the dividend when announcing an acquisition:

1. **Signaling Long-Term Growth**: By raising the dividend, TPR could be signaling that it expects the acquisition to drive long-term growth, thereby justifying a higher payout to shareholders. This indicates management's belief that the combined companies will perform well and generate strong returns over time.

2. **Strengthening Market Sentiment**: The dividend increase may be intended to create a positive market reaction. It suggests that despite the costs and risks associated with the acquisition, TPR remains optimistic about its financial future, which could help maintain or even boost its stock price.

3. **Demonstrating Cash Flow Health**: Increasing the dividend alongside an acquisition announcement could be a way to showcase TPR's robust cash flow. It signals that the company has sufficient financial resources to support both the acquisition and ongoing shareholder returns, alleviating concerns about liquidity or overleveraging.

4. **Aligning with Shareholder Expectations**: TPR may have a track record of consistent or increasing dividends, and the decision to raise the dividend during an acquisition could be intended to align with shareholders' expectations. It shows that management remains committed to rewarding shareholders, even as the company pursues growth opportunities through M&A.

YALE075

In a rights offering, can existing shareholders avoid dilution by selling their purchase rights to other investors?

Yes, in a rights offering, existing shareholders can avoid dilution by selling their purchase rights to other investors.

Here's why: In a rights offering, shareholders are given the opportunity to buy additional shares, typically at a discounted price, to maintain their proportional ownership in the company. If they choose not to exercise these rights (i.e., they don't purchase the additional shares), they can often sell these rights to other investors in the market, depending on the structure of the offering.

By selling their rights, they can avoid having their ownership percentage diluted, as the proceeds from selling the rights can compensate them for the dilution caused by the issuance of new shares to other investors.



An analyst regresses the realized excess (of riskless rate f) returns of Portfolio P against the excess returns on a market index, M, using the following regression equation: $(R_p - rf) = \alpha_p + \beta_p (R_M - rf) + \varepsilon_p$. What does the beta of a portfolio measure?

The beta ($\beta_p$) of a portfolio measures the portfolio's sensitivity to movements in the market index. Specifically, it quantifies how much the excess return of the portfolio (above the risk-free rate) is expected to change in response to a 1% change in the excess return of the market (also above the risk-free rate).

- **$\beta_p > 1$**: The portfolio is more volatile than the market, so for every 1% change in the market's excess return, the portfolio's excess return is expected to change by more than 1%.

- **$\beta_p = 1$**: The portfolio's return is expected to move in line with the market.

- **$\beta_p < 1$**: The portfolio is less volatile than the market, meaning its excess returns will change less than the market's excess returns.

In summary, beta measures the systematic risk of the portfolio relative to the market.

If the beta is less than one, what can we say about the portfolio?

If the beta ($\beta_p$) of a portfolio is less than one, the portfolio is less sensitive to market movements than the market itself. This means the portfolio is less volatile and tends to experience smaller fluctuations in returns in response to market changes. Here's what we can infer about the portfolio:

- **Lower Risk**: The portfolio is considered to have lower systematic risk compared to the market. It is less exposed to broad market movements and tends to be more stable during market volatility.

- **Defensive Characteristics**: A portfolio with a beta less than one often includes assets that are considered more defensive, such as bonds, utilities, or consumer staples, which are less affected by economic cycles.

- **Lower Return Potential in Bull Markets**: While the portfolio might outperform the market during downturns, it may underperform during bull markets because it doesn't capture as much of the upside when the market rises.



Overall, a beta less than one indicates a more conservative investment that provides smoother returns with less exposure to market risk.

> Do you expect the alpha to be positive, negative, or zero? What does the alpha measure? How would you interpret a negative alpha?

Alpha ($\alpha_p$) measures the performance of a portfolio relative to what would be expected based on its beta and the market's performance. It represents the excess return of the portfolio after accounting for its exposure to market risk.

Here's a breakdown of what alpha indicates:

- **Positive Alpha**: The portfolio has outperformed its expected return given its level of market risk. It suggests the portfolio manager has added value beyond what would be predicted by the market movements alone.

