# Exhibit H



Yale SCHOOL OF MANAGEMENT

PO Box 208200
New Haven CT 06520-8200

*courier*
135 Prospect Street
New Haven CT 06511

*mba.yale.edu*

November 8, 2024

Dear Thierry,

This letter is a written record of the outcome of the Honor Committee meeting on Friday, November 8, 2024. The committee determined that you have not been forthcoming to the Honor Committee.

The committee has mandated that you be suspended from SOM for one year. During your suspension period you are prohibited from coming to the School of Management campus and participating in school sponsored activities or events.

You can appeal this disciplinary sanction to the Deputy Dean Anjani Jain and the Faculty Review Board according to the Procedures of the Honor Committee set forth in the School of Management's Bulletin.

Sincerely,

James Choi
Chair, Yale SOM Honor Committee
Professor of Finance


cc:     Wendy Tsung
        Assistant Dean of the Executive MBA



Yale SCHOOL OF MANAGEMENT

PO Box 208200
New Haven CT 06520-8200

*courier*
135 Prospect Street
New Haven CT 06511

*mba.yale.edu*

November 21, 2024

Dear Thierry,

This letter is a written record of the outcome of the Honor Committee meeting on Thursday, November 21, 2024. The committee determined that you violated the rules of the Sourcing and Managing Funds final exam. The committee exonerated you on the charge of violating the rules of the Investor final exam.

The committee has mandated that the Sourcing and Managing Funds professors award you the grade of "F" (Fail) for the course.

You can appeal this disciplinary sanction to the Deputy Dean Anjani Jain and the Faculty Review Board according to the Procedures of the Honor Committee set forth in the School of Management's Bulletin.

Sincerely,

James Choi
Chair, Yale SOM Honor Committee
Professor of Finance


cc:     Wendy Tsung
        Assistant Dean of the Executive MBA

        Anjani Jain
        Deputy Dean for Academic Programs & Professor in the Practice of Management