# Exhibit I

Litigation
## Yale Student Accused of AI Use Loses Reinstatement Bid (Correct)
May 6, 2025, 8:16 AM EDT; Updated: May 15, 2025, 2:22 PM EDT

- Part-time MBA student sought to graduate with his class
- Court said he didn't show irreparable harm to support injunction

A student in the Yale School of Management isn't entitled to relief from the year-long suspension he received after being accused of using AI on an exam, a federal court said.

Thierry Rignol won't suffer irreparable harm by being denied a preliminary injunction, but accommodating his request would impose substantial hardship on Yale, Judge Sarah F. Russell said Monday for the US District Court for the District of Connecticut. Rignol was seeking a court order that would allow him to resume classes and potentially graduate on time while his lawsuit was pending, but Russell held that delayed graduation alone doesn't cause irreparable harm, and there aren't any extenuating circumstances in the case that would require the school to immediately reinstate him.

In his lawsuit, Rignol disputed the business school's allegation against him, saying he had faced "false allegations of cheating." His complaint took issue with the process used by a university committee to investigate the allegation of prohibited use of AI on an exam and with what Rignol said were the committee's "erroneous findings" that he violated Yale's honor code, leading to the suspension and an "F" grade in a course.

Rignol enrolled in Yale's MBA for executives program—a program for those who have advanced significantly in their careers. He was working full-time while attending classes in person regularly every other weekend.

The exam for Rignol's spring 2024 course, Sourcing and Managing Funds, said that students couldn't use AI to formulate their answers. As summarized in Russell's decision, a teaching assistant flagged Rignol's exam. The TA noted that his exam was 30 pages long while many of the others in the same class were under 20 pages. One of the professors who taught the course brought Rignol's exam to the attention of the administrator for his program at the business school, pointing out that at least one answer showed overlap with answers to simple prompts on ChatGPT.

Rignol met with two deans, but didn't respond to three later requests for the Microsoft Word version of his exam, according to the university's court filings.

Rignol asked in September that his honor committee hearing be rescheduled until November because he was going to be out of the country. At a Nov. 8 hearing, Rignol presented evidence that ChatGPT is unreliable and continued to deny using AI on his exam, but the committee ultimately suspended him for one year.

At the direction of a dean after the denial of an appeal, the honor committee met again regarding Rignol, but he was not invited to appear again before the committee, Russell wrote.

At the second meeting, the committee determined that Rignol had violated the rules governing the exam by using AI. The committee reasoned that his refusal to provide documents could only be explained by attempting to hide misconduct, deeming his explanation that he used Apple Pages rather than Word to be "incredible." The committee also relied on similarities between one of Rignol's answers and responses from ChatGPT to one question on the exam, Russell wrote.

After spring classes had started, he sought an order allowing him to attend classes and have an opportunity to graduate on time.

Rignol said that missing graduation with his class will make him miss a one-time opportunity to be recognized as class marshal, "an honor afforded to the EMBA student with the highest grades in the first year core curriculum," Russell said. He also said that it will cause him harm during his career and future studies, she said.

Rignol didn't present any evidence as to how his delayed graduation will harm his career, Russell said. He also didn't articulate "any concrete or immediate plan to pursue graduate studies," she said.

An injunction requiring Yale to allow Rignol to graduate on time would require the university to let him make up all the course requirements he's already missed and fundamentally alter its EMBA program, Russell said.

Koffsky & Felsen LLC and Nesenoff & Miltenberg LLP represent Rignol. Carlton Fields PC represents Yale.

The case is Rignol v. Yale Univ. , 2025 BL 152757, D. Conn., No. 3:25-cv-00159, 5/5/25 .

(Corrects story published May 6. Corrects headline and 1st paragraph to clarify that the accusations against Rignol haven't yet been fully adjudicated. Adds info from Rignol's complaint and regarding committee's second meeting.)

