# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THIERRY RIGNOL,<br>    Plaintiff, | CASE NO. 3:25-cv-00159-SFR |
| v. | |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>    Defendants. | SEPTEMBER 17, 2025 |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants respectfully move to stay all discovery in this matter pending the Court's ruling on their Motion to Dismiss (ECF 106) pursuant to Federal Rule of Civil Procedure 26(c). The Court should grant this Motion for the reasons set forth in the accompanying Memorandum of Law.

        THE DEFENDANTS,
        YALE UNIVERSITY, YALE
        UNIVERSITY BOARD OF TRUSTEES,
        WENDY TSUNG, K. GEERT
        ROUWENHORST, JACOB
        THOMAS, SHERILYN SCULLY,
        JAMES CHOI, AND ANJANI JAIN

By: */s/ Brendan N. Gooley*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS, P.C.
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone: (860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:   jsconzo@carltonfields.com
                  bgooley@carltonfields.com

    Their Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 17th day of September, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Brendan N. Gooley*
      Brendan N. Gooley