UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THIERRY RIGNOL,<br>    Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, WENDY TSUNG, K. GEERT ROUWENHORST, JACOB THOMAS, SHERILYN SCULLY, JAMES CHOI, AND ANJANI JAIN,<br>    Defendants. | CASE NO. 3:25-cv-00159-SFR<br><br><br><br><br><br>SEPTEMBER 17, 2025 |

## DECLARATION OF BRENDAN N. GOOLEY

Pursuant to 28 U.S.C. § 1746, I, Brendan N. Gooley, say:

1. I am over the age of twenty-one and believe in and understand the obligations of an oath.

2. I am an attorney at Carlton Fields P.A.P.C., which represents Defendants in this case.

3. I have personal knowledge of the facts set forth below.

4. On September 15, 2025, the Parties participated in a telephonic conference call pursuant to Rule 26(f), Local Rule 26(f), and the Court's Order. During that call, I informed Plaintiff's counsel that Defendants intend to renew their Motion to Stay discovery pending a ruling on their renewed Motion to Dismiss.

5. My understanding based on the September 15, 2025 discussion and prior communications regarding this issue is that Plaintiff opposes Defendants' requested stay.

6. The Parties therefore have not reached an agreement regarding Defendants' Motion to Stay.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17th, 2025

*/s/ Brendan N. Gooley*
_____
Brendan N. Gooley