# Exhibit B

 **Gmail**                                                           **James Choi <jjchoi@gmail.com>**

## SMF exam

**James Choi** <james.choi@yale.edu>                                    Fri, Aug 16, 2024 at 8:05 AM
To: "Rignol, Thierry" <thierry.rignol@yale.edu>
Cc: "Tsung, Wendy" <wendy.tsung@yale.edu>, "Scully, Sherilyn" <sherilyn.scully@yale.edu>

The first step in the process is for the chair of the Honor Committee to make a determination of whether the case will proceed to the Honor Committee. This can involve some gathering of evidence. That is where we are right now.

I have the PDF file that you submitted. I am asking you to send us the Word file from which the PDF was produced. You seem to be weighing whether you will cooperate or not. It's your choice, but if history is a guide, failure to cooperate would be viewed by the Honor Committee as an extraordinary violation of the Honor Code.

If you don't check your Yale email outside of class weekends, please send me your personal email address.

On Fri, Aug 16, 2024 at 6:41 AM Rignol, Thierry <thierry.rignol@yale.edu> wrote:

> Professor Choi,
>
> I'm confused. Until now, Wendy and Dean Scully have told me that this matter has not been formally referred to the Honor Committee. Further, I was told that you had already received a copy of the submitted exam.
>
> I am of course happy to comply with the SOM policies at all times. If you believe I have not followed any policy, can you please let me know which one so I can respond appropriately ?
>
> The EMBA program meets every other weekend in New Haven. If you need to reach me outside of school days, please write to my personal email address. For any urgent concern, please call me on my cellphone directly.
>
> I am always happy to cooperate with your process as appropriate.
>
> Kind regards,
>
> Thierry
>
> --
> Thierry A. Rignol
> Cell: +1 (281) 871-8579 | Linkedin | Twitter | Facebook
>
> **From:** James Choi <jjchoi@gmail.com>
> **Sent:** Monday, August 12, 2024 4:31 PM
> **To:** Rignol, Thierry <thierry.rignol@yale.edu>
> **Cc:** Tsung, Wendy <wendy.tsung@yale.edu>; Scully, Sherilyn <sherilyn.scully@yale.edu>
> **Subject:** Re: SMF exam
>
> Dear Thierry,
>
> I have not received the Word file from you. Should I note that you are refusing to share this file with the Honor Committee?
>
> Sincerely yours,
> James Choi
>
> On Sat, Aug 10, 2024 at 4:09 PM James Choi <james.choi@yale.edu> wrote:

Dear Thierry,

I am writing to you in my capacity as the chair of the SOM Honor Committee. I have received a complaint that you violated the Honor Code while taking the Sourcing and Managing Funds final exam.

Through Dean Wendy Tsung, I have twice asked you to send us the Microsoft Word file that produced that PDF file you submitted for the exam. I am now asking you directly.

I remind you that when a student has been found by the Honor Committee to have lied to or not been forthcoming with the Committee, the most common punishment is permanent expulsion from Yale.

Please send us the file by Monday, August 12 at 5:00 P.M. EDT.

Sincerely yours,
James Choi


--
James J. Choi
Yale School of Management
https://faculty.som.yale.edu/jameschoi/


--
James J. Choi
Yale School of Management
https://faculty.som.yale.edu/jameschoi/


--
James J. Choi
Yale School of Management
https://faculty.som.yale.edu/jameschoi/

 Outlook

---

**Investor final exam**

---

**From** James Choi, Honor Committee <james.choi.hc@yale.edu>

**Date** Mon 8/19/2024 8:40 AM

**To**   Rignol, Thierry <thierry.rignol@yale.edu>

**Cc**   Scully, Sherilyn <sherilyn.scully@yale.edu>; Tsung, Wendy <wendy.tsung@yale.edu>


Dear Thierry,

On behalf of the Honor Committee, I am requesting that you send me the Microsoft Word file that was used to produce the PDF you submitted for the Investor final exam. This is in addition to my previous request that you send me the Word file used to produce the PDF you submitted for the Sourcing and Managing Funds final exam.

Sincerely yours,
James Choi

--
James Choi
Chair, Yale SOM Honor Committee
Professor of Finance