**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 09/10/2026

Rignol

Vs.

Yale University, et al.

Start Time 11:05 End Time 11:44

Recess (if more than ½ hr) ________ to ________

Total Time 0 hour(s) 39 minute(s)

Case # 3:25cv159 (VDO)

Honorable Judge Vernon D. Oliver

Deputy Clerk ________

Counsel for Pla(s) Kimberly S. Courtney

Counsel for Dft(s) Brendan Gooley

Reporter/ECRO/Courtsmart Corinne Thomas

Interpreter ________ Language ________

Hearing held ☐ in person ☐ by video ☑ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: Pre-filing conference ____ |

**MOTIONS**

☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ________ ☐ Proposed Findings due ________ Response due ________
☐ Status report due ________
☐ Hearing continued until ________ at ________

**NOTES**

Deadlines to follow in a subsequent order.