- **Negative Alpha**: The portfolio has underperformed relative to what would be expected based on its beta. It implies that the portfolio has not achieved returns as high as would be predicted given its exposure to market risk.

- **Zero Alpha**: The portfolio's performance aligns with what is expected based on its beta. The returns are consistent with the market risk exposure.

**Interpretation of Negative Alpha**:

- **Underperformance**: A negative alpha indicates that the portfolio has underperformed relative to the expected return based on its market risk. This means that, after adjusting for market movements, the portfolio has delivered returns lower than anticipated.

- **Manager Skill**: If the negative alpha is persistent, it may suggest that the portfolio manager is not adding value through active management or that the chosen strategy is not effective.

- **Risk-Adjusted Performance**: It highlights that the portfolio's returns are not compensating adequately for the level of systematic risk taken.

In essence, a negative alpha suggests that the portfolio's returns are not justifying the risk taken, leading to a potential reassessment of the investment strategy or management.

What does the R-square measure tell you about the portfolio?

The R-squared ($R^2$) value in the context of a regression of portfolio returns on market returns measures the proportion of the portfolio's returns that can be explained by the returns of the market index. It quantifies how well the portfolio's returns can be predicted by the market returns. Here's what it tells you:

- **$R^2$ = 1 (or 100%)**: All of the portfolio's returns are perfectly explained by the market index returns. The portfolio moves in perfect synchronization with the market, meaning its performance is entirely driven by market movements.

- **$R^2$ = 0**: None of the portfolio's returns are explained by the market index returns. The portfolio's returns are completely independent of market movements, indicating that other factors or securities are influencing the portfolio's performance.

- **$0 < R^2 < 1$**: A portion of the portfolio's returns is explained by the market index returns. The closer $R^2$ is to 1, the more the portfolio's returns are driven by the market. Conversely, a lower $R^2$ indicates less explanatory power of the market index for the portfolio's returns.

**Interpretation of R-squared:**

- **High $R^2$**: A high $R^2$ suggests that the portfolio has a strong relationship with the market index, meaning its performance is closely tied to market movements. This indicates that the portfolio is highly sensitive to the market's performance.

- **Low $R^2$**: A low $R^2$ suggests that the portfolio's returns are not strongly related to the market index. This could imply that the portfolio includes significant amounts of assets or strategies that are not correlated with the market, possibly indicating a more independent or unique investment approach.

In summary, $R^2$ helps to understand the extent to which the portfolio's returns are influenced by the market and provides insight into the portfolio's exposure to systematic



Some investors, who do not believe markets are efficient, still would want to "act as if" markets were efficient. Why might they want to manage their investments in this way?

Investors who do not believe in market efficiency might still choose to manage their investments as if markets were efficient for several reasons:

1. **Simplicity and Practicality**: Adopting a strategy based on the assumption of market efficiency can simplify investment decisions. Efficient-market-based strategies, such as passive index investing, require less time, effort, and expertise compared to active management, which can be complex and resource-intensive.

2. **Cost-Effectiveness**: Passive investment strategies, which assume markets are efficient, typically involve lower transaction costs and management fees compared to active strategies. By minimizing these costs, investors can improve their net returns over time.

3. **Difficulties in Timing the Market**: Even if an investor believes markets are not perfectly efficient, predicting market movements with accuracy is challenging. A passive approach might be preferred because it avoids the difficulty of timing the market or picking individual stocks, which can be both uncertain and costly.

4. **Long-Term Performance**: Historical data often show that passive investment strategies, such as those tracking market indices, perform comparably to or better than active management over the long term. Even if investors doubt market efficiency, they might find that passive strategies offer a reasonable return with less risk of underperformance due to poor stock-picking or market timing.

5. **Behavioral Biases**: Investors might recognize their own behavioral biases and the tendency to make suboptimal decisions when actively managing investments. Acting as if markets are efficient helps them avoid the pitfalls of overconfidence, frequent trading, and emotional reactions.

6. **Diversification and Risk Management**: Efficient-market assumptions support broad diversification, which helps in managing risk. By investing in a diversified portfolio that reflects the overall market, investors can spread risk and potentially achieve more stable returns.