To contact the reporter on this story: Bernie Pazanowski in Washington at bpazanowski@bloombergindustry.com

To contact the editors responsible for this story: Drew Singer at dsinger@bloombergindustry.com; Blair Chavis at bchavis@bloombergindustry.com

© 2025 Bloomberg Industry Group, Inc.   All Rights Reserved

Case 3:25-cv-00159-SFR    Document 106-10    Filed 07/30/25    Page 5 of 22

**(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?
utm_source=association&utm_medium=poetsquants_screenwrap)**

## Denying Alleged AI Use, Student Sues Yale SOM Over Year-Long Suspension

👤 BY: KRISTY BLEIZEFFER ON FEBRUARY 25, 2025 | 👁 1,613 VIEWS



**Evans Hall at Yale School of Management. An anonymous EMBA student this month filed a lawsuit against Yale University, the board of trustees, and professors and administrators after he says he was unfairly accused of using AI on a final exam. Courtesy photo**

An executive MBA student at Yale University's School of Management has filed a federal lawsuit against the university, alleging that he was wrongfully accused of using AI on a final exam and suspended by the school.

The lawsuit, filed February 3 in Connecticut's U.S. District Court, was filed anonymously under the pseudonym John Doe. It seeks to overturn the plaintiff's one-year suspension and have his academic record cleared of any wrongdoing, including the removal of the exam's failing grade on his transcript.

It also seeks "a judgment awarding Plaintiff damages in an amount to be determined at trial, without limitation, past and future economic losses, loss of educational and career opportunities, damages to reputation, and loss of future career prospects."

## TO BAN OR NOT TO BAN?

(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?
utm_source=association&utm_medium=poetsquants_screenwrap)

It's not the first time a student has sued a university – or even a business
school – over AI use in classroom settings. But it does raise some sticky
questions: What happens when universities and business schools rush to
integrate AI into their curriculums while punishing students for using the
very same tools? Where is the line between using AI to enhance
productivity, stir creativity, and find new ways to approach a problem and,
well, cheating?

Two months after ChatGPT went viral in November 2022, an operations
professor at University of Pennsylvania's Wharton School fed the chatbot
his final exam for his MBA operations course. It would have earned a 'B' or
'B-', Christian Terwiesch, the Andrew M. Heller professor of operations **told
P&Q at the time. (https://poetsandquants.com/2023/01/28/chatgpt-just-
passed-this-wharton-professors-final-exam-hes-says-he-wont-ban-
the-ai-tool/)**

Terwiesch simultaneously said that he would not outright ban the large
language model from his classroom.

"If what we're solving for is engagement, we shouldn't be scared about the
test question. When testing for certification and customizing learning, we
may want to ban ChatGPT," he said at the time. "But for solving for
engagement, we should find other ways of engaging the students. And
there I think the technology does miracles."

That was several models ago, and the large language model has only
grown more powerful.

Generative AI has evolved well beyond the trendy B-school buzzword.
Institutions around the world are now racing to integrate it into courses and
entire curriculums. They've created AI majors, degrees, and certificates.
They encourage students to learn to use all the new, flashy iterations of a
variety of AI tools, but are cracking down on those deemed to use it
inappropriately.

While many institutions have rewritten honor codes and policies to cover AI
concerns, there is no standardized approach in business schools – not that
there necessarily should be. Innovation springs from doing things
differently. But, without consistency, where is the line between cheating and
using AI to enhance learning? And, how are students supposed to
recognize that line?

"There is the tactical stuff in the classroom and then there is the reinvention of education," Wharton's Ethan Mollick told *P&Q* this fall. We selected the AI expert as our **2024 Professor of the Year (https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?utm_source=association&utm_medium=poetsquants_screenwrap) (https://poetsandquants.com/2024/11/18/mba-professor-of-the-year-whartons-ethan-mollick/)** for his "dogged intellectual pursuit of one of the world's most disruptive technologies."