In essence, even skeptics of market efficiency might find that managing investments as if markets were efficient offers practical advantages, cost savings, and a disciplined approach that aligns well with long-term investment goals.

Give me five more reasons

Certainly! Here are five additional reasons why investors might choose to manage their investments as if markets were efficient, despite their skepticism about market efficiency:

1. **Avoidance of Overfitting**: Investors might prefer strategies that assume market efficiency to avoid the risk of overfitting, where a model is too closely tailored to past data and fails to perform well in the future. Passive strategies avoid the risk of relying on models that may not hold up in different market conditions.

2. **Emphasis on Long-Term Trends**: Efficient-market assumptions often align with a long-term investment horizon, which can be beneficial for achieving steady growth. Investors might value the stability and consistent performance that comes from long-term, passive strategies over short-term, speculative ones.

3. **Reduced Manager Risk**: Active management involves selecting managers who must make decisions about which assets to pick. If an investor believes that markets are not fully efficient but still prefers not to pick individual managers or funds, they might opt for passive strategies to mitigate the risk of choosing a poorly performing manager.

4. **Scalability**: Passive investment strategies are typically more scalable than active strategies. Investors can implement passive approaches across large portfolios with ease, whereas active strategies might face constraints due to capacity limits, especially in smaller or less liquid markets.

5. **Focus on Other Aspects of Financial Planning**: By adopting a passive investment approach, investors can focus their time and energy on other important aspects of financial planning, such as tax strategies, estate planning, and personal financial goals. This allows them to delegate investment management to a strategy that requires less hands-on involvement.

These reasons highlight the practical benefits and broader strategic considerations that might lead investors to favor efficient-market-based investment approaches, even if they have reservations about market efficiency.

Some investors, who do not believe markets are efficient, still would want to "act as if" markets were efficient. Why might they want to manage their investments in this way?

Investors who don't fully believe in the Efficient Market Hypothesis (EMH) might still choose to act as if markets are efficient for several reasons:

1. **Cost Efficiency**: Managing investments as if markets are efficient often means relying on passive investment strategies like index funds. These strategies tend to have lower fees compared to active management, which can save investors money over time. Even if an investor believes some opportunities for mispricing exist, they may consider the lower costs of passive management more valuable than the potential for slightly higher returns through active management.

2. **Diversification Benefits**: Acting as if markets are efficient encourages broad diversification. Rather than trying to time the market or pick individual stocks, investors might allocate their portfolios across various asset classes to reduce risk. This diversification helps manage unsystematic risk, aligning with modern portfolio theory principles, even if they believe certain assets could be mispriced.

3. **Behavioral Discipline**: Investors may recognize that their own biases (e.g., overconfidence, recency bias) could lead to poor investment decisions if they attempt to outsmart the market. Adopting a passive approach helps them avoid emotional reactions, like panic selling during downturns or chasing hot stocks, and maintain discipline.

4. **Long-Term Focus**: Acting as if markets are efficient aligns with a long-term, buy-and-hold approach. Markets tend to correct mispricings over time, even if they aren't always efficient in the short term. By adopting a strategy that assumes market efficiency, investors can avoid the temptation to constantly adjust their portfolios, which can lead to better long-term outcomes.

5. **Empirical Evidence**: While they may not believe that markets are perfectly efficient, investors might acknowledge that identifying mispricings is extremely difficult and that many active managers fail to consistently outperform the market. In this context, investing as if markets are efficient can be seen as a pragmatic choice, acknowledging that the odds of beating the market after accounting for costs and risks are low.

In essence, acting as if markets are efficient allows investors to focus on controlling costs, minimizing risk, and maintaining discipline, which can lead to better overall investment outcomes, even if they believe there are occasional inefficiencies in the market.

< 1/3 >

Some investors, who do not believe markets are efficient, still would want to "act as if" markets were efficient. Why might they want to manage their investments in this way?

Even if some investors do not believe markets are fully efficient, they might still choose to manage their investments as if markets were efficient for several practical reasons:

1. **Diversification and Risk Management**: Efficient market theory suggests that since it's impossible to consistently "beat the market" due to all available information being reflected in asset prices, the best strategy is to diversify across a broad range of assets to minimize unsystematic risk. Even skeptics of market efficiency may adopt this strategy to reduce risk, acknowledging that predicting individual stock movements is challenging and prone to error.