"In business education, we teach people to be generalists. They are not a KPMG student or a Goldman Sachs student. They learn that through informal apprenticeship systems. At Goldman, they do the work over and over again and learn how to write a deal memo," says Mollick, who requires his MBAs to use AI in his classrooms.

"But AI can now do that … There is a crisis of cheating but tests still work. If people cheat they cheat. I am much more worried about the next step in learning: the specialized piece."

## THE YALE LAWSUIT

In the Yale lawsuit, the unnamed plaintiff is a French entrepreneur and investor who is living in Texas, **according to the Yale Daily News (https://yaledailynews.com/blog/2025/02/24/som-student-sues-yale-alleges-wrongful-suspension-over-ai-use/)**. He has a BSE in Biomedical Engineering and BA in Political Science from Rice University. He enrolled in SOM's 22-month executive MBA program in July 2023 and was expecting to graduate this spring. The lawsuit claims the plaintiff "was on track to be the student Marshall/Valedictorian for his (EMBA) class."

*Poets&Quants* reached out to the Yale School of Management with several questions about the lawsuit. The school declined to answer even the general questions about their AI policies, citing ongoing litigation.

A teaching assistant in the plaintiff's course, Sourcing and Managing Funds, flagged his final exam in June because his answers were deemed too "long and elaborate" with "near perfect punctuation and grammar and elaborate formatting," according to the lawsuit. The course was set for open book but closed internet, so no use of AI tools, according to the course syllabus.

A professor then ran the students' responses through GPTZero, an AI detection tool, and found that some were likely AI generated. The professor referred the case to Yale's Honor Committee.

(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?
utm_source=association&utm_medium=poetsquants_screenwrap)

What followed was a flawed disciplinary process, the lawsuit alleges. The student claims that he was pressured by Yale administrators to falsely confess to AI use, with one dean allegedly suggesting he could face deportation. The student also alleges that the Honor Committee proceeded with hearings without giving him access to key evidence, among other charges.

The lawsuit claims that Yale's own policies prohibit using tools like GPTZero due to their high false-positive rates, particularly for non-native English speakers.

On November 8, the student says he submitted to the Honor Committee an email correspondence with Scott Aaronson – a prominent Computer Science professor at the University of Texas and an author of OpenAI's original AI detection tool – about the unreliability of GPTZero. The student also submitted academic papers written by former Yale University President Peter Salovey, SOM Dean Charles Kerwin, and other Yale scholars that he had the tool evaluate.

"Those scans indicated that there was a '100% probability' that selections from these works – some published over 30 years ago – were written by AI, a palpably false result," the lawsuit says.

Later that day, the committee asked the student to return to campus, which he had already left, with his personal laptop. The student responded that he was not available. He was later informed that the committee found him liable for "not being forthcoming" to the committee. Yale gave him an "F" in the course and suspended him for a year. He appealed the committee's findings but was unsuccessful.

In a response dated February 21, Yale has objected to the student's request to remain anonymous. Yale lawyers argue that an independent assessment of the allegations requires him to be named. They also claim that details provided in the lawsuit are enough to identify the student and that he was previously accused of misappropriating non-profit funds, according to the Yale News Daily.

## THE AI LAWSUITS HAVE BEGUN

The Yale case is just one in a string of recent student-inspired lawsuits in response to accusations of AI cheating.

**Haishan Yang is suing the University of Minnesota (https://www.techspot.com/news/106881-university-minnesota-sued-student-who-ai-expulsion-part.html)** after he was expelled for allegedly

using AI on a preliminary exam last summer. Yang, who is not a native English speaker, was working on his second PhD from the school, and is seeking $975,000 in damages as well as $760,000 in defamation.

(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?utm_source=association&utm_medium=poetsquants_screenwrap)

In Massachusetts, a family **sued their child's school district this fall (https://www.the-independent.com/news/world/americas/ai-lawsuits-cheating-high-school-b2630454.html)** after his high school alleged he used AI to complete a social studies project, causing him to earn a low grade. In the lawsuit, the parents argue that the school's AI policy was vague and inconsistently enforced. The lawsuit contends the action hurts the student's chances of getting into Stanford University and other top schools.