2. **Cost-Efficiency**: Passive, market-based strategies such as indexing (tracking a broad market index like the S&P 500) are typically lower-cost than active management. Active strategies require more research, frequent trading, and transaction fees. For investors who don't believe in perfect market efficiency but recognize that active management often doesn't justify its higher costs, an efficient-market approach minimizes expenses.

3. **Time and Effort**: Acting as if markets are efficient requires less time and effort compared to actively managing a portfolio. Investors may prefer a "set it and forget it" strategy, where they invest in broad market indices and rebalance periodically, rather than continually researching and trying to time the market or select individual stocks.

4. **Behavioral Discipline**: Acting as though markets are efficient can help avoid emotional decision-making that might come with trying to time the market or pick individual winners. Investors who recognize their own psychological biases, such as overconfidence or panic selling, might adhere to an efficient-market approach to maintain discipline and avoid costly mistakes.

5. **Long-Term Returns**: Historical data has shown that passive investing strategies, which operate under the assumption of market efficiency, often produce competitive or superior long-term returns compared to most active strategies. Investors might adopt this approach if they believe that, even if markets aren't fully efficient, active management won't consistently outperform passive strategies over time.

In summary, even skeptics of market efficiency may find it rational to act as if markets are efficient due to the benefits of diversification, cost savings, behavioral discipline, and competitive long-term returns.



2/3

Some investors, who do not believe markets are efficient, still would want to "act as if" markets were efficient. Why might they want to manage their investments in this way?

Investors who believe that markets are not efficient may still choose to "act as if" they are efficient for several reasons:

1. **Pragmatism**: Even if investors believe in market inefficiencies, they may find that consistently exploiting these inefficiencies is difficult. Acting as if the market is efficient allows them to adopt a more pragmatic investment strategy, focusing on broader market trends and passive investing.

2. **Cost-Effectiveness**: Actively managing a portfolio to exploit inefficiencies can lead to higher transaction costs, research expenses, and management fees. By adopting a passive approach, investors can reduce these costs, potentially leading to better net returns over time.

3. **Behavioral Factors**: Investors might recognize that their ability to identify and act on market inefficiencies is limited due to cognitive biases or emotional reactions. By acting as if the market is efficient, they can avoid making poor decisions based on emotional responses or market noise.

4. **Long-Term Focus**: Many investors have long-term goals, such as retirement, where a focus on overall market returns rather than short-term fluctuations may be more beneficial. By acting as if the market is efficient, they can take a long-term view, investing in diversified portfolios that align with their risk tolerance and financial goals.

5. **Market Dynamics**: Markets can be unpredictable and influenced by numerous factors. By assuming efficiency, investors may be better positioned to navigate complex market dynamics and focus on strategies that have historically worked, such as diversification and asset allocation.

6. **Empirical Evidence**: Some studies suggest that many active managers do not consistently outperform the market after fees. Acting as if markets are efficient allows investors to align with strategies that have a historical track record of success, such as index investing.

7. **Regulatory and Institutional Constraints**: Institutional investors, in particular, may be bound by regulations or investment policies that favor passive management strategies. Acting as if markets are efficient can help them comply with these constraints while still aiming for favorable returns.

8. **Time Constraints**: Many individual investors do not have the time or resources to conduct extensive research to identify market inefficiencies. Acting as if markets are efficient allows them to invest without dedicating significant time to analysis.

↓

**YALE084**

By adopting a strategy that assumes market efficiency, investors can benefit from a more systematic approach to investing, potentially leading to improved outcomes despite their belief in market inefficiencies.

‹ 3/3 › 

What does the beta of a portfolio measure? If the beta is less than one, what can we say about the portfolio?

The **beta** of a portfolio measures its **systematic risk** relative to the overall market, often represented by a benchmark index like the S&P 500. It indicates how sensitive the portfolio's returns are to changes in the market's returns.