And then there's the case of Eightball, an AI-powered study tool designed to help students generate study materials based on uploaded course content. It was co-founded by three undergrads at Emory University, including a business major at Goizueta Business School. The tool won Emory's annual 2023 Pitch the Summit startup competition, earning the $10,000 grand prize, and was featured on Goizueta's website. (The post has since been removed **but is archived here (https://web.archive.org/web/20240520172032/https://www.emorybusiness.com/2023/06/28/dorm-room-entrepreneur-bba-student-co-founds-ai-powered-study-tool-eightball/)**.)

Months later, Emory suspended two of the students, accusing them of violating the university's honor code. The university said the tool could be used for cheating even though no evidence was produced to show that students were misusing the tool, **according to his lawsuit. (https://www.documentcloud.org/documents/24676044-16/?ref=404media.co)**

One of the co-founders, Benjamin Craver, sued Emory in May, **according to and article in the *Business Insider*. (https://www.businessinsider.com/emory-students-suspended-ai-startup-honor-code-violations-college-entrepreneurship-2024-5?utm_source=chatgpt.com)** The student argues that the university unfairly punished him while simultaneously celebrating AI innovation.

Through a spokesperson, Emory University declined to answer *Poets&Quants* questions about the lawsuit.

You can read the full Yale lawsuit, and Yale's first response, **in this article. (https://yaledailynews.com/blog/2025/02/24/som-student-sues-yale-alleges-wrongful-suspension-over-ai-use/)**

**DON'T MISS: CHATGPT: HOW TO USE IT IN A BUSINESS SCHOOL CLASSROOM (https://poetsandquants.com/2023/06/28/chatgpt-how-to-use-it-in-a-business-school-classroom/) AND SO HOW DID CHATGPT FARE IN MBA ESSAYS?**
(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?utm_source=association&utm_medium=poetsquants_screenwrap)

**(https://poetsandquants.com/2024/05/07/so-how-did-chatgpt-fare-in-mba-essays/)**

🏷TAGGED: LAWSUIT (HTTPS://POETSANDQUANTS.COM/TAG/LAWSUIT/), YALE SOM (HTTPS://POETSANDQUANTS.COM/TAG/YALE-SOM/)

**Previous Article:** New Dean Chosen For Indiana's Kelley School Of Business (https://poetsandquants.com/2025/02/25/new-dean-chosen-for-indianas-kelley-school-of-business/?pq-category=business-school-news)

**Next Article:** 2024 Most Disruptive MBA Startups: LymeAlert, MIT (Sloan) (https://poetsandquants.com/2025/02/26/2024-most-disruptive-mba-startups-lymealert-mit-sloan/?pq-category=students)

**(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?
utm_source=association&utm_medium=poetsquants_screenwrap)**

## Judge Denies Injunction In Yale Student's AI-Linked Suspension

👤 BY: KRISTY BLEIZEFFER ON MAY 07, 2025 | 👁 747 VIEWS



**Yale School of Management**

A federal judge has denied a Yale Executive MBA student's request to return to campus and graduate with his cohort after Yale suspended the student for not being sufficiently forthcoming in an investigation into alleged AI use on a final exam.

Thierry Rignol, a French national and entrepreneur based in Texas, also lost the right to sue anonymously and has since been named publicly.

Rignol **filed a federal lawsuit in February (https://poetsandquants.com/2025/02/25/denying-alleged-ai-use-emba-student-sues-yale-som-over-year-long-suspension/?pq-category=business-school-news&pq-category-2=mba&pq-category-3=mba-news)** accusing Yale of discrimination, due process violations, and other complaints after the alleged cheating incident in spring 2024. He

sought an injunction that would allow him to graduate with his EMBA classmates in 2025 despite a one-year suspension and a failing grade in the course.