- **Beta > 1**: The portfolio is **more volatile** than the market. If the market goes up or down, the portfolio tends to move in the same direction but with greater magnitude.

- **Beta = 1**: The portfolio has **similar volatility** to the market. It tends to move up or down in line with the market.

- **Beta < 1**: The portfolio is **less volatile** than the market. It tends to move in the same direction as the market but with smaller changes. This makes the portfolio potentially less risky compared to the market, which might appeal to risk-averse investors.

If a portfolio has a **beta of less than 1**, it implies that it is expected to experience **smaller fluctuations** in returns compared to the market, making it relatively more stable. However, this could also mean it may underperform the market during upswings since its sensitivity to market movements is lower.

‹ 1/3 ›

What does the beta of a portfolio measure? If the beta is less than one, what can we say about the portfolio?

The beta of a portfolio measures its sensitivity to market movements, specifically how much the portfolio's returns are expected to change in relation to changes in the overall market's returns. Here's a breakdown of what beta indicates:

1. **Beta Value**:

   - **Beta = 1**: The portfolio is expected to move in line with the market. If the market goes up or down by a certain percentage, the portfolio is likely to do the same.

   - **Beta > 1**: The portfolio is more volatile than the market. It is expected to gain more than the market in bullish conditions and lose more in bearish conditions.

   - **Beta < 1**: The portfolio is less volatile than the market. It is expected to gain less than the market during bullish conditions and lose less during bearish conditions.

2. **Interpretation of Beta < 1**:

   - A portfolio with a beta less than one indicates that it is less sensitive to market movements. This suggests that the portfolio is likely to experience smaller fluctuations in returns compared to the overall market.

   - Investors might consider a low-beta portfolio to be less risky, especially during periods of market volatility, as it may provide more stable returns. However, this also means that in a rising market, the portfolio may not appreciate as much as higher-beta portfolios.

In summary, a beta less than one indicates a portfolio that is generally more stable and less sensitive to market changes, which can be appealing to conservative investors looking for lower volatility.



YALE086

What does the beta of a portfolio measure? If the beta is less than one, what can we say about the portfolio?

The beta of a portfolio measures its sensitivity to market movements. Specifically, it indicates how much the portfolio's returns are expected to change in relation to changes in the overall market (usually represented by a benchmark index like the S&P 500).

- **Beta = 1**: The portfolio is expected to move in line with the market. If the market goes up by 1%, the portfolio is also expected to go up by 1%.

- **Beta > 1**: The portfolio is more volatile than the market. For instance, a beta of 1.5 means that if the market increases by 1%, the portfolio is expected to increase by 1.5%, and vice versa.

- **Beta < 1**: The portfolio is less volatile than the market. If a portfolio has a beta of 0.5, it suggests that if the market increases by 1%, the portfolio is expected to increase by only 0.5%. Conversely, if the market decreases by 1%, the portfolio would only decrease by 0.5%.

In summary, if the beta of a portfolio is less than one, it indicates that the portfolio is expected to be less sensitive to market fluctuations, suggesting lower risk compared to the overall market. This can make such portfolios attractive for investors looking for more stability and less exposure to market volatility.

‹ 3/3 › ⧉ 👍 👎 🔊 ⟳ ⌄

YALE087

What does the beta of a portfolio measure?

The beta of a portfolio measures its sensitivity to overall market movements. It indicates how much the portfolio's returns are expected to change in response to a change in the market's returns. Specifically:

- **Beta = 1**: The portfolio is expected to move in line with the market. If the market goes up by 1%, the portfolio is expected to increase by 1% as well, and vice versa.

- **Beta > 1**: The portfolio is more volatile than the market. A beta of 1.5, for example, means the portfolio is expected to increase by 1.5% when the market rises by 1%, but also decrease by 1.5% if the market falls by 1%.

- **Beta < 1**: The portfolio is less volatile than the market. A beta of 0.5 means that if the market rises by 1%, the portfolio is expected to rise by only 0.5%, and if the market falls by 1%, the portfolio is expected to decrease by 0.5%.

Beta is used in the Capital Asset Pricing Model (CAPM) to assess the risk and expected return of a portfolio relative to the broader market. It helps investors understand how much market risk they are taking on with their investments.