(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?utm_source=association&utm_medium=poetsquants_screenwrap)

## A FAILURE TO MAKE HIS CASE

District Judge Sarah Russell denied his motion on Monday (May 5), finding that Rignol failed to make his case.

"Rignol has not carried his burden of establishing that a break in studies until the start of the next academic year (in fall 2025) and continuing to have an F on his transcript will cause him irreparable harm," the judge wrote.

Rignol, who founded a hospitality and real estate firm in Mexico, enrolled in SOM's 22-month Executive MBA program in July 2023 and was expecting to graduate this May.

However, in May 2024, he submitted a 30-page final exam for the "Sourcing and Managing Funds" course, one of the longest submissions in the class. Most were closer to 20 pages. A teaching assistant flagged it as potentially AI-generated. The course was set for open book but closed internet, so no use of AI tools, according to the course syllabus.

## YALE: STUDENT IGNORED REQUESTS TO PROVIDE ORIGINAL DOCS

Faculty initially used ChatGPTZero to assess the work and found similarities between Rignol's answers and responses generated by ChatGPT. They referred the case to the school's Honor Committee.

Things spiraled from there.

Rignol claims that he was pressured by Yale administrators to falsely confess to AI use, with one dean allegedly suggesting he could face deportation. He also alleges that the Honor Committee proceeded with hearings without giving him access to key evidence, among other charges. His lawsuit claims that Yale's own policies prohibit using tools like GPTZero due to their high false-positive rates, particularly for non-native English speakers.

Yale contends that Rignol ignored requests to submit the original Word or Pages document used to produce the exam PDF. He later said he had used Apple Pages but allegedly did not submit the original file until the day of his Honor Committee hearing in November, months after repeated requests. He also declined a follow-up meeting in which the committee

asked him to bring his laptop for later that day. The committee did not initially rule on whether Rignol used AI. Instead, it sanctioned him for not being forthcoming, suspending him for one year.

(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?utm_source=association&utm_medium=poetsquants_screenwrap)

## A COMMITTEE RULING AGAINST

Rignol appealed his suspension to Deputy Dean Anjani Jain who subsequently asked the committee to reconvene and consider the AI violation itself. The committee concluded that Rignol did, in fact, violate exam rules by using AI, citing strong similarities between his answers and ChatGPT responses. It issued a mandatory F in the course.

In his filings, Rignol argued that facing a full-year suspension incentivizes false confessions from accused students, and that he was denied the ability to fully defend himself. He also argued that the school's reliance on AI detection tools was flawed and that the punishment – a standalone suspension for not being forthcoming – was unprecedented at SOM.

The court disagreed.

"Continuing to serve the suspension does not prevent Rignol from listing merely his year of graduation rather than the number of years he took to earn a degree," Judge Russell wrote, adding that any lost earnings "can be quantified and remedied with money damages" if his lawsuit is ultimately successful.

She noted that Rignol, unlike undergraduate plaintiffs in similar cases, was a "financially successful professional" who failed to identify a single concrete opportunity he would forfeit due to the suspension.

## POTENTIAL FOR EMBARRASSMENT NOT ENOUGH TO JUSTIFY ANONYMITY, JUDGE SAYS

In a separate ruling on March 31, Russell also denied Rignol's request to proceed under the pseudonym "John Doe," finding that he failed to meet the legal standard to justify anonymity.
She emphasized that the potential for embarrassment or reputational harm – such as being publicly associated with an academic misconduct case – does not, by itself, override the public's interest in open court proceedings.

"I take seriously Doe's contention that he would be humiliated if he were to disclose that he was accused of academic misconduct," she wrote. "But the potential for embarrassment or public humiliation does not, without more, justify a request for anonymity."

Rignol's lawsuit against Yale is ongoing and includes claims of breach of contract, discrimination, and emotional distress.