 1/4

YALE088

What does the beta of a portfolio measure?

The beta of a portfolio measures its sensitivity to market movements and is a key indicator of systematic risk. Specifically, beta quantifies how much the portfolio's returns are expected to change in relation to changes in the overall market returns, usually represented by a market index like the S&P 500.

- **Beta > 1:** The portfolio is expected to be more volatile than the market. For example, a beta of 1.5 suggests that if the market goes up by 1%, the portfolio is expected to go up by 1.5%, and vice versa for market declines.

- **Beta < 1:** The portfolio is expected to be less volatile than the market. For instance, a beta of 0.7 indicates that if the market rises by 1%, the portfolio would typically rise by only 0.7%.

- **Beta = 1:** The portfolio's volatility is expected to match that of the market.

Investors use beta to assess the risk of a portfolio relative to the market and to make decisions about asset allocation based on their risk tolerance and investment goals.



YALE089

What does the beta of a portfolio measure?

The beta of a portfolio measures its sensitivity to market movements, indicating how much the portfolio's returns are expected to change in relation to changes in the overall market. Specifically:

- **Beta Value Interpretation**:

  - **Beta = 1**: The portfolio's returns are expected to move in line with the market. If the market increases or decreases by 1%, the portfolio is also expected to increase or decrease by 1%.

  - **Beta > 1**: The portfolio is more volatile than the market. For example, a beta of 1.5 suggests that if the market rises by 1%, the portfolio is expected to rise by 1.5%, and conversely for declines.

  - **Beta < 1**: The portfolio is less volatile than the market. For instance, a beta of 0.5 indicates that if the market increases by 1%, the portfolio is expected to increase by only 0.5%.

  - **Beta < 0**: This indicates an inverse relationship with the market. Such portfolios may perform well when the market declines.

- **Usefulness**: Investors use beta to assess the risk of a portfolio relative to the market. It helps in portfolio diversification strategies and in understanding how the portfolio might perform under different market conditions.

In summary, beta is a key measure for understanding a portfolio's risk profile and potential return in relation to market movements.

< 3/4 >   ⎙  👍  👎  🔊  ↻ ⌄

**YALE090**

What does the beta of a portfolio measure?

The **beta** of a portfolio measures its **systematic risk** or **sensitivity** to market movements relative to a benchmark, usually an index like the S&P 500. It indicates how the portfolio's returns are expected to change in response to movements in the overall market.

- **Beta = 1**: The portfolio's returns are expected to move in line with the market. For example, if the market goes up by 1%, the portfolio is expected to go up by 1% as well.

- **Beta > 1**: The portfolio is more volatile than the market. A beta of 1.5 means that if the market goes up by 1%, the portfolio is expected to go up by 1.5% (and similarly down by 1.5% if the market declines).

- **Beta < 1**: The portfolio is less volatile than the market. A beta of 0.7 means that if the market moves by 1%, the portfolio is expected to move by 0.7%.

- **Beta = 0**: The portfolio's returns are uncorrelated with the market's movements. It might include assets that are not affected by the market's movements, like cash.

- **Negative Beta**: Indicates that the portfolio tends to move in the opposite direction of the market. A beta of -1 means it would move opposite to the market.

Beta is commonly used in **CAPM (Capital Asset Pricing Model)** to determine the expected return of a portfolio, which accounts for both the risk-free rate and the market premium.

⟨ 4/4 ⟩

If the beta is less than one, what can we say about the portfolio?

If the **beta** of a portfolio is **less than one**, it indicates that the portfolio is **less volatile** or **less sensitive** to market movements compared to the overall market. This means that the portfolio is likely to experience smaller fluctuations in value in response to changes in the broader market.

## Key Implications:

- **Lower Risk**: A beta less than one suggests that the portfolio carries **lower systematic risk** compared to the market. It tends to be more s⌄ le and less susceptible to market swings.

YALE091

- **Lower Expected Returns (in a rising market)**: Because it is less sensitive to market movements, a portfolio with a beta less than one may not perform as well during strong market upswings. However, it may also decline less during market downturns.