**(https://www.purdue.edu/online/landing-page/master-of-business-and-technology/?utm_source=association&utm_medium=poetsquants_screenwrap)**

**You can read Judge Russell's ruling anonymity here (https://storage.courtlistener.com/recap/gov.uscourts.ctd.163407/gov. uscourts.ctd.163407.60.0.pdf) and her injunction denial here (https://storage.courtlistener.com/recap/gov.uscourts.ctd.163407/gov. uscourts.ctd.163407.89.0.pdf).**

**DON'T MISS: DENYING ALLEGED AI USE, STUDENT SUES YALE SOM OVER YEAR-LONG SUSPENSION (https://poetsandquants.com/2025/02/25/denying-alleged-ai-use-emba-student-sues-yale-som-over-year-long-suspension/?pq-category=business-school-news&pq-category-2=mba&pq-category-3=mba-news) and ACCEPTANCE RATES & YIELD AT THE TOP 100 U.S. MBA PROGRAMS (https://poetsandquants.com/2025/04/27/acceptance-rates-yield-at-the-top-100-u-s-mba-programs/)**

🏷TAGGED: AI SUSPENSION (HTTPS://POETSANDQUANTS.COM/TAG/AI-SUSPENSION/), EMBA (HTTPS://POETSANDQUANTS.COM/TAG/EMBA/), YALE SCHOOL OF MANAGEMENT (HTTPS://POETSANDQUANTS.COM/TAG/YALE-SCHOOL-OF-MANAGEMENT/)

**Previous Article:** Meet the MBA Class of 2026: Evan Gao Gresser, Yale SOM (https://poetsandquants.com/2025/05/07/meet-the-mba-class-of-2026-evan-gao-gresser-yale-som/?pq-category=meet-the-class&pq-category-2=students)

**Next Article:** Business School Faculty Among Top Earners in Higher Ed, Averaging $117K (https://poetsandquants.com/2025/05/07/business-school-faculty-among-top-earners-in-higher-ed-averaging-117k/?pq-category=business-school-news&pq-category-2=data&pq-category-3=mba-faculty)



Donate | Read the Print
Edition
Subscribe | Join the YDN

NEW HAVEN,
CONNECTICUT

• **TUESDAY, JULY 29,**
**2025**

• VOL.
CXLVII

 

HOME   OPINION   UNIVERSITY   CITY   SCITECH   ARTS   SPORTS   MULTIMEDIA   WKND   MAGAZINE   ABOUT   🔍









# SOM student sues Yale, alleges wrongful suspension over AI use

*An anonymous student in the School of Management's executive MBA program claims he was wrongfully accused of using artificial intelligence on a final exam and penalized unjustly.*

ARIELA LOPEZ & CHRIS TILLEN  |  12:26 AM, FEB 24, 2025

STAFF REPORTERS

> Listen to this article
>
>          ADAURIS.AI

Tim Tai

A student suspended from the School of Management after being accused of using artificial intelligence on a final exam is suing Yale,



alleging that the University's Honor Committee process for academic discipline was mismanaged and discriminatory.

The plaintiff, a French entrepreneur and investor living in Texas, was enrolled in a 22-month program at the School of Management for individuals already in business leadership roles, typically completed through Friday and Saturday classes on alternating weekends. The plaintiff, who filed the case pseudonymously as John Doe, began the program in July 2023 and intended to graduate this spring.

But after being investigated for accused use of generative artificial intelligence on a final exam last spring, the plaintiff was suspended for a year from the School of Management for "not being forthcoming" to the Honor Committee evaluating his disciplinary circumstances. The Honor Committee later determined that the plaintiff had violated the rules of the exam and gave him a failing grade for that class.

"Plaintiff will no longer be able to graduate from his EMBA program with his classmates, nor will he finish in the top of his class as was his

trajectory," the lawsuit claims. "Delaying Plaintiff's graduation will remove his ability to proudly earn this once-in-a-lifetime distinction."

The lawsuit argues that the student was discriminated against by his professors and Honor Committee members based on his national origin and "non-native English speaker/writer status."