- **Conservative Approach**: Such a portfolio is often attractive to **risk-averse investors** who prefer stability over potentially higher but more volatile returns. It might include defensive stocks or bonds that provide more consistent performance regardless of market trends.

For example, if a portfolio has a beta of **0.7**, it is expected to move **0.7%** for every **1%** change in the market. If the market rises by 10%, the portfolio might rise by **7%**, and if the market falls by 10%, the portfolio might decline by **7%**.



YALE092

**ChatGPT prompt:** What are reasons to increase dividends when announcing a takeover

**Answer**

Increasing dividends when announcing a takeover can be a strategic move for several reasons. Here are some key reasons why a company might choose to do this:

### 1. **Signaling Financial Strength**

  - **Positive Signal**: By increasing dividends, the company signals to investors and the market that it has strong financial health and confidence in its future cash flows. This can help to build investor confidence in the takeover process.

  - **Commitment to Shareholders**: It shows a commitment to returning value to shareholders, indicating that the company is confident in managing the financial impact of the takeover.

### 2. **Counteracting Share Price Dilution**

  - **Shareholder Value Protection**: Takeovers, especially if financed through the issuance of new shares, can dilute existing shareholders' value. An increase in dividends can help mitigate this effect by providing immediate tangible returns to shareholders.

### 3. **Attracting and Retaining Investors**

  - **Investor Appeal**: A higher dividend can make the company's stock more attractive to dividend-focused investors, ensuring continued or increased investment during the potentially volatile period of a takeover.

  - **Reducing Sell-Offs**: By offering higher dividends, the company can discourage shareholders from selling their shares in reaction to the takeover announcement, thus maintaining stock price stability.

### 4. **Reflecting Synergy Benefits**

  - **Projected Synergies**: If the takeover is expected to generate significant synergies (cost savings, increased revenue), the company may increase dividends to reflect these anticipated benefits, thereby justifying the takeover to shareholders.

### 5. **Strengthening Bargaining Position**

**YALE093**

   - **Improving Offer Appeal**: For hostile takeovers, increasing dividends can make the company's stock more attractive to potential bidders, potentially leading to better offers or even discouraging unwanted bids by increasing the cost of acquisition.

   - **Negotiation Leverage**: In friendly takeovers, it can improve the company's bargaining position by demonstrating strong financial health and a commitment to shareholder value.

### 6. **Utilizing Excess Cash Reserves**

   - **Cash Utilization**: If the company has excess cash reserves, increasing dividends can be a way to utilize these funds effectively, rather than holding onto cash that might earn minimal returns.

### 7. **Aligning Interests with Shareholders**

   - **Shareholder Alignment**: By increasing dividends, management aligns its interests with those of shareholders, showing that it is committed to delivering immediate financial benefits and reinforcing trust during the takeover process.

### Conclusion

Increasing dividends when announcing a takeover can serve multiple strategic purposes, from signaling financial strength and protecting shareholder value to attracting and retaining investors. However, it is essential that the company carefully considers its long-term financial stability and the sustainability of higher dividend payments in the context of the takeover and its associated costs.

YALE094

*Prompt*: Some investors, who do not believe markets are efficient, still would want to "act as if" markets were efficient. Why might they want to manage their investments in this way?

*GPT 4o-mini response:*

Investors who believe that markets are not efficient may still choose to "act as if" they are efficient for several reasons:

1. **Pragmatism**: Even if investors believe in market inefficiencies, they may find that consistently exploiting these inefficiencies is difficult. Acting as if the market is efficient allows them to adopt a more pragmatic investment strategy, focusing on broader market trends and passive investing.

2. **Cost-Effectiveness**: Actively managing a portfolio to exploit inefficiencies can lead to higher transaction costs, research expenses, and management fees. By adopting a passive approach, investors can reduce these costs, potentially leading to better net returns over time.

3. **Behavioral Factors**: Investors might recognize that their ability to identify and act on market inefficiencies is limited due to cognitive biases or emotional reactions. By acting as if the market is efficient, they can avoid making poor decisions based on emotional responses or market noise.