On Friday, Yale objected to the plaintiff's request to be kept anonymous. Lawyers for the University pointed out that the complaint included "a litany of specific information that identifies Plaintiff through simple Google searches." Yale's lawyers also wrote that the plaintiff's identity would be necessary for an "independent assessment" of the lawsuit's allegations, as they claimed that the plaintiff was previously accused of misappropriating funds from a nonprofit.

## Final exam flagged for AI in June 2024

According to the lawsuit, the plaintiff's final exam paper in his "Sourcing and Managing Funds" course was flagged and referred to the Honor Committee for "further investigation," specifically into improper use of AI.

K. Geert Rouwenhorst, the plaintiff's professor, wrote in his referral letter that a teaching assistant "flagged an exam that appeared unusually long and elaborate in formatting in answering the questions," according to the lawsuit. Rouwehorst also wrote that three of the essay question answers "scored high on the likelihood of being AI generated using ChatGPTZero" — a free AI detector tool — though he did not run the entire exam through the software.

"Plaintiff is a highly educated and accomplished professional," the complaint claimed. "It is not 'unusual' that his writing on his final exam would be 'long and elaborate,' or that it would have 'near perfect punctuation and grammar.'"

The plaintiff learned of the investigation into his exam the next day from an email by Wendy Tsung, the EMBA program's assistant dean, informing him that he had an "Incomplete" grade in Rouwenhorst's course. He then learned from Rouwenhorst that the reason for the grade was that his final exam was flagged for possible AI use.

The plaintiff met with Tsung and then-Dean of Students Sherilyn Scully on July 24, 2024. The lawsuit alleges that at that meeting, Scully "made multiple attempts to coerce Plaintiff into making a false confession of violating the Honor Code" — by asking him whether he used a tool like Grammarly on the exam, consulted with other students or teaching assistants or was confused about the rules for the exam. The student answered no on each occasion, the suit claims.

According to the lawsuit, Scully then suggested to the plaintiff that "his F1 visa could be revoked, and he could be deported, as a result of the Honor Committee investigation." The plaintiff informed her that he was not in the United States on an F1 visa.

**Plaintiff alleges Honor Committee misconduct**

After corresponding with the head of the Honor Committee throughout August, the plaintiff was formally notified of the Honor Code charge against him.

Though the School of Management's Honor Code requires the University to reveal to an accused student the identities of the Honor Committee members, the plaintiff alleged that he did not know of his committee's composition until his Nov. 8 hearing.

On Oct. 14, the plaintiff received 16 documents that the committee planned to use as evidence in its evaluation — documents the plaintiff had requested throughout the summer. Those documents revealed to the plaintiff that a new charge had been introduced — AI use on a separate exam in a different class.

On Oct. 30, the plaintiff contacted Scott Aaronson, a Texas-based AI expert, to ask about the reliability of tools like GPTZero. According to Aaronson, the plaintiff explicitly stated in his email that he did not use AI on the exam when describing his situation.

"It is mathematically impossible for any tool to detect AI use at 100 percent probability," Aaronson told the News, describing the information he conveyed to the plaintiff. Aaronson said that GPTZero, in particular, could not be certain of AI use but could detect the probability of AI use "in the high 90s."

The plaintiff submitted his correspondence with Aaronson — one email each — to the Honor Committee at his Nov. 8 hearing. He also submitted GPTZero scans of academic papers from Yale scholars, including former University President Peter Salovey, to demonstrate that the detector tool erroneously flagged original text as probably AI-generated, the suit described.

At the hearing, the committee asked the plaintiff for the Apple Pages files used to produce the PDF files submitted for the two flagged exams, which he did after the hearing concluded. Two hours later, after the plaintiff left campus, Tsung asked him to meet with the committee imminently, and to bring his personal laptop with him. The plaintiff told Tsung he would not be available to meet that day.