4. **Long-Term Focus**: Many investors have long-term goals, such as retirement, where a focus on overall market returns rather than short-term fluctuations may be more beneficial. By acting as if the market is efficient, they can take a long-term view, investing in diversified portfolios that align with their risk tolerance and financial goals.

5. **Market Dynamics**: Markets can be unpredictable and influenced by numerous factors. By assuming efficiency, investors may be better positioned to navigate complex market dynamics and focus on strategies that have historically worked, such as diversification and asset allocation.

6. **Empirical Evidence**: Some studies suggest that many active managers do not consistently outperform the market after fees. Acting as if markets are efficient allows investors to align with strategies that have a historical track record of success, such as index investing.

7. **Regulatory and Institutional Constraints**: Institutional investors, in particular, may be bound by regulations or investment policies that favor passive management strategies. Acting as if markets are efficient can help them comply with these constraints while still aiming for favorable returns.

8. **Time Constraints**: Many individual investors do not have the time or resources to conduct extensive research to identify market inefficiencies. Acting as if markets are efficient allows them to invest without dedicating significant time to analysis.

By adopting a strategy that assumes market efficiency, investors can benefit from a more systematic approach to investing, potentially leading to improved outcomes despite their belief in market inefficiencies.

*Prompt*: What does the beta of a portfolio measure?

*GPT 4o response:*

The beta of a portfolio measures its sensitivity to overall market movements. It indicates how much the portfolio's returns are expected to change in response to a change in the market's returns. Specifically:

- **Beta = 1**: The portfolio is expected to move in line with the market. If the market goes up by 1%, the portfolio is expected to increase by 1% as well, and vice versa.
- **Beta > 1**: The portfolio is more volatile than the market. A beta of 1.5, for example, means the portfolio is expected to increase by 1.5% when the market rises by 1%, but also decrease by 1.5% if the market falls by 1%.
- **Beta < 1**: The portfolio is less volatile than the market. A beta of 0.5 means that if the market rises by 1%, the portfolio is expected to rise by only 0.5%, and if the market falls by 1%, the portfolio is expected to decrease by 0.5%.

Beta is used in the Capital Asset Pricing Model (CAPM) to assess the risk and expected return of a portfolio relative to the broader market. It helps investors understand how much market risk they are taking on with their investments.

**YALE096**

*Prompt*: Do you expect the alpha to be positive, negative, or zero? What does the alpha measure? How would you interpret a negative alpha?

*GPT 4o response:*

Alpha is a measure of a portfolio's performance relative to a benchmark index, considering the risk (beta) of the portfolio. It represents the excess return of an investment relative to the return of a benchmark index, given the investment's risk level. Essentially, alpha indicates how well a portfolio has performed in comparison to what would have been expected based on its beta.

**Expectations for Alpha:**

- **Positive Alpha**: This implies that the portfolio has outperformed the benchmark index given its level of risk. This suggests superior management or selection of investments.
- **Zero Alpha**: Indicates that the portfolio has performed exactly in line with the benchmark, given its level of risk. This suggests that the portfolio's performance can be fully explained by the market movements and the portfolio's beta.
- **Negative Alpha**: Implies that the portfolio has underperformed the benchmark index given its level of risk. This suggests that either the investments selected or the portfolio management has not effectively added value.

**What Alpha Measures:**

Alpha measures the active return on an investment, indicating how much return an investment has earned above or below the market return, considering the investment's risk. It is a key metric in assessing the skill of a portfolio manager.

**Interpretation of a Negative Alpha:**

A negative alpha indicates that the portfolio has underperformed its benchmark on a risk-adjusted basis. For example:

- If a mutual fund has a beta of 1.2 and a negative alpha, it means that not only has the fund taken on more risk than the market, but it has also failed to achieve returns that justify this additional risk.
- A negative alpha could be due to poor investment choices, higher fees, or other factors that detract from the fund's overall performance.

In summary:

- **Alpha** measures the excess return of an investment relative to the expected return based on its beta.
- A **negative alpha** suggests underperformance relative to the benchmark after adjusting for risk. It may be a sign of poor investment choices or management inefficiency.

YALE097