Three hours later, the plaintiff received a letter from the committee chair informing him that the Honor Committee had found him liable for a charge of "not being forthcoming to the Honor Committee" and imposed a penalty of a one-year suspension, the lawsuit claims.

Shyam Sunder, a retired School of Management professor who served on the Honor Committee until his retirement in 2021, affirmed that the committee does impose penalties for the charge of "not being forthcoming" but declined to comment on specific cases.

"My recollection is that for people who come and put everything before the committee, our committee gives them the benefit of being forthcoming," Sunder said.

On Nov. 15, the plaintiff appealed his one-year suspension penalty to the Faculty Review Board, a body of three professors headed by Anjani Jain, deputy dean for academic programs, who can review the severity of Honor Committee-imposed consequences. On Nov. 19, Jain notified him that the board denied his appeal and requested that the Honor Committee "continue deliberating" on a charge of "violation of the examination rules" — a broader charge than the AI use charge of which the plaintiff was originally notified, the suit states. Jain allegedly also asked the plaintiff's professor to withhold the plaintiff's grade in his course.

Jain did not respond to questions about the alleged communication, and a University spokesperson declined to comment.

On Nov. 21, the plaintiff received a letter from the committee notifying him that he was found to have violated the rules of the "Sourcing and Managing Funds" final exam and that he would receive a grade of F in that class. When he tried to appeal that penalty to the Faculty Review Board, he was again denied.

Sunder noted that grade penalties and suspensions are the most frequent penalties imposed by the committee, but that the length of suspensions could vary from a week to a year.

The student is suing the University, its Board of Trustees and multiple administrators and faculty members for breach of contract, breach of an implied covenant of good faith and fair dealing, discrimination based on national origin, retaliation for complaint of discrimination and intentional and negligent infliction of emotional distress.

In the lawsuit, the plaintiff repeatedly reiterated his belief that he was discriminated against by his professors, Honor Committee members

and Faculty Review Board members based on his national origin and "non-native English speaker/writer status."

The suit asks for the plaintiff to be awarded financial damages "in an amount to be determined at trial" and for his suspension and failing grade to be reversed and removed from his academic record.

## Yale objects to anonymity request

In the Feb. 21 response filed by the Yale defendants, lawyers argued that the plaintiff's name was easily findable based on details included in the complaint and that his identity was a necessary fact in the case because of the plaintiff's prior "dishonest" actions.

In particular, Yale's lawyers claimed that the plaintiff was publicly accused of misappropriating $18,000 when he was the president of a Texas youth leadership development nonprofit in 2016. The nonprofit posted on Facebook about the plaintiff's removal from his office, and the plaintiff commented on the post using his personal account, calling the allegations "completely inaccurate" and "false."

In 2020, the defendants claim, a company alleged that the plaintiff made "false representations" to induce them to enter into a business relationship with certain entities.

Yale's lawyers further asserted that anonymity is not appropriate for academic misconduct cases, citing precedent from previous cases.

The case was filed with the U.S. District Court, and it was assigned to a judge in Bridgeport.

ARIELA LOPEZ 🐦 ✉

Ariela Lopez is the 148th Editor in Chief and President of the Yale Daily News. She previously covered Cops and Courts and City Hall for the City Desk and laid out the weekly print paper as a Production & Design editor. Ariela is an English major in Branford College, originally from New York City.

CHRIS TILLEN ✉

Chris Tillen is the University Editor for the News. Previously, Chris covered the Law School and Student Life. Originally from Boston, Massachusetts, Chris is a junior in Morse majoring in Economics and Humanities.



JOIN    DONATE    ADVERTISE

YALE DAILY NEWS PUBLISHING CO., INC.
202 York Street, New Haven, CT 06511 | (203) 432-2400

Editorial: (203) 432-2418 | editor@yaledailynews.com

Business: (203) 432-2424 | business@yaledailynews.com

ABOUT US | SEND A TIP
SUBMIT A LETTER | LEGAL

© YALE DAILY NEWS 